IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### UNOPPOSED MOTION OF DEFENDANT CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. FOR ENLARGEMENT OF TIME TO FILE RESPONSE

Pursuant to Fed. R. Civ. P. 6(b), Defendant Credit Suisse First Boston Mortgage Securities Corp. ("CSFB Securities"), by and through its undersigned attorneys, requests an adjournment of time to file its responsive pleading. In support of this motion, Defendant states as follows:

1. The above-captioned case was removed to federal court on February 26, 2010.

2. Pursuant to Fed. R. Civ. P. 81(c), Defendant CSFB Securities is obligated to answer or move to dismiss the Sixth Amended Petition by today, March 5, 2010.

3. Counsel for CSFB Securities have conferred with Plaintiffs' counsel, who have indicated that they intend to move this Court for an order remanding this case back to the Circuit Court of Clay County, Missouri.

4. In light of the uncertainty regarding the Court's subject matter jurisdiction and the appropriate forum for this case, counsel for CSFB Securities respectfully request that the time for CSFB Securities to respond to the Sixth Amended Petition be adjourned until after Plaintiffs'

2622210.01

motion to remand is resolved and a new date for filing a response to the Sixth Amended Petition is set.

5. Plaintiffs' counsel have agreed to the adjournment as proposed by CSFB Securities, but only as to CSFB Securities.

6. This motion is not being filed for purposes of delay.  Because Plaintiffs' counsel have agreed to this motion, it will cause no prejudice to the parties.

7. A proposed order is attached for the Court's convenience.

**WHEREFORE**, Defendant CSFB Securities respectfully requests that the Court grant this Motion for Adjournment of Time to File Response, as consented to by Plaintiffs' counsel, adjourning the time for CSFB Securities to respond to the Sixth Amended Petition until after any motion to remand is resolved and a new date for filing a response to the Sixth Amended Petition is set, and such other relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Mark A. Olthoff*
MARK A. OLTHOFF    MO #38572
ANTHONY BONUCHI    MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105
(816) 421-3355
(816) 374-0509 (FAX)

2

Harry S. Davis
Marcy Ressler Harris
Marguerite E. Gardiner
Schulte Roth & Zabel LLP
919 Third Ave., 19th Floor
New York, New York  10022-4774

ATTORNEYS FOR DEFENDANT CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 5th day of March, 2010.

*/s/ Mark A. Olthoff*
Attorney for Defendant
Credit Suisse First Boston
Mortgage Securities Corp.