IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT U.S. BANK NATIONAL ASSOCIATION ND'S
### CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant U.S. Bank National Association ND, through its attorneys of record, pursuant to Western District of Missouri Local Rule 3.1, and hereby discloses as follows:

1. U.S. Bank National Association ND is a national banking association and a wholly-owned subsidiary of U.S. Bancorp.

2. U.S. Bancorp, the parent of U.S. Bank National Association ND, is a publicly traded corporation. No other company affiliated with U.S. Bank National Association ND is a publicly traded corporation.

*/s/ Mark A. Olthoff*
MARK A. OLTHOFF  MO #38572
ANTHONY BONUCHI  MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)

DORSEY & WHITNEY LLP

Peter W. Carter
Paul R. Dieseth
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

ATTORNEYS FOR U.S. BANK
NATIONAL ASSOCIATION ND

### CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 8th day of March, 2010.

           */s/ Mark A. Olthoff*
           Attorney for Defendant U.S. Bank National
           Association ND

2
2622350.01
Case 4:10-cv-00189-ODS  Document 26  Filed 03/08/10  Page 2 of 2