IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT WILMINGTON TRUST COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** defendant Wilmington Trust Company, through its attorneys of record, pursuant to Western District of Missouri Local Rule 3.1, and hereby discloses as follows:

1. Wilmington Trust Company is a Delaware banking corporation.

2. It is not a publicly traded corporation. It is a wholly owned subsidiary of Wilmington Trust Corporation which is a publicly traded corporation.

> */s/ Mark A. Olthoff*
> MARK A. OLTHOFF  MO #38572
> ANTHONY BONUCHI  MO #57838
> POLSINELLI SHUGHART PC
> 1700 Twelve Wyandotte Plaza
> 120 West 12th Street
> Kansas City, Missouri 64105
> (816) 421-3355
> (816) 374-0509 (FAX)

DORSEY & WHITNEY LLP

Peter W. Carter
Paul R. Dieseth
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

ATTORNEYS FOR
WILMINGTON TRUST COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 8th day of March, 2010.

      */s/ Mark A. Olthoff*
      Attorney for Defendant Wilmington Trust Company