IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:10-cv-00189-ODS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW** defendant Credit Suisse First Boston Mortgage Securities Corp., through its attorneys of record, and pursuant to Fed. R. Civ. P. 7.1 and Western District of Missouri Local Rule 3.1 hereby discloses as follows:

1. Credit Suisse First Boston Mortgage Securities Corp. is a wholly-owned subsidiary of Credit Suisse Management LLC, which is also a wholly-owned subsidiary of Credit Suisse (USA), Inc.

2. Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly owned by Credit Suisse AG and Credit Suisse Group AG. Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG.

3. The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF            MO #38572
ANTHONY BONUCHI            MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)


Harry S. Davis
Marcy Ressler Harris
Marguerite Gardiner
Schulte Roth & Zabel LLP
919 Third Ave., 19th Floor
New York, New York 10022-4774

ATTORNEYS FOR DEFENDANT CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 8th day of March, 2010.

/s/ Mark A. Olthoff
Attorney for Defendant Credit Suisse First Boston
Mortgage Securities Corp.