# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILMOR, et al, | ) |
| Plaintiffs, | ) |
| vs. | ) CAUSE NO. 4:10-CV-00189 |
| PREFERRED CREDIT CORPORATION, et al, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Hinshaw & Culbertson LLP and Terese A. Drew, and enter their appearance on behalf of the Federal Deposit Insurance Corporation ("FDIC") as successor of Corus Bank, NA.

**HINSHAW & CULBERTSON LLP**

By:     /s/ Terese A. Drew
TERESE A. DREW   #32030
tdrew@hinshawlaw.com
JOHN A. MAZZEI   #51398
jmazzei@hinshawlaw.com
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101-1843
P: 314-241-2600
F: 314-241-7428
ATTORNEYS FOR DEFENDANT FEDERAL
DEPOSIT INSURANCE CORPORATION

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and also placed in a sealed envelope, clearly addressed, with proper postage fully prepaid, and deposited in the United States Mail at St. Louis, Missouri, on this 8th day of March, 2010, addressed to the following attorney(s) of record:

| | |
|---|---|
| Mr. J. Michael Vaughan<br>Mr. Kip D. Richards<br>Mr. David M. Skeens<br>**Walters Bender Strohbehn & Vaughan, P.C.**<br>2500 City Center Square<br>12th & Baltimore<br>P.O. Box 26188<br>Kansas City, MO  64196 | Mr. Randolph G. Willis<br>Mr. Daniel L. McClain<br>**Rasmussen, Willis, Dickey & Moore, LLC**<br>9200 Ward Parkway<br>Suite 310<br>Kansas City, MO  64114 |
| | Mr. Thomas L. Allen<br>Mr. Roy W. Arnold<br>Mr. Lyle D. Washowich<br>**Reed Smith LLP** |
| Mr. Gary Lawson<br>Mr. Eric G. Calhoun<br>**Lawson, Fields, McCue, Lee & Campbell, P.C.**<br>14135 Midway Road<br>Suite 2503<br>Addison, TX  75001<br>Attorneys for Plaintiffs | 435 Sixth Avenue<br>Pittsburgh, PA  15219<br>Attorneys for JP Morgan Chase Bank, NA, as Trustee |
| Mr. Todd W. Ruskamp<br>Shook Hardy & Bacon LLP<br>2555 Grand<br>Kansas City, MO  64105<br>Attorneys for Advanta Mortgage Corp. USA and Wendover Financial Services Corporation | Mr. Randall E. Hendricks<br>Rouse Hendricks German, et al.<br>Suite 400<br>1010 Walnut Street<br>Kansas City, MO  64106-2147<br>Attorneys for Nikko Financial Services, Inc. |
| Mr. Mark A. Olthoff<br>Ms. Katherine C. Isley<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wandotte Plaza<br>120 W. 12th Street<br>Kansas City, MO  64105 | Mr. Mark A. Olthoff<br>Ms. Katherine C. Isley<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wandotte Plaza<br>120 W. 12th Street<br>Kansas City, MO  64105 |
| Mr. Harry S. Davis<br>Ms. Marcy Ressler Esquire<br>Ms. Tina J. Wysk<br>Schulte Roth & Zabel, LLP | Mr. Patrick J. McLaughlin<br>Mr. Paul R. Dieseth<br>Dorsey & Whitney<br>50 S. 6th Street |

909 Third Avenue  
New York, NY 10022  
Attorneys for Defendants Credit Suisse First Boston Mortgage Capital, LLC and Credit Suisse First Boston Mortgage Securities Corp.

Suite 1500  
Minneapolis, MN 54402-1498  
Attorneys for Defendant U.S. Bank National Association ND

Mr. Barry L. Bickens  
Spencer fane Britt & Brown LLP  
1000 Walnut Street  
Suite 1400  
Kansas City, MO 64106-2140

Mr. Bruce Allensworth  
Kirkpatrick & Lockhart LLP  
75 State Street  
Boston, MA 02109

Mr. Daniel J. Tobin  
Linowes and Blocher LLP  
7200 Wisconsin Avenue  
Suite 800  
Bethesda, MD 208144

Attorneys for Defendants IMPAC Secured Assets Corp., IMPAC Mortgage Holdings, Inc. IMPAC Funding Corporation, Deutsche Bank National Trust Company (in its capacity as trustee of certain Impac trusts), IMPAC Secured Assets CMB Trust Series 1999-1, 2000-2, IMPAC Secured Assets CMN Trust Series 1998-1 Collateralized Asset-Backed Notes, Series 1998-1

/s/ Terese A. Drew