# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## ENTRY OF APPEARANCE

COMES NOW Todd W. Ruskamp of the law firm of Shook, Hardy & Bacon L.L.P., and hereby enters his appearance as counsel of record for defendant Wendover Financial Services Corporation.

Dated: March 9, 2010

SHOOK, HARDY & BACON L.L.P.

By: /s/ Todd W. Ruskamp
    Todd W. Ruskamp, #38625

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

ATTORNEY FOR DEFENDANT
WENDOVER FINANCIAL SERVICES
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I electronically filed the foregoing with the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

                                          /s/ Todd W. Ruskamp
                                          Todd W. Ruskamp
                                          Attorney for Defendant Wendover Financial Services Corporation

3898981 v1