# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, ___Terese A. Drew_____, an active member in good
standing of the Bar of the United States District Court for the Western District of
Missouri, request that this court admit <u>pro hac vice</u>, Thomas F. Ging
, an attorney admitted to practice in the United States District Court for the Northern Dist.
and the State of ___Illinois_____but not admitted to the Bar of this court, who will be
counsel for the_ Federal Deposit Insurance Corp._____, in the case(s) listed
below.  I am aware that the local rules of this court require that I participate in the
preparation and presentation of said case(s), and that I accept service of all papers
served.   I also understand and agree that if the admittee does not sign up to receive
CM/ECF filings, I will be responsible for notifying the admittee of all papers served by
CM/ECF.

| | |
|---|---|
| _[signature]_ | #32030 |
| **Signature of Movant/Attorney** | **MO Bar Number** |
| _3/11/10_ | Hinshaw & Culbertson, LLP |
| **Date** | **Address** 701 Market Street |
| | Suite 1300 |
| (314) 241-2600 | St. Louis, MO  63101 |
| **Phone** | |

### Affidavit of Proposed Admittee

I, **Thomas F. Ging**
, am currently a member in good standing of the bars of the United States District Court
for the <u>Northern District of Illinois</u>
and the State of Illinois, but not admitted to the Bar of this court.  I understand that
if this court grants me admission <u>pro hac vice</u>, the movant bringing this motion must
participate in the preparation and presentation of the matters listed below and must
accept service of all papers served.  I am aware that I can register to receive CM/ECF
filings.  I understand and agree that should I choose not to register for CM/ECF, I will
arrange with movant to keep me advised of papers served and filed in this case.

| Case Number(s): | Case Title(s) |
|---|---|
| <u>410-cv-00189 ODS</u> | <u>Gilmor, et al. v. Preferred Credit Corporation, et</u> |
| <u>al.</u> | |

Date  March 5, 2010

_[signature]_

(Signature of Admittee)

State Bar Number_0962074_____
District Court Bar Number_ 0962074  Hinshaw & Culbertson LLP, 222 N. LaSalle St., Suite
300, Chicago, IL 60601
Phone: (312) 704 3706

E-Mail    **tging@hinshawlaw.com**

Pursuant to WDMO Local Rule 83.5(1) a fee of $50 is required for each case in which the
attorney is seeking admittance.