IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION., et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## ENTRY OF APPEARANCE

COMES NOW R. Frederick Walters, of Walters, Bender, Strohbehn & Vaughan, P.C. and enters his appearance as Counsel for Plaintiffs' and Plaintiffs' Class in the above-styled case.

Dated: March 18, 2010

                                           Respectfully submitted,

                                           WALTERS BENDER STROHBEHN
                                             &.VAUGHAN, P.C.

                                           By /s/ R. Frederick Walters
                                             R. Frederick Walters -Mo. Bar 25069
                                             J. Michael Vaughan - Mo. Bar 24989
                                             Kip D. Richards -Mo. Bar 39743
                                             David M. Skeens -Mo. Bar 35728
                                             2500 City Center Square
                                             1100 Main Street
                                             P.O. Box 26188
                                             Kansas City, MO 64196
                                             (816) 421-6620
                                             (816) 421-4747 (Facsimile)

                                           ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the United States District Court for the Western District of Missouri with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this **18th day of March, 2010:**

                                                */s/ R. Frederick Walters*
                                                Attorneys for Plaintiff