# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:10-cv-00189-ODS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE OF CORPORATE INTERESTS

Defendant Wendover Financial Services Corporation, a North Carolina corporation with its principal place of business in Plano, Texas, is wholly owned by Hewlett-Packard World Trade, LLC, a Delaware limited liability company with its principal place of business in Palo Alto, California, which itself is wholly owned by Hewlett-Packard Company, a Delaware corporation with its principal place of business in Palo Alto, California. Hewlett-Packard Company is publicly traded on the New York Stock Exchange.

Dated: March 31, 2010

SHOOK, HARDY & BACON L.L.P.


By: /s/ Todd W. Ruskamp
    Todd W. Ruskamp, #38625

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

ATTORNEY FOR DEFENDANT
WENDOVER FINANCIAL SERVICES
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2010, I electronically filed the foregoing with the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

    /s/ Todd W. Ruskamp
Todd W. Ruskamp
Attorney for Defendant Wendover Financial
Services Corporation