IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR,       )
et al.,                              )
                                     )
                 Plaintiffs,         )
                                     )
vs.                                  )        Case No.  10-0189-CV-W-ODS
                                     )
PREFERRED CREDIT CORP., et al.,      )
                                     )
                 Defendants.         )


ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORT AND DOCUMENTS


        This case has spent practically all of its ten-year life in state court.  Yesterday,
the Court issued an Order and Opinion denying Plaintiffs' Motion to Remand.  Before
establishing a schedule for the continued litigation, the Court needs to obtain
information about the case and materials that have already been filed.  To that end, on
or before June 4, 2010, the parties shall confer and prepare a Status Report that lists
the following information:

1.      The orders of substance issued by the state court,[1]

2.      All pending motions and related suggestions or briefs,

3.      All Answers to the Sixth Amended Petition that were filed in state court before the
        case was removed,

4.      A jointly agreed statement describing the progress made in the case and the
        tasks that need to be accomplished, and

5.      The latest scheduling order.  If there is none, the parties shall submit a joint
        proposed scheduling order/discovery plan ("Proposed Plan") that complies with
        Local Rules 16.1(d), 16.1(f), 26.1(c) and 26.1(d).

_____

        [1]The parties need not necessarily agree on which orders should be listed.  If any
party thinks an order should be brought to the Court's attention, it should be listed.  The
Court's desire is to generate one list.

In identifying items 1-3, the parties shall include the date of filing and the docket number from the state court's docket. The parties shall also supply, as exhibits, copies of the documents identified in the Status Report.

Finally, all parties who have not filed an Answer to the Sixth Amended Petition (in either state or federal court) shall do so on or before June 4, 2010. All parties who have not filed a statement identifying all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public as required by Local Rule 3.1 shall do so by May 12, 2010.

IT IS SO ORDERED.


/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: April 28, 2010                    UNITED STATES DISTRICT COURT

2