# EXHIBIT 4

FILED
TIME: FEB 0 4 2010
Clay County Circuit Court

IN THE CIRCUIT COURT OF CLAY COUNTY
STATE OF MISSOURI

MICHAEL P. & SHELLIE GILMORE, ET AL. )
)
    Plaintiffs, )
)
vs. ) Cause No. CV100-4263-01CC
)
PREFERRED CREDIT CORP., ET AL. )
)
    Defendants. )

## MOTION FOR SUBSTITUTION

COMES NOW Defendant, Corus Bank, NA ("Corus Bank"), by and through its attorneys, Hinshaw & Culbertson LLP, and for its Motion for Substitution, states as follows:

1. On September 11, 2009, the Office of the Comptroller of the Currency closed Corus Bank. See FDIC Appointment of Receivership, Exhibit A.

2. The Office of the Comptroller of the Currency appointed the Federal Insurance Deposit Corporation as receiver. See Exhibit A.

3. The Federal Deposit Insurance Corporation ("FDIC") has assumed the ownership, control, and responsibilities of Corus Bank.

4. Under Missouri Rule of Civil Procedure 52.13(c), a transfer of interest has taken place whereby the FDIC has assumed the assets, rights, and obligations of Corus Bank.

5. The FDIC has become the lawful successor of Corus Bank.

6. Under Missouri Rule of Civil Procedure 52.13(c), the Court may direct the party to whom any interest is transferred to be substituted in a cause of action.

7. The FDIC being the lawful successor of Corus Bank, Corus hereby requests that the Court enter an Order that the FDIC be substituted in this cause of action as a Defendant in the place of Corus Bank.

12207918v1 840874

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was placed in a sealed envelope, clearly addressed, with proper postage fully prepaid, and deposited in the United States mail at St. Louis, Missouri on this 3rd day of February, 2010, addressed to the following attorney(s) of record:

J. Michael Vaughan, Esq.
Kip D. Richards, Esq.
David M. Skeens, Esq.
**Walters Bender Strohbehn & Vaughan, P.C.**
2500 City Center Square
12th and Baltimore
P.O. Box 26188
Kansas City, Mo 64196

Gary Lawson, Esq.
Eric G. Calhoun, Esq.
**Lawson, Fields, McCue, Lee & Campbell, P.C.**
14135 Midway Road
Suite 250
Addison, TX 75001
*Attorneys for Plaintiffs*

Todd W. Ruskamp, Esq.
**Shook Hardy & Bacon LLP**
2555 Grand
Kansas City, MO 64105
*Attorneys for Advanta Mortgage Corp. USA and Wendover Financial Services Corporation*

Mark A. Olthoff, Esq.
Katherine C. Isley, Esq.
**Shughart Thomson & Kilroy, P.C.**
Twelve Wandotte Plaza
120 W. 12th Street
Kansas City, MO 64105.

Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Tina J. Wysk, Esq.
**Schulte Roth & Zabel LLP**
919 Third Avenue
New York, NY 10022
*Attorneys for Defendants Credit Suisse First Boston Mortgage Capital, LLC and Credit Suisse First Boston Mortgage Securities Corp.*

Randolph G. Willis, Esq.
Daniel L. McClain, Esq.
**Rasmussen, Willis, Dickey & Moore, L.L.C.**
9200 Ward Parkway, Suite 310
Kansas City, MO 64114

Thomas L. Allen Esq.
Roy W. Arnold, Esq.
Lyle D. Washowich, Esq.
**Reed Smith LLP**
435 Sixth Avenue
Pittsburgh, PA 15219
*Attorneys for JPMorgan Chase Bank, N.A., as Trustee*

Randall E. Hendricks, Esq.
**Rouse Hendricks German, et al.**
Suite 400
1010 Walnut Street
Kansas City, MO 64106-2147
*Attorneys for Nikko Financial Services, Inc*

Mark A. Olthoff, Esq.
Katherine C. Isley, Esq.
**Shughart Thomson & Kilroy, P.C.**
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

Patrick J. McLaughlin, Esq.
Paul R. Dieseth, Esq.
**Dorsey & Whitney, LLP**
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498
*Attorneys for Defendant U.S. Bank National Association ND*

3

12207918v1 840874

Case 4:10-cv-00189-ODS   Document 51-4   Filed 05/07/10   Page 3 of 4

Barry L. Pickens, Esq.
**Spencer Fane Britt & Browne LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Bruce Allensworth, Esq.
**Kirkpatrick & Lockhart LLP**
75 State Street
Boston, MA 02109

Daniel J. Tobin, Esq.
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814

*Attorneys for Defendants IMPAC Secured Assets Corp., IMPAC Mortgage Holdings, Inc. IMPAC Funding Corporation, Deutsche Bank National Trust Co. Americas f/k/a Bankers Trust Company (in its capacity as trustee of certain Impac trusts), IMPAC Secured Assets CMB Trust Series 1999-1, 2000-2, IMPAC Secured Assets CMN Trust Series 1998-1 Collateralized Asset-Backed Notes, Series 1998-1*

_____

12207918v1 840874