IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:10-cv-00189-HFS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JPMORGAN CHASE BANK'S
DISCLOSURE OF CORPORATE INTERESTS**

Defendant JPMorgan Chase Bank, N.A., as former trustee, pursuant to Federal Rules of Civil Procedure 7.1 and Western District of Missouri Local Rule 3.1, files this disclosure of corporate interests and states: the publicly held corporate parents, subsidiaries or affiliates of JPMorgan Chase Bank, N.A., are JPMorgan Chase & Co.

Respectfully submitted,

**BRYAN CAVE LLP**

By:   s/ Catesby A. Major
     Craig S. O'Dear     MO #30167
     Irvin V. Belzer      MO #25234
     Catesby A. Major   MO #56944
     3500 One Kansas City Place
     1200 Main Street
     Kansas City, MO 64105-2100
     Telephone: (816) 374-3200
     Facsimile: (816) 374-3300

and

Michael G. Biggers     MO #24694
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone: (314) 259-2000
Facsimile:  (314) 259-2020

ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE BANK AS
TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   s/ Catesby A. Major
Attorney for Defendant JPMorgan Chase Bank as Trustee