IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-00189 |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE OF CORPORATE INTERESTS

Defendants Litton Loan Servicing, LP ("Litton") and Credit-Based Asset Servicing and Securitization, LLC ("C-BASS") through counsel, hereby disclose that Litton is a limited partnership whose general partner is Litton Consumer and Corporate Servicing, LLC, and whose limited partner is Litton Mortgage Servicing, LLC. The ultimate corporate parent of the limited partnership is The Goldman Sachs Group, Inc, a publicly traded company. No other publicly-traded company owns 10% or more of the stock of Litton.

Two publicly-traded companies, MGIC Investment Corporation and Radian Group, Inc., each indirectly owns more than 10% of the stock of C-BASS. No other publicly-traded company owns 10% or more of the stock of C-BASS.

Respectfully submitted,

May 12, 2010

/s/ Barry L. Pickens
Barry L. Pickens, Esq.           MO #43379
SPENCER FAIN BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 12th day of May, 2010.

/s/ Barry L. Pickens
Barry L. Pickens