IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 10-CV-00189 |
| | ) |
| PREFERRED CREDIT CORPORATION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE OF CORPORATE INTERESTS

Defendant Impac Mortgage Holdings, Inc., Impac Funding Corporation ("IFC"), Impac Secured Assets Corp. ("ISAC"), and IMH Assets Corp. ("IMHAC"), through counsel, hereby disclose that IFC and IMHAC are wholly-owned direct subsidiaries, and ISAC is a wholly-owned indirect subsidiary, of Impac Mortgage Holdings, Inc., a publicly traded company. No other publicly-held corporation owns 10% or more of the stock of any of these entities.

Respectfully submitted,

May 12, 2010
/s/ Barry L. Pickens
Barry L. Pickens, Esq.   MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 12 day of May, 2010.

/s/ Barry L. Pickens
Barry L. Pickens