IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-00189 |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE OF CORPORATE INTERESTS

Defendant Wells Fargo Bank, N.A., in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1, through counsel, hereby discloses that Wells Fargo Bank, N.A., is wholly owned by Wells Fargo & Company, which is a publicly-held corporation. No other publicly held corporation owns 10% or more of the stock of Wells Fargo Bank, N.A.

Respectfully submitted,

May 12, 2010

/s/ Barry L. Pickens
Barry L. Pickens, Esq.      MO #43379
SPENCER FAIN BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 12 day of May 2010.

/s/ Barry L. Pickens
Barry L. Pickens