**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 10-CV-00189** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DISCLOSURE OF CORPORATE INTERESTS

Defendant LaSalle Bank, N.A., n/k/a Bank of America, N.A., in its capacity as former

trustee for terminated trust Impac CMB Trust Series 1999-1, through counsel, hereby discloses that

LaSalle Bank, N.A., is an inactive institution that has merged with Bank of America, N.A., and

further that Bank of America, N.A., is wholly owned by Bank of America Corporation, which is a

publicly traded bank holding company.  No other publicly held corporation owns 10% or more of

the stock of LaSalle Bank, N.A., n/k/a Bank of America, N.A.


Respectfully submitted,


May 12, 2010                                    /s/ Barry L. Pickens
                                               Barry L. Pickens, Esq.                 MO #43379
                                               SPENCER FAIN BRITT & BROWNE
                                               1000 Walnut Street, Suite 1400
                                               Kansas City, MO  64106-2140
                                               Telephone:  (816) 474-8100
                                               Facsimile:  (816) 474-3216

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 12 day of May 2010.

/s/ Barry L. Pickens
Barry L. Pickens