IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 10-CV-00189 |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE OF CORPORATE INTERESTS

Defendant Deutsche Bank National Trust Company, through counsel, hereby discloses that Deutsche Bank National Trust Company is a national banking association organized under the laws of the United States. Deutsche Bank National Trust Company is a wholly-owned indirect subsidiary of Deutsche Bank AG, a publicly held corporation. No other publicly held corporation owns 10% or more of the stock of Deutsche Bank National Trust Company.

Respectfully submitted,

May 12, 2010

/s/ Barry L. Pickens
Barry L. Pickens, Esq.    MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 12 day of May, 2010.

                                       /s/ Barry L. Pickens
                                       Barry L. Pickens