IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-HFS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

UNITED MORTGAGE CB LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW defendant United Mortgage CB, LLC ("UMCB") and provides this corporate disclosure statement pursuant to the requirements of Fed. R. Civ. P. 7.1 and Local Rule 3.1.

1. UMLIC Holdings, LLC is the parent company to UMCB.

2. No corporation holds 10% or more of UMCB's stock.

3. UMCB has no subsidiary that has issued shares to the public.

4. UMCB has no affiliate that has issued shares to the public.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

/s/ Richard L. Martin

| | |
|---|---|
| Richard L. Martin | MO. No. 26724 |
| Desarae G. Harrah | MO. No. 57969 |

900 Peck's Plaza
1044 Main St.
Kansas City, MO 64105
Telephone: (816)221-1430
Facsimile: (816)221-1044
rlm@mllfpc.com; dgh@mllfpc.com
ATTORNEYS FOR DEFENDANT
UNITED MORTGAGE CB, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 19th day of May, 2010.

      /s/ Richard L. Martin
      Attorney for Defendant United Mortgage CB LLC