IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION OF DEFENDANT CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. FOR LEAVE TO FILE SUGGESTIONS WITH EXCESS PAGES

Pursuant to Western District Local Rule 7.1(f), defendant Credit Suisse First Boston Mortgage Securities Corp. ("CSFB Securities"), by and through its undersigned attorneys, requests leave of Court to file Suggestions in Support of its anticipated motion to dismiss in excess of the 15-page limit. In support of this motion, defendant states as follows:

1. The above-captioned case was removed to federal court on February 26, 2010.

2. Pursuant to the Court's April 28, 2010 Order, defendant CSFB Securities is obligated to answer or move to dismiss the Sixth Amended Petition by June 4, 2010.

3. CSFB Securities intends to file a motion to dismiss with supporting suggestions asserting three separate grounds. In order to avoid the filing of three separate motions, CSFB Securities intends to file a single motion. However, in order to fully address the legal and factual bases for dismissal, however, the 15-page limitation in the Court's Local Rule 7.1 is insufficient.

4. Plaintiffs' counsel have agreed to the excess pages as proposed by CSFB Securities.

5. CSFB Securities anticipates that its Supporting Suggestions will not exceed forty pages.

6. Neither this motion nor the anticipated suggestions is filed for purposes of oppression, harassment, or delay.

7. A proposed order is attached for the Court's convenience.

**WHEREFORE**, defendant CSFB Securities respectfully requests that the Court grant this motion for leave to file suggestions with excess pages, as consented to by plaintiffs' counsel, and permit defendant to file Suggestions in Support of its motion up to and including forty pages, and such other relief as this Court deems just and proper.[1]

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF           MO #38572
ANTHONY BONUCHI          MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)

HARRY S. DAVIS
MARCY RESSLER HARRIS
MARGUERITE GARDINER
SCHULTE ROTH & ZABEL LLP
919 Third Ave., 19th Floor
New York, New York 10022-4774

ATTORNEYS FOR DEFENDANT CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.

---

[1] Nothing in this motion is intended to waive CSFB Securities' right to assert that this Court lacks jurisdiction over CSFB Securities.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 26th day of May, 2010.

                                        /s/ Mark A. Olthoff
                                        Attorney for Defendant Credit Suisse First Boston Mortgage Securities Corp.