IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORP., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER GRANTING EXTENSION OF TIME

Plaintiff's counsel has indicated that three additional business days are necessary for it to comply with the Court's Order directing the parties to submit a status report and documents by June 4, 2010 (Doc. 49). Plaintiff's request for additional time is granted. The status report and documents shall be filed on or before June 9, 2010. IT IS SO ORDERED.

DATE: June 3, 2010

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT