IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

---------------------------------------------------------------)
MICHAEL AND SHELLIE GILMOR, *et al.*,  )
                                       )
                                       )
                        Plaintiffs,    )   Case No. 4:10-cv-00189-ODS
                                       )
                    v.                 )
                                       )
PREFERRED CREDIT CORPORATION, *et al.*,)
                                       )
                                       )
                                       )
                        Defendants.    )
---------------------------------------------------------------)


**CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.'S
MOTION TO DISMISS PLAINTIFFS' SIXTH AMENDED PETITION**

Defendant Credit Suisse First Boston Mortgage Securities Corp., pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6), hereby moves to dismiss Plaintiffs' Sixth Amended Petition (the "Sixth Petition") in the above-captioned matter for lack of personal jurisdiction over CSFB Securities, lack of subject matter jurisdiction, and failure to state a claim upon which relief can be granted. For all the reasons set forth in the accompanying Suggestions in Support, which are incorporated herein, the Court should dismiss Plaintiffs' Sixth Amended Petition in its entirety with prejudice.

Respectfully submitted,

POLSINELLI SHUGHART PC

/s/ Mark A. Olthoff
Mark A. Olthoff (Bar No. 38572)
1700 Twelve Wyanotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)

and

Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Marguerite E. Gardiner, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
(212) 593-5955 (FAX)

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 4th day of June, 2010, to all counsel of record.

      /s/ Mark A. Olthoff
Attorney for <u>Defendant</u> Credit Suisse First Boston Mortgage Securities Corp.