IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:10-cv-00189-ODS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT RESIDENTIAL FUNDING COMPANY, LLC'S STATEMENT OF CLARIFICATION REGARDING THE STATUS OF ITS RESPONSIVE PLEADINGS TO PLAINTIFFS' SIXTH AMENDED PETITION

Defendant Residential Funding Company, LLC ("RFC"), files this statement of clarification regarding the status of its responsive pleading to Plaintiffs' Sixth Amended Petition.

1. In its April 28, 2010 Order Directing Parties to Submit Status Report And Documents (dkt. 49), the Court ordered that "all parties who have not filed an Answer to the Sixth Amended Petition (in either state or federal court) shall do so on or before June 4, 2010."

2. RFC (along with other defendants) currently has a filed motion to dismiss Plaintiff's Sixth Amended Petition pending in this action.

4. Accordingly, as RFC understands the Court's Order, it is not filing an answer at this time because its pending motion to dismiss is its responsive pleading to Plaintiffs' Sixth Amended Petition and that responsive pleading has already been filed.

Respectfully submitted,

**BRYAN CAVE LLP**

By:    s/ Craig S. O'Dear
      Craig S. O'Dear      MO #30167
      Irvin V. Belzer       MO #25234
      Catesby A. Major     MO #56944
      3500 One Kansas City Place
      1200 Main Street
      Kansas City, MO 64105-2100
      Telephone: (816) 374-3200
      Facsimile: (816) 374-3300

      and

      Michael G. Biggers     MO #24694
      One Metropolitan Square
      211 North Broadway, Suite 3600
      St. Louis, MO 63102-2750
      Telephone: (314) 259-2000
      Facsimile: (314) 259-2020

ATTORNEYS FOR DEFENDANTS
RESIDENTIAL FUNDING COMPANY, LLC
AND JPMORGAN CHASE BANK, NA, AS
FORMER TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record. I hereby further certify that on June 4, 2010, I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402

    s/ Craig S. O'Dear
Attorney for Defendants Residential Funding Company, LLC and JPMorgan Chase Bank, NA, as Former Trustee