IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORP., et al., | ) ) | |
| Defendants. | ) | |

## ORDER LIFTING STAY AND DIRECTING PARTIES TO SUBMIT STATUS REPORT AND DOCUMENTS

On April 28, 2010 – after denying Plaintiffs' Motion to Remand – the Court issued an Order directing the parties to submit a status report and certain documents. The deadline was extended to June 9, 2010. On June 9, the Court granted Plaintiffs permission to pursue an interlocutory appeal of the Order denying the Motion to Remand and stayed the case while this effort was pursued. On August 3, the Court of Appeals denied Plaintiffs' petition for permission to perfect the appeal.

In light of the Court of Appeals' decision, the stay is hereby lifted. On or before September 24, 2010, the parties shall provide the Status Report and documents described in the April 28 Order. The parties are reminded that the Court did not ask for *all* documents filed in this case. While still undoubtedly voluminous, the requested documents should be readily identifiable and easily gathered. The parties are further advised that the Court desires hard copies of the documents; while a CD containing the documents might appear to be more efficient, in reality it makes comprehension rather difficult.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: August 10, 2010      UNITED STATES DISTRICT COURT