# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
  et al.,

                      Plaintiffs,                    Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                      Defendants.

## ENTRY OF APPEARANCE

Garrett M. Hodes of the law firm Walters, Bender, Strohbehn & Vaughan, P.C. hereby enters his appearance as additional counsel for Plaintiffs.

Dated:  November 16, 2010                    Respectfully Submitted,

                                        WALTERS BENDER STROHBEHN
                                        &. VAUGHAN, P.C.

                                        *By*  */s/ Garrett M. Hodes*
                                          Garrett M. Hodes – Mo. Bar 50221
                                          Eric M. Shimamoto – Mo. Bar 58990
                                          2500 City Center Square
                                          1100 Main Street
                                          Kansas City, Missouri 64105
                                          (816) 421-6620
                                          (816) 421-4747 (Facsimile)

                                        ATTORNEYS FOR PLAINTIFFS
                                        AND CLASS COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Western Division, this 16th day of November 2010, with notice of case activity to be generated and sent electronically to all designated persons.

_____/s/ *Garrett M. Hodes*_____

2