THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>                Defendants. | Case No. 4:10-cv-00189-ODS |

## ENTRY OF APPEARANCE

Matthew R. Crimmins of the law firm Walters, Bender, Strohbehn & Vaughan, P.C. hereby enters his appearance as additional counsel for Plaintiffs.

Dated: November 16, 2010

                                                          Respectfully Submitted,

                                                          WALTERS BENDER STROHBEHN
                                                           &. VAUGHAN, P.C.

                                                          *By*  */s/ Matthew R. Crimmins*
                                                         Matthew R. Crimmins – Mo. Bar 53138
                                                         2500 City Center Square
                                                         1100 Main Street
                                                         Kansas City, Missouri 64105
                                                         (816) 421-6620
                                                         (816) 421-4747 (Facsimile)

                                                      ATTORNEYS FOR PLAINTIFFS
                                                      AND CLASS COUNSEL

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Western Division, this 16th day of November 2010, with notice of case activity to be generated and sent electronically to all designated persons.

/s/ *Matthew R. Crimmins*