IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. GILMOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
REPLY SUPPORTING MOTION FOR CLARIFICATION**

Moving Defendants[1] ask the Court for an extension of time to file a reply brief supporting their Motion for Clarification of Order Addressing Outstanding Issues and Motions, Setting Deadlines, and Directing the Parties to File a Joint Status Report (Dkt. No. 81) until November 24, 2010. In support of this request, Moving Defendants state as follows:

1. Moving Defendants' reply is currently due on November 22, 2010.

2. Due to other commitments by counsel for Moving Defendants, including a trial last week, Moving Defendants need two additional days to complete their reply.

---

[1] Moving Defendants are Preferred Mortgage Trust 1996-1, improperly named as "Preferred Credit Asset-Backed Certificates, Series 1996-1"; Preferred Mortgage Trust 1996-2, improperly named as "Preferred Mortgage Asset-Backed Certificates, Series 1996-2"; Preferred Credit Trust 1997-1, improperly named as "Preferred Credit Asset-Backed Certificates, Series 1997-1"; Deutsche Bank Trust Company Americas, formerly known as Bankers Trust Company, in its capacity as the trustee of the Trusts; IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation; Litton Loan Servicing LP; Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1); and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1).

WA 2567777.1

3. This is Moving Defendants' first request for additional time related to this motion and it is made in good faith, not for the purpose of delaying the resolution of this action or any other improper purpose.

4. Moving Defendants' request will not prejudice Plaintiffs or any other party to this action.

5. Plaintiffs consent to this request.

WHEREFORE, Moving Defendants ask the Court to extend their time for filing a reply in support of their motion for clarification until November 24, 2010.

Dated: November 22, 2010     Respectfully submitted,

/s/ Leslie A. Greathouse
Leslie A. Greathouse     MO #48431
   lgreathouse@spencerfane.com
Nathan A. Orr     MO #49836
   norr@spencerfane.com
J. Loyd Gattis     MO #59699
   lgattis@spencerfane.com
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)

*Attorneys for defendants Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1, and Deutsche Bank Trust Company Americas, in its capacity as the trustee of those trusts*

/s/ Barry L. Pickens
Barry L. Pickens
SPENCER FANE BRITT & BROWNE
1000 Walnut Street
Suite 1400
Kansas City, Missouri 64106-2140

and

2

WA 2567777.1

Case 4:10-cv-00189-ODS   Document 102   Filed 11/22/10   Page 2 of 4

R. Bruce Allensworth
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, Massachusetts 02109

and

Daniel J. Tobin
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, Maryland 20814

*Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A., Credit-Based Asset Servicing & Securitization, LLC, Litton Loan Servicing LP, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1)*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

        /s/ Leslie A. Greathouse
Attorneys for defendants