# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

Defendant Credit-Based Asset Servicing and Securitization LLC ("C-BASS"), through counsel, respectfully suggests to this Court that on November 12, 2010, C-BASS filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York, Case No. 10-16040-ALG.

Respectfully submitted,

November 23, 2010

/s/ Barry L. Pickens
Barry L. Pickens, Esq.   MO # 43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  (816) 474-8100
Facsimile:  (816) 474-3216

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Barry L. Pickens
Barry L. Pickens