IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants | Case No. 10-0189-CV-W-ODS |

**PLAINTIFFS' NOTICE REGARDING**
**EXHIBIT ATTACHMENT**

Exhibits A through Z, which are attachments to Plaintiffs' Joint Suggestions in Opposition to Certain Defendants' Motions to Dismiss for Lack of Personal Jurisdiction, are voluminous and are being filed with the Court in paper format only. The paper copies of the exhibits are being maintained in the case file in the Clerk's office.

Plaintiffs will produce electronic copies of Exhibits A through Z on CD-rom to Defendants' Counsel.

Dated: November 23, 2010

                Respectfully Submitted,

                WALTERS BENDER STROHBEHN
                  & VAUGHAN, P.C.

                By   /s/ *Kip D. Richards*
                  R. Frederick Walters - Mo. Bar 25069
                  Kip D. Richards - Mo. Bar 39743
                  J. Michael Vaughan – Mo. Bar 24989
                  David M. Skeens - Mo. Bar 35728
                  2500 City Center Square
                  1100 Main Street
                  P.O. Box 26188
                  Kansas City, MO 64196
                  (816) 421-6620
                  (816) 421-4747 (Facsimile)

                ATTORNEYS FOR PLAINTIFFS/
                CLASS COUNSEL

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Western Division, this **23rd day of November 2010**, with notice of case activity to be generated and sent electronically to all designated persons.

                          /s/ *Kip D. Richards*