IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants | Case No. 10-0189-CV-W-ODS |

**PLAINTIFFS' AMENDED NOTICE REGARDING
<u>EXHIBIT ATTACHMENT</u>**

Exhibits A through Z, which are attachments to Plaintiffs' Joint Suggestions in Opposition to Certain Defendants' Motions to Dismiss for Lack of Personal Jurisdiction, are voluminous and are being filed with the Court in paper format only. The paper copies of the exhibits are being maintained in the case file in the Clerk's office. An Index of Exhibits A through Z is attached.

Plaintiffs will produce electronic copies of Exhibits A through Z on CD-rom to Defendants' Counsel.

Dated: November 24, 2010

>Respectfully Submitted,
>
>WALTERS BENDER STROHBEHN
>& VAUGHAN, P.C.
>
>By  /s/ *Kip D. Richards*
>  R. Frederick Walters - Mo. Bar 25069
>  Kip D. Richards - Mo. Bar 39743
>  J. Michael Vaughan – Mo. Bar 24989
>  David M. Skeens - Mo. Bar 35728
>  2500 City Center Square
>  1100 Main Street
>  P.O. Box 26188
>  Kansas City, MO 64196
>  (816) 421-6620
>  (816) 421-4747 (Facsimile)
>
>ATTORNEYS FOR PLAINTIFFS/
>CLASS COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Western Division, this **24rd day of November 2010**, with notice of case activity to be generated and sent electronically to all designated persons.

>           /s/ *Kip D. Richards*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants | Case No. 10-0189-CV-W-ODS |

# INDEX OF EXHIBITS

## TO JOINT SUGGESTIONS IN OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION

A    Affidavit of Shellie L. Gilmor

- A-1 Form-How Did You Hear About Preferred Credit Corp.
- A-2 Credit Approval Letter – Preferred Credit to Gilmor, September 16, 1997
- A-3 Loan Application
- A-4 Note
- A-5 Deed of Trust
- A-6 HUD-1 Settlement Statement
- A-7 List of debts to be paid with loan proceeds
- A-8 Federal Truth-In-Lending Disclosure Statement
- A-9 Itemization of Amount Financed
- A-10 Notice of Right to Cancel
- A-11 Loan Servicing Disclosure Statement
- A-12 Final Closing Statement and Preferred Credit Corp. Letter
- A-13 HUD-1 Settlement Statement
- A-14 Notice of Assignment, Sale or Transfer of Servicing Rights
- A-15 Monthly Billing Statement
- A-16 Form 1098s
- A-17 Servicing Letter
- A-18 Deed of Release

A-19   Signed Loan Documents

B   Affidavit of Michael E. Harris

   B-1   Letter Preferred Credit to Harris, July 2, 1997
   B-2   Loan Application
   B-3   Note
   B-4   Deed of Trust
   B-5   HUD-1 Settlement Statement
   B-6   List of debts to be paid with loan proceeds
   B-7   Federal Truth-In-Lending Disclosure Statement
   B-8   Itemization of Amount Financed
   B-9   Notice of Right to Cancel
   B-10   Loan Servicing Disclosure Statement
   B-11   Final Closing Statement
   B-12   HUD-1 Settlement Statement
   B-13   Monthly Billing Statement and Pay Stub
   B-14   Form 1098s
   B-15   Wendover Servicing Letter
   B-16   Deed of Release
   B-17   Signed Loan Documents

C   Affidavit of Raye Ann Varns

   C-1   Loan Application
   C-2   Note
   C-3   Deed of Trust
   C-4   HUD-1 Settlement Statement
   C-5   List of debts to be paid with loan proceeds
   C-6   Federal Truth-In-Lending Disclosure Statement
   C-7   Itemization of Amount Financed
   C-8   Notice of Right to Cancel
   C-9   Loan Servicing Disclosure Statement
   C-10   Final Closing Statement
   C-11   Notice of Assignment, Sale or Transfer of Servicing Rights and Letter
   C-12   Notice of Assignment, Sale or Transfer of Servicing Rights and Letter
   C-13   Monthly Loan Statements
   C-14   Form 1098s
   C-15   Signed Loan Documents

D   Affidavit of Leo Parvin

   D-1   Conditional Loan Approval
   D-2   Note
   D-3   Deed of Trust
   D-4   HUD-1 Settlement Statement

|     | D-5  | List of debts to be paid with loan proceeds |
| --- | ---- | --- |
|     | D-6  | Federal Truth-In-Lending Disclosure Statement |
|     | D-7  | Itemization of Amount Financed |
|     | D-8  | Notice of Right to Cancel |
|     | D-9  | Loan Servicing Disclosure Statement |
|     | D-10 | Form 1098s |
|     | D-11 | Deed of Release |

E    Declarations

    E-1    Declaration of Richard Johnson, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV 100-4263CC**, dated December 6, 2002

    E-2    Declaration of David Co, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV100-4263CC**, dated December 6, 2002

F    Transcript of Proceedings (excerpts), December 19, 2002, *Baker v. Century Financial Group, Inc., et al.*, **Clay County Case No. CV100-4294CC**

G.    Affidavit of Christi M. Gumbs

    G-A    Loan Schedule (sorted by Assignees)
    G-B    Loan Schedule (re: PCC Class Loans that Empire acquired)
    G-C    Loan Schedule (re: PCC Class Loans that Impac acquired)
    G-D    Advanta Loan Payment History – Gilmor
    G-E    Advanta Loan Payment History – Harris
    G-F    Advanta Loan Payment History – Parvin
    G-G    Advanta Loan Payment History – Varns
    G-H    Letter Advanta to Wendover Financial, August 17, 1998 (re: Gilmor loan)
    G-I    Letter Advanta to Litton Loan Servicing, September 9, 1998 (re: Varns loan)

H.    *Docket Entry – Defendant Master Financial Asset Securitization Trust 1998-1 Motion to Dismiss – Denied in *Baker v. Century Financial Group, Inc., et al.*, **Clay County Case No. CV100-4294CC**, dated July 31, 2002
*Motion to dismiss by Defendant Master Financial Asset Securitization Trust 1998-1, *Baker v. Century Financial Group, Inc., et al.*, **Clay County Case No. CV100-4294CC**, dated June 21, 2002
*Suggestions in Support of Motion to Dismiss by Defendant Master Financial Asset Securitization Trust 1998-1, *Baker v. Century Financial Group, Inc., et al.*, **Clay County Case No. CV100-4294CC**, dated June 21, 2002

I    *Court Clerk Entry – Motion to Dismiss for Want of Jurisdiction – Denied in *Couch v. SMC Lending, Inc., et al.*, **Clay County Case No. CV100-4332CC**, dated March 21, 2005
*Motion to Dismiss Plaintiffs' Seventh Amended Petition on Behalf of the Moving Trust Defendants, *Couch v. SMC Lending, Inc., et al.*, **Clay County Case No. CV100-4332CC**, dated July 1, 2004

*Suggestions in Support of Motion to Dismiss Plaintiffs' Seventh Amended Petition as to the Issue of Personal Jurisdiction, *Couch v. SMC Lending, Inc., et al.*, **Clay County Case No. CV100-4332CC**, dated July 1, 2004

J  *Order Denying Defendants' Renewed Motion to Dismiss (filed March 9, 2006), *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 00CV215097-01**, dated October 3, 2006

*Renewed Motion to Dismiss of Defendants U.S. Bank National Association, as Trustee and Firstplus Home Loan Owner Trust 1997-3, 1997-4 and 1998-1 and Suggestions in Support, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 00CV215097-01**, dated March 9, 2006

*Motion to Dismiss of Defendants Firstplus Home Loan Owner Trusts 1997-3, 1997-4 and 1998-1, with Suggestions in Support, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 00CV215097-01**, dated September 12, 2002

*Order Denying Defendant's Renewed Motion to Dismiss (filed March 13, 2006), *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 00CV215097-01**, dated October 4, 2006

*Renewed Motion to Dismiss, or in the Alternative, Motion for More Definite Statement, and Notice of Renewed Suggestions in Support, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 00CV215097-01**, dated March 13, 2006

*Motion to Dismiss, or in the Alternative, Motion for Motion for More Definite Statement, with Suggestions in Support, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 00CV215097-01**, dated May 24, 2002

*Order Denying Defendants' Renewed Motion to Dismiss (filed March 13, 2006), *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 03CV213643**, dated October 4, 2006

*Defendants' Renewed Motions to Dismiss and Suggestions in Support, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 03CV213643**, dated March 13, 2006

*Non-Holder Defendants' Motion to Dismiss Plaintiffs' Petition as to the Issue of Personal Jurisdiction, with Suggestions in Support, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 03CV213643**, dated August 29, 2003

*Order Denying Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction (filed March 13, 2006), *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 03CV213643**, dated October 4, 2006

*Renewal of Motion to Dismiss for Lack of Personal Jurisdiction, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 03CV213643**, dated March 13, 2006

*Order Denying Defendants' Renewed Motion to Dismiss for Lack of Standing and Lack of Personal Jurisdiction (filed March 13, 2006), *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 03CV213643**, dated October 4, 2006

*Moving Defendants' Renewed Motions to Dismiss for Lack of Standing and Lack of Personal Jurisdiction and Suggestions in Support, *Beaver v. US Bank Trust National Association, et al.*, **Jackson County Case No. 03CV213643**, dated March 13, 2006

*Order Denying Defendants US Bank National Association, as Trustee, and Firstplus Home Loan Owner Trusts 1997-3, 1997-4 and 1998-1 Motion to Dismiss (filed March 13, 2006), *Beaver v. US Bank Trust National Association, et al.*, Jackson County Case No. 03CV213643, dated October 4, 2006

*Motion to Dismiss and Suggestions in support of defendants U.S. Bank National Association, as Trustee, and Firstplus Home Loan Owner Trusts 1997-3, 1997-4 and 1998-1, *Beaver v. US Bank Trust National Association, et al.*, Jackson County Case No. 03CV213643, dated March 13, 2006

K    *Order Denying Defendants Renewed Motion to Dismiss (filed March 20, 2006), *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 01CV201263, dated October 4, 2006

*Renewed Motion to Dismiss of Defendants U.S. Bank National Association, as Trustee, Wilmington Trust Company, as Trustee and Firstplus Home Loan Owner Trust 1998-5 and Suggestions in Support, *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 01CV201263, dated March 20, 2006

*Motion to Dismiss of Defendant Firstplus Home Loan Owner Trust 1998-5, with Suggestions in Support, *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 01CV201263, dated October 11, 2002

*Order Denying Defendants Motion to Dismiss for Lack of Personal Jurisdiction of Defendants Firstplus Home Loan Owner Trust 1998-4, US Bank National Association, as Trustee, and Wilmington Trust Company, as Trustee (filed April 18, 2006), *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 01CV201263, dated October 4, 2006

*Motion to Dismiss for Lack of Personal Jurisdiction of Defendants Firstplus Home Loan Owner Trust 1998-4, U.S. Bank National Association, as Trustee, and Wilmington Trust Company, as Trustee and Suggestions in Support, *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 01CV201263, dated April 18, 2006

*Order Denying Defendants Renewed Motions to Dismiss (filed March 20, 2006), *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 03CV216423, dated October 4, 2006

*Defendants' Renewed Motions to Dismiss and Suggestions in Support, *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 03CV216423, dated March 20, 2006

*Non-Holder Defendants' Motion to Dismiss Plaintiffs'' Petition for Personal Jurisdiction with Suggestions in Support, *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 03CV216423, dated August 29, 2003

*Order Denying Defendants Motion to Dismiss (filed March 20, 2006), *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 03CV216423, dated October 4, 2006

*Motion to Dismiss and Suggestions in Support of Defendants U.S. Bank National Association, as Trustee, Wilmington Trust Company, as Trustee, and Firstplus Home Loan Owner Trust 1998-5, *Scherich (Smith) v. Firstplus Home Loan Owner Trust 1998-5*, Jackson County Case No. 03CV216423, dated March 20, 2006

| | |
|---|---|
| L | Order Denying U.S. Bank's Motions for Summary Judgment, *Milburn v. Rosslare Funding, Inc.* No. 98-106(B) (Ark. Cir. Ct., Sept. 25, 2003) |
| M | Opinion, *Westell v. FirstPlus Home Loan Owner Trust 1998-4, No. GD01-6841*, (Pa. Ct. C.P., Aug. 5, 2002) |
| N | Order Re: Motions to Dismiss, *Vinke v. Bann-Cor Mortgage*, No. 01CV6313 (Colo. Dist. Ct., Mar. 18, 2003) |
| O | Credit-Based Asset Servicing and Securitization, LLC (C-BASS) |

    O-1    C-BASS Website Information
    O-2    C-BASS Press Release, December 10, 2007
    O-3    Cauthon – Note
           Cauthon – Deed of Trust
           Cauthon – Assignment of Mortgage/Deed of Trust (C-BASS to The Chase Manhattan Bank, dated April 30, 1999)
           Cauthon – Assignment of Deed of Trust and Request for Special Note (Preferred Credit Corporation to C-BASS, dated September 22, 1997)
    O-4    Letter Daniel J. Tobin to R. Frederick Walters dated December 16, 2009 enclosing Litton/C-BASS documents
    O-5    Response of Defendant Credit-Based Asset Servicing & Securitization, LLC to Plaintiff's First Set of Interrogatories and First Request for Production of Documents, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV100-4263CC**, dated July 11, 2006

| | |
|---|---|
| P | Litton Loan Servicing, L.P. |

    P-1    Litton Missouri Registration Information
    P-2    Cauthon – Loan Payment Stub
           Cauthon – Loan Payment Check
           Cauthon – Litton Payment History
           Cauthon – Litton 1098s for 2002 and 2003
    P-3    Response of Defendant Litton Loan Servicing, L.P., to Plaintiffs First Set of Interrogatories and First Request for Production of Documents, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV100-4263CC**, dated July 10, 2006

| | |
|---|---|
| Q | Response of Defendant LaSalle National Bank to Plaintiff's First Set of Interrogatories and First Request for Production of Documents, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV100-4263CC**, dated July 10, 2006 |
| R | Empire Funding Corp. |

    R-1    Empire Missouri Registration Information

| | R-2 | Empire Prospectus Supplement (excerpts) for Empire Funding Home Loan Owner Trust 1998-1, dated February 19, 1998 |
|---|---|---|
| | R-3 | Owner Trust Agreement – Empire Funding Home Loan Owner Trust 1998-1, dated February 1, 1998 |
| | R-4 | Indenture – Empire Funding Home Loan Owner Trust 1998-1, dated February 1, 1998 |
| | R-5 | Sale and Servicing Agreement – Empire Funding Home Loan Owner Trust 1998-1, dated February 1, 1998 |
| | R-6 | Amendment One to Sale and Servicing Agreement – Empire Funding Home Loan Owner Trust 1998-1, dated September 1, 1999 |
| | R-7 | Irrevocable Special & Limited Power of Attorney (from Empire Funding Corp. in favor of Ocwen Federal Bank FSB), dated December 4, 2000 |
| | R-8 | Sworn Signature Pages of Pamela Wieder, Vice President of US Bank NA, Trustee of Empire Funding Home Loan Owner Trust 1998-1, to discovery responses, ***Gilmor v. Preferred Credit Corporation, et al.*, Clay County Case No. CV100-4263CC** |
| | R-9 | Affidavit of Pamela Wieder in Support of Motion Regarding Lack of Personal Jurisdiction over Firstplus Home Loan Trusts 1997-2, 1997-3, 1997-4, 1998-1, 1998-2, 1998-3, 1998-4 and 1998-5, ***Baker v. Century Financial Group, Inc., et al.*, Clay County Case No. CV100-4294CC**, dated April 8, 2002 |
| | R-10 | Joint Response of Defendant Empire funding Home Loan Owner Trust 1998-1, Defendant U.S. Bank National Association and Defendant Wilmington Trust Company to Plaintiffs' "Joint Set" of Interrogatories and Requests for Production of Documents, ***Gilmor v. Preferred Credit Corporation, et al.*, Clay County Case No. CV 100-4263CC**, dated May 15, 2006 |
| | R-11 | Supplemental Answers and Objections of Defendants Empire Funding Home Loan Owner Trusts 1997-1, 1997-2, 1997-3, 1997-4, 1997-5, 1998-1, 1998-2, 1998-3 and 1999-1 by Trustees Wilmington Trust Company and U.S. Bank National Association to Interrogatories 45, 46 and 54, ***Baker v. Century Financial Group, Inc., et al.*, Clay County Case No. CV100-4294CC**, dated June 16, 2006 |
| | R-12 | Advanta Payment History for Alvin Baker loan |
| | R-13 | Ocwen Payment History for Alvin Baker loan |
| | R-14 | Advanta Payment History for D. Michael Laber loan |
| | R-15 | Ocwen Payment History for D. Michael Laber loan |
| | R-16 | Summary Monthly Activity Report (ICIFC/Preferred Loans Sold To Empire Funding) |
| | R-17 | Empire Funding Press Release, dated March 4, 1998 |
| S | Preferred Mortgage Trust 1996-1 | |
| | S-1 | Prospectus (Private Placement Memorandum) – Preferred Mortgage Asset-Backed Certificates, Series 1996-1, dated June 14, 1996 |
| | S-2 | Pooling and Servicing Agreement – Preferred Mortgage Asset-Backed Certificates, Series 1996-1, dated June 1, 1996 |
| | S-3 | Trust Audit Letter – KPMG Peat Marwick, LLP (June 20, 1996) |

S-4  Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Mortgage Trust 1996-1 and Defendant Deutsche Bank Trust Company Americas, ***Gilmor v. Preferred Credit Corporation, et al.,* Clay County Case No. CV100-4263CC**, dated March 6, 2008

S-5  Advanta Payment History for Michael Merrill Loan

T  Preferred Mortgage Trust 1996-2

T-1  Prospectus – Preferred Mortgage Asset-Backed Certificates, Series 1996-2, dated December 1996

T-2  Pooling and Servicing Agreement – Preferred Mortgage Asset-Backed Certificates, Series 1996-2, dated December 1, 1996

T-3  Subsequent Transfer Agreement – Preferred Mortgage Asset-Backed Certificates, Series 1996-2, dated January 23, 1997

T-4  Trust Audit Letter – KPMG Peat Marwick, LLP (December 9, 1996)

T-5  The 1996-2 Trust's Objections and Responses to Plaintiffs' First Interrogatories, ***Gilmor v. Preferred Credit Corporation, et al.,* Clay County Case No. CV100-4263CC**, dated October 24, 2001

T-6  Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Mortgage Trust 1996-2 and Defendant Deutsche Bank Trust Company Americas, ***Gilmor v. Preferred Credit Corporation, et al.,* Clay County Case No. CV100-4263CC**, dated August 9, 2006

T-7  Sworn Signature Page of David Co, Vice President of Deutsche Bank Trust Company Americas, Trustee of Defendant Preferred Mortgage Trust 1996-2, to discovery responses, ***Gilmor v. Preferred Credit Corporation, et al.,* Clay County Case No. CV100-4263CC**

T-8  Advanta Payment History for Michael Dennis Loan

U  Preferred Mortgage Trust 1997-1

U-1  Prospectus – Preferred Credit Asset-Backed Certificates, Series 1997-1

U-2  Pooling and Servicing Agreement – Preferred Credit Asset-Backed Certificates, Series 1997-1, dated March 1, 1997

U-3  Subsequent Transfer Agreement – Preferred Credit Asset-Backed Certificates, Series 1997-1, dated April 24, 1997

U-4  Trust Audit Letter – KPMG Peat Marwick, LLP (March 17, 1997)

U-5  The 1997-1 Trust's Objections and Responses to Plaintiffs' First Interrogatories, ***Gilmor v. Preferred Credit Corporation, et al.,* Clay County Case No. CV 100-4263CC**, dated October 24, 2001

U-6  Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Credit Trust 1997-1 and Defendant Deutsche Bank Trust Company Americas, ***Gilmor v. Preferred Credit Corporation, et al.,* Clay County Case No. CV 100-4263CC**, dated August 9, 2006

U-7  Sworn Signature Pages of David Co, Vice President of Deutsche Bank Trust Company Americas, Trustee of Defendant Preferred Mortgage Trust 1997-1, to discovery responses, *Gilmor v. Preferred Credit Corporation, et al.,* **Clay County Case No. CV100-4263CC**

U-8  Advanta Payment History for Linda Bradford Loan

V  Impac Funding Corporation

V-1  Impac Missouri Registration Information

V-2  Defendant Impac Funding Corporation's Response to Plaintiffs' Interrogatories, *Gilmor v. Preferred Credit Corporation, et al.,* **Clay County Case No. CV 100-4263CC**, dated June 5, 2002

V-3  Amended Response of Defendant Impac Mortgage Holdings, Inc. to Plaintiffs' Interrogatories and Requests for Production, *Gilmor v. Preferred Credit Corporation, et al.,* **Clay County Case No. CV 100-4263CC**, dated September 9, 2003

V-4  Response of Defendant IMH Assets Corporation to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents, *Gilmor v. Preferred Credit Corporation, et al.,* **Clay County Case No. CV 100-4263CC**, dated July 10, 2006

V-5  Response of Defendant Impac CMB Trust Series 2003-5 to Plaintiff's First Set of Interrogatories and First Request for Production of Documents, *Gilmor v. Preferred Credit Corporation, et al.,* **Clay County Case No. CV 100-4263CC**, dated July 10, 2006

V-6  Supplemental Information from Defendants Impac Mortgage Holdings, Inc., Impac Funding Corporation, Impac Secured Assets Corporation, and IMH Assets Corporation Regarding Plaintiffs' Requests for Production to Impac CMB Trust Series 2003-5, *Gilmor v. Preferred Credit Corporation, et al.,* **Clay County Case No. CV 100-4263CC**, dated May 23, 2008

V-7  Prospectus Supplement – Impac Secured Assets CMN Trust Series 1998-1 Collateralized Asset-Backed Notes, Series 1998-1, dated March 27, 1998

V-8  Prospectus Supplement – Mortgage Pass-Through Certificates, Series 2000-1, dated March 27, 2000

V-9  Prospectus Supplement – IMPAC CMB Trust Series 2003-5 Collateralized Asset-Backed Bonds, Series 2003-5, dated April 25, 2003

V-10  Corporation Assignment of Deed of Trust (Norwest Bank Minnesota, NA as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2000-1 to Countrywide Home Loans, Inc. (Leo Parvin, Jr. Loan)

V-11  Letter Daniel J. Tobin to R. Frederick Walters, dated October 20, 2010, regarding document production of Impac Defendants

W  U.S. Bank, N.A. and U.S. Bank N.A., N.D.

9

| | W-1 | Defendant U.S. Bank National Association ND's Answers to Interrogatories 45-55 and Requests 45-47, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV 100-4263CC**, dated September 3, 2003 |
|---|---|---|
| | W-2 | Defendant U.S. Bank National Association's Amended Answers to Interrogatories, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV 100-4263CC**, dated June 18, 2002 |
| | W-3 | Corporation Assignment of Deed of Trust (Preferred Credit Corp. to Norwest Bank Minnesota National Association, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Pass-Through Certificates, Series 2000-1 (Leo Parvin, Jr. Loan) |
| | W-4 | US Bank Payment History – Ted and Raye Ann Varns Loan |
| X | | Preferred Credit Corporation |
| | X-1 | Preferred Credit Corp. – SEC Form S-1, dated June 24, 1997 |
| | X-2 | Article, <u>Nat. Mortgage News</u> (February 3, 1999) |
| | X-3 | Article, <u>The Twin Cities Business Journal</u> (January 5, 2001) |
| Y | | Bankers Trust Company (nka DBTCA) |
| | Y-1 | Answer and Objections of Defendant Bankers Trust Company to Plaintiffs' First Set of Interrogatories, *Gilmor v. Preferred Credit Corporation, et al.*, **Clay County Case No. CV 100-4263CC**, dated July 26, 2001 |
| | Y-2 | Limited Power of Attorney (Bankers Trust Company to Advanta Mortgage Corp., USA), dated March 30, 1999 |
| | Y-3 | Limited Power of Attorney (Bankers Trust Company of California, NA to Advanta Mortgage Corp. USA), dated July 11, 2000 |
| | Y-4 | Limited Power of Attorney (Bankers Trust Company of California, NA to Chase Manhattan Mortgage Corporation), dated May 21, 2001 |
| Z | | Credit Suisse First Boston |
| | Z-1 | Mortgage Securities Corp.'s Objections and Responses to Plaintiffs' First Interrogatories, *Gilmor v. Preferred Credit Corporation, et al.*, **Case No. 00-0795-CV-W-SOW (WDMO)**, dated October 24, 2001 |
| | Z-2 | Defendant Credit Suisse First Boston Mortgage Capital, LLC's Corporate Disclosure, *Gilmor v. Preferred Credit Corporation, et al.*, **Case No. 04-0255-CV-W-SOW (WDMO)**, Doc. No. 51, dated April 16, 2004 |
| | Z-3 | Defendant Credit Suisse First Boston Mortgage Securities Corp.'s Corporate Disclosure Statement, *Gilmor v. Preferred Credit Corporation, et al.*, **Case No. 04-0255-CV-W-SOW (WDMO)**, Doc. No. 50, dated April 16, 2004 |