IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORP., et al., | ) ) | |
| Defendants. | ) | |

ORDER ADDRESSING SUGGESTION OF BANKRUPTCY

On November 23, 2010, Credit-Based Asset Servicing and Securitization LLC ("C-BASS") filed a Suggestion of Bankruptcy, indicating it had filed a Chapter 11 Petition in the Southern District of New York. Obviously, the automatic stay precludes Plaintiffs from certain actions with respect to C-BASS. However, the Court takes this opportunity to express its view that litigation efforts involving the other Defendants will continue.

On or before May 25, and every 120 days thereafter, C-BASS shall file a Status Report describing the status of its bankruptcy proceeding in New York.
IT IS SO ORDERED.

DATE: November 24, 2010

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT