IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI
AT LIBERTY

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. CV100-4263 CC <br><br><br> Division 2 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby dismiss, without prejudice, each of the claims and causes of action that they are asserting against the defendant trusts denominated as Defendant CS First Boston Mortgage Securities Corp. Preferred Mortgage Asset-Backed Certificates, Series 1996-2 (Preferred Mortgage Trust 1996-2) and Defendant Credit Suisse First Boston Mortgage Securities Corp. Preferred Credit Asset-Backed Certificates, Series 1997-1 (Preferred Credit Trust 1997-1) based on (1) said Defendants' affidavits and/or representations through counsel to the effect that they do not hold and have never owned or held or acted as trustee for any of the named Plaintiffs' second mortgage loans; (2) said Defendants' representations through counsel to the effect that they have filed or intend to file one or more motions to dismiss the petition as against them for lack of standing; and (3) the prior decisions of this Court sustaining such motions to dismiss pre-certification (i.e., before the issue of whether to certify the case as a class action has been decided). No other claims against any other party are dismissed.

Dated: October 4, 2002


EXHIBIT A

Respectfully submitted,

WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.

By _____
J. Michael Vaughan Mo. Bar #24989
Kip D. Richards Mo. Bar #39743
David M. Skeens Mo. Bar #35728
2500 City Center Square
12th & Baltimore
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)

and

LAWSON & FIELDS P.C.
Gary Lawson
Eric Calhoun
5323 Spring Valley Road
Dallas, Texas 75240
(972) 661-5323
(972) 661-5177 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

2

*at appros 7:30 p.m.*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above and foregoing document was sent via facsimile this 4th day of October, 2002 to:

Mark A. Olthoff
Shughart, Thomson & Kilroy, P.C.
120 W. 12th St.
Kansas City, Missouri 64105
816.374.0509 (fax)
Attorneys for Defendants Empire Funding Home Loan Owner Trust 1998-1, U.S. Bank National Association, U.S. Bank, National Association ND, and Wilmington Trust Company

Barry L. Pickens
Spencer Fane Britt & Browne
1000 Walnut St., Ste. 1400
Kansas City, Missouri 64106
816.474.3216 (fax)
Attorneys for Defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets CMN Trust Series 1998-1 Collateralized Asset-Backed Note, Series 1998-1, Bankers Trust Company, and Bankers Trust Company of California, NA

Leslie A. Greathouse
Kutak Rock, LLP
Ste. 200, Valencia Place
444 W. 47th Street
Kansas City, MO 64112-1914
816.960.0041 (fax)
Attorneys for the Preferred Trust Defendants 1996-2 and 1997-1

3

# WALTERS BENDER STROHBEHN VAUGHAN, P.C.
**ATTORNEYS AT LAW**

## TELECOPY COVER SHEET
### FAX NO. (816) 421-4747

**DATE:** October 4, 2002                         **TIME:** _____

**NO. OF PAGES:** 4   (Including this cover page)

**TO:** Mark Olthoff, SHUGHART THOMPSON & KILROY
Barry Pickens, SPENCER FANE BRITT & BROWNE
Leslie Greathouse, KUTAK ROCK

**TELECOPY NO.:** 374-0509
474-3216
960-0041

**FROM:** Kip Richards

**CLIENT NO.:** 1011.000245

**RE:** *Gilmor v. Preferred Credit Corp., et al.*

**COMMENTS:** _____

THIS MATERIAL WILL ALSO BE MAILED TO YOU    YES ____   NO  X

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (816) 421-6620.

____ YES, ALL PAGES WERE RECEIVED.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED BELOW AND NO ONE ELSE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, PLEASE DO NOT USE THIS TRANSMISSION IN ANY WAY, BUT CONTACT THE SENDER BY TELEPHONE.

2500 CITY CENTER SQUARE • 1100 MAIN • P.O. BOX 26188 KANSAS CITY, MISSOURI 64196 • PH. (816) 421-6620 • FAX (816) 421-1747