## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. GILMOR, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 4:10-cv-189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2010 a true and correct copy of:

1. Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Mortgage Trust 1996-1 and Defendant Deutsche Bank Trust Company Americas;

2. Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Credit Trust 1997-1 and Defendant Deutsche Bank Trust Company Americas;

3. Second Amended Answers and Objections of Defendant Preferred Credit Trust 1997-1 to Interrogatories and Requests for Production of Documents;

4. Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Mortgage Trust 1996-2 and Defendant Deutsche Bank Trust Company Americas;

5. Second Amended Answers and Objections of Defendant Preferred Mortgage Trust 1996-2 to Interrogatories and Requests for Production of Documents;

6. Amended Privilege Log; and

7. this Certificate of Service

were served via First Class U.S. Mail, postage prepaid, on:

WA 2578429.1

R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main
Kansas City, Mo 64105


Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO 64105

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN 55402

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO  64105

Harry S. Davis
Marcy Ressler Harris
Marguerite Ellsworth Gardiner
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022
Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo  64108

Barry F. MacEntee
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL  60601

Richard L. Martin
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street, Suite 900
Kansas City, MO  64105

Thomas J. Fritzlen, Jr.
Martin, Leigh, Laws & Fritzlen, P.C.
1044 Main Street
900 Peck's Plaza
Kansas City, MO  64105

Terese A. Drew
Hinshaw & Culbertson
Gateway One
701 Market Street, Suite 1300
St. Louis, MO  63101

Thomas F. Ging
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL 60601

                                         Respectfully submitted,

                                         SPENCER FANE BRITT & BROWNE LLP

                                         s/Leslie A. Greathouse
                                         Leslie A. Greathouse    MO # 48431
                                              lgreathouse@spencerfane.com
                                         Nathan A. Orr    MO # 49836
                                             norr@spencerfane.com
                                         J. Loyd Gattis    MO #59699
                                             lgatties@spencerfane.com
                                         1000 Walnut Street, Suite 1400
                                       Kansas City, Missouri 64106-2140
                                       (816) 474-8100
                                       (816-474-3216 (facsimile)

                                       *Attorneys for defendant Preferred Mortgage*
                                       *Trust 1996-2 and Deutsche Bank Trust*
                                       *Company Americas, in its capacity as its trustee*