THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
et al.,

        Plaintiffs,

vs.

PREFERRED CREDIT CORPORATION,
et al.,

        Defendants.

Case No. 4:10-cv-00189-ODS

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 3rd day of December, 2010, a true and correct copy of following discovery requests were served via First Class U.S. Mail, postage prepaid.

1. Plaintiffs' First Set of Interrogatories to Defendant Countrywide Home Loans, Inc.;
2. Plaintiffs' First Request for Production of Documents to Defendant Countrywide Home Loans, Inc.;
3. Plaintiffs' First Set of Interrogatories to Defendant Impac CMB Trust Series 1999-1;
4. Plaintiffs' First Request for Production of Documents to Defendant Impac CMB Trust Series 1999-1;
5. Plaintiffs' First Set of Interrogatories to Defendant Impac CMB Trust Series 2000-1;
6. Plaintiffs First Request for Production of Documents to Defendant Impac CMB Trust Series 2000-1;
7. Plaintiffs' First Set of Interrogatories to Defendant Impac CMB Trust Series 2000-2;
8. Plaintiffs' First Request for Production of Documents to Defendant Impac CMB Trust Series 2000-2;
9. Plaintiffs' First Set of Interrogatories to Defendant Impac CMB Trust Series 2001-4

10. Plaintiffs' First Request for Production of Documents to Defendant Impac CMB Trust Series 2001-4;

11. Plaintiffs' First Set of Interrogatories to Defendant Impac CMB Trust Series 2002-1;

12. Plaintiffs' First Request for Production of Documents to Defendant Impac CMB Trust Series 2002-1

13. Plaintiffs' First Set of Interrogatories to Defendant Ocwen Federal Bank, FSB;

14. Plaintiffs' First Request for Production of Documents to Defendant Ocwen Federal Bank, FSB;

15. Plaintiffs' First Set of Interrogatories to Defendant Sovereign Bank;

16. Plaintiffs' First Request for Production of Documents to Defendant Sovereign Bank;

17. Plaintiffs' First Set of Interrogatories to Defendant United Mortgage C.B., L.L.C.;

18. Plaintiffs' First Request for Production of Documents to Defendant United Mortgage C.B., L.L.C.;

19. Plaintiffs' First Set of Interrogatories to Defendant Wendover Financial Services;

20. Plaintiffs' First Request for Production of Documents to Defendant Wendover Financial Services;

Respectfully submitted,

WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.

By: /s/ Matthew R. Crimmins
R. Frederick Walters - Mo. Bar # 25069
Kip D. Richards - Mo. Bar 39743
David M. Skeens -Mo. Bar 35728
Garrett M. Hodes – Mo. Bar #50221
Matthew R. Crimmins – Mo. Bar #53138
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)
**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 3rd day of December, 2010, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

/s/ *Matthew R. Crimmins*

3

Case 4:10-cv-00189-ODS   Document 111   Filed 12/03/10   Page 3 of 3