# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Barry L. Pickens, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Daniel J. Tobin, an attorney admitted to practice in the United States District Court for the District of Maryland and the State of Maryland but not admitted to the Bar of this court, who will be counsel for the same Defendants I represent in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____  43379
Signature of Movant/Attorney    MO Bar Number

11/23/10                        Spencer Fane Britt & Browne

Date                            Address
                                1000 Walnut Street, Suite 1400
(816) 474-8100                  Kansas City, MO 64106-2140
Phone

### Affidavit of Proposed Admittee

I, Daniel J. Tobin, am currently a member in good standing of the bars of the United States District Court for the District of Maryland and the State of Maryland, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):                 Case Title(s)
4:10-cv-00189-ODS               Gilmor v. Preferred Credit Corporation, et al

Date                            (Signature of Admittee)
11/18/10
State Bar Number  n/a
District Court Bar Number  10338
Phone                           Address
301-664-6200                    Ballard Spahr, LLP
                                4800 Montgomery Lane, Suite 700, Bethesda, MD 20814
E-Mail: tobindj@ballardspahr.com

Pursuant to WDMO Local Rule 83.5(1) a fee of $50 is required for each case in which the attorney is seeking admittance.