THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## ENTRY OF APPEARANCE

Karen Wedel Renwick of the law firm of Walters Bender Strohbehn & Vaughan, P.C. hereby enters her appearance as additional counsel for Plaintiffs.

Dated: December 10, 2010

        Respectfully submitted,

        WALTERS BENDER STROHBEHN
         & VAUGHAN, P.C.

        By:   /s/ Karen Wedel Renwick
        R. Frederick Walters - Mo. Bar 25069
        J. Michael Vaughan Mo. Bar 24989
        Kip D. Richards - Mo. Bar 39743
        David M. Skeens -Mo. Bar 35728
        Karen W. Renwick – Mo. Bar 41271
        Garrett M. Hodes - Mo. Bar 50221
        Matthew R. Crimmins - Mo. Bar 53138
        2500 City Center Square
        1100 Main Street
        P.O. Box 26188
        Kansas City, MO 64196
        (816) 421-6620
        (816) 421-4747 (Facsimile)
        ATTORNEYS FOR PLAINTIFFS
        AND CLASS COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 10th day of December, 2010, I electronically filed the above and foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                                                                */s/ Karen Wedel Renwick*