THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 10th day of December, 2010, a true and correct copy of *Plaintiffs' Initial Rule 26(A) (1) Disclosures* were served on all Counsel of Record via U.S. Mail, first class, postage prepaid.

    Respectfully submitted,

    WALTERS BENDER STROHBEHN
     & VAUGHAN, P.C.

    By:   /s/ R. Frederick Walters
      R. Frederick Walters - Mo. Bar # 25069
      Kip D. Richards - Mo. Bar 39743
      David M. Skeens -Mo. Bar 35728
      Garrett M. Hodes – Mo. Bar #50221
      Matthew R. Crimmins – Mo. Bar #53138
      2500 City Center Square
      1100 Main Street
      P.O. Box 26188
      Kansas City, MO 64196
      (816) 421-6620
      (816) 421-4747 (Facsimile)
      **ATTORNEYS FOR PLAINTIFFS**
      **AND CLASS COUNSEL**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 10th day of December, 2010, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

           /s/ *R. Frederick Walters*