IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORP., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER AMENDING ORDER ADDRESSING DISCOVERY ISSUES

On December 8, 2010, the Court issued an Order addressing discovery issues involving the IMPAC Defendants. That Order is amended to include a deadline for the IMPAC Defendants to provide the assignment history for all class members other than the Gilmors at the same time they provide the payment histories for those loans. The deadline of January 14, 2011, remains unchanged.

IT IS SO ORDERED.

DATE: December 13, 2010

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT