**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:10-CV-00189-ODS |
| | ) |
| **PREFERRED CREDIT CORPORATION,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION OF DEFENDANT CREDIT SUISSE
FIRST BOSTON MORTGAGE SECURITIES CORP.
FOR LEAVE TO FILE REPLY SUGGESTIONS WITH EXCESS PAGES**

Pursuant to Western District Local Rule 7.0(f), defendant Credit Suisse First Boston Mortgage Securities Corp. ("CSFB Securities"), by and through its undersigned attorneys, requests leave of Court to file Reply Suggestions in Support of its motion to dismiss in excess of the 10-page limit. In support of this motion, CSFB Securities states as follows:

1. CSFB Securities filed a motion to dismiss with supporting suggestions asserting three separate grounds for relief.

2. Plaintiffs filed separate response briefs on each of the three separate grounds asserted in CSFB Securities' motion to dismiss. Plaintiffs' two briefs on the statute of limitations and lack of personal jurisdiction grounds alone totaled 95 pages of factual and legal arguments.

3. In order to fully address the 95 pages of factual and legal arguments that plaintiffs made as to those two grounds, CSFB Securities believes that it will require more than the 10 pages permitted by Rule 7.0(f) for its Reply suggestions. With respect to the third ground, lack of standing, CSFB Securities intends to join in a co-defendant's Reply suggestions so that additional pages for that briefing will not be required.

2775110.1

4. CSFB Securities anticipates that its Reply suggestions will not exceed 20 pages on its ground for expiration of the limitations period, and will not exceed 20 pages on its ground for lack of personal jurisdiction.

5. Plaintiffs' counsel has been contacted and has agreed to the excess pages as proposed by CSFB Securities.

6. Neither this motion nor the anticipated reply suggestions are filed for purposes of oppression, harassment, or delay.

**WHEREFORE**, defendant CSFB Securities respectfully requests that the Court grant this motion for leave to file Reply suggestions with excess pages as consented to by plaintiffs' counsel, and that the Court permit defendant CSFB Securities to file Reply Suggestions in Support of its motion to dismiss up to and including 20 pages on its ground based upon expiration of the statute of limitations, and up to and including 20 pages based upon the ground of lack of personal jurisdiction, and for such other and further relief as this Court deems just and proper.[1]

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF   MO #38572
ANTHONY BONUCHI   MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)

---

[1] Nothing in this motion is intended to waive CSFB Securities' right to assert that this Court lacks jurisdiction over CSFB Securities.

HARRY S. DAVIS
MARCY RESSLER HARRIS
MARGUERITE GARDINER
SCHULTE ROTH & ZABEL LLP
919 Third Ave., 19th Floor
New York, New York 10022-4774

ATTORNEYS FOR DEFENDANT CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 15th day of December, 2010, to all counsel of record.

/s/ Mark A. Olthoff
Attorney for Defendant Credit Suisse First Boston Mortgage Securities Corp.

2775110.1

3

Case 4:10-cv-00189-ODS   Document 121   Filed 12/15/10   Page 3 of 3