IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. GILMOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT**

Defendants Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1, and Deutsche Bank Trust Company Americas, in its capacity as the trustee of those trusts, respectfully move the Court for an Order permitting Defendant to file a brief in excess of the 10-page limit in reply to Plaintiffs' Joint Suggestions in Opposition to Certain Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. Defendant seeks leave to file a reply brief of no more than 50 pages to address the issues raised in Plaintiffs' brief. In support of this request, Defendant states as follows:

1. Plaintiffs' Joint Suggestions in Opposition to Certain Defendants' Motion to Dismiss for Lack of Personal Jurisdiction was filed on November 23, 2010. Plaintiffs' brief was seventy-four pages. Local Rule 7.0(f) limits suggestions in opposition to 15 pages and reply suggestions to 10 pages. If the Court grants the requested additional pages, the briefs will have almost the same ratio as the 15/10 (opposition/reply) page length ratio allowed in the Local Rule.

2. The requested extension of page length is submitted in good faith, is not for the purpose of delay or harassment, and will not prejudice any party in this suit.

WA 2603133.1

WHEREFORE, Defendant respectfully requests the Court to enter an Order permitting it to file a reply brief of no more than 50 pages in reply to Plaintiffs' Joint Suggestions in Opposition to Certain Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

/s/ Leslie A. Greathouse
Leslie A. Greathouse     MO #48431
    lgreathouse@spencerfane.com
Nathan A. Orr     MO #49836
    norr@spencerfane.com
J. Loyd Gattis     MO #59699
    lgattis@spencerfane.com
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)

Attorneys for defendants *Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1, and Deutsche Bank Trust Company Americas, in its capacity as the trustee of those trusts*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2010, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

                                           /s/ Leslie A. Greathouse
                                           Attorneys for Defendants