IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. & SHELLIE GILMOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:10-cv-0189-ODS |
| | ) | |
| v. | ) | |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SOVEREIGN BANK'S UNOPPOSED MOTION FOR LEAVE TO FILE HOLA PREEMPTION REPLY SUGGESTIONS WITH EXCESS PAGES**

Pursuant to W.D. Mo. L.R. 7.1(f), Defendant Sovereign Bank ("Sovereign"), by and through its undersigned attorneys, respectfully moves this Court for leave to file reply suggestions in support of the Sovereign's Motion to Dismiss Based on HOLA Preemption containing five (5) additional pages in excess of the ten (10) page limit for reply suggestions. In support of this Motion, Sovereign states as follows:

1. In response to Sovereign's Motion to Dismiss Based on HOLA Preemption, Plaintiffs have submitted eighteen (18) pages of Suggestions in Opposition to the Motion (the "Opposition Suggestions") and four (4) exhibits. *See* Doc. No. 99.

2. In order to properly present the facts and arguments necessary to address the substantial volume of materials included with Plaintiffs' Opposition Suggestions and the matters at issue, Sovereign requests leave to file reply suggestions containing five (5) pages in excess of the Court's ten (10) page limit, with a total of no more than fifteen (15) pages.

3. This Court granted a request by Plaintiffs to extend the page limit for their Opposition Suggestions.

4. Plaintiffs do not oppose the relief requested herein.

5. Neither this Motion, nor the anticipated reply suggestions, are filed for purposes of oppression, harassment, or delay.

WHEREFORE, Sovereign respectfully requests that this Court grant this unopposed Motion and enter an order granting Sovereign leave to file reply suggestions containing five (5) pages in excess of the Court's ten (10) page limit, with a total of no more than fifteen (15) pages.

Respectfully Submitted,

RASMUSSEN, WILLIS, DICKEY & MOORE LLC

By: /s/Randolph G. Willis
Randolph G. Willis MO Bar. # 47834
RASMUSSEN, WILLIS, DICKEY & MOORE LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114
Telephone: (816) 960-1611
Facsimile: (816) 960-1669

OF COUNSEL:
Thomas L. Allen PA Bar #33243
Roy W. Arnold PA Bar #70544
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

*Attorneys for Sovereign Bank*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Western Division, this 16th day of December, 2010, with notice of case activity to be generated and sent electronically to all designated persons.

/s/ Randolph G. Willis
An Attorney for Sovereign Bank