IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) |
| Defendants. | ) |

ORDER SETTING DEADLINE FOR RULE 26 DISCLOSURES

Earlier today, the Court participated in a telephone conference with many of parties to discuss the timing of Defendants's Rule 26 disclosures. The parties agreed, and the Court orders, that the Defendants shall serve their Rule 26 disclosures on or before December 31, 2010.

The IMPAC Defendants and Residential Funding Corporation are excluded from this requirement at this time.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: December 16, 2010     UNITED STATES DISTRICT COURT