IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORP., et al., | ) ) ) | |
| Defendants. | ) | |

AMENDED ORDER SETTING DEADLINE FOR RULE 26 DISCLOSURES

On December 16, 2010, the Court issued an Order setting a deadline for Defendants to serve their Rule 26 Disclosures. The final sentence specified that the Order did not apply to the IMPAC Defendants or Residential Funding Corporation. Subsequently, the parties advised the IMPAC Defendants agreed to the deadline contained in the Court's Order. Therefore, the December 16, 2010, Order is amended to reflect that it also applies to the IMPAC Defendants.
IT IS SO ORDERED.

                                          /s/ Ortrie D. Smith
                                          ORTRIE D. SMITH, JUDGE
DATE: December 20, 2010               UNITED STATES DISTRICT COURT