**THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL P. & SHELLIE GILMOR, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:10-CV-00189-ODS |
| vs. | ) |
| | ) |
| PREFERRED CREDIT CORPORATION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

COMES NOW Defendant Sovereign Bank, by and through its attorneys of record,

and hereby notifies counsel that on December 23, 2010, it served *Sovereign Bank's Initial*

*Disclosures* via first class U.S. mail, postage prepaid, to:

R. Frederick Walters, Esq.
Garrett Hodes, Esq.
Walters, Bender, Strohbehn & Vaughan, P.C.
2500 City Center Square
12th & Baltimore
P.O. Box 26188
Kansas City, Missouri 64196
Attorneys for Plaintiffs


Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney, L.L.P.
50 South 6th Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Attorneys for Defendants U.S. Bank NA; ND; Empire Funding Home Loan Owner Trust
1998-1, U.S. Bank NA, and Wilmington Trust Company

Barry L. Pickens, Esq.
Spencer, Fane, Britt & Browne, L.L.P.
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart, L.L.P.
75 State Street
Boston, Massachusetts 02109

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Suite 350
Bethesda, Maryland 20814-6354
Attorneys for Defendants Impac Funding Corp.; Impac Mortgage Holdings, Inc.; Impac
Secured Assets Carp.; IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corp.;
Deutsche Bank National Trust Co. f/k/a Bankers Trust Company of California, N.A.;
Credit Based Asset Servicing & Securitization, L.L.C.; Litton Loan Servicing, L.F.;
Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former
trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1); LaSalle
National Bank (in its capacity as former owner trustee of terminated trust Impac CMB
Trust Series 1999-1; Impac CMB Trust Series 2003-5

Leslie A. Greathouse, Esq.
Nathan A. Orr, Esq.
J. Loyd Gattis, III, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Ste 1400
Kansas City, Missouri 64106-2140
Attorney for Defendants Preferred Mortgage Trust 1996-1 and 1996-2; Preferred Credit
Trust 1997-1; Deutsche Bank Trust Co. Americas f/k/a Bankers Trust Company, in its
Capacity as Trustee of the Preferred Trusts

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Desarae G. Harrah, Esq.
Martin, Leigh, Laws & Fritzlen, P.C.
400 Peck's Plaza
1044 Main Street
Kansas City, Missouri 64105
Attorneys for Defendant United Mortgage C.B., L.L.C.

Irvin V. Belzer, Esq.
Craig S. O'Dear, Esq.
Catesby A. Major, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Attorneys for Defendants Residential Funding Company, L.L.C. and JPMorgan Chase
Bank, N.A., as Trustee

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin, Procter, L.L.P.
901 New York Ave NW
9th Floor East
Washington, DC 20001
Attorneys for Defendant Countrywide Home Loans, Inc.

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
Attorney for Defendant Ocwen Loan Servicing, L.L.C.

Terese A. Drew, Esq.
John A. Mazzei, Esq.
Hinshaw & Culbertson, L.L.P.
Gateway One
701 Market Street, Suite 1300
St. Louis, Missouri 63101-1843

Thomas F. Ging, Esq.
Barry F. MacEntee, Esq.
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Attorneys for Defendant Federal Deposit Insurance Corporation ("FDIC") as successor of
Corns Bank, N.A.

Mark A. Olthoff, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

Harry S. Davis, Esq.
Marguerite E. Gardiner, Esq.
Schulte, Roth & Zabel, L.L.P.
919 Third Avenue
New York, New York 10022
Attorneys for Defendants Credit Suisse First Boston Mortgage Securities Corp.

Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Attorney for Defendant Wendover Financial Services Corp.


Dated: December 23, 2010                    Respectfully Submitted,

                                            **Rasmussen, Willis, Dickey, & Moore, L.L.C.**

                                            By: /s/Randolph G. Willis_____
                                                Randolph G. Willis, Mo. #47834
                                                9200 Ward Parkway, Suite 400
                                                Kansas City, Missouri  64114
                                                Telephone: (816) 960-1611
                                                Facsimile: (816) 960-1669

Of Counsel:
Thomas L. Allen, Pa. #33243
Roy W. Arnold, Pa. #70544
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania  15222-2716
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Attorneys for Defendant Sovereign Bank

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 23rd day of December, 2010, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.


<u>/s/Randolph G. Willis</u>
An attorney for Defendant Sovereign Bank