| | |
|---|---|
| MICHAEL P. & SHELLIE GILMOR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 4:10-CV-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, et al., ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Defendant, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Corus Bank, N.A., by its attorneys of record, and hereby notifies counsel that on December 29, 2010, it served its Rule 26(a)(1) Disclosures, via First Class U.S. mail, postage prepaid to:

R. Frederick Walters, Esq.
Garrett Hodes, Esq.
Walters, Bender, Strohbehn & Vaughan, P.C.
2500 City Center Square
12th & Baltimore
P.O. Box 26188
Kansas City, Missouri 64196

Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

Peter W. Carter, Esq. Paul R. Dieseth, Esq.
Dorsey & Whitney, L.L.P.
50 South 6th Street, Suite 1500
Minneapolis, Minnesota 55402-1498

Barry L. Pickens, Esq.
Spencer, Fane, Britt & Browne, L.L.P.
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart, L.L.P.
75 State Street
Boston, Massachusetts 02109

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Suite 350
Bethesda, Maryland 20814-6354

Leslie A. Greathouse, Esq.
Nathan A. Orr, Esq.
J. Loyd Gattis, III, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Ste 1400
Kansas City, Missouri 64106-2140

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Desarae G. Harrah, Esq.
Martin, Leigh, Laws & Fritzlen, P.C.
400 Peck's Plaza
1044 Main Street
Kansas City, Missouri 64105

Irvin V. Belzer, Esq.
Craig S. O'Dear, Esq.
Catesby A. Major, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin, Procter, L.L.P.
901 New York Ave NW
9th Floor East
Washington, DC 20001

Harry S. Davis, Esq.
Marguerite E. Gardiner, Esq.
Schulte, Roth & Zabel, L.L.P.
919 Third Avenue
New York, New York 10022

Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

Randolph G. Willis
Rasmussen, Willis, Dickey, & Moore, L.L.C.
9200 Ward Parkway, Suite 400
Kansas City, Missouri 64114

Thomas L. Allen
Roy W. Arnold
Anthony S. Newman
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222-2716

*/s/ Terese A. Drew #32030*
TERESE A. DREW
HINSHAW & CULBERTSON LLP
Gateway One
701 Market Street
St. Louis, MO 63101

THOMAS F. GING
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street., Suite 300
Chicago, IL 60601

Attorneys for FDIC as Receiver for Corus Bank, N.A.