IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-HFS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

Pursuant to Rule 26(A)(1) of the Federal Rules of Civil Procedure, defendant United Mortgage CB, LLC disclosures was sent to all parties who received electronic notice from the Court via electronic mailing and mailed via first class U.S. mail, postage prepaid to any individuals who do not receive electronic notice from the Court, on this 29th day of December, 2010.

Respectfully submitted,
MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

/s/ Richard L. Martin

Richard L. Martin                MO. No. 26724
1044 Main St., Ste. 900
Kansas City, MO 64105
Telephone: (816)221-1430
Facsimile: (816)221-1044
rlm@mllfpc.com
ATTORNEY FOR DEFENDANT
UNITED MORTGAGE CB, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 29th day of December, 2010.

/s/ Richard L. Martin
Attorney for Defendant United Mortgage CB LLC