THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## ENTRY OF APPEARANCE

Bruce V. Nguyen of the law firm of Walters Bender Strohbehn & Vaughan, P.C. hereby enters his appearance as additional counsel for Plaintiffs.

Dated: January 4, 2011

                                          Respectfully submitted,

                                          WALTERS BENDER STROHBEHN
                                            & VAUGHAN, P.C.

                                          By:   */s/ Bruce V. Nguyen*
                                                R. Frederick Walters - Mo. Bar 25069
                                                J. Michael Vaughan Mo. Bar 24989
                                                Kip D. Richards - Mo. Bar 39743
                                                David M. Skeens -Mo. Bar 35728
                                                Karen W. Renwick – Mo. Bar 41271
                                                Garrett M. Hodes - Mo. Bar 50221
                                                Matthew R. Crimmins - Mo. Bar 53138
                                                Bruce V. Nguyen – Mo. Bar 52893
                                                2500 City Center Square
                                                1100 Main Street
                                                P.O. Box 26188
                                                Kansas City, MO 64196
                                                (816) 421-6620
                                                (816) 421-4747 (Facsimile)
                                                ATTORNEYS FOR PLAINTIFFS
                                                AND CLASS COUNSEL

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this the 4th day of January, 2011, I electronically filed the above and foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                   */s/ Bruce V. Nguyen*