THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
  et al.,

                  Plaintiffs,

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                  Defendants.

Case No. 4:10-cv-00189-ODS

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 7th day of January, 2011, a true and correct copy of the following discovery requests were served via First Class U.S. Mail, postage prepaid.

1. Plaintiffs' First Set of Interrogatories to Defendant Wells Fargo Bank, N.A., f/k/a Wells Fargo, MN, N.A.;

2. Plaintiffs' First Request for Production of Documents to Defendant Wells Fargo Bank, N.A., f/k/a Wells Fargo, MN, N.A.;

3. Plaintiffs First Set of Interrogatories to Defendant Federal Deposit Insurance Corporation, as Receiver for Corus Bank, N.A.;

4. Plaintiffs First Request for Production of Documents to Defendant Federal Deposit Insurance Corporation, as Receiver for Corus Bank, N.A.;

5. Plaintiffs' Second Request for Production of Documents to Defendant Countrywide Home Loans, Inc.;

6. Plaintiffs' Second Request for Production of Documents to Defendant IMH Assets Corp.;

7. Plaintiffs' Second Request for Production of Documents to Defendant LaSalle National Bank;

8. Plaintiffs' Second Request for Production of Documents to Defendant Litton Loan Servicing, LP;

9. Plaintiffs' Second Request for Production of Documents to Defendant Ocwen

Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB;

10. Plaintiffs' Second Request for Production of Documents to Defendant Sovereign Bank;

11. Plaintiffs' Second Request for Production of Documents to Defendant United Mortgage C.B., L.L.C.;

12. Plaintiffs' Second Request for Production of Documents to Defendant Wendover Financial Services Company;

13. Plaintiffs' Third Request for Production of Documents to Defendant Credit Suisse First Boston Mortgage Securities Corp.;

14. Plaintiffs' Third Request for Production of Documents to Defendant Impac Secured Assets Corp.;

15. Plaintiffs' Fourth Request for Production of Documents to Defendant Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, NA;

16. Plaintiffs' Fourth Request for Production of Documents to Defendant Deutsche Bank Trust company Americas f/k/a Bankers Trust Company;

17. Plaintiffs' Fourth Request for Production of Documents to Defendant Impac Funding Corp.;

18. Plaintiffs' Fourth Request for Production of Documents to Defendant Impac Mortgage Holdings, Inc.;

19. Plaintiffs' Fifth Request for Production of Documents to Defendant Empire Funding Home Loan Owner Trust 1998-1;

20. Plaintiffs' Fifth Request for Production of Documents to Defendant US Bank National Association, N.D.;

21. Plaintiffs' Fifth Request for Production of Documents to Defendant US Bank National Association;

22. Plaintiffs' Fifth Request for Production of Documents to Defendant Wilmington Trust Company.

Dated: January 7, 2011

                                      Respectfully submitted,

                                      WALTERS BENDER STROHBEHN
                                        & VAUGHAN, P.C.


By:    /s/ *Bruce V. Nguyen*
      R. Frederick Walters - Mo. Bar # 25069
      Kip D. Richards - Mo. Bar 39743
      David M. Skeens -Mo. Bar 35728
      Karen Wedel Renwick – Mo. Bar 41271
      Garrett M. Hodes – Mo. Bar #50221
      Matthew R. Crimmins – Mo. Bar #53138
      Bruce V. Nguyen – Mo. Bar. #52893
      2500 City Center Square
      1100 Main Street
      P.O. Box 26188
      Kansas City, MO 64196
      (816) 421-6620
      (816) 421-4747 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 7th day of January, 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                                                   /s/ *Bruce V. Nguyen*