IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:10-CV-00189-ODS |
| | ) |
| **PREFERRED CREDIT CORPORATION,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendant Ocwen Loan Servicing, LLC ("Ocwen") hereby certifies that it served its written responses to plaintiffs' first interrogatories and first request for production of documents via United States mail, postage prepaid, on the 10th day of January, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF        MO #38572
ANTHONY BONUCHI        MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR OCWEN LOAN SERVICING, LLC

2787071.1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 10th day of January, 2011, to all counsel of record.

                                  /s/ Mark A. Olthoff
                                  Attorney for Ocwen Loan Servicing, LLC

2787071.1         2

Case 4:10-cv-00189-ODS   Document 171   Filed 01/10/11   Page 2 of 2