# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-HFS |
| | ) | |
| PREFERRED CREDIT CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the original and one (1) copy of Defendant United Mortgage CB, LLC's ("Defendant or UMCB") Response to Plaintiffs' First Request for Production of Documents and First Interrogatories to Defendant and the original and one (1) copy of Defendant UMCB's Response to Plaintiffs' Second Request for Production of Documents was sent via electronic mailing and U.S. mail postage prepaid on this 18th day of January, 2011 to:

R. Frederick Walters
Kip D. Richards
David M. Skeens
Walters, Bender, Strohbehn & Vaughan, PC
2500 City Center Square
1100 Main Street
PO Box 26188
Kansas City, MO 64196
ATTORNEYS FOR PLAINTIFFS

    Respectfully submitted,
    MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

    /s/ Richard L. Martin
    Richard L. Martin      MO. No. 26724
    1044 Main St., Ste. 900
    Kansas City, MO 64105
    Telephone: (816)221-1430
    Facsimile: (816)221-1044
    rlm@mllfpc.com
    ATTORNEY FOR DEFENDANT
    UNITED MORTGAGE CB, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 18th day of January, 2011.

                                            /s/ Richard L. Martin
                                            Attorney for Defendant United Mortgage CB LLC