THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL AND SHELLIE GILMOR,** et al., | Case No. 4:10-cv-00189-ODS |
| **Plaintiffs,** | |
| vs. | |
| **PREFERRED CREDIT CORPORATION,** et al., | |
| **Defendants.** | |

**COUNTRYWIDE HOME LOANS, INC.'S RESPONSE TO
PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**

Countrywide Home Loans, Inc. ("Countrywide") hereby responds to plaintiffs' motion to amend the scheduling order.

The Court's November 5, 2010 schedule set the date for amendment of pleadings as January 15, 2011. Even so, plaintiffs did not serve written discovery (interrogatories or requests for production) on Countrywide in this case until December 3, 2010, making those responses due in the normal course on January 6, 2011, nine days before the pleading amendment deadline. However, given the timing of plaintiffs' requests and the unavailability of client personnel during the holidays, Countrywide requested a few days' extension to January 10, 2011. Plaintiffs objected, ostensibly based on the January 15, 2011 amendment deadline (in reality January 18 due to the weekend and holiday), but they did not assert a need for an additional two months to amend their pleadings thereby at least implicitly conceding the January 15 (or 18) date could be met. Nevertheless, in order to reconcile the relief to Countrywide and recognizing plaintiffs' position, the Court provided an extension of both the date for Countrywide's responses and of

2791209.1

the amendment date by the same amount of time. (Doc. No. 163.) Countrywide then timely provided sworn interrogatory answers, and also identified and produced documents responsive to their requests. (A supplemental production of loan files and payment histories was made on January 19).

While plaintiffs now believe they need additional time to amend their pleadings, and Countrywide would not oppose a brief enlargement, they have not shown good cause why it is that two months beyond the deadline set forth in the Court's scheduling order (as extended to January 24, 2011 by the Court's January 6, 2011 Order (Doc. No. 163)) is appropriate.

/s/ Mark A. Olthoff
MARK A. OLTHOFF  MO #38572
ANTHONY BONUCHI  MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)

ATTORNEYS FOR DEFENDANT
COUNTRYWIDE HOME LOANS, INC.

# CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 24th day of January, 2011, to:

R. Frederick Walters, Esq.
Kip D. Richards, Esq.
David M. Skeens, Esq.
Garrett M. Hodes, Esq.
Walters Bender Strohbehn & Vaughan
2500 City Center Square
1100 Main Street
Kansas City, MO 64105

Attorneys for Plaintiffs

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney LLP
50 South 6th, Suite 1500
Minneapolis, MN 55402-149

Attorneys for Defendants U.S. Bank National Association, U.S. Bank National Association ND and Wilmington Trust Company

Barry L. Pickens, Esq.
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

2791209.1

3

Case 4:10-cv-00189-ODS   Document 182   Filed 01/24/11   Page 3 of 6

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814

Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, Credit-Based Asset Servicing & Securitization, LLC, Litton Loan Servicing LP, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1)

Leslie A. Greathouse, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Attorneys for Defendants Deutsche Bank Trust Company Americas, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1

Randolph G. Willis, Esq.
Rasmussen, Willis, Dickey & Moore, LLC
9200 Ward Parkway
Suite 400
Kansas City, MO 64114-3379

Thomas L. Allen, Esq.
Roy W. Arnold, Esq.
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Attorneys for Sovereign Bank

Craig S. O'Dear, Esq.
Irving V. Belzer, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
3600 One Metropolitan Square
211 N Broadway
St. Louis, MO 63102

Attorneys for Defendants Residential Funding Company, LLC and JP Morgan Chase Bank, N.A., as Trustee

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Marguerite Gardiner, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Attorneys for Wendover Financial Services Corporation

Terese A. Drew, Esq.
Hinshaw & Culbertson LLP
Gateway One
701 Market Street
St. Louis, MO 63101

Thomas F. Ging, Esq.
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601

Attorneys for FDIC

2791209.1                                        5
Case 4:10-cv-00189-ODS   Document 182   Filed 01/24/11   Page 5 of 6

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO  64105

Attorneys for Ocwen Loan Servicing, LLC

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street
400 Peck's Plaza
Kansas City, MO  64105-2135

Attorneys for United Mortgage CB LLC


                                              /s/ Mark A. Olthoff
                                              Attorney for Countrywide Home Loans, Inc.