IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-HFS |
| | ) | |
| PREFERRED CREDIT CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the original and two (2) copies of Defendant United Mortgage CB, LLC's ("Defendant or UMCB") First Request for Production of Documents and First Interrogatories to Plaintiffs and a disc containing the aforementioned documents in MS Word format were mailed via first class U.S. Mail, postage prepaid, with a copy being sent via electronic mailing in MS Word format on this 24th day of February, 2011 to:

R. Frederick Walters
Kip D. Richards
Walters, Bender, Strohbehn & Vaughan, PC
2500 City Center Square
1100 Main Street
PO Box 26188
Kansas City, MO 64196
fwalters@wbsvlaw.com; krichards@wbsvlaw.com
ATTORNEYS FOR PLAINTIFFS

    Respectfully submitted,
    MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

    /s/ Richard L. Martin
    Richard L. Martin    MO. No. 26724
    1044 Main St., Ste. 900
    Kansas City, MO 64105
    Telephone: (816)221-1430
    Facsimile: (816)221-1044
    rlm@mllfpc.com
    ATTORNEY FOR DEFENDANT
    UNITED MORTGAGE CB, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 24th day of February, 2011.

      /s/ Richard L. Martin
      Attorney for Defendant United Mortgage CB LLC