# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Defendant Countrywide Home Loans, Inc., hereby certifies that its First Supplemental Answers to Plaintiffs' First Set of Interrogatories Nos. 48, 49, 51, 52, 56 and First Supplemental Responses to Plaintiffs' First Request for Production of Documents were mailed on the 1st day of March, 2011, to Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, P.C., 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, with copies delivered via United States mail, postage prepaid, to all counsel of record.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF   MO #38572
ANTHONY BONUCHI   MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)

PETER W. CARTER (*pro hac vice*)
PAUL R. DIESETH (*pro hac vice*)
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600
(612) 340-2643 (FAX)

ATTORNEYS FOR DEFENDANT
EMPIRE FUNDING HOME LOAN OWNER
TRUST 1998-1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 1stth day of March, 2011, to:

R. Frederick Walters, Esq.
Kip D. Richards, Esq.
David M. Skeens, Esq.
Garrett M. Hodes, Esq.
Walters Bender Strohbehn & Vaughan
2500 City Center Square
1100 Main Street
Kansas City, MO 64105

Attorneys for Plaintiffs

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney LLP
50 South 6th, Suite 1500
Minneapolis, MN 55402-149

Attorneys for Defendants U.S. Bank National Association, U.S. Bank National Association ND and Wilmington Trust Company

2802940.1                                      2
Case 4:10-cv-00189-ODS   Document 220   Filed 03/01/11   Page 2 of 5

Barry L. Pickens, Esq.
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD  20814

Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, Credit-Based Asset Servicing & Securitization, LLC, Litton Loan Servicing LP, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1)

Leslie A. Greathouse, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140

Attorneys for Defendants Deutsche Bank Trust Company Americas, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1

Randolph G. Willis, Esq.
Rasmussen, Willis, Dickey & Moore, LLC
9200 Ward Parkway, Suite 310
Kansas City, MO  64114-3379

Thomas L. Allen, Esq.
Roy W. Arnold, Esq.
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222

Attorneys for Sovereign Bank

Craig S. O'Dear, Esq.
Irving V. Belzer, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
3600 One Metropolitan Square
211 N Broadway
St. Louis, MO 63102

Attorneys for Defendants Residential Funding Company, LLC and JP Morgan Chase Bank, N.A., as Trustee

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Marguerite Gardiner, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin Procter LLP
901 New York Avenue NW
9th Floor East
Washington, DC 20001

Attorneys for Countrywide Home Loans, Inc.

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Attorneys for Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB

Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Attorneys for Wendover Financial Services Corporation

Terese A. Drew, Esq.
Hinshaw & Culbertson LLP
Gateway One
701 Market Street
St. Louis, MO 63101

Thomas F. Ging, Esq.
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601

Attorneys for FDIC

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street
400 Peck's Plaza
Kansas City, MO 64105-2135

Attorneys for United Mortgage CB LLC

                                      /s/ Mark A. Olthoff
                                      Attorney for Empire Funding Home Loan Owner
                                      Trust 1998-1