THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>Defendants. | Case No. 4:10-cv-00189-ODS |

**MOTION FOR EXTENSION OF TIME TO FILE SUGGESTIONS IN OPPOSITION TO FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SIXTH AMENDED PETITION**

Plaintiffs respectfully move the Court for an Order extending the deadline by which Plaintiffs must file their Suggestions in Opposition to *Federal Deposit Insurance Corporation's Motion to Dismiss Plaintiffs' Sixth Amended Petition* (Doc. 216), to April 18, 2011. In support of this motion, Plaintiffs state as follows:

1. On February 28, 2011, Defendant Federal Deposit Insurance Corporation, as Receiver for Corus Bank, N.A. ("FDIC-R"), filed its *Motion to Dismiss Plaintiffs' Sixth Amended Petition* (Doc. 216).

2. Plaintiffs' suggestions in opposition to the motion to dismiss are currently due on March 17, 2011.

3. Plaintiffs' need an additional thirty (30) days in which to investigate the financial situation concerning the receivership and to prepare and file their suggestions in opposition to FDIC-R's pending motion to dismiss.

4. Plaintiffs have consulted with counsel for Defendant FDIC-R regarding the proposed thirty (30) day extension. Counsel for Defendant FDIC-R has indicated that Defendant consents to the proposed extension.

5. The instant request to extend the stated deadline is made in good faith and not for the purpose of delay. No party will be prejudiced by the proposed extension.

WHEREFORE, Plaintiffs respectfully request the Court to enter an Order extending the deadline by which Plaintiffs must file their Suggestions in Opposition to *Federal Deposit Insurance Corporation's Motion to Dismiss Plaintiffs' Sixth Amended Petition* (Doc. 216), to April 18, 2011, and for any other relief the Court deems just and proper.

Date: March 16, 2011

        Respectfully submitted,

WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.

By: /s/ Bruce V. Nguyen
    R. Frederick Walters - Mo. Bar # 25069
    Kip D. Richards - Mo. Bar 39743
    David M. Skeens -Mo. Bar 35728
    Garrett M. Hodes – Mo. Bar #50221
    Matthew R. Crimmins – Mo. Bar #53138
    Bruce V. Nguyen – Mo. Bar #52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO 64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    **ATTORNEYS FOR PLAINTIFFS**
    **AND CLASS COUNSEL**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 16th day of March 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

/s/ *Bruce V. Nguyen*