**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

Defendant U.S. Bank National Association hereby certifies that it served the following discovery responses via United States mail, postage prepaid, on the 28th day of March, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record:

1. U.S. Bank National Association's Supplemental Answers to Plaintiff's First Interrogatories;

2. U.S. Bank National Association's Supplemental Responses to Plaintiff's First Request for Production of Documents;

3. U.S. Bank National Association's Supplemental Amended Answers to Interrogatories;

4. U.S. Bank National Association's Supplemental Answers to Plaintiff's Third Interrogatories; and

5. U.S. Bank National Association's Responses to Plaintiff's Supplemental Request for Production Concerning Class Certification Issues.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF   MO #38572
ANTHONY BONUCHI   MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com


PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota 55402-149

ATTORNEYS FOR U.S. BANK
NATIONAL ASSOCIATION


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 28th day of March, 2011, to all counsel of record.

/s/ Mark A. Olthoff
Attorney for U.S. Bank National Association