**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**PREFERRED CREDIT CORPORATION,** )<br>**et al.,** )<br>)<br>**Defendants.** ) | Case No. 4:10-CV-00189-ODS |

**CERTIFICATE OF SERVICE**

Defendant U.S. Bank National Association ND hereby certifies that it served the following discovery responses via United States mail, postage prepaid, on the 28th day of March, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record:

1. U.S. Bank National Association ND's Supplemental Answers to Plaintiff's First Interrogatories;

2. U.S. Bank National Association ND's Supplemental Responses to Plaintiff's First Request for Production of Documents;

3. U.S. Bank National Association ND's Supplemental Answers to Plaintiff's Third Interrogatories;

4. U.S. Bank National Association ND's Responses to Plaintiff's Supplemental Request for Production Concerning Class Certification Issues;

5. U.S. Bank National Association ND's Supplemental Responses to Plaintiff's Third Request for Production of Documents; and

6. U.S. Bank National Association ND's Supplemental Answers to Interrogatories 45-55 and Requests 45-57.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF  MO #38572
ANTHONY BONUCHI  MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com


PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota 55402-149

ATTORNEYS FOR U.S. BANK
NATIONAL ASSOCIATION ND


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 28th day of March, 2011, to all counsel of record.

/s/ Mark A. Olthoff
Attorney for U.S. Bank National Association ND