# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**PREFERRED CREDIT CORPORATION,** )<br>**et al.,** )<br>)<br>**Defendants.** ) | Case No. 4:10-CV-00189-ODS |

## CERTIFICATE OF SERVICE

Defendants Empire Funding Home Loan Owner Trust 1998-1, U.S. Bank National Association and Wilmington Trust Company hereby certify that they served their Joint Supplemental Response to Plaintiffs' Joint Set of Interrogatories and Requests for Production of Documents via United States mail, postage prepaid, on the 28th day of March, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF            MO #38572
ANTHONY BONUCHI          MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

2810603.1

PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota 55402-149

ATTORNEYS FOR EMPIRE FUNDING HOME
LOAN OWNER TRUST 1998-1, U.S. BANK
NATIONAL ASSOCIATION and
WILMINGTON TRUST COMPANY

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 28th day of March, 2011, to all counsel of record.

     /s/ Mark A. Olthoff
     Attorney for Empire Funding Home Loan Owner
     Trust 1998-1, U.S. Bank National Association and
     Wilmington Trust Company