IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. GILMOR, et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) Case No. 4:10-cv-189-ODS |
| | ) |
| **PREFERRED CREDIT CORPORATION,** | ) |
| **et al.** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2011 a true and correct copy of Verified Third Amended Answers and Objections of Defendant Preferred Mortgage Trust 1996-2 to Interrogatories and Requests for Production of Documents and Defendant Preferred Mortgage Trust 1996-2's Verified Answers to Plaintiffs' Interrogatories was served via First Class U.S. Mail, postage prepaid, on:

R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main
Kansas City, Mo 64105

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO 64105

WA 2755708.1

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN  55402

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO  64114

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA  15222

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO  64105

Harry S. Davis
Marcy Ressler Harris
Marguerite Ellsworth Gardiner
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022

Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo  64108

Barry F. MacEntee
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL  60601

Richard L. Martin
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street, Suite 900
Kansas City, MO 64105

Thomas J. Fritzlen, Jr.
Martin, Leigh, Laws & Fritzlen, P.C.
1044 Main Street
900 Peck's Plaza
Kansas City, MO 64105

Terese A. Drew
Hinshaw & Culbertson
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101

Thomas F. Ging
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL 60601

                    Respectfully submitted,

                    SPENCER FANE BRITT & BROWNE LLP


                    s/Leslie A. Greathouse
                    Leslie A. Greathouse    MO # 48431
                       lgreathouse@spencerfane.com
                    Nathan A. Orr    MO # 49836
                       norr@spencerfane.com
                    J. Loyd Gattis    MO #59699
                       lgatties@spencerfane.com
                    1000 Walnut Street, Suite 1400
                    Kansas City, Missouri 64106-2140
                    (816) 474-8100
                    (816-474-3216 (facsimile)

                    *Attorneys for defendant Preferred Mortgage Trust 1996-2*