IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. GILMOR, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:10-cv-189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2011 a true and correct copy of Revised Second Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Mortgage Trust 1996-2 and Defendant Deutsche Bank Trust Company Americas was served via First Class U.S. Mail, postage prepaid, on:

R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main
Kansas City, MO 64105

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO 64105

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN 55402

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105

WA 2756313.1

Case 4:10-cv-00189-ODS   Document 233   Filed 03/29/11   Page 1 of 2

| | |
|---|---|
| Harry S. Davis<br>Marcy Ressler Harris<br>Marguerite Ellsworth Gardiner<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022<br><br>Todd W. Ruskamp<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, Mo 64108<br><br>Barry F. MacEntee<br>Hinshaw & Culbertson<br>222 North LaSalle, Suite 300<br>Chicago, IL 60601 | Richard L. Martin<br>Martin, Leigh, Laws & Fritzlen, PC<br>1044 Main Street, Suite 900<br>Kansas City, MO 64105<br><br>Thomas J. Fritzlen, Jr.<br>Martin, Leigh, Laws & Fritzlen, P.C.<br>1044 Main Street<br>900 Peck's Plaza<br>Kansas City, MO 64105<br><br>Terese A. Drew<br>Hinshaw & Culbertson<br>Gateway One<br>701 Market Street, Suite 1300<br>St. Louis, MO 63101<br><br>Thomas F. Ging<br>Hinshaw & Culbertson<br>222 North LaSalle, Suite 300<br>Chicago, IL 60601 |

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


 s/Leslie A. Greathouse
Leslie A. Greathouse     MO # 48431
    lgreathouse@spencerfane.com
Nathan A. Orr     MO # 49836
    norr@spencerfane.com
J. Loyd Gattis     MO #59699
    lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendant Preferred Mortgage Trust 1996-2 and Deutsche Bank Trust Company Americas, in its capacity as its trustee*