IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Defendant Credit Suisse First Boston Mortgage Securities Corp ("CSFB Securities") hereby certifies that it served its Superseding Objections and Responses to Plaintiffs' First Request for the Production of Documents and First Interrogatories via United States mail, postage prepaid, on the 30th day of March, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record.

2811495.1

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF     MO #38572
ANTHONY BONUCHI     MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com


Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Marguerite E. Gardiner, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
(212) 593-5955 Telecopier


Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 30th day of March, 2011, to all counsel of record.

              /s/ Mark A. Olthoff
              Attorney for Credit Suisse First Boston Mortgage Securities Corp.