**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-cv-00189-ODS** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

Impac Funding Corp. ("IFC") hereby certifies, through counsel, that on this 1st day of

April, 2011, true and correct copies of the below-listed discovery responses were served via first-

class mail, postage prepaid, upon counsel of record set forth on the service list below.

**Documents served:**

- Supplemental Responses of Defendant Impac Funding Corporation to Plaintiffs' First Set of Interrogatories

- Defendant Impac Funding Corporation's Supplemental Responses to Plaintiffs' Interrogatories 1-6

- Defendant Impac Funding Corporation's Supplemental Responses to Plaintiffs' Interrogatories 1-12

- Defendant Impac Funding Corporation's Supplemental Responses to Plaintiffs' Supplemental Interrogatories Concerning Class Certification Issues

- Defendant Impac Funding Corporation's Supplemental Responses to Plaintiffs' First Request for Production of Documents

- Defendant Impac Funding Corporation's Supplemental Responses to Plaintiffs' Supplemental Request for Production Concerning Class Certification Issues

- Supplemental Responses to Plaintiffs' Third Request for Production of Documents to Defendant Impac Funding Corporation

- Supplemental Response to Plaintiffs' Fourth Request for Documents to Impac Funding Corporation

WA 2762715.1

- Supplemental Information from Defendants Impac Mortgage Holdings, Inc. and Impac Funding Corporation Regarding Plaintiffs' Requests for Production to Impac Secured Assets CMN Trust Series 1998-1 Collateralized Asset Backed Notes, Series 1998-1

- Supplemental Information from Defendants Impac Mortgage Holdings, Inc. and Impac Funding Corporation Regarding Plaintiffs' Supplemental Requests for Production to Impac CMB Trust Series 2003-5

**Service List:**

R. Frederick Walters, Esq.
David M. Skeens, Esq.
Garrett M. Hodes, Esq.
J. Michael Vaughan, Esq.
Kip D. Richards. Esq.
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
120 West 12th Street
1700 Twelve Wyandotte Plaza
Kansas City, MO 64105-1929

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney, L.L.P.
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Leslie A. Greathouse, Esq.
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Irvin V. Belzer, Esq.
Craig S. O'Dear, Esq.
Catesby A. Major, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin, Procter, L.L.P.
901 New York Ave., NW
9th Floor
Washington, DC 20001

Randolph G. Willis, Esq.
Bradley J. Raple, Esq.
Rasmussen Willis Dickey & Moore, LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

Roy W. Arnold, Esq.
Thomas L. Allen, Esq.
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

Barry F. MacEntee
Terese A. Drew, Esq.
John A. Mazzei, Esq.
Hinshaw & Culbertson, L.L.P.
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101-1843

Thomas F. Ging, Esq.
Barry F. MacEntee, Esq.
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081

Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street
400 Peck Plaza
Kansas City, MO 64105-2135

Harry S. Davis, Esq.
Marcy R. Harris, Esq.
Marguerite E. Gardiner, Esq.
Schulte, Roth & Zabel, L.L.P.
919 Third Avenue
New York, NY 10022

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109

Respectfully submitted,

/s/  Barry L. Pickens
Barry L. Pickens, Esq.                    MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  (816) 474-8100
Facsimile:  (816) 474-3216


Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone:  (301) 664-6200
Facsimile:  (301) 664-6299

*Attorneys for Impac Funding Corp.*

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that on this 1st day of April, 2011, the foregoing Certificate of Service was duly served by the electronic filing system of the United States District Court for the Western District of Missouri on all registered users of the Court's ECF system in this case.


                         /s/  Barry L. Pickens

                         Attorney for Impac Funding Corp.