**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **MICHAEL P. GILMOR, et al.** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | **Case No. 4:10-cv-189-ODS** |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2011 a true and correct copy of:

1. Defendant Preferred Mortgage Trust 1996-2's Second Amended Answers to Plaintiffs' First Interrogatories

2. The 1996-2 Trust's Second Amended Responses to Plaintiffs' Interrogatories

3. The 1996-2 Trust's Second Amended Responses to Plaintiffs' First Request for the Production of Documents

was served via First Class U.S. Mail, postage prepaid, on:

R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main
Kansas City, Mo 64105

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO 64105

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN 55402

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

WA 2756365.1

| | |
|---|---|
| Roy Arnold<br>Thomas L. Allen<br>Reed Smith, LLP-PA<br>Reed Smith Centre<br>225 Fifth Ave., Suite 1200<br>Pittsburgh, PA 15222 | Barry F. MacEntee<br>Hinshaw & Culbertson<br>222 North LaSalle, Suite 300<br>Chicago, IL 60601 |
| Catesby A. Major<br>Irvin V. Belzer<br>Craig S. O'Dear<br>Bryan Cave, LLP<br>1200 Main Street, Suite 3500<br>Kansas City, MO 64105 | Richard L. Martin<br>Martin, Leigh, Laws & Fritzlen, PC<br>1044 Main Street, Suite 900<br>Kansas City, MO 64105 |
| | Thomas J. Fritzlen, Jr.<br>Martin, Leigh, Laws & Fritzlen, P.C.<br>1044 Main Street<br>900 Peck's Plaza<br>Kansas City, MO 64105 |
| Harry S. Davis<br>Marcy Ressler Harris<br>Marguerite Ellsworth Gardiner<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 | Terese A. Drew<br>Hinshaw & Culbertson<br>Gateway One<br>701 Market Street, Suite 1300<br>St. Louis, MO 63101 |
| Todd W. Ruskamp<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, Mo 64108 | Thomas F. Ging<br>Hinshaw & Culbertson<br>222 North LaSalle, Suite 300<br>Chicago, IL 60601 |

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


 s/Leslie A. Greathouse
Leslie A. Greathouse      MO # 48431
   lgreathouse@spencerfane.com
Nathan A. Orr      MO # 49836
   norr@spencerfane.com
J. Loyd Gattis      MO #59699
   lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendant Preferred Mortgage Trust 1996-2*