**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **MICHAEL P. GILMOR, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>)<br>**PREFERRED CREDIT CORPORATION,** )<br>**et al.** )<br>)<br>**Defendants.** ) | **Case No. 4:10-cv-189-ODS** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2011 a true and correct copy of:

1. Defendant Preferred Credit Trust 1997-1's Second Amended Answers to Plaintiffs' First Interrogatories

2. The 1997-1 Trust's Second Amended Responses to Plaintiffs' Interrogatories

3. The 1997-1 Trust's Second Amended Responses to Plaintiffs' First Request for the Production of Documents

was served via First Class U.S. Mail, postage prepaid, on:

| | |
|---|---|
| R. Frederick Walters<br>David M. Skeens<br>Garret M. Hodes<br>J. Michael Vaughan<br>Kip D. Richards<br>Walters, Bender, Strohbehn & Vaughan<br>2500 City Center Square<br>1100 Main<br>Kansas City, Mo 64105<br><br>Barry L. Pickens<br>Spencer Fane Britt & Browne LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106 | Anthony W. Bonuchi<br>Mark A. Olthoff<br>Polsinelli Shughart PC<br>120 West 12th Street<br>Twelve Wyandotte Plaza<br>Kansas City, MO 64105<br><br>Paul R. Dieseth<br>Peter W. Carter<br>Dorsey & Whitney LLP<br>50 South 6th St.<br>Suite 1500<br>Minneapolis, MN 55402<br><br>Randolph G. Willis<br>Rasmussen, Willis, Dickey & Moore LLC<br>9200 Ward Parkway, Suite 400<br>Kansas City, MO 64114 |

WA 2756365.1

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA  15222

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO  64105

Harry S. Davis
Marcy Ressler Harris
Marguerite Ellsworth Gardiner
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022

Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo  64108

Barry F. MacEntee
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL  60601

Richard L. Martin
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street, Suite 900
Kansas City, MO  64105

Thomas J. Fritzlen, Jr.
Martin, Leigh, Laws & Fritzlen, P.C.
1044 Main Street
900 Peck's Plaza
Kansas City, MO  64105

Terese A. Drew
Hinshaw & Culbertson
Gateway One
701 Market Street, Suite 1300
St. Louis, MO  63101

Thomas F. Ging
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL  60601

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


 s/Leslie A. Greathouse
Leslie A. Greathouse        MO # 48431
    lgreathouse@spencerfane.com
Nathan A. Orr        MO # 49836
    norr@spencerfane.com
J. Loyd Gattis        MO #59699
    lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendant Preferred Credit Trust 1997-1*