THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 8th of April, 2011, true and correct copies of Plaintiffs' Answers to Defendant United Mortgage CB, LLC's First Set of Interrogatories to Plaintiffs and Plaintiffs' Response to Defendant United Mortgage CB, LLC's First Request for Production of Documents to Plaintiffs were served via First Class U.S. Mail, postage prepaid, and electronic mail, to **Richard L. Martin, Esq., Thomas J. Fritzlen, Jr., Esq., Desarae G. Harrah, Esq.,** Martin, Leigh, Laws & Fritzlen, P.C., 900 Peck's Plaza, 1044 Main Street, Kansas City, MO 64105, **Attorneys for Defendant United Mortgage C.B., L.L.C**., with copies served via electronic mail to all other counsel of record.

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.


By:   */s/ R. Frederick Walters*
       R. Frederick Walters - Mo. Bar 25069
       J. Michael Vaughan Mo. Bar 24989
       Kip D. Richards - Mo. Bar 39743
       David M. Skeens -Mo.  Bar 35728
       Karen W. Renwick – Mo. Bar 41271
       Garrett M. Hodes - Mo. Bar 50221
       Matthew R. Crimmins - Mo. Bar 53138
       Bruce V. Nguyen – Mo. Bar 52893
       2500 City Center Square
       1100 Main Street
       P.O. Box 26188
       Kansas City, MO 64196
       (816) 421-6620
       (816) 421-4747 (Facsimile)
       ATTORNEYS FOR PLAINTIFFS
       AND CLASS COUNSEL


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 8th day of April, 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

             */s/ R. Frederick Walters*