THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
SUGGESTIONS IN OPPOSITION
TO FEDERAL DEPOSIT INSURANCE CORPORATION'S
MOTION TO DISMISS PLAINTIFFS' SIXTH AMENDED PETITION**

Plaintiffs respectfully move the Court for an Order extending the deadline by which Plaintiffs must file their Suggestions in Opposition to *Federal Deposit Insurance Corporation's Motion to Dismiss Plaintiffs' Sixth Amended Petition* (Doc. 216), to May 18, 2011. In support of this motion, Plaintiffs state as follows:

1.  The current deadline to respond to *Federal Deposit Insurance Corporation's Motion to Dismiss Plaintiffs' Sixth Amended Petition* (Doc. 216) is April 18, 2011.

2.  Plaintiffs' need additional time in which to investigate the financial situation concerning the receivership and to prepare and file their suggestions in opposition to the pending motion to dismiss.

3.  Plaintiffs have consulted with counsel for Defendant Federal Deposit Insurance Corporation, as receiver for Corus Bank, N.A. ("FDIC-R"), regarding Plaintiffs' instant request for additional time. Counsel for Defendant FDIC-R has indicated that Defendant does not object

and will consent to Plaintiffs' request for an additional thirty (30) days in which to respond to the pending motion to dismiss.

4. The instant request to extend the stated deadline is made in good faith and not for the purpose of delay. No party will be prejudiced by the proposed extension.

WHEREFORE, Plaintiffs respectfully request the Court to enter an Order extending the deadline by which Plaintiffs must file their Suggestions in Opposition to *Federal Deposit Insurance Corporation's Motion to Dismiss Plaintiffs' Sixth Amended Petition* (Doc. 216), to May 18, 2011, and for any other relief the Court deems just and proper.

Date: April 18, 2011

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ Bruce V. Nguyen*
 R. Frederick Walters - Mo. Bar # 25069
 Kip D. Richards - Mo. Bar 39743
 David M. Skeens -Mo. Bar 35728
 Garrett M. Hodes – Mo. Bar #50221
 Matthew R. Crimmins – Mo. Bar #53138
 Bruce V. Nguyen – Mo. Bar #52893
 2500 City Center Square
 1100 Main Street
 P.O. Box 26188
 Kansas City, MO 64196
 (816) 421-6620
 (816) 421-4747 (Facsimile)
 **ATTORNEYS FOR PLAINTIFFS
 AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 18th day of April 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

/s/ *Bruce V. Nguyen*