IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:10-CV-00189-ODS |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SUBSTITUTE PARTIES AND FILE SEVENTH AMENDED COMPLAINT**

Without admitting the characterizations and allegations contained in Plaintiffs' Motion for Leave to Substitute Parties and File Seventh Amended Complaint (Doc. 240), the undersigned defendants state that they do not oppose Plaintiffs' motion.

/s/ Mark A. Olthoff
MARK A. OLTHOFF   MO #38572
ANTHONY BONUCHI   MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

PETER W. CARTER, *pro hac vice*
PAUL R. DIESETH, *pro hac vice*
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota 55402-149

Attorneys for Defendants U.S. Bank National Association ND, Empire Funding Home Loan Owner Trust 1998-1, U.S. Bank National Association and Wilmington Trust Company

/s/ Barry L. Pickens
BARRY L. PICKENS
SPENCER FANE BRITT & BROWNE
1000 Walnut Street
Suite 1400
Kansas City, Missouri 64106-2140

R. BRUCE ALLENSWORTH
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, Massachusetts 02109

DANIEL J. TOBIN
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
4800 Montgomery Lane
7th Floor
Bethesda, Maryland 20814

Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, Credit-Based Asset Servicing & Securitization, LLC, Litton Loan Servicing LP, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1)

/s/ Leslie A. Greathouse
LESLIE A. GREATHOUSE
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street
Suite 1400
Kansas City, Missouri 64106-2140

Attorneys for Defendants Deutsche Bank Trust Company Americas, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1


/s/ Randolph G. Willis
RANDOLPH G. WILLIS
RASMUSSEN, WILLIS, DICKEY & MOORE, LLC
9200 Ward Parkway
Suite 310
Kansas City, Missouri 64114-3379
(816) 360-1711
rwillis@rwdmlaw.com

THOMAS L. ALLEN
ROY W. ARNOLD
REED SMITH LLP
Reed Smith Centre
Suite 1200
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
(412) 288-3131
tallen@reedsmith.com
rarnold@reedsmith.com

Attorneys for Sovereign Bank

/s/ Mark A. Olthoff
MARK A. OLTHOFF        MO #38572
ANTHONY BONUCHI        MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, Missouri  64105


HARRY S. DAVIS
MARCY RESSLER HARRIS
MARGUERITE GARDINER
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.


/s/ Mark A. Olthoff
MARK A. OLTHOFF        MO #38572
ANTHONY BONUCHI        MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, Missouri  64105

THOMAS M. HEFFERON
JOSEPH F. YENOUSKAS
GOODWIN PROCTER LLP
901 New York Avenue NW
9th Floor East
Washington, DC  20001

Attorneys for Countrywide Home Loans, Inc.

/s/ Mark A. Olthoff
MARK A. OLTHOFF          MO #38572
ANTHONY BONUCHI         MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, Missouri  64105

Attorneys for Ocwen Loan Servicing, LLC f/k/a
Ocwen Federal Bank, FSB


/s/ Todd W. Ruskamp
TODD W. RUSKAMP
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Missouri  64108-2613

Attorneys for Wendover Financial Services
Corporation


/s/ Terese A. Drew
TERESE A. DREW
HINSHAW & CULBERTSON LLP
Gateway One
701 Market Street
St. Louis, Missouri  63101

THOMAS F. GING
HINSHAW & CULBERTSON LLP
222 North LaSalle
Suite 300
Chicago, Illinois  60601

Attorneys for FDIC

/s/ Richard L. Martin
RICHARD L. MARTIN
THOMAS J. FRITZLEN, JR.
MARTIN, LEIGH, LAWS & FRITZLEN, PC
1044 Main Street
400 Peck's Plaza
Kansas City, Missouri 64105-2135

Attorneys for United Mortgage CB LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was electronically filed on this 18th day of April, 2011, with the Clerk of the Court via the CM/ECF system, which automatically transmits a Notice of Electronic Filing to all counsel of record.

/s/ Mark A. Olthoff
Attorney for Defendants