IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR, et al., )
)
Plaintiffs, )
)
vs. ) Case No. 10-0189-CV-W-ODS
)
PREFERRED CREDIT CORP., et al., )
)
Defendants. )

## ORDER (1) GRANTING PLAINTIFFS' MOTION TO FILE SEVENTH AMENDED COMPLAINT AND (2) GRANTING IN PART PLAINTIFFS' MOTION FOR EXTENSION OF TIME

1. With no objections, Plaintiffs' Motion for Leave to File Seventh Amended Complaint (Doc. # 240) is granted. Plaintiffs shall have seven calendar days to electronically file their Seventh Amended Complaint.

2. Plaintiffs' Motion for Extension of Time (Doc. # 254) is granted in part. The FDIC filed a motion to dismiss on February 28, alleging Plaintiffs had not exhausted administrative remedies. In March, Plaintiffs requested a thirty-day extension to respond, which was granted. They now seek another thirty days to respond, contending they need "additional time in which to investigate the financial situation concerning the receivership and to prepare and file their suggestions in opposition" to the FDIC's motion. The Court does not believe that Plaintiffs need three months to respond to this motion. Plaintiffs shall respond on or before May 4, 2011. Plaintiffs should not expect further extensions of this deadline to be granted.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: April 19, 2011        UNITED STATES DISTRICT COURT