# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-CV-00189-ODS** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

Defendant U.S. Bank National Association hereby certifies that it served its Second Supplemental Answers to Plaintiffs' First Interrogatories via United States mail, postage prepaid, on the 20th day of April, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record.

Respectfully submitted,


/s/ Mark A. Olthoff
MARK A. OLTHOFF      MO #38572
ANTHONY BONUCHI      MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

2826334.1

PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota  55402-149

ATTORNEYS FOR U.S. BANK NATIONAL
ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 20th day of April, 2011, to all counsel of record.

/s/ Mark A. Olthoff
Attorney for U.S. Bank National Association