Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

JERRY WASHINGTON, et al., )
)
    Plaintiffs, )
)
v. ) No. 08-00459-CV-W-FJG
)
COUNTRYWIDE HOME LOANS, INC., )
)
    Defendant. )

## ORDER

The Court provisionally denied several of plaintiff's discovery disputes pending the submission of Ms. Jegier's responses to a written deposition.

Defendant has submitted a transcript of Ms. Jegier's responses to questions regarding the discrepancy of HUD-1 settlement statements found in the plaintiffs' loan file. Plaintiffs requests that the Court reconsider their prior provisionally denied discovery disputes; however, upon the Court's review of Ms. Jegier's responses, the Court does not plan to reconsider these previous rulings. The Court finds that it is appropriate to proceed with the litigation, and determine whether a class should be certified in this action.

Therefore the Court **ORDERS** the following:

1. Plaintiffs shall file their motion for class certification on or before **September 2, 2009**;
2. Defendant shall file its response to plaintiffs' motion on or before **October 13, 2009**; and
3. Plaintiffs shall file their reply brief on or before **November 4, 2009**.

**IT IS SO ORDERED.**

Date: 08/14/09            **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri      Fernando J. Gaitan, Jr.
                               Chief United States District Judge