## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Michael P. Gilmor and Shellie Gilmor, et al.
_____
Plaintiff

v.                                          Case Number: 4:10-cv-00189-ODS
                                                          _____

Preferred Credit Corporation, et al.
_____
Defendant

TO:   Kip D. Richards
      _____
      Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 26, 2011 , or within 90 days after
                                                                        Date request was sent

that date if the request was sent outside the United States.

May 3, 2011                                 _Paul R. Dieseth_
_____                     _____
Date                                        Signature

                                            Paul R. Dieseth
                                            _____
                                            Printed/Typed Name

                                            50 South Sixth Street, Suite 1500
                                            _____
                                            Street Address

                                            Minneapolis, MN 55402
                                            _____
                                            City/State/Zip

                                            See Attached
                                            _____
                                            Party Represented

                                            612-340-7892   MN #0166881
                                            _____
                                            Telephone Number        Bar #

:waivsum.int                                (See Reverse)

**Attachment to**

**WAIVER OF SERVICE OF SUMMONS**

Parties Represented:

Empire Funding Grantor Trust 1991-1
Empire Funding Home Loan Owner Trust 1991-1
Empire Funding Grantor Trust 1998-1