# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Michael P. Gilmor and Shellie Gilmor, et al.

Plaintiff

v.    Case Number: 4:10-cv-00189-ODS

Preferred Credit Corporation, et al.

Defendant

TO: Kip D. Richards

Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 26, 2011 , or within 90 days after that date if the request was sent outside the United States.

Date request was sent

May 3, 2011
Date

Signature

Paul R. Dieseth
Printed/Typed Name

50 South Sixth Street, Suite 1500
Street Address

Minneapolis, MN 55402
City/State/Zip

See Attached
Party Represented

612-340-7892    MN #0166881
Telephone Number     Bar #

:waivsum.int    (See Reverse)

Case 4:10-cv-00189-ODS   Document 262   Filed 05/03/11   Page 1 of 2

# Attachment to

# WAIVER OF SERVICE OF SUMMONS

Parties Represented:

Empire Funding Grantor Trust 1991-1
Empire Funding Home Loan Owner Trust 1991-1
Empire Funding Grantor Trust 1998-1