## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE THEIR ANSWERS TO PLAINTIFFS' SEVENTH AMENDED COMPLAINT

Defendants Empire Funding Home Loan Owner Trust 1998-1, its trustees U.S. Bank National Association and Wilmington Trust Company, U.S. Bank National Association ND, Ocwen Loan Servicing, LLC, Countrywide Home Loans, Inc., and Credit Suisse First Boston Mortgage Securities Corp., by and through counsel, move, pursuant to Fed. R. Civ. P. 6(b), for an Order of the Court extending the time in which to file their Answers to the plaintiffs' Seventh Amended Complaint ("Complaint") by fourteen (14) days to and including May 23, 2011. In support of this motion, defendants state as follows:

1. On April 25, 2011, plaintiffs filed their Seventh Amended Complaint. The Complaint adds a number of new parties and allegations to the lawsuit.

2. Absent extension, defendants' Answers are due to be filed on May 6, 2011.

3. This Motion is not filed for the purpose of delay or harassment, but rather to provide defendants additional time to analyze the plaintiffs' allegations and adequately answer the lengthy Complaint and assert appropriate affirmative defenses.

4. Defendants believe that the proposed extension will not cause prejudice to any party in this suit.

5. Plaintiffs' counsel has been contacted and does not object to the extension of time.

**WHEREFORE**, defendants respectfully move this Court for an extension of time, up to and including May 23, 2011, in which to file their Answers.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF   MO #38572
ANTHONY BONUCHI   MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com


PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th Street
Suite 1500
Minneapolis, Minnesota  55402-1498
(612) 340-2600
(612) 340-2868 (FAX)

ATTORNEYS FOR DEFENDANTS EMPIRE
FUNDING HOME LOAN OWNER
TRUST 1998-1, ITS TRUSTEES U.S. BANK
NATIONAL ASSOCIATION AND
WILMINGTON TRUST COMPANY, AND
U.S. BANK NATIONAL ASSOCIATION ND

/s/ Mark A. Olthoff
MARK A. OLTHOFF    MO #38572
ANTHONY BONUCHI    MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR DEFENDANT OCWEN
LOAN SERVICING, LLC


/s/ Mark A. Olthoff
MARK A. OLTHOFF    MO #38572
ANTHONY BONUCHI    MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR DEFENDANT
COUNTRYWIDE HOME LOANS, INC.


/s/ Mark A. Olthoff
MARK A. OLTHOFF    MO #38572
ANTHONY BONUCHI    MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

HARRY S. DAVIS
MARCY RESSLER HARRIS
MARGUERITE E. GARDINER
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000
(212) 593-5955 Telecopier


ATTORNEYS FOR DEFENDANT CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 6th day of May, 2011, to all counsel of record.

                                    /s/ Mark A. Olthoff
                                    Attorney for Defendants

2842429.1

5

Case 4:10-cv-00189-ODS   Document 266   Filed 05/06/11   Page 5 of 5