IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants | Case No. 4:10-CV-00189-ODS |

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE THEIR ANSWERS TO PLAINTIFFS' SEVENTH AMENDED COMPLAINT

Defendants Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1 (collectively, "the Trusts") and Deutsche Bank Trust Company Americas, in its capacity as Trustee of the Preferred Trusts (the "Trustee"), by and through counsel, move, pursuant to Fed. R. Civ. P. 6(b), for an Order of the Court extending the time in which to file their Answers to the plaintiffs' Seventh Amended Complaint ("Complaint") by fourteen (14) days to and including May 20, 2011. In support of this motion, defendants state as follows:

1. On April 25, 2011, plaintiffs filed their Seventh Amended Complaint. The Complaint adds a number of new parties and allegations to the lawsuit.

2. Absent extension, defendants' Answers are due to be filed on May 6, 2011.

3. This Motion is not filed for the purpose of delay or harassment, but rather to provide defendants additional time to analyze the plaintiffs' allegations and adequately answer the lengthy Complaint and assert appropriate affirmative defenses.

WA 2815053.1

4. Defendants believe that the proposed extension will not cause prejudice to any party in this suit.

5. Plaintiffs' counsel has been contacted and does not object to the extension of time.

**WHEREFORE**, defendants respectfully move this Court for an extension of time, up to and including May 20, 2011, in which to file their Answers.

/s/ Leslie A. Greathouse
Leslie A. Greathouse    MO #48431
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
lgreathouse@spencerfane.com

ATTORNEYS FOR DEFENDANTS
PREFERRED MORTGAGE TRUST 1996-1,
PREFERRED MORTGAGE TRUST 1996-2,
PREFERRED CREDIT TRUST 1997-1 AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 6th day of May, 2011, to all counsel of record.

/s/ Leslie A. Greathouse
Attorney for Defendants

WA 2815053.1