IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-HFS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT UNITED MORTGAGE CB, LLC'S
### MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR
### OTHERWISE RESPOND TO PLAINTIFFS' SEVENTH AMENDED COMPLAINT

COMES NOW defendant United Mortgage CB, LLC, ("Defendant" or "UMCB"), by and through counsel, and pursuant to Fed.R.Civ.P.6(b), hereby moves the Court for an Order extending the time in which to answer or otherwise respond to Plaintiffs' Seventh Amended Complaint ("Complaint") by ten (10) days to, and including May 19, 2011. In support of this Motion, UMCB states as follows:

### SUGGESTIONS IN SUPPORT

1. Absent extension, Defendant UMCB's response to Plaintiffs' Complaint is due to be filed on or before May 9, 2011.

2. In accordance with the Local Rules, Defendant UMCB has conferred in good faith with Plaintiffs' counsel Bruce V. Nguyen concerning the requested extension and Mr. Nguyen is agreeable to the requested extension.

3. This Motion is not filed for the purpose of delay or harassment, but rather to provide Defendant UMCB additional time to investigate the allegations contained within the Complaint and respond accordingly.

4. The proposed extension will not cause prejudice to any party.

WHEREFORE, defendant United Mortgage CB, LLC, respectfully requests this Court for extension of time, up to and including May 19, 2011, in which to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

/s/ Richard L. Martin

| Richard L. Martin | MO. No. 26724 |

900 Peck's Plaza
1044 Main St.
Kansas City, MO 64105
Telephone: (816)221-1430
Facsimile: (816)221-1044
rlm@mllfpc.com
ATTORNEY FOR DEFENDANT
UNITED MORTGAGE CB, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 9th day of May, 2011.

/s/ Richard L. Martin
Attorney for Defendant United Mortgage CB LLC