IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE THEIR ANSWERS TO PLAINTIFFS' SEVENTH AMENDED COMPLAINT**

Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp., Deutsche Bank National Trust Company, LaSalle National Bank, Wells Fargo Bank N.A., and Litton Loan Servicing LP ("Litton") (collectively "Defendants"), by and through counsel, move, pursuant to Fed. R. Civ. P. 6(b), for an Order of the Court extending the time in which to file their answers to Plaintiffs' Seventh Amended Complaint to and including May 23, 2011. In support of this motion, Defendants state as follows:

1. On April 25, 2011, Plaintiffs filed their Seventh Amended Complaint. The Complaint adds a number of new parties and allegations to the lawsuit.

2. Absent extension, Defendants' answers are due to be filed on May 12, 2011.

3. This motion is not filed for the purpose of delay or harassment, but rather to provide Defendants additional time to analyze Plaintiffs' allegations and adequately answer the lengthy Complaint and assert appropriate affirmative defenses.

4. Defendants believe that the proposed extension will not cause prejudice to any party in this suit.

5. Plaintiffs' counsel has been contacted and does not object to the requested extension of time.

WHEREFORE, Defendants respectfully move this Court for an extension of time, up to and including May 23, 2011, in which to file their answers.

Respectfully submitted,

May 10, 2011

/s/ Barry L. Pickens
Barry L. Pickens, Esq.      MO #43379
SPENCER FAIN BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216


/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299

*Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp., Deutsche Bank National Trust Company, LaSalle National Bank, Wells Fargo Bank N.A., and Litton Loan Servicing LP*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Barry L. Pickens