IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JERRY W. and GOLDA M. WASHINGTON, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br><br>    Defendant. | No. 08-00459-CV-W-FJG |

## DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S FIRST PRIVILEGE LOG

  Defendant Countrywide Home Loans, Inc. ("Countrywide") submits this First Privilege Log with respect to Plaintiffs First Set of Interrogatories and First Request for Production of Documents (the "Discovery"). Countrywide reserves all objections with respect to the Discovery and in providing this Privilege Log, Countrywide does not concede that any document logged is relevant to this litigation. This Privilege Log identifies privileged documents that Countrywide has located to date, and Countrywide reserves the right to supplement this Privilege Log if it locates additional responsive documents. If the Court orders production of any specific documents on the Privilege Log, Countrywide reserves the right to redact irrelevant material from such documents.

  Countrywide has logged, as items 2 and 3, groups of general documents and communications protected by the attorney-client privilege and work product doctrine. It would be overly-burdensome for Countrywide to identify and log separately each such document and communication.

R. Lawrence Ward
Mark A. Olthoff
SHUGHART THOMSON & KILROY PC
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
(816) 395-0620

_____
Thomas M. Hefferon (admitted *pro hac vice*)
Joseph F. Yenouskas (admitted *pro hac vice*)
Eric I. Goldberg (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000

Counsel for Defendant
Countrywide Home Loans, Inc.

Dated: August 28, 2008

|   | Document Date | Author | Recipient | Privilege | Description |
|---|---|---|---|---|---|
| 1 | Undated | Countrywide's Production Quality & Compliance Department | | Attorney-client privilege | Communication regarding permissible fees for Missouri second loans |
| 2 | | | | Attorney-client privilege<br><br>Attorney work product | Numerous attorney client communications between attorneys for Countrywide and Countrywide employees and work product of Countrywide attorneys. |
| 3 | | | | Attorney-client privilege<br><br>Attorney work product | Numerous attorney client communications between attorneys for Countrywide and Countrywide employees and work product of Countrywide attorneys since the filing of this lawsuit concerning legal strategy and legal issues raised by the litigation. |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JERRY W. and GOLDA M. WASHINGTON, individually and on behalf of all those similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08-00459-CV-W-FJG ) |
| COUNTRYWIDE HOME LOANS, INC., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S AMENDED PRIVILEGE LOG

Defendant Countrywide Home Loans, Inc. ("Countrywide") submits this Amended Privilege Log with respect to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents (the "Discovery"). Countrywide reserves all objections with respect to the Discovery and in providing this Privilege Log, Countrywide does not concede that any document logged is relevant to this litigation. This Privilege Log identifies privileged documents that Countrywide has located to date, and Countrywide reserves the right to supplement this Privilege Log if it locates additional responsive documents. If the Court orders production of any specific documents on the Privilege Log, Countrywide reserves the right to redact irrelevant material from such documents.

Countrywide has logged, as items 2 and 3, groups of general documents and communications protected by the attorney-client privilege and work product doctrine. It would be overly-burdensome for Countrywide to identify and log separately each such document and communication.

R. Lawrence Ward
Mark A. Olthoff
SHUGHART THOMSON & KILROY PC
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
(816) 395-0620

*/s/ Thomas M. Hefferon*

Thomas M. Hefferon (admitted *pro hac vice*)
Joseph F. Yenouskas (admitted *pro hac vice*)
Eric I. Goldberg (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000

Counsel for Defendant
Countrywide Home Loans, Inc.

Dated: February 11, 2009

|   | Document Date | Author | Recipient | Privilege | Description |
|---|---|---|---|---|---|
| 1 | Undated | Countrywide's Legal Department and Production Quality & Compliance Department | | Attorney-client privilege | Communication regarding permissible fees for Missouri second mortgage loans |
| 2 | | | | Attorney-client privilege<br><br>Attorney work product | Numerous attorney client communications between attorneys for Countrywide and Countrywide employees and work product of Countrywide attorneys. |
| 3 | | | | Attorney-client privilege<br><br>Attorney work product | Numerous attorney client communications between attorneys for Countrywide and Countrywide employees and work product of Countrywide attorneys since the filing of this lawsuit concerning legal strategy and legal issues raised by the litigation. |
| 4 | Multiple dates | Data entered in Central Services Tracker file by various Countrywide employees | | Attorney-client privilege | Four-page Central Services Tracker file. Redaction on one page reflects legal advice regarding permissible fees for Missouri second mortgage loans |

LIBW/1700330.1

3

Case 4:10-cv-00189-ODS   Document 280-1   Filed 05/13/11   Page 6 of 6