IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:10-CV-00189-ODS |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S PRIVILEGE LOG**

Defendant Countrywide Home Loans, Inc. ("Countrywide") submits this Privilege Log with respect to Plaintiffs' First Request for Production of Documents (the "Discovery"). Countrywide does not concede that any document logged is responsive to the Discovery or relevant to this litigation in which Countrywide is not alleged to have originated the alleged class loans and Countrywide has acted solely as a servicer of a small number of alleged class loans originated by Preferred Credit Corporation. Nevertheless, out of an abundance of caution, this Privilege Log identifies privileged documents that were created for use in other lines of business or capacities of Countrywide that are not relevant to this case but which are nonetheless privileged. If the Court orders production of the documents on the Privilege Log, Countrywide reserves the right to redact irrelevant material from such documents and to utilize such restrictions the Court allows so as not to waive other applicable privileges and objections as well as to minimize the potential for undue burden and prejudice.

2784098.1

Respectfully submitted,

_____
MARK A. OLTHOFF    MO #38572
ANTHONY BONUCHI    MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com


David L. Permut
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4029
(202) 346-4444 (FAX)
thefferon@goodwinprocter.com
dpermut@goodwinprocter.com

ATTORNEYS FOR COUNTRYWIDE HOME
LOANS, INC.

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was served via United States mail, postage prepaid, this 1st day of March, 2011, to:

R. Frederick Walters, Esq.
Kip D. Richards, Esq.
David M. Skeens, Esq.
Garrett M. Hodes, Esq.
Walters Bender Strohbehn & Vaughan
2500 City Center Square
1100 Main Street
Kansas City, MO 64105

Attorneys for Plaintiffs

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney LLP
50 South 6th, Suite 1500
Minneapolis, MN 55402-149

Attorneys for Defendants U.S. Bank National Association, Empire Funding Home Loan Owner Trust 1998-1, U.S. Bank National Association ND and Wilmington Trust Company

Barry L. Pickens, Esq.
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814

Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, Credit-Based Asset Servicing & Securitization, LLC, Litton Loan Servicing LP, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1)

Leslie A. Greathouse, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Attorneys for Defendants Deutsche Bank Trust Company Americas, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1

Randolph G. Willis, Esq.
Rasmussen, Willis, Dickey & Moore, LLC
9200 Ward Parkway, Suite 310
Kansas City, MO 64114-3379

Thomas L. Allen, Esq.
Roy W. Arnold, Esq.
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Attorneys for Sovereign Bank

Craig S. O'Dear, Esq.
Irving V. Belzer, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
3600 One Metropolitan Square
211 N Broadway
St. Louis, MO 63102

Attorneys for Defendants Residential Funding Company, LLC and JP Morgan Chase Bank, N.A., as Trustee

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Marguerite Gardiner, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Attorneys for Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB

Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Attorneys for Wendover Financial Services Corporation

Terese A. Drew, Esq.
Hinshaw & Culbertson LLP
Gateway One
701 Market Street
St. Louis, MO 63101

Thomas F. Ging, Esq.
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601

Attorneys for FDIC

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street
400 Peck's Plaza
Kansas City, MO 64105-2135

Attorneys for United Mortgage CB LLC

                                          /s/
Attorney for Countrywide Home Loans, Inc.

|   | Document Date | Author | Recipient | Privilege | Description |
|---|---|---|---|---|---|
| 1 | Undated | Countrywide's Legal Department and Production Quality & Compliance Department |   | Attorney-client privilege | Communication regarding permissible fees for Missouri second mortgage loans originated by Countrywide or its divisions[1] |

---

[1] Countrywide does not believe the document identified is responsive to plaintiffs' document requests in this case or relevant to the litigation. However, the document is logged because plaintiffs' counsel are aware of its existence from identification in a privilege log in another lawsuit in which Countrywide as originator of loans was sued. In that case, Judge Gaitan ruled that the document remained privileged and did not order its production. *See Washington v. Countrywide Home Loans, Inc.*, Case No. 08-00459-CV-W-FJG (W.D. Mo., Dec. 23, 2008) at 2 (ruling fee chart privileged); *see also* Order dated Aug. 14, 2009 (confirming earlier ruling).

2784098.1