IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 10-0189-CV-W-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE REGARDING EXHIBIT ATTACHMENT**
**<u>EXHIBIT 3 FILED UNDER SEAL</u>**

Exhibit 3, which is an attachment to Plaintiffs' Suggestions in Opposition to Countrywide's Motion to Reconsider Order Compelling Production of Privileged Missouri Fee Chart, is being filed under seal pursuant to the Protective Order entered in this case, and is in paper form only and is being maintained in this case file in the Clerk's office. Exhibit 3 is a document claimed to be confidential by Defendant Countrywide Home Loans, Inc. and service copies will be provided to Countrywide only and not to any other defendant.

Dated: May 13, 2011

Respectfully Submitted,

WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.

By   /s/ Bruce V. Nguyen
   R. Frederick Walters - Mo. Bar 25069
   J. Michael Vaughan - Mo. Bar 24989
   Kip D. Richards - Mo. Bar 39743
   David M. Skeens - Mo. Bar 35728
   Garrett M. Hodes - Mo. Bar 50221
   Bruce V. Nguyen – Mo. Bar. 52893
   2500 City Center Square
   1100 Main Street
   P.O. Box 26188
   Kansas City, MO 64196
   (816) 421-6620
   (816) 421-4747 (Facsimile)

ATTORNEYS FOR PLAINTIFFS/
CLASS COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Western Division, this **13th day of May 2011**, with notice of case activity to be generated and sent electronically to all designated persons.

　　　　　　　　　　　　　　　/s/ Bruce V. Nguyen