IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

Defendant Ocwen Loan Servicing, LLC ("Ocwen") hereby certifies that it served Defendant's First Set of Interrogatories and First Request for Production of Documents via United States mail, postage prepaid, on the 13th day of May, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record.

2850426.1

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF    MO #38572
ANTHONY BONUCHI    MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR OCWEN LOAN SERVICING, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of May, 2011, to all counsel of record.

                                         /s/ Mark A. Olthoff
                                         Attorney for Ocwen Loan Servicing, LLC