IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. AND SHELLIE GILMOR, et al. )
)
Plaintiffs, )
)
v. ) Case No. 4:10-cv-00189-ODS
)
PREFERRED CREDIT CORPORATION, et al. )
)
Defendants. )

## RESPONSE OF HOUSEHOLD REALTY CORPORATION TO MOTION TO STAY DISCOVERY ORDER

Household Realty Corporation ("Household") files this response to Countrywide's Motion to Stay Discovery Order and Suggestions in Support (Doc. 298) (the "Stay Motion").

1. Household has received the Order (1) Denying Countrywide Home Loans' Motion for Reconsideration and (2) Directing Household Realty Corporation to Respond to Plaintiffs' Subpoena (Doc. 291) issued on May 20, 2011 (the "Order").

2. Countrywide filed the Stay Motion after the entry of the Order.

3. Household has not yet delivered any documents responsive to the subpoena to Plaintiffs.

4. Household stands ready to retain any responsive documents, or produce them, as the Court directs in light of Countrywide's Stay Motion.

5. Pending further direction from the Court, Household will refrain from production of any responsive documents so as to not disrupt the status quo.

Respectfully submitted,

Dated: May 24, 2011                                    SHOOK, HARDY & BACON L.L.P.

                                                       By: /s/ Todd W. Ruskamp
                                                           Todd W. Ruskamp, #38625

                                                       2555 Grand Blvd.
                                                       Kansas City, Missouri 64108-2613
                                                       Telephone: 816.474.6550
                                                       Facsimile: 816.421.5547

                                                       ATTORNEYS FOR DEFENDANT
                                                       HOUSEHOLD REALTY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011, I electronically filed the foregoing with the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                       /s/ Todd W. Ruskamp
                                                       Todd W. Ruskamp