IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**COUNTRYWIDE'S REPLY IN SUPPORT OF ITS MOTION TO
STAY THIS COURT'S MARCH 31 AND MAY 23 DISCOVERY ORDERS**

The Court should grant Countrywide's Motion for Stay. Although Plaintiffs claim (at 5 n.3) that Countrywide has not filed its writ of mandamus, Countrywide in fact will file its petition for a writ of mandamus with the Eighth Circuit tomorrow, May 27.

Plaintiffs also claim "[d]iscovery issues" are not typically the subject of a writ of mandamus. Opp. at 3-4. To the contrary, the Eighth Circuit frequently grants mandamus to review orders (like the one at issue here) ordering disclosure of privileged information. *See, e.g., In re Bieter Co.*, 16 F.3d 929, 932 (8th Cir. 1994) (granting writ; holding communications with independent contractors privileged); *Diversified Indus., Inc. v. Meredith*, 572 F.2d 596, 601-02 (8th Cir. 1978) (granting writ; district court compelled production of intra-company privileged document). Countrywide believes review is especially warranted to resolve the conflicting orders, issued by the Court and Judge Gaitan, about the same Missouri Fee Chart.

Finally, there is no immediate need for production of the Missouri Fee Chart. Plaintiffs admit discovery is not currently scheduled to conclude for several months, and do not explain why they would need the Fee Chart before then. Nor do they address the fact that discovery

could be extended to accommodate their concerns. Absent any demonstrated immediate need for the Fee Chart, the Court should grant Countrywide's motion for a stay.[1]

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF          MO #38572
ANTHONY BONUCHI          MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

Thomas M. Hefferon
David L. Permut
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4029
(202) 346-4444 (FAX)
thefferon@goodwinprocter.com
dpermut@goodwinprocter.com

Attorneys for Countrywide Home Loans, Inc.

---

[1] Plaintiffs argue at length that Countrywide will not be irreparably harmed if it is forced to comply immediately with this Court's orders. Even if correct, it is plain that any harm to Countrywide is far greater than and delay that Plaintiffs might experience in receiving the Fee Chart if Countrywide's writ of mandamus is unsuccessful.

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 26th day of May, 2011, to:

R. Frederick Walters, Esq.
Kip D. Richards, Esq.
David M. Skeens, Esq.
Garrett M. Hodes, Esq.
Walters Bender Strohbehn & Vaughan
2500 City Center Square
1100 Main Street
Kansas City, MO  64105

Attorneys for Plaintiffs

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO  64105

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney LLP
50 South 6th, Suite 1500
Minneapolis, MN  55402-149

Attorneys for Defendants U.S. Bank National Association, U.S. Bank National Association ND and Wilmington Trust Company

Barry L. Pickens, Esq.
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814

Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, Credit-Based Asset Servicing & Securitization, LLC, Litton Loan Servicing LP, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1)

Leslie A. Greathouse, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Attorneys for Defendants Deutsche Bank Trust Company Americas, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1

Randolph G. Willis, Esq.
Rasmussen, Willis, Dickey & Moore, LLC
9200 Ward Parkway
Suite 400
Kansas City, MO 64114-3379

Thomas L. Allen, Esq.
Roy W. Arnold, Esq.
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Attorneys for Sovereign Bank

Craig S. O'Dear, Esq.
Irving V. Belzer, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
3600 One Metropolitan Square
211 N Broadway
St. Louis, MO 63102

Attorneys for Defendants Residential Funding Company, LLC and JP Morgan Chase Bank, N.A., as Trustee

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Marguerite Gardiner, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney LLP
50 South 6th, Suite 1500
Minneapolis, MN 55402-149

Attorneys for Empire Funding Home Loan Owner Trust 1998-1, By its Trustees Wilmington Trust Company and U.S. Bank National Association

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Attorneys for Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB

Todd W. Ruskamp, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Attorneys for Wendover Financial Services Corporation

Terese A. Drew, Esq.
Hinshaw & Culbertson LLP
Gateway One
701 Market Street
St. Louis, MO 63101

Thomas F. Ging, Esq.
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601

Attorneys for FDIC

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street
400 Peck's Plaza
Kansas City, MO 64105-2135

Attorneys for United Mortgage CB LLC

                                        /s/ Mark A. Olthoff
                                        Attorney for Countrywide Home Loans, Inc.