UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL P. GILMOR AND SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:10-CV-00189-ODS ) |
| PREFERRED CREDIT CORPORATION et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF ENTRY OF APPEARANCE

COME NOW Daniel L. McClain and Michele Sutton of the law firm Scharnhorst Ast & Kennard, P.C. and enter their appearance in the above-captioned case for Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC.

Respectfully submitted,

/s/ Daniel L. McClain
Daniel L. McClain, Esq.   MO #43441
Michele Sutton   MO #57942
SCHARNHORST AST & KENNARD, PC
1000 Walnut, Suite 1550
Kansas City, Missouri 64106
Telephone: (816) 268-9411
Facsimile: (816) 268-9409
Email: dlm@sakfirm.com
    mfs@sakfirm.com

*Attorneys for Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) to all counsel of record.

      /s/ Daniel L. McClain
      *An Attorney for Defendant*