# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Michael P. Gilmor and Shellie Gilmor, et al.

Plaintiff

v.

Case Number: 4:10-cv-00189-ODS

Preferred Credit Corporation, et al.

Defendant

TO: Kip D. Richards

Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 26, 2011, or within 90 days after that date if the request was sent outside the United States.

Date request was sent

May 25, 2011

Date

Signature

Daniel J. Tobin
Printed/Typed Name

4800 Montgomery Lane, 7th Floor
Street Address

Bethesda, MD 20817
City/State/Zip

Impac Real Estate Asset Trust Series 2006-SDI
Party Represented

(301) 664-6210 admitted *pro hac vice*
Telephone Number       Bar #

(See Reverse)

:waivsum.int