# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Michael P. Gilmor and Shellie Gilmor, et al.
_____
Plaintiff

v.                                          Case Number: __4:10-cv-00189-ODS__

Preferred Credit Corporation, et al.
_____
Defendant

TO: __Kip D. Richards_____
   Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __April 26, 2011__ , or within 90 days after

Date request was sent

that date if the request was sent outside the United States.

__5/25/11_____          __Daniel L. McClain__ Mo # 43441
Date                                 Signature

                                     __Daniel  L.  McClain__
                                     Printed/Typed Name

                                     __1000 Walnut Street, Suite 1550__
                                     Street Address

                                     __Kansas City, Missouri  64106__
                                     City/State/Zip

                                     __JPMorgan Chase Bank, National Association__
                                     Party Represented  _as successor by merger to Chase_
                                                         _Home Finance, LLC_
                                     __816-268-9411__      __MO 43441__
                                     Telephone Number        Bar #

:waivsum.int                  (See Reverse)