IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 4:10-CV-00189-ODS |
| v. | )<br>) |
| PREFERRED CREDIT CORPORATION, et al. | )<br>)<br>) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Thomas J. Fritzlen, Jr., Desarae G. Harrah and the law firm of Martin, Leigh, Laws & Fritzlen, P.C., hereby enter their appearance as counsel for separate defendant Wingspan Portfolio Advisors, LLC in the above titled matter.

Respectfully submitted,

MARTIN LEIGH LAWS & FRITZLEN, P.C.

/s/ Thomas J. Fritzlen, Jr.
Thomas J. Fritzlen, Jr.    MO No. 34653
Desarae G. Harrah          MO No. 57969
1044 Main Street, Suite 900
Kansas City, Missouri 64105
Telephone:   (816) 221-1430
Facsimile:    (816) 221-1044
tjf@mllfpc.com; dgh@mllfpc.com
ATTORNEYS FOR WINGSPAN

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on this 2nd day of June, 2011, a true and correct copy of the above and foregoing was electronically served via ECF to all parties receiving electronic notice.

                                      /s/ Thomas J. Fritzlen, Jr.
                                      ATTORNEY FOR WINGSPAN