THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al. <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE

The parties hereby certify that they have selected Richard E. McLeod, The McLeod Law Firm, P.C., 2020 Wyandotte St., Kansas City, Missouri 64108, (816) 421-5656, as an outside neutral. However, given the number of Defendants in this case, the parties are compelled to undertake separate mediations and will advise the court as to specific meetings they have with Mr. McLeod.

Plaintiffs and Defendants U.S. Bank National Association, US Bank National Association, ND and Wilmington Trust Company attended mediation with Mr. McLeod on June 1-2, 2011 in Chicago, Illinois. The mediation was successful and term sheets were signed. Plaintiffs and the remaining Defendants have not yet been able to select convenient dates for their joint or separate mediation(s). The parties will advise the court as to the outcome of their specific meetings promptly after they occur.

Dated: June 20, 2011

    */s/ Kip D. Richards*
R. Frederick Walters - Mo. Bar 25069
J. Michael Vaughan Mo. Bar 24989
Kip D. Richards - Mo. Bar 39743
David M. Skeens -Mo.  Bar 35728
Karen W. Renwick – Mo. Bar 41271
Garrett M. Hodes - Mo. Bar 50221
Matthew R. Crimmins - Mo. Bar 53138
Bruce V. Nguyen – Mo. Bar 52893
WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


    */s/ Mark A. Olthoff*
MARK A. OLTHOFF         MO #38572
ANTHONY BONUCHI       MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

PETER W. CARTER, *pro hac vice*
PAUL R. DIESETH, *pro hac vice*
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota  55402-149

Attorneys for Defendants U.S. Bank National
Association ND, Empire Funding Home Loan
Owner Trust 1998-1, Empire Funding Home Loan
Owner Trust 1999-1, U.S. Bank National

Association, Wilmington Trust Company, Empire Funding Grantor Trust 1998-1, and Empire Funding Grantor Trust 1999-1


*/s/ Barry L. Pickens*
BARRY L. PICKENS               MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street
Suite 1400
Kansas City, MO  64106-2140

DANIEL J. TOBIN (admitted *pro hac vice*)
BALLARD SPAHR ANDREWS &
  INGERSOLL, LLP
4800 Montgomery Lane
7th Floor
Bethesda, MD  20814

Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, Credit-Based Asset Servicing & Securitization, LLC, Litton Loan Servicing LP, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1), Impac CMB Trust Series 2003-5, Impac Real Estate Asset Trust Series 2006-SD1

    */s/ Leslie A. Greathouse*

| | |
|---|---|
| LESLIE A. GREATHOUSE | MO #48431 |
| NATHAN A. ORR | MO #49836 |
| J. LOYD GATTIS, III | MO #59699 |

SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Attorneys for Defendants Deutsche Bank Trust
Company Americas, Preferred Mortgage
Trust 1996-1, Preferred Mortgage Trust 1996-2, and
Preferred Credit Trust 1997-1


    */s/ Leslie A. Greathouse*

| | |
|---|---|
| LESLIE A. GREATHOUSE | MO #48431 |

SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Attorneys for Defendants Real Time Resolutions,
Inc.



    */s/ Randolph G. Willis*

| | |
|---|---|
| RANDOLPH G. WILLIS | MO #49550 |

RASMUSSEN, WILLIS, DICKEY & MOORE,
LLC
9200 Ward Parkway, Suite 310
Kansas City, MO 64114-3379
(816) 360-1711
rwillis@rwdmlaw.com

| | |
|---|---|
| THOMAS L. ALLEN | PA #33243 |
| ROY W. ARNOLD | PA #70544 |
| ANTHONY S. NEWMAN | PA #308157 |

REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 288-3131
tallen@reedsmith.com
rarnold@reedsmith.com

Attorneys for Sovereign Bank

    */s/ Catesby A. Major*

| | |
|---|---|
| CRAIG S. O'DEAR | MO #30167 |
| IRVING V. BELZER | MO #25234 |
| CATESBY A. MAJOR | MO #56944 |

BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO  64105


MICHAEL G. BIGGERS    MO #24694
BRYAN CAVE LLP
3600 One Metropolitan Square
211 N Broadway
St. Louis, MO  63102

Attorneys for Defendants Residential Funding Corporation and JP Morgan Chase Bank, as Trustee


    */s/ Mark A. Oltoff*

| | |
|---|---|
| MARK A. OLTHOFF | MO #38572 |
| ANTHONY BONUCHI | MO #57838 |

POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO  64105

HARRY S. DAVIS
MARCY RESSLER HARRIS
MARGUERITE GARDINER
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

5

      */s/ Mark A. Oltoff*
------------------------------

| | |
|---|---|
| MARK A. OLTHOFF | MO #38572 |
| ANTHONY BONUCHI | MO #57838 |

POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO  64105


THOMAS M. HEFFERON
JOSEPH F. YENOUSKAS
GOODWIN PROCTER LLP
901 New York Avenue NW
9th Floor East
Washington, DC  20001

Attorneys for Countrywide Home Loans, Inc. and
BAC Home Loan Servicing, L.P.



      */s/ Mark A. Oltoff*
------------------------------

| | |
|---|---|
| MARK A. OLTHOFF | MO #38572 |
| ANTHONY BONUCHI | MO #57838 |

POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO  64105

Attorneys for Ocwen Loan Servicing, LLC f/k/a
Ocwen Federal Bank, FSB



      */s/ Todd W. Ruskamp*
------------------------------

| | |
|---|---|
| TODD W. RUSKAMP | MO #38625 |

SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613

Attorneys for Wendover Financial Services
Corporation

    */s/ Richard L. Martin*
RICHARD L. MARTIN         MO 26724
DESARAE G. HARRAH       MO #57969
MARTIN, LEIGH, LAWS & FRITZLEN, PC
1044 Main Street
900 Peck's Plaza
Kansas City, MO  64105-2135

Attorneys for United Mortgage CB LLC


    */s/ Thomas J. Fritzlen, Jr.*
THOMAS J. FRITZLEN, JR.     MO #34653
DESARAE G. HARRAH       MO #57969
MARTIN, LEIGH, LAWS & FRITZLEN, PC
1044 Main Street
900 Peck's Plaza
Kansas City, MO  64105-2135

Attorneys for Wingspan Portfolio Advisor, LLC


    */s/ Daniel L. McClain*
DANIEL L. MCCLAIN, ESQ.     MO #43441
MICHELE SUTTON, ESQ.       MO #57942
SCHARNHORST AST & KENNARD, PC
1000 Walnut, Suite 1550
Kansas City, Missouri 64106

Attorneys for Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC