**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **MICHAEL P. GILMOR, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 4:10-cv-189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2011 a true and correct copy of the following was served via First Class U.S. Mail, postage prepaid:

1. Fourth Amended Answers and Objections to Joint First Requests for Production of Documents to Preferred Mortgage Trust 1996-1 and Deutsche Bank Trust Company Americas

2. The 1996-1 Trust's Third Amended Responses to First Request for Production of Documents

3. Fourth Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Preferred Mortgage Trust 996-2 and Deutsche Bank Trust Company Americas

4. The 1996-2 Trust's Third Amended Responses to Plaintiffs' Interrogatories

5. Fourth Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Preferred Credit Trust 1997-1 and Deutsche Bank Trust Company Americas

6. The 1997-1 Trust's Third Amended Responses to Plaintiffs' Interrogatories

7. The 1997-1 Trust's Third Amended Responses to Plaintiffs' First Request for Production of Documents

WA 2885245.1

on the following attorneys of record:

R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Matthew R. Crimmins
Bruce V. Nguyen
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main
Kansas City, Mo 64105

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Daniel J. Tobin, Esq.
Ballard Spahr LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO 64105

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN 55402

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

Anthony S. Newman
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin, Procter, L.L.P.
901 New York Ave., NW
9th Floor
Washington, DC 20001

Harry S. Davis
Marcy Ressler Harris
Marguerite Ellsworth Gardiner
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo 64108

2

WA 2885245.1

Case 4:10-cv-00189-ODS   Document 327   Filed 06/27/11   Page 2 of 3

| | |
|---|---|
| Barry F. MacEntee<br>Thomas F. Ging<br>Hinshaw & Culbertson<br>222 North LaSalle, Suite 300<br>Chicago, IL  60601 | Terese A. Drew<br>Hinshaw & Culbertson<br>Gateway One<br>701 Market Street, Suite 1300<br>St. Louis, MO  63101 |
| Richard L. Martin<br>Thomas J. Fritzlen, Jr.<br>Martin, Leigh, Laws & Fritzlen, P.C.<br>1044 Main Street<br>900 Peck's Plaza<br>Kansas City, MO  64105 | R. Bruce Allensworth, Esq.<br>Kirkpatrick & Lockhart LLP<br>75 State Street<br>Boston, MA  02109 |

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


 s/Leslie A. Greathouse
Leslie A. Greathouse        MO # 48431
    lgreathouse@spencerfane.com
Nathan A. Orr        MO # 49836
    norr@spencerfane.com
J. Loyd Gattis        MO #59699
    lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendant Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997 and Deutsche Bank Trust Company Americas, in its capacity as its trustee*