IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR, )
et al., )
 )
    Plaintiffs, )
 )
vs. ) Case No.  10-0189-CV-W-ODS
 )
PREFERRED CREDIT CORP., et al., )
 )
    Defendants. )

ORDER GRANTING MOTION TO STAY PROCEEDINGS
AS TO CERTAIN DEFENDANTS

   The Motion to Stay (Doc. # 324) is granted.  Proceedings with respect to Defendants U.S. Bank National Association in its individual and trustee capacities, U.S. Bank National Association ND, Wilmington Trust Company in its individual and trustee capacities, Empire Funding Home Loan Owner Trust 1998-1, Empire Funding Grantor Trust 1998-1, Empire Funding Home Loan Owner Trust 1999-1, and Empire Funding Grantor Trust 1999-1 are stayed pending further Order of the Court ("Moving Defendants").  Similarly, proceedings on claims against Ocwen Loan Servicing, LLC, Real Time Resolutions, Inc., and Litton Loan Servicing LP ("Servicers") based on loans held or acquired by the Moving Defendants are stayed (but proceedings against the Servicers with respect to other loans are not stayed.

   Plaintiffs and the Moving Defendants shall file a Status Report on or before November 1, 2011.

IT IS SO ORDERED.


           /s/ Ortrie D. Smith    
           ORTRIE D. SMITH, SENIOR JUDGE
DATE: June 28, 2011      UNITED STATES DISTRICT COURT