UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL P. GILMOR AND SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:10-CV-00189-ODS ) |
| PREFERRED CREDIT CORPORATION et al., | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF CORPORATE INTERESTS OF DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the U.S. District Court for the Western District of Missouri, Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC, by and through its counsel of record, hereby discloses the following corporate interests:

1. Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC, is a wholly owned subsidiary of JPMorgan Chase & Co., which has issued shares to the public.

Respectfully submitted,

/s/ Daniel L. McClain
Daniel L. McClain, Esq.        MO #43441
Michele Sutton                 MO #57942
SCHARNHORST AST & KENNARD, PC
1000 Walnut, Suite 1550
Kansas City, Missouri 64106
Telephone: (816) 268-9411
Facsimile: (816) 268-9409
Email: dlm@sakfirm.com
       mfs@sakfirm.com

*Attorneys for Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) to all counsel of record.

/s/ Daniel L. McClain
*An Attorney for Defendant*