THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 8th of July, 2011, true and correct copies of:

1.) Plaintiffs' Objections and Answers to Defendant Countrywide Home Loans, Inc.'s First Set of Interrogatories;

2.) Plaintiffs' Objections and Response to Defendant Countrywide Home Loans, Inc.'s First Request for Production of Documents,

were served via First Class U.S. Mail, postage prepaid, to **Mark A. Olthoff, Esq. and Anthony Bonuchi, Esq., Polsinelli Shughart, P.C., 1700 Twelve Wyandotte Plaza, 120 West 12th Street, Kansas City, Missouri 64105-1929, Attorneys for Defendant Countrywide Home Loans, Inc.**, with copies served via U.S. mail to all other counsel of record.

Respectfully submitted,

WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.


By: ___/s/ Bruce V. Nguyen___
    R. Frederick Walters - Mo. Bar 25069
    J. Michael Vaughan Mo. Bar 24989
    Kip D. Richards - Mo. Bar 39743
    David M. Skeens -Mo. Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    Garrett M. Hodes - Mo. Bar 50221
    Matthew R. Crimmins - Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO 64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    ATTORNEYS FOR PLAINTIFFS
    AND CLASS COUNSEL


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 8th day of July, 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                                        ___/s/ Bruce V. Nguyen___