**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

MICHAEL AND SHELLIE GILMOR,
  et al.,

               Plaintiffs,                  Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

               Defendants.

## <u>CERTIFICATE OF SERVICE</u>

Plaintiffs hereby certify that on the 8th of July, 2011, a true and correct copy of **Plaintiffs' Privilege Log** was served via First Class U.S. Mail, postage prepaid, to **Mark A. Olthoff, Esq. and Anthony Bonuchi, Esq., Polsinelli Shughart, P.C., 1700 Twelve Wyandotte Plaza, 120 West 12th Street, Kansas City, Missouri 64105-1929, Attorneys for Defendant Countrywide Home Loans, Inc.**, with copies served via U.S. mail to all other counsel of record.

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.


By:    /s/ Bruce V. Nguyen
        R. Frederick Walters - Mo. Bar 25069
        J. Michael Vaughan Mo. Bar 24989
        Kip D. Richards - Mo. Bar 39743
        David M. Skeens -Mo.  Bar 35728
        Karen W. Renwick – Mo. Bar 41271
        Garrett M. Hodes - Mo. Bar 50221
        Matthew R. Crimmins - Mo. Bar 53138
        Bruce V. Nguyen – Mo. Bar 52893
        2500 City Center Square
        1100 Main Street
        P.O. Box 26188
        Kansas City, MO 64196
        (816) 421-6620
        (816) 421-4747 (Facsimile)
        ATTORNEYS FOR PLAINTIFFS
        AND CLASS COUNSEL


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 11th day of July, 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.


            /s/ Bruce V. Nguyen

2