THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUGGESTIONS IN OPPOSITION TO REAL TIME RESOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' SEVENTH AMENDED COMPLAINT (DOC. NO. 325)**

Plaintiffs respectfully move the Court for an Order extending the deadline by which Plaintiffs must file their Suggestions in Opposition to *Real Time Resolutions, Inc.'s Motion to Dismiss Plaintiffs' Seventh Amended Complaint* (Doc. No. 325), through August 3, 2011. In support of this motion, Plaintiffs state as follows:

1. On June 27, 2011, Defendant Real Time Resolutions, Inc. ("Real Time") filed *Real Time Resolutions, Inc.'s Motion to Dismiss Plaintiffs' Seventh Amended Complaint* (Doc. No. 325).

2. Plaintiffs' suggestions in opposition to the motion to dismiss are currently due on July 14, 2011.

3. Due to the press of other business, Plaintiffs request additional time in which to respond to Real Time's motion to dismiss. Accordingly, Plaintiffs request that the deadline for responding to Real Time's motion to dismiss be extended to August 3, 2011.

4. The additional time requested by Plaintiffs amount to no more than twenty (20) additional days and will not result in any delay in the case. The requested extension will not adversely any of the other scheduling or trial deadlines.

5. Plaintiffs have communicated with counsel for Real Time and she has indicated that Real Time does not have an objection to the requested extension.

6. The instant request to extend the deadline is made in good faith, not for the purpose of delay, and will not prejudice any party.

WHEREFORE, Plaintiffs respectfully request the Court enter an Order extending the deadline by which Plaintiffs must file their Suggestions in Opposition to *Real Time Resolutions, Inc.'s Motion to Dismiss Plaintiffs' Seventh Amended Complaint* (Doc. No. 325), through August 3, 2011, and for any other relief that the Court deems just and proper.

Date: July 11, 2011

          Respectfully submitted,

          WALTERS BENDER STROHBEHN
           & VAUGHAN, P.C.

          By:   */s/ Bruce V. Nguyen*
             R. Frederick Walters - Mo. Bar # 25069
             Kip D. Richards - Mo. Bar 39743
             David M. Skeens -Mo. Bar 35728
             Garrett M. Hodes – Mo. Bar #50221
             Matthew R. Crimmins – Mo. Bar #53138
             Bruce V. Nguyen – Mo. Bar #52893
             2500 City Center Square
             1100 Main Street
             P.O. Box 26188
             Kansas City, MO  64196
             (816) 421-6620
             (816) 421-4747 (Facsimile)
             **ATTORNEYS FOR PLAINTIFFS**
             **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 11th day of July 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                                                        /s/ *Bruce V. Nguyen*