IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 10-0189-CV-W-ODS<br>) |
| PREFERRED CREDIT CORP., et al., | )<br>) |
| Defendants. | ) |

## ORDER DISSOLVING STAY OF ORDER

On May 20, 2011, the Court issued an Order (Doc. # 291) directing that Defendant Countrywide Home Loans, Inc., and non-party Household Realty Corporation produce certain documents to Plaintiffs. On May 31, the Court stayed this Order pending a decision on Countrywide's request for an extraordinary writ. Yesterday, the Court of Appeals denied Countrywide's Petition for Writ of Mandamus.

Accordingly, the stay is lifted, and Countrywide and Household will comply with the May 20, 2011, Order on or before the close of business on July 25, 2011.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: July 12, 2011     UNITED STATES DISTRICT COURT