IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR, et al.,

      Plaintiffs,

vs.

PREFERRED CREDIT CORP., et al.,

      Defendants.

Case No. 10-0189-CV-W-ODS

## ORDER SETTING TELEPHONE CONFERENCE

Plaintiff has requested a telephone conference regarding a discovery dispute. The Court will hold the conference on August 4, 2011, at 10:00 AM. Both parties shall fax to the Court prior to the conference call a 1-page summary of the dispute; the Court's fax number is (816)512-5658. Plaintiff shall initiate the conference call; the Court's phone number is (816)512-5645.

IT IS SO ORDERED.

DATE: August 2, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT