IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR,       )
et al.,                              )
                                     )
                Plaintiffs,          )
                                     )
vs.                                  )       Case No.  10-0189-CV-W-ODS
                                     )
PREFERRED CREDIT CORP., et al.,      )
                                     )
                Defendants.          )

## ORDER DIRECTING HOUSEHOLD REALTY CORPORATION
## TO PRODUCE FEE CHART

        Earlier today, the Court participated in a telephone conference between Plaintiffs
and non-party Household Realty Corporation ("Household").  Based on the Court's
previous orders, Household is directed to supply Plaintiffs with a copy of the "fee chart"
created by Defendant Countrywide Home Loans, Inc., ("Countrywide") that is not
marked "Confidential."  The fee chart produced should be an exact copy of the fee chart
Countrywide provided to Household, and it should be produced by the close of business
on August 5, 2011.

        Plaintiff's request for an order requiring $750 compensation is denied.
IT IS SO ORDERED.


                                      /s/ Ortrie D. Smith
                                      ORTRIE D. SMITH, SENIOR JUDGE
DATE: August 4, 2011                  UNITED STATES DISTRICT COURT