UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **MICHAEL P. GILMOR AND** | ) | |
| **SHELLIE GILMOR, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT** | ) | |
| **CORPORATION et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

COME NOW Daniel L. McClain and Michele Sutton of the law firm Scharnhorst Ast & Kennard, P.C. and enter their appearance in the above-captioned case for Defendant EMC Mortgage LLC formerly known as EMC Mortgage Corporation.

Respectfully submitted,

/s/ Daniel L. McClain
Daniel L. McClain, Esq.   MO #43441
Michele Sutton          MO #57942
SCHARNHORST AST & KENNARD, PC
1000 Walnut, Suite 1550
Kansas City, Missouri 64106
Telephone: (816) 268-9411
Facsimile: (816) 268-9409
Email: dlm@sakfirm.com
       mfs@sakfirm.com

*Attorneys for Defendant EMC Mortgage LLC formerly known as EMC Mortgage Corporation.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) to all counsel of record.

/s/ Daniel L. McClain
*An Attorney for Defendant*