IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 10-0189-CV-W-ODS<br>) |
| PREFERRED CREDIT CORP., et al., | )<br>)<br>) |
| Defendants. | ) |

### ORDER (1) DENYING MOTION FOR STAY AND (2) DENYING REAL TIME RESOLUTION, INC.'S MOTION TO DISMISS WITHOUT PREJUDICE

The parties report that they are finalizing a settlement that will, among other things, resolve all claims against Real Time Resolution, Inc. ("Real Time"). In order to allow them to focus on finalizing this settlement, they ask that the Court either stay proceedings with respect to Real Time's Motion to Dismiss or dismiss the motion without prejudice.

The Court prefers the latter option. Accordingly, the request for stay is denied and the Motion to Dismiss is denied without prejudice.

IT IS SO ORDERED.

DATE: August 16, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT