# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiffs hereby dismiss the claims they are asserting against Defendant UBS Real Estate Securities, Inc. without prejudice. The claims against all other defendants remain pending.

Dated: August 17, 2011

                                                                      Respectfully submitted,

                                                                      WALTERS BENDER STROHBEHN
                                                                        & VAUGHAN, P.C.

                                                                       By:   */s/ Kip D. Richards*
                                                                           R. Frederick Walters - Mo. Bar # 25069
                                                                           Kip D. Richards - Mo. Bar 39743
                                                                           David M. Skeens -Mo. Bar 35728
                                                                           Garrett M. Hodes – Mo. Bar #50221
                                                                           Matthew R. Crimmins – Mo. Bar #53138
                                                                           Bruce V. Nguyen – Mo. Bar #52893
                                                                           2500 City Center Square
                                                                            1100 Main Street
                                                                            P.O. Box 26188
                                                                            Kansas City, MO  64196
                                                                            (816) 421-6620
                                                                            (816) 421-4747 (Facsimile)
                                                                            **ATTORNEYS FOR PLAINTIFFS**
                                                                            **AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this the 17th day of August 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                /s/ *Kip D. Richards*