THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 26th of August, 2011, true and correct copies of Plaintiffs' Responses to Credit Suisse First Boston Mortgage Securities Corp.'s First Set of Interrogatories, Plaintiffs' Responses to Credit Suisse First Boston Mortgage Securities Corp.'s First Request for Production of Documents and Plaintiffs' Privilege Log were served via electronic mail, to **Mark A. Olthoff, Anthony Bonuchi,** Polsinelli Shughart, P.C., 1700 Twelve Wyandotte Plaza, 120 West 12th Street, Kansas City, Missouri 64105, and **Harry S. Davis, March R. Harris, Marguerite E. Gardiner,** Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, NY 10022, **Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.**, with copies served via electronic mail to all other counsel of record.

Dated: August 26, 2011

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By:    */s/ Bruce V. Nguyen*
    R. Frederick Walters - Mo. Bar # 25069
    Kip D. Richards - Mo. Bar 39743
    David M. Skeens -Mo. Bar 35728
    Garrett M. Hodes – Mo. Bar #50221
    Matthew R. Crimmins – Mo. Bar #53138
    Bruce V. Nguyen – Mo. Bar #52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    **ATTORNEYS FOR PLAINTIFFS**
    **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 26th day of August 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

                                                                 */s/ Bruce V. Nguyen*