IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR,   )
et al.,   )
   )
         Plaintiffs,   )
   )
vs.   )   Case No.  10-0189-CV-W-ODS
   )
PREFERRED CREDIT CORP., et al.,   )
   )
         Defendants.   )

ORDER GRANTING MOTION TO DISMISS
UBS REAL ESTATE SUCRITIES, INC.

The Motion to Dismiss UBS Real Estate Securities, Inc., Without Prejudice (Doc.
# 350) is granted, and UBS Real Estate Securities, Inc., is dismissed without prejudice.

Under the circumstances, the Court does not believe additional notice, a hearing,
or any other procedure is required under Rule 23.  Specifically, the basis for the
dismissal – that UBS did not make or acquire any second mortgage loans – suggests
there is nobody to whom notice can, much less needs to be, provided.

IT IS SO ORDERED.


                      /s/ Ortrie D. Smith
                      ORTRIE D. SMITH, SENIOR JUDGE
DATE: August 29, 2011          UNITED STATES DISTRICT COURT