IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORP., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER DENYING MOTION FOR STAY

      Plaintiffs and Defendants Residential Funding Company, LLC and JP Morgan Chase Bank, NA, jointly move to stay proceedings related to the claims between them. They seek to stay all such proceedings for four months while they finalize an agreement that would resolve their claims. The motion (Doc. # 351) is denied.

      The case is set for trial on August 12, 2012. By then, this case will have been pending for approximately twelve years, during which time it has bounced between state and federal court on numerous occasions. The trial date will not be changed. The parties have had sufficient time to learn all they need to know to prepare for trial if necessary or resolve their disputes if possible. The Court will consider motions to modify deadlines in the Scheduling and Trial Order, but none which jeopardize the trial setting. If this case remains on the Courts docket August 12, 2012, trial will commence. IT IS SO ORDERED.

DATE: August 29, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT