THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>    Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 15th day of September, 2011, a true and correct copy of the following discovery requests were served via electronic mail.

1. Plaintiffs' First Set of Interrogatories to Defendant BAC Home Loan Servicing, L.P.;

2. Plaintiffs' First Request for Production of Documents to Defendant BAC Home Loan Servicing, L.P.;

3. Plaintiffs First Set of Interrogatories to Defendant EMC Mortgage LLC formerly known as EMC Mortgage Corporation;

4. Plaintiffs First Request for Production of Documents to Defendant EMC Mortgage LLC formerly known as EMC Mortgage Corporation;

5. Plaintiffs' First Set of Interrogatories to Defendant Impac Real Estate Asset Trust Series 2006-SD1;

6. Plaintiffs' First Request for Production of Documents to Defendant Impac Real Estate Asset Trust Series 2006-SD1;

7. Plaintiffs' First Set of Interrogatories to Defendant JPMorgan Chase Bank, National Association as Successor by Merger to Chase Home Finance, LLC;

8. Plaintiffs' First Request for Production of Documents to Defendant JPMorgan Chase Bank, National Association as Successor by Merger to Chase Home Finance, LLC;

9. Plaintiffs' First Set of Interrogatories to Defendant Wingspan Portfolio Advisors, LLC;

10. Plaintiffs' First Request for Production of Documents to Defendant Wingspan Portfolio Advisors, LLC;

Dated: September 15, 2011

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:    s/ Bruce V. Nguyen
    R. Frederick Walters – Mo. Bar 25069
    J. Michael Vaughan Mo. – Bar 24989
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 15th day of September, 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.


    /s/ *Bruce V. Nguyen*