IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORP., et al., <br><br> Defendants. | Case No. 10-0189-CV-W-ODS |

## ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY DEFENDANT CREDIT-BASED ASSET SERVICE AND SECURITIZATION LLC SHOULD NOT BE DISMISSED

On November 23, 2010, Defendant Credit-Based Asset Service and Securitization LLC ("C-BASS") filed a Suggestion of Bankruptcy, indicating it had filed a Chapter 11 Petition in the Southern District of New York. C-BASS filed Status Reports at the Court's direction, and the latest such report indicates the Bankruptcy Court approved the plan, which called for C-BASS' liquidation and dissolution. The Status Report also indicates its assets were placed in a trust, and the trust's proceeds were used to pay claims as approved by the Bankruptcy Court.

Attorneys for C-BASS suggest that with C-BASS' dissolution, they will no longer have access to information that will be helpful to the Court. The Court tends to agree. Moreover, in light of the Bankruptcy Court's actions, there no longer appears any basis for asserting any claims against C-BASS in this suit. Accordingly, on or before October 17, 2011, Plaintiffs shall show cause why C-BASS should not be dismissed.
IT IS SO ORDERED.

DATE: September 16, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT