IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR, et al.,

    Plaintiffs,

vs.

PREFERRED CREDIT CORP., et al.,

    Defendants.

Case No. 10-0189-CV-W-ODS

## ORDER GRANTING IN PART
## PLAINTIFFS' MOTION TO EXTEND CERTAIN DEADLINES

Plaintiffs' Motion to Extend Certain Pretrial Deadlines (Doc. # 346) is granted in part.

1. Plaintiffs shall designate their expert witnesses on or before November 11, 2011. Defendants shall designate their expert witnesses on or before December 30, 2011.

2. The parties shall identify documents they intend to self-authenticate on or before December 30, 2011.

3. All pretrial discovery will be completed, and all discovery disputes presented to the Court, on or before, March 1, 2012.

4. All dispositive and Daubert-based motions are to be filed on or before April 2, 2012.

5. The deadline for Defendants to file motions to decertify remains February 1, 2012. The Court discerns no need to change this deadline: Defendants were prepared to argue for decertification shortly before the case was removed, so there is no apparent need to delay the filing of formal motions.

The Court has previously stated that it does not intend to change the trial setting. Accordingly, these deadlines (particularly the deadline for dispositive motions) will not be changed, nor will the Court extend the deadlines for the filing of responses or replies.

IT IS SO ORDERED.

DATE: September 16, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT