# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 4:10-cv-00189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## WITHDRAWAL OF COUNSEL AND
## <u>ENTRY OF APPEARANCE OF SUBSTITUTE COUNSEL</u>

Pursuant to Local Rule 83.5(o), Scott M. Brinkman, from the law firm of Martin, Leigh, Laws & Fritzlen, P.C., hereby withdraws from representing defendant Wingspan Portfolio Advisors, LLC, in this case, and Barry L. Pickens, from the law firm of Spencer Fane Britt & Browne LLP, and Daniel J. Tobin, from the law firm of law firm of Ballard Spahr, LLP, hereby enter their appearance on behalf of defendant Wingspan Portfolio Advisors, LLC, as substitute counsel.

Respectfully submitted,

/s/ Scott M. Brinkman
Thomas J. Fritzlen, Esq.        MO #34653
Scott M. Brinkman, Esq.         MO #46731
MARTIN, LEIGH, LAWS & FRITZLEN, P.C.
1044 Main Street, Suite 900
Kansas City, MO 64105
Telephone: (816) 221-1430
Facsimile: (816) 221-1044

*Attorneys for Defendants Wingspan Portfolio Advisors, LLC.*

WA 3019946.1

/s/ Barry L. Pickens
Barry L. Pickens, Esq.   MO #43379
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216

/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299

*New Attorneys for Defendants Wingspan Portfolio Advisors, LLC*
.

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Barry L. Pickens