**THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

MICHAEL AND SHELLIE GILMOR,
  et al.,

                Plaintiffs,                     Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                Defendants.

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 10th day of October, 2011, a true and correct copy of

the following discovery requests were served via electronic mail.

1. Plaintiffs' Sixth Set of Interrogatories to Defendant Deutsche Bank National Trust Company;

2. Plaintiffs' Fifth Request for Production of Documents to Defendant Deutsche Bank National Trust Company;

3. Plaintiffs' Second Set of Interrogatories to Defendant LaSalle National Bank;

4. Plaintiffs' Third Request for Production of Documents to Defendant LaSalle National Bank;

5. Plaintiffs' Second Set of Interrogatories to Defendant Litton Loan Servicing, LP;

6. Plaintiffs' Third Request for Production of Documents to Defendant Litton Loan Servicing, LP;

7. Plaintiffs' Second Set of Interrogatories to Defendant Wells Fargo Bank, N.A.;

8. Plaintiffs' Second Request for Production of Documents to Defendant Wells Fargo Bank, N.A..

Dated: October 10, 2011

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:____s/ Bruce V. Nguyen_____
    R. Frederick Walters – Mo. Bar 25069
    J. Michael Vaughan Mo. – Bar 24989
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 10th day of October, 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.


_____/s/ *Bruce V. Nguyen*_____