IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. GILMOR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
FOR EXPERT DESIGNATION DATES**

The Joint Motion for Extension of Time for Expert Designation Dates (Doc. # ___) is

granted. Plaintiffs shall have until and including December 5, 2011, and Defendants shall have

until and including January 23, 2012, to make their expert designations.

IT IS SO ORDERED.


/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE:October 13, 2011                    UNITED STATES DISTRICT COURT