IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILMOR, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) Case No. 4:10-cv-189-ODS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al. | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2011 a true and correct copy of the following was served via Hand Delivery or First Class U.S. Mail, postage prepaid:

1. The 1996-2 Trust's Fourth Amended Responses to Plaintiffs' Interrogatories

2. The 1996-2 Trust's Fourth Amended Responses to Plaintiffs' First Request for the Production of Documents

3. Fifth Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Mortgage Trust 1996-2 and Defendant Deutsche Bank Trust Company Americas

4. The 1997-1 Trust's Fourth Amended Responses to Plaintiffs' Interrogatories

5. Defendant Preferred Credit Trust 1997-1's Third Amended Answers to Plaintiffs' First Interrogatories

6. The 1997-1 Trust's Fourth Amended Responses to Plaintiffs' First Request for the Production of Documents

7. Fifth Amended Answers and Objections to Joint First Set of Interrogatories and First Requests for Production of Documents to Defendant Preferred Credit Trust 1997-1 and Defendant Deutsche Bank Trust Company Americas

8. Amended Response of Defendant Deutsche Bank Trust Company Americas, f/k/a Bankers Trust Company to Plaintiffs' Interrogatories and Requests for Production

9. Defendant Bankers Trust Company's (n/k/a Deutsche Bank Trust Company Americas) Amended Responses to Plaintiffs' Supplemental Request for Production Concerning Class Certification Issues

10. Amended Answers of Defendant Bankers Trust Company (n/k/a Deutsche Bank Trust Company Americas) to Plaintiffs' Interrogatories (Originally Propounded by Plaintiffs on May 17, 2002)

11. Amended Responses of Defendant Bankers Trust Company (n/k/a Deutsche Bank Trust Company Americas) to Plaintiffs' First Request for Production of Documents

12. Amended Answers of Defendant Bankers Trust Company (n/k/a Deutsche Bank Trust Company Americas) to Plaintiffs' Interrogatories (Originally Propounded by Plaintiffs on April 30, 2002)

13. Amended Answers of Defendant Bankers Trust Company (n/k/a Deutsche Bank Trust Company Americas) to Plaintiffs' First Set of Interrogatories

on the following attorneys of record:

VIA HAND DELIVERY:

R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Bruce V. Nguyen
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square; 1100 Main
Kansas City, Mo 64105

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

VIA FIRST CLASS U.S. MAIL:

Daniel J. Tobin, Esq.
Ballard Spahr LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO 64105

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN 55402

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

WA 3124102.1

Anthony S. Newman
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin, Procter, L.L.P.
901 New York Ave., NW
9th Floor
Washington, DC 20001

Harry S. Davis
Marcy Ressler Harris
Marguerite Ellsworth Gardiner
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo 64108

Barry F. MacEntee
Thomas F. Ging
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL 60601

Richard L. Martin
Thomas J. Fritzlen, Jr.
Martin, Leigh, Laws & Fritzlen, P.C.
1044 Main Street
900 Peck's Plaza
Kansas City, MO 64105

Terese A. Drew
Hinshaw & Culbertson
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

s/Leslie A. Greathouse
Leslie A. Greathouse     MO # 48431
   lgreathouse@spencerfane.com
Nathan A. Orr     MO # 49836
   norr@spencerfane.com
J. Loyd Gattis     MO #59699
   lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendant Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997 and Deutsche Bank Trust Company Americas, in its capacity as its trustee*