THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. & SHELLIE GILMOR, et al., | ) |
| Plaintiffs, | ) ) ) ) ) Case No. 4:10-CV-00189-ODS |
| vs. | ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Defendant Sovereign Bank, by and through its attorneys of record, and hereby notifies counsel that on October 27, 2011, it served *Sovereign Bank's Supplemental and Amended Response to Plaintiffs' Interrogatory Nos. 45, 53, & 55* via first class U.S. mail, postage prepaid, to:

**R. Frederick Walters, Esq.**
**Kip D. Richards, Esq.**
**Garrett M. Hodes, Esq.**
Walters Bender Strohbehn & Vaughan, PC
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
**Attorneys for Plaintiffs**

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105-1929

**Peter W. Carter, Esq.**
**Paul R. Dieseth, Esq.**
Dorsey & Whitney, L.L.P.
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498
**Attorneys for Defendants U.S. Bank NA; ND; Empire Funding Home Loan Owner Trust 1998-1; Empire Funding Home Loan Owner Trust 1999-1; Empire Funding Grantor Trust 1998-1; Empire Funding Grantor Trust 1999-1; U.S. Bank NA; and Wilmington Trust Company**

**Barry L. Pickens, Esq.**
Spencer, Fane, Britt & Browne, L.L.P.
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

**R. Bruce Allensworth, Esq.**
Kirkpatrick & Lockhart, L.L.P.
75 State Street
Boston, MA 02109

**Daniel J. Tobin, Esq.**
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Suite 350
Bethesda, Maryland 20814-6354
**Attorneys for Defendants Impac Funding Corp.; Impac Mortgage Holdings, Inc.; Impac Secured Assets Corp.; IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corp.; Deutsche Bank National Trust Co. f/k/a Bankers Trust Company of California, N.A.; Credit Based Asset Servicing & Securitization, L.L.C.; Litton Loan Servicing, L.F.; Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1); LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1; Impac CMB Trust Series 2003-5; Impac Real Estate Asset Trust Series 2006-SD1; and Wingspan Portfolio Advisors, LLC**

**Leslie A. Greathouse, Esq.**
**Nathan A. Orr, Esq.**
**J. Loyd Gattis, III, Esq.**
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Ste 1400
Kansas City, MO 64106-2140
**Attorney for Defendants Preferred Mortgage Trust 1996-1 and 1996-2; Preferred Credit Trust 1997-1; Deutsche Bank Trust Co. Americas f/k/a Bankers Trust Company, in its Capacity as Trustee of the Preferred Trusts**

**Leslie A. Greathouse, Esq.**
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Ste 1400
Kansas City, MO 64106-2140
**Attorney for Defendant Real Time Resolutions, Inc.**

**Richard L. Martin, Esq.**
**Thomas J. Fritzlen, Jr., Esq.**
**Desarae G. Harrah, Esq.**
Martin, Leigh, Laws & Fritzlen, P.C.
400 Peck's Plaza
1044 Main Street
Kansas City, MO 64105
**Attorneys for Defendant United Mortgage C.B., L.L.C.**

**Irvin V. Belzer, Esq.**
**Craig S. O'Dear, Esq.**
**Catesby A. Major, Esq.**
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105

**Michael G. Biggers, Esq.**
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
**Attorneys for Defendants Residential Funding Company, L.L.C. and JPMorgan Chase Bank, N.A., as Trustee**

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

**Thomas M. Hefferon, Esq.**
**Joseph F. Yenouskas, Esq.**
Goodwin, Procter, L.L.P.
901 New York Ave NW
9th Floor East
Washington, DC 20001
**Attorneys for Defendant Countrywide Home Loans, Inc.**

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
**Polsinelli Shughart, P.C.**
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
**Attorney for Defendant Ocwen Loan Servicing, L.L.C.**

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

**Harry S. Davis, Esq.**
**Marcy R. Harris, Esq.**
**Marguerite E. Gardiner, Esq.**
Schulte, Roth & Zabel, L.L.P.
919 Third Avenue
New York, NY 10022
**Attorneys for Defendants Credit Suisse First Boston Mortgage Securities Corp.**

**Todd W. Ruskamp, Esq.**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
**Attorney for Defendant Wendover Financial Services Corp.**

**Daniel L. McClain, Esq.**
**Michele Sutton, Esq.**
Scharnhorst Ast & Kennard, PC
1000 Walnut, Suite 1550
Kansas City, MO 64106
**Attorneys for Defendant JP Morgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC and EMC Mortgage, LLC**

**Mark A. Olthoff, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105-1929
**Attorney for Defendant BAC Home Loan Servicing, L.P.**

Dated: October 27, 2011					Respectfully Submitted,

**Rasmussen, Willis, Dickey, & Moore, L.L.C.**

By: /s/Randolph G. Willis_____
    Randolph G. Willis, Mo. #47834
    9200 Ward Parkway, Suite 400
    Kansas City, MO  64114
    Telephone: (816) 960-1611
    Facsimile: (816) 960-1669

Of Counsel:
    Thomas L. Allen, Pa. #33243
    Roy W. Arnold, Pa. #70544
    REED SMITH LLP
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA  15222-2716
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063

Attorneys for Defendant Sovereign Bank

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 27th day of October 2011, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

              /s/Randolph G. Willis_____
              An attorney for Defendant Sovereign Bank