IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) |
| Defendants. | ) |

ORDER DIRECTING PARTIES TO FILE BRIEFS REGARDING DISCOVERY DISPUTE

At Judge Smith's request, and pursuant to Local Rule 83.9, the undersigned has been asked to resolve a discovery dispute regarding depositions to be taken on November 2, 2011. In the interest of expediency, the required telephone conference will be bypassed.

Plaintiffs shall file a brief by 1:00 Central Time today, not to exceed two pages, outlining their position on this dispute. Defendants shall have until 4:00 Central Time today to do the same.

IT IS SO ORDERED.

DATE: October 31, 2011

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT