IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) ) |
| Defendants. | ) |

## ORDER DEFERRING CONSIDERATION OF PLAINTIFFS' REQUEST TO EXTEND DEPOSITIONS

At Judge Smith's request, and pursuant to Local Rule 83.9, the undersigned is handling a discovery dispute in this case. At issue is the length of depositions of two witnesses designated by the IMPAC Defendants pursuant to Rule 30(b)(6).

A ruling at this time is premature, and perhaps unnecessary. The parties acknowledge there are a great many matters to be addressed in the depositions. Some of these matters will be addressed by one of the designated witnesses, while other matters will be addressed by the other witness. The standard seven hours per person may not be sufficient – but then again, it may be. It may be necessary to divide the time differently (for instance, deposing one for ten hours and the other for four hours). It may be necessary to extend the total time of the deposition – but even if it is necessary, the Court does not know what would be appropriate relief. The Court also senses the parties' relationship is such that they will likely be able to amicably resolve any difficulties.

To facilitate matters, the Court declares that neither party shall declare that a deposition will continue beyond a certain time or end at a certain time absent agreement of the parties. If a disagreement arises, the parties shall contact Judge Smith's chambers to obtain a judicial resolution.

IT IS SO ORDERED.

/s/ Greg Kays
GREG KAYS, JUDGE
DATE: October 31, 2011  UNITED STATES DISTRICT COURT