IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:10-cv-00189-ODS ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT WENDOVER FINANCIAL SERVICES CORPORATION
## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 10th day of November, 2011, Defendant Wendover Financial Services Corporation's Answers to Plaintiffs' Second Set of Interrogatories and Wendover Financial Services Corporation's Responses to Plaintiffs' Third Requests for Production of Documents were served, via regular U.S. mail, upon:

   R. Frederick Walters, Esq.
   Garrett Hodes, Esq.
   Walters, Bender, Strohbehn & Vaughan, P.C.
   2500 City Center Square
   12th & Baltimore
   P.O. Box 26188
   Kansas City, MO  64146

   *Attorney for Plaintiffs*


   Anthony Bonuchi, Esq.
   Polsinelli Shughart, P.C.
   1700 Twelve Wyandotte Plaza
   120 West 12th Street
   Kansas City, MO  64105-1929

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney, L.L.P.
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498

*Attorneys for Defendants U.S. Bank NA; ND; Empire Funding Home Loan Owner Trust 1998-1, U.S. Bank NA, and Wilmington Trust Company*


Barry L. Pickens, Esq.
Spencer, Fane, Britt & Browne, L.L.P.
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart, L.L.P.
75 State Road
Boston, MA 02109

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Suite 350
Bethesda, MD 20814-6354

*Attorneys for Defendants Impac Funding Corp.; Impac Mortgage Holdings, Inc.; Impac Secured Assets Corp.; IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corp.; Deutsche Bank National Trust Co. f/k/a Bankers Trust Company of California, N.A.; Credit Based Asset Servicing & Securitization, L.L.C.; Litton Loan Servicing, L.F.; Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1); LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1); Impac CMB Trust Series 2003-5*


Leslie A. Greathouse, Esq.
Nathan A. Orr, Esq.
J. Loyd Gattis, III, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

*Attorney for Defendants Preferred Mortgage Trust 1996-1 and 1996-2; Preferred Credit Trust 1997-1; Deutsche Bank Trust Co. Americas f/k/a Bankers Trust Company, in its capacity as Trustee of the Preferred Trusts*

Richard L. Martin, Esq.
Thomas J. Fritzlen, Jr., Esq.
Desarae G. Harrah, Esq.
Martin, Leigh, Laws & Fritzlen, P.C.
400 Peck's Plaza
1044 Main Street
Kansas City, MO 64105

*Attorneys for Defendant United Mortgage C.B., L.L.C.*


Irvin V. Belzer, Esq.
Craig S. O'Dear, Esq.
Catesby A. Major, Esq.
Bryan Cave LLP
3500 One Kansas City Place, 1200 Main Street
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

*Attorneys for Defendants Residential Funding Company, L.L.C. and JPMorgan Chase Bank, N.A., as Trustee*


Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105-1929

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin, Procter, L.L.P.
901 New York Avenue NW
9th Floor East
Washington, DC 20001

*Attorneys for Defendant Countrywide Home Loans, Inc.*

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105-1929

*Attorney for Defendant Ocwen Loan Servicing, L.L.C.*


Terese A. Drew, Esq.
John A. Mazzei, Esq.
Hinshaw & Culbertson, L.L.P.
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101-1843

Thomas F. Ging, Esq.
Barry F. MacEntee, Esq.
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081

*Attorneys for Defendant Federal Deposit Insurance Corporation ("FDIC") as successor of Corns Bank, N.A.*


Mark A. Olthoff, Esq.
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105-1929

Harry S. Davis, Esq.
Marguerite E. Gardiner, Esq.
Schulte, Roth & Zabel, L.L.P.
919 Third Avenue
New York, NY 10022

*Attorneys for Defendants Credit Suisse First Boston Mortgage Securities Corp.*

Dated: November 10, 2011                                       SHOOK, HARDY & BACON L.L.P.


By: /s/ Todd W. Ruskamp
    Todd W. Ruskamp, #38625

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

ATTORNEY FOR DEFENDANT
WENDOVER FINANCIAL SERVICES
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011, I electronically filed the foregoing with the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Todd W. Ruskamp
Todd W. Ruskamp
Attorney for Defendant Wendover Financial
Services Corporation