THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant Credit Suisse First Boston Mortgage Securities Corp.'s Amended Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents were served via United States mail, postage prepaid, on the 9th day of November, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record.

/s/ Mark A. Olthoff
MARK A. OLTHOFF        MO #38572
ANTHONY BONUCHI        MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri  64105
(816) 421-3355
(816) 374-0509 (FAX)

3038932.1

HARRY S. DAVIS
MARCY R. HARRIS
BRIAN T. KOHN
MARGUERITE E. GARDINER
SCHULTE ROTH & ZABEL LLP
919 Third Ave., 19th Floor
New York, NY 10022-4774
(212) 756-2000
(212) 593-5955
harry.davis@srz.com

ATTORNEYS FOR DEFENDANT CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 10th day of November, 2011, to all counsel of record.

/s/ Mark A. Olthoff