IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

Defendant Countrywide Home Loans, Inc. hereby certifies that Defendant's Objections and Answers to Plaintiffs' Second Set of Interrogatories and Responses and Objections to Plaintiffs' Third Request for Production of Documents were served via United States mail, postage prepaid, this 10th day of November, 2011, upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, Attorneys for Plaintiffs; with copies served via United States mail, postage prepaid, on all counsel of record.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF     MO #38572
ANTHONY BONUCHI     MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

3039169.1

Case 4:10-cv-00189-ODS   Document 423   Filed 11/10/11   Page 1 of 3

Thomas M. Hefferon
David L. Permut
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4029
(202) 346-4444 (FAX)
thefferon@goodwinprocter.com
dpermut@goodwinprocter.com

ATTORNEYS FOR COUNTRYWIDE HOME
LOANS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 10th day of November, 2011, to all counsel of record.

                                              /s/ Mark A. Olthoff
                                              Attorney for Countrywide Home Loans, Inc.