# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. & SHELLIE GILMOR, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:10-cv-0189-ODS |
| ) | |
| v. ) | |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SOVEREIGN BANK'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SERVE OBJECTIONS AND RESPONSES TO WRITTEN DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Sovereign Bank ("Sovereign"), by and through its undersigned attorneys, respectfully moves this Court for an extension of the deadline by which Sovereign must serve its responses to Plaintiffs' Second Set of Interrogatories and Third Request for Production of Documents (the "Discovery Requests"). In support of this Motion, Sovereign states as follows:

1. Plaintiffs served the Discovery Requests on Sovereign on October 8, 2011.

2. Sovereign's responses to the Discovery Requests are due to be served on November 10, 2011.

3. In order to properly respond to the Discovery Requests, and due to the press of business, Sovereign requests that the Court extend the deadline by which Sovereign is required to serve written responses through November 23, 2011.

4. Plaintiffs do not oppose the relief requested herein.

5. This Motion is not filed for purposes of oppression, harassment, or delay. Nor will the requested extension of time prejudice any party.

WHEREFORE, Sovereign respectfully requests that this Court grant this unopposed Motion and enter an Order extending the deadline by which Sovereign must serve responses to Plaintiffs' Second Set of Interrogatories and Third Request for Production of Documents through and including November 23, 2011.

Respectfully submitted,

Rasmussen, Willis, Dickey & Moore, L.L.P.

Dated: November 10, 2011

By:   /s/ *Randolph G. Willis*
    Randolph G. Willis  MO Bar #47834
    9200 Ward Parkway, Suite 400
    Kansas City, MO 64114
    Telephone: (816) 960-1611
    Facsimile: (816) 960-1669

Of Counsel:
  Thomas L. Allen  PA Bar #33243
  Roy W. Arnold  PA Bar #70544
  Anthony S. Newman  PA Bar #308157
  Reed Smith LLP
  225 Fifth Avenue, Suite 1200
  Pittsburgh, PA 15222
  Telephone: (412) 288-3131
  Facsimile: (412) 882-3063

Attorneys for Defendant Sovereign Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, this 10th day of November, 2011, with notice of case activity to be generated and sent electronically to all designated persons.

*/s/ Randolph G. Willis*
An Attorney for Sovereign Bank