THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | Case No. 4:10-cv-00189-ODS |
| Plaintiffs, | |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant BAC Home Loans Servicing, LP's First Supplemental Answers to Plaintiffs' First Set of Interrogatories 48, 49, 51, 52, 56 were served via United States mail, postage prepaid, on the 14th day of November, 2011, to: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for plaintiffs; with copies delivered via United States mail, postage prepaid, to all counsel of record.

/s/ Mark A. Olthoff
MARK A. OLTHOFF        MO #38572
ANTHONY BONUCHI        MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)

3043331.1

David L. Permut
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4029
(202) 346-4444 (FAX)
dpermut@goodwinprocter.com

ATTORNEYS FOR DEFENDANT BAC HOME
LOANS SERVICING, LP

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 15th day of November, 2011, to all counsel of record.

     /s/ Mark A. Olthoff