IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILMOR, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:10-cv-189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2011 a true and correct copy of:

1. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Preferred Mortgage Trust 1996-1;

2. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Preferred Mortgage Trust 1996-2;

3. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Preferred Credit Trust 1997-1;

4. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Deutsche Bank Trust Company Americas;

5. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Preferred Mortgage Trust 1996-1;

6. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Preferred Mortgage Trust 1996-2;

7. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Preferred Credit Trust 1997-1;

8. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Deutsche Bank Trust Company Americas, Individually;

were served via First Class U.S. Mail, postage prepaid, on:

R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main
Kansas City, MO  64105

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO  64105


Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN  55402

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO  64114

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA  15222

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105


Harry S. Davis
Marcy Ressler Harris
Marguerite Ellsworth Gardiner
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo 64108

Barry F. MacEntee
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL 60601


Thomas J. Fritzlen, Jr.
Richard L. Martin
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street, Suite 900
Kansas City, MO 64105


Terese A. Drew
Hinshaw & Culbertson
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101


Thomas F. Ging
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL 60601

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


s/Leslie A. Greathouse
| | |
|---|---|
| Leslie A. Greathouse | MO # 48431 |
| lgreathouse@spencerfane.com | |
| Nathan A. Orr | MO # 49836 |
| norr@spencerfane.com | |
| J. Loyd Gattis | MO #59699 |

lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendants Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1 and Deutsche Bank Trust Company Americas, in its capacity as its trustee of these trusts and individually*