IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILMOR, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:10-cv-189-ODS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2011 a true and correct copy of:

1. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Preferred Mortgage Trust 1996-1;

2. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Preferred Mortgage Trust 1996-2;

3. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Preferred Credit Trust 1997-1;

4. Answer and Objections to Plaintiffs Second Set of Interrogatories to Defendant Deutsche Bank Trust Company Americas;

5. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Preferred Mortgage Trust 1996-1;

6. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Preferred Mortgage Trust 1996-2;

7. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Preferred Credit Trust 1997-1;

8. Response and Objections to Plaintiffs' Fifth Request for Production of Documents to Defendant Deutsche Bank Trust Company Americas, Individually;

were served via First Class U.S. Mail, postage prepaid, on:

WA 3167733.2

R. Frederick Walters
David M. Skeens
Eric M. Shimamoto
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Karen Wedel Renwick
Bruce V. Nguyen
Matthew Robert Crimmins
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main
Kansas City, Mo  64105

Roy Arnold
Thomas L. Allen
Anthony S Newman
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA  15222

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO  64114

Daniel J. Tobin
Ballard Spahr, LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814

Thomas F. Ging
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL  60601

Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo  64108

Barry F. MacEntee
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL  60601

Richard L. Martin
Martin, Leigh, Laws & Fritzlen, PC
1044 Main Street, Suite 900
Kansas City, MO  64105

Michele F. Sutton
Daniel L. McClain
Scharnhorst, Ast & Kennard, PC
1000 Walnut St., Suite 1550
Kansas City, MO 64106

Terese A. Drew
Hinshaw & Culbertson
Gateway One
701 Market Street, Suite 1300
St. Louis, MO  63101

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St., Suite 1500
Minneapolis, MN 55402

| | |
|---|---|
| Harry S. Davis | Thomas J. Fritzlen, Jr. |
| Marcy Ressler Harris | Desarae G. Harrah |
| Marguerite Ellsworth Gardiner | Martin, Leigh, Laws & Fritzlen, P.C. |
| Schulte Roth & Zabel, LLP | 1044 Main Street |
| 919 Third Avenue | 900 Peck's Plaza |
| New York, NY 10022 | Kansas City, MO 64105 |
| | |
| Anthony W. Bonuchi | Catesby A. Major |
| Mark A. Olthoff | Irvin V. Belzer |
| Polsinelli Shughart PC | Craig S. O'Dear |
| 120 West 12th Street | Bryan Cave, LLP |
| Twelve Wyandotte Plaza | 1200 Main Street, Suite 3500 |
| Kansas City, MO 64105 | Kansas City, MO 64105 |

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


s/Leslie A. Greathouse
Leslie A. Greathouse      MO # 48431
lgreathouse@spencerfane.com
Nathan A. Orr             MO # 49836
norr@spencerfane.com
J. Loyd Gattis            MO #59699
lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendants Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1 and Deutsche Bank Trust Company Americas, in its capacity as its trustee of these trusts and individually*