THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Defendant EMC Mortgage LLC, formerly known as EMC Mortgage Corporation ("EMC"), by and through its undersigned counsel, notifies the Court and all counsel of record that on the 21st day of November, 2011, the following was served upon all Defendants' counsel via U.S. Mail (hand-delivery to Plaintiffs' counsel):

- EMC Mortgage LLC, f/k/a EMC Mortgage Corporation's Responses to Plaintiffs' First Request for Production of Documents; and

- EMC Mortgage LLC, f/k/a EMC Mortgage Corporation's Answers to Plaintiffs' First Set of Interrogatories.

Respectfully submitted,

_____
Daniel L. McClain, Esq.     MO #43441
Michele Sutton              MO #57942
SCHARNHORST AST & KENNARD, PC
1000 Walnut, Suite 1550
Kansas City, Missouri 64106
Telephone: (816) 268-9411
Facsimile: (816) 268-9409
Email: dlm@sakfirm.com
       mfs@sakfirm.com

*Attorneys for Defendant EMC Mortgage LLC formerly known as EMC Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) to all counsel of record.

/s/ Daniel L. McClain
*An Attorney for Defendant*