# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

MICHAEL P. & SHELLIE GILMOR, et al.,    )
                                 )      Case No. 4:10-cv-0189-ODS
        Plaintiffs,    )
                                 )
        v.    )
                                 )
PREFERRED CREDIT CORPORATION,    )
et al.,    )
        Defendants.    )
                                 )

**PLAINTIFFS AND DEFENDANT SOVEREIGN BANK'S JOINT MOTION FOR STAY**

Plaintiffs and Defendant Sovereign Bank ("Sovereign") jointly move the Court to stay all proceedings in connection with Plaintiffs' claims against Sovereign, including any discovery and pending motions. In support of this Motion, Plaintiffs and Sovereign state as follows:

1.    The above-captioned case is a class action lawsuit involving claims by Missouri homeowners for alleged violations of Missouri's Second Mortgage Loan Act, §§ 408.231 R.S.Mo., *et seq.*

2.    Plaintiffs and Sovereign have reached an agreement that, if approved, would settle and resolve the claims of those class members who obtained loans that were sold, assigned to, or serviced by Sovereign. Plaintiffs and Sovereign need time to memorialize the settlement in writing and to implement a process through which the settlement can be submitted to a court for approval and notice to the members of the proposed settlement class. Accordingly, Plaintiffs and Sovereign respectfully request that this Court grant a 120 day stay with respect to all proceedings in connection with Plaintiffs' claims against Sovereign.

3.    The continued prosecution of the claims against Sovereign is unnecessary and will detract from the settling parties' ability to finalize the settlement.

4.	No other claims, motions, discovery, or other case activity should be stayed, including, without limitation, the claims against any other defendant, with the exception of those defendants as to whom the Court already has entered a stay.

WHEREFORE, Plaintiffs and Defendant Sovereign Bank respectfully request that the Court enter an Order staying for 120 days all proceedings in connection with Plaintiffs' claims against Sovereign Bank.

Dated:  November 22, 2011

Respectfully submitted,

By:	__/s/ Kip D. Richards_____
	R. Frederick Walters MO Bar #25069
	Kip D. Richards MO Bar #39743
	David M. Skeens MO Bar #35728
	WALTERS BENDER STROHBEHN & VAUGHN
	2500 City Center Square
	1100 Main Street
	Kansas City, MO  64105
	Telephone:  (816) 421-6620
	Facsimile:  (816) 421-4747

	Attorneys for Plaintiffs and Class Counsel

By:	__/s/ Randolph G. Willis_____
	Randolph G. Willis MO Bar #49550
Of Counsel:	RASMUSSEN, WILLIS, DICKEY & MOORE, LLP
  Thomas L. Allen PA Bar #33243	9200 Ward Parkway, Suite 400
  Roy W. Arnold PA Bar #70544	Kansas City, MO 64114
  Anthony S. Newman PA Bar #308157	Telephone:  (816) 960-1611
  REED SMITH LLP	Facsimile:  (816) 960-1669
  225 Fifth Avenue, Suite 1200
  Pittsburgh, PA 15222
  Telephone: (412) 288-3131
  Facsimile:  (412) 882-3063

	Attorneys for Defendant Sovereign Bank

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the Clerk of the United States District Court for the Western District of Missouri, Western Division, this 22nd day of November, 2011, with notice of case activity to be generated and sent electronically to all designated persons.

/s/ Randolph G. Willis
An Attorney for Sovereign Bank