IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-HFS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT
UNITED MORTGAGE C.B., LLC**

COMES NOW the law firm of Martin, Leigh, Laws & Fritzlen, P.C. and respectfully moves this Court make and enter an Order granting them leave to withdraw as attorneys of record in the captioned matter for defendant United Mortgage C.B., LLC because said company is discharging this firm as its attorneys, that said company can no longer pay this firm for legal fees and in further support thereof refers the Court to the Suggestions and client's Affidavit separately filed in support hereof.

WHEREFORE, Martin, Leigh, Laws & Fritzlen, P.C. respectfully requests this Court, for good cause shown and pursuant to Western District of Missouri Local Rule 83.5(o), grant this firm leave to withdraw as attorneys of record for United Mortgage C.B., LLC on the foregoing grounds and on the further grounds stated in the Suggestions filed herewith along with the Affidavit signed by United Mortgage C.B., LLC.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.


/s/ Richard L. Martin

| Richard L. Martin | MO. No. 26724 |

900 Peck's Plaza
1044 Main St.
Kansas City, MO 64105
Telephone: (816)221-1430
Facsimile: (816)221-1044
rlm@mllfpc.com
ATTORNEY FOR DEFENDANT
UNITED MORTGAGE CB, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 22nd day of November, 2011.


/s/ Richard L. Martin
Attorney for Defendant United Mortgage CB, LLC