IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-HFS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**SUGGESTIONS IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT UNITED MORTGAGE C.B., LLC**

COMES NOW the law firm of Martin, Leigh, Laws & Fritzlen, P.C. and for its Suggestions in support of its Motion to Withdraw as attorneys of record in the captioned matter for defendant United Mortgage C.B., LLC, states as follows:

1. Attached hereto and incorporated herein is an Affidavit signed by the Manager of United Mortgage C.B., LLC. Based on what is said in the Affidavit, this Court should have good cause to grant this firm's Motion to Withdraw.

2. United Mortgage is unable to meet its obligations to counsel, regarding counsel's services, and continued representation would result in unreasonable financial burden on this law firm.

3. United Mortgage no longer does business and has no assets other than an interest in a business that also no longer does business.

4. United Mortgage consents to this firm's withdrawal from this litigation since United Mortgage can no longer pay this firm and since it is discharging this firm as attorneys for United Mortgage.

5. Contact information for United Mortgage has been provided by it in the Affidavit. Based on the statements in the Affidavit, United Mortgage apparently will not replace this firm.

6. A copy of the Motion and these suggestions has been served on United Mortgage.

WHEREFORE, Martin, Leigh, Laws & Fritzlen, P.C. respectfully requests, for good cause shown and pursuant to local Western District of Missouri Rule 83.5(o), this Court grant this firm's Motion to Withdraw as attorneys of record for United Mortgage C.B., LLC in the above captioned case.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

/s/ Richard L. Martin

| Richard L. Martin | MO. No. 26724 |

900 Peck's Plaza
1044 Main St.
Kansas City, MO 64105
Telephone: (816)221-1430
Facsimile: (816)221-1044
rlm@mllfpc.com
ATTORNEY FOR DEFENDANT
UNITED MORTGAGE CB, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 22nd day of November, 2011.

/s/ Richard L. Martin
Attorney for Defendant United Mortgage CB, LLC