IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:10-CV-00189-HFS |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| Defendants. | ) |

### AFFIDAVIT OF CONSENT TO WITHDRAWAL OF ATTORNEYS

(State of North Carolina   )
                           )   ss.
(County of Mecklenburg     )

COMES NOW ARTHUR E. KECHIJIAN of lawful age, being first duly sworn on his oath, states as follows:

1. He is a Manager of United Mortgage C.B., LLC, defendant in the captioned matter and is authorized to make this Affidavit on its behalf.

2. He has personal knowledge of the matters set forth herein.

3. He is personally aware of a Motion filed in this Court by the law firm of Martin, Leigh, Laws & Fritzlen, P.C. to withdraw as attorneys for United Mortgage C.B., LLC in this litigation.

4. United Mortgage C.B., LLC no longer does any business and its only asset is a membership interest in a wholly-owned limited liability company, which also no longer does any business and has no assets.

5. United Mortgage C.B., LLC is unable to pay the law firm of Martin, Leigh, Laws & Fritzlen, P.C. for legal representation in this class action case, which has proved to be very expensive to defend.

6. United Mortgage C.B., LLC is discharging the law firm of Martin, Leigh, Laws & Fritzlen, P.C. as its attorneys in this litigation and hereby consents to the withdrawal of said firm from this case.

7. At this time, United Mortgage C.B., LLC has no plans to replace the law firm of Martin, Leigh, Laws & Fritzlen, P.C. with any other legal counsel in this litigation. Contact with United Mortgage C.B., LLC can be made as follows:

> United Mortgage C.B., LLC
> PO Box 471827
> Charlotte, NC 28247

FURTHER AFFIANT SAYETH NOT.

_____
ARTHUR E. KECHIJIAN

Subscribed and sworn to before me this ___9th___ day of November, 2011.

_____
Notary Public

Lucy A. Barnes
Notary Public – Print Name

My Commission expires:
08/03/2015