IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) |
| Defendants. | ) |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

    The Motion to Withdraw (Doc. # 436) is granted, and Richard L. Martin is granted leave to withdraw as counsel for United Mortgage C.B., LLC. As a concluding act, Mr. Martin is directed to deliver a copy of this Order to United Mortgage.

    The Court understands that United Mortgage has expressed it does not plan to retain new counsel. United Mortgage is advised that the fact that it has chosen not to retain counsel will not excuse it from complying with the Court's rules. United Mortgage is further advised that as an LLC it cannot act in these proceedings without an attorney.
IT IS SO ORDERED.

                                                                 /s/ Ortrie D. Smith
                                                                 ORTRIE D. SMITH, SENIOR JUDGE
DATE: November 22, 2011                    UNITED STATES DISTRICT COURT