# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Defendant JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance, LLC ("Chase"), by and through its undersigned counsel, notifies the Court and all counsel of record that on the 28th day of November, 2011, the following was served upon Defendants' counsel via U.S. Mail (hand-delivery to Plaintiffs' counsel):

- JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance, LLC's Answers to Plaintiffs' Second Set of Interrogatories; and

- JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance, LLC's Responses to Plaintiffs' Second Request for Production of Documents.

{00134754.DOC}

Respectfully submitted,

/s/ Daniel L. McClain
Daniel L. McClain, Esq.    MO #43441
Michele Sutton              MO #57942
SCHARNHORST AST & KENNARD, PC
1000 Walnut, Suite 1550
Kansas City, Missouri 64106
Telephone: (816) 268-9411
Facsimile: (816) 268-9409
Email: dlm@sakfirm.com
       mfs@sakfirm.com

*Attorneys for JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) to all counsel of record.

/s/ Daniel L. McClain
*An Attorney for Defendant*