IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-HFS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF ORDER GRANTING WITHDRAWAL

COMES NOW Richard L. Martin and the law firm of Martin, Leigh, Laws & Fritzlen, PC, hereby notifies the Court that on November 22, 2011, as directed by the Court, it did provide to Defendant United Mortgage CB, LLC, a copy of the Court's Order Granting Withdrawal of Counsel via electronic mail.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

/s/ Richard L. Martin
Richard L. Martin    MO. No. 26724
900 Peck's Plaza
1044 Main St.
Kansas City, MO 64105
Telephone: (816)221-1430
Facsimile: (816)221-1044
rlm@mllfpc.com
FORMER ATTORNEY FOR DEFENDANT
UNITED MORTGAGE CB, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 30th day of November, 2011.

/s/ Richard L. Martin
Former Attorney for Defendant
United Mortgage CB, LLC