IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORP., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES AND FINDING AS MOOT MOTION TO STAY

The Joint Motion to Extend Certain Pretrial Deadlines (Doc. # 445) is granted for the reasons stated in the motion. The following schedule will now apply to this case:

1. Plaintiffs shall designate expert witnesses on or before March 5, 2012, and Defendants shall designate expert witnesses on or before April 23, 2012.
2. Motions to decertify classes shall be filed on or before May 1, 2012.
3. All pretrial discovery will be completed, and all discovery disputes presented to the Court, on or before June 1, 2012.
4. All <u>Daubert</u>-based and dispositive motions shall be filed on or before July 2, 2012.
5. The jury trial will commence at 8:00 a.m. on November 26, 2012. The pretrial conference will take place at 1:00 p.m. on November 1, 2012.

The parties also seek to stay proceedings related to Defendant Sovereign Bank because they are working toward memorializing a settlement. The motion (Doc. # 435) is unnecessary and, hence, moot. The parties may work on the settlement, and in so doing may agree to delay responses to discovery requests and other similar deadlines that do not alter the schedule imposed by the Court. The parties are reminded, however, that absent extraordinary circumstances (like those that justified the new

schedule imposed above), the Court is not likely to extend any of the deadlines it has imposed.

IT IS SO ORDERED.

DATE: December 1, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT