# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:10-cv-00189-ODS |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS RESIDENTIAL FUNDING COMPANY, LLC AND JPMORGAN CHASE BANK, NA, AS FORMER TRUSTEE'S SUBMISSION PURSUANT TO ORDER ADDRESSING MOTION TO ALTER OR AMEND ORDER CERTIFYING PLAINTIFF CLASS AND TO APPROVE SETTLEMENTS AND DISMISSAL OF CLAIMS

Defendants Residential Funding Company, LLC and JPMorgan Chase Bank, NA, as Former Trustee, by and through counsel, submit the following pursuant to the Court's Order Addressing Joint Motion To Alter Or Amend Order Certifying Plaintiff Class And To Approve Settlements And Dismissal Of Claims, entered January 3, 2012.

Defendants Residential Funding Company, LLC and JPMorgan Chase Bank, NA, as Former Trustee agree with the statements made and relief requested in Plaintiffs' Response To Order Addressing Joint Motion To Alter Or Amend Order Certifying Plaintiff Class And To Approve Settlements And Dismissal Of Claims, filed January 13, 2012.

Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Catesby A. Major
Craig S. O'Dear                MO #30167
Irvin V. Belzer                MO #25234
Catesby A. Major               MO #56944
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2100
Telephone: (816) 374-3200
Facsimile: (816) 374-3300

and

Michael G. Biggers   MO #24694
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

ATTORNEYS FOR DEFENDANTS RESIDENTIAL FUNDING COMPANY, LLC AND JPMORGAN CHASE BANK, NA, AS FORMER TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Catesby A. Major
Attorney for Defendants Residential Funding Company, LLC and JPMorgan Chase Bank, NA, as Former Trustee