THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on the 23rd day of January, 2012, true and correct copies of:

1.) Plaintiffs' Objections and Answers to Defendant BAC Home Loans Servicing, L.P.'s First Set of Interrogatories;

2.) Plaintiffs' Objections and Responses to Defendant BAC Home Loans Servicing, L.P.'s First Request for Production of Documents; and

3.) Plaintiffs' Privilege Log dated January 23, 2012.

were served via hand delivery, to **Mark A. Olthoff, Esq., Polsinelli Shughart, P.C., 1700 Twelve Wyandotte Plaza, 120 West 12th Street, Kansas City, Missouri 64105-1929, Attorneys for Defendant BAC Home Loans Servicing, L.P.**, with copies served via U.S. mail to all other counsel of record.

Dated: January 24, 2012

                        Respectfully submitted,

                        WALTERS BENDER STROHBEHN
                         & VAUGHAN, P.C.

                        By: */s/ Bruce V. Nguyen*
                           R. Frederick Walters – Mo. Bar 25069
                           J. Michael Vaughan Mo. – Bar 24989
                           Kip D. Richards – Mo. Bar 39743
                           David M. Skeens – Mo. Bar 35728
                           Karen W. Renwick – Mo. Bar 41271
                           Garrett M. Hodes – Mo. Bar 50221
                           Matthew R. Crimmins – Mo. Bar 53138
                           Bruce V. Nguyen – Mo. Bar 52893
                           2500 City Center Square
                           1100 Main Street
                           P.O. Box 26188
                           Kansas City, MO 64196
                           (816) 421-6620
                           (816) 421-4747 (Facsimile)
                           **ATTORNEYS FOR PLAINTIFFS**
                           **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 24th day of January, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

                                          /s/ *Bruce V. Nguyen*