THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## NOTICE OF VIDEOTAPED DEPOSITION
## PURSUANT TO SUBPOENA IN A CIVIL ACTION

PLEASE TAKE NOTICE that Plaintiffs in this civil action will take the deposition of Julia Gorman pursuant to Federal Rules of Civil Procedure at the offices of **Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, California 92626,** on Thursday, February 16, 2012. The deposition will begin promptly at 1:00 p.m. and shall continue thereafter from day to day until concluded. The deposition will be recorded by stenographic and sound-and-visual means. Mike Cooper of Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, CA, is expected to be the recording technician.


Dated: January 30, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ Kip D. Richards*
   R. Frederick Walters – Mo. Bar 25069
   J. Michael Vaughan Mo. – Bar 24989
   Kip D. Richards – Mo. Bar 39743
   David M. Skeens – Mo. Bar 35728
   Karen W. Renwick – Mo. Bar 41271
   Garrett M. Hodes – Mo. Bar 50221
   Matthew R. Crimmins – Mo. Bar 53138
   Bruce V. Nguyen – Mo. Bar 52893
   2500 City Center Square
   1100 Main Street
   P.O. Box 26188
   Kansas City, MO  64196
   (816) 421-6620
   (816) 421-4747 (Facsimile)
   **ATTORNEYS FOR PLAINTIFFS**
   **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 30th day of January 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.  In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

    /s/ *Kip D. Richards*