IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**PREFERRED CREDIT CORPORATION,** )<br>**et al.,** )<br>)<br>**Defendants.** ) | Case No. 4:10-CV-00189-ODS |

### ENTRY OF APPEARANCE

The law firm of Polsinelli Shughart PC and its attorneys Mark A. Olthoff and Michael S. Foster hereby enter their appearance on behalf of defendant JP Morgan Chase Bank as former trustee.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF         MO #38572
MICHAEL S. FOSTER       MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR DEFENDANT
JP MORGAN CHASE BANK AS
FORMER TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of February, 2012.

                                              /s/ Mark A. Olthoff
                                              Attorneys for Defendant