IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-00189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

COME NOW Craig S. O'Dear, Irvin V. Belzer, and Catesby A. Major of the law firm Bryan Cave LLP (collectively "Movants") and hereby move the Court for an order allowing them to withdraw as counsel of record for defendant JPMorgan Chase Bank, NA as Former Trustee ("Chase Bank"). In support their Motion, Movants state as follows:

1. Movants entered their appearance on behalf of Chase Bank as part of an appearance on behalf of defendant Residential Funding Company, LLC ("RFC"). (See Dkt. 18, 19 and 69)

2. RFC was dismissed by order dated January 17, 2012. (See Dkt. 457)

3. Mark A. Olthoff of the law firm Polsinelli Shughart PC has entered his appearance as counsel for Chase Bank in the matter. (See Dkt. 464)

WHEREFORE, JPMorgan Chase Bank, NA as Former Trustee's counsel, Craig S. O'Dear, Irvin V. Belzer, and Catesby A. Major, move the Court for an order permitting them to withdraw as counsel of record for JPMorgan Chase Bank, NA as Former Trustee.

Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Catesby A. Major
Craig S. O'Dear     MO #30167
Irvin V. Belzer     MO #25234
Catesby A. Major     MO #56944
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2100
Telephone: (816) 374-3200
Facsimile: (816) 374-3300

WITHDRAWING ATTORNEYS FOR DEFENDANT JPMORGAN CHASE BANK, NA, AS FORMER TRUSTEE

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Catesby A. Major
Withdrawing Attorney for JPMorgan Chase Bank, NA, as Former Trustee