THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on the 16th day of February, 2012, true and correct copies of:

1.) Plaintiffs' Amended Objections and Answers to Defendant BAC Home Loans Servicing, L.P.'s First Set of Interrogatories;

2.) Plaintiffs' Amended Objections and Responses to Defendant BAC Home Loans Servicing, L.P.'s First Request for Production of Documents;

3.) Plaintiffs' Amended Objections and Answers to Defendant Countrywide Home Loans, Inc.'s First Set of Interrogatories; and

4.) Plaintiffs' Amended Objections and Responses to Defendant Countrywide Home Loans, Inc.'s First Request for Production of Documents

were served via U.S. mail, postage pre-paid, to all counsel of record.

Dated: February 16, 2012

          Respectfully submitted,

          WALTERS BENDER STROHBEHN
           & VAUGHAN, P.C.

By:    */s/ Bruce V. Nguyen*
     R. Frederick Walters – Mo. Bar 25069
     J. Michael Vaughan Mo. – Bar 24989
     Kip D. Richards – Mo. Bar 39743
     David M. Skeens – Mo. Bar 35728
     Karen W. Renwick – Mo. Bar 41271
     Garrett M. Hodes – Mo. Bar 50221
     Matthew R. Crimmins – Mo. Bar 53138
     Bruce V. Nguyen – Mo. Bar 52893
     2500 City Center Square
     1100 Main Street
     P.O. Box 26188
     Kansas City, MO 64196
     (816) 421-6620
     (816) 421-4747 (Facsimile)
     **ATTORNEYS FOR PLAINTIFFS**
     **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 16th day of February, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class postage prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

          /s/ *Bruce V. Nguyen*