# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Michael and Shellie Gilmor, et al. <br> *Plaintiff* <br> v. <br> Preferred Credit Corporation, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 4:10-cv-00189-ODS <br><br> (If the action is pending in another district, state where: <br> Western District of Missouri ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Julia Gorman, 1849 Sawtelle Blvd., Suite 700, Los Angeles, CA 90025

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Esquire Solutions, Suite 400, 535 Anton Blvd., Costa Mesa, CA 92626, 800-755-1880 | Date and Time: <br> 02/16/2012 1:00 pm |
|---|---|

The deposition will be recorded by this method: __Stenographic and Video by__ Mike Cooper, Esquire Solutions, 535 Anton Blvd., Suite 400, Costa Mesa, CA 92626

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 01/30/2012

CLERK OF COURT

OR _____/s/_____

_____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
Plaintiffs Michael and Shellie Gilmor, et al. , who issues or requests this subpoena, are:
Kip D. Richards, Walters Bender Strohbehn & Vaughan, P.C., 2500 City Center Square, 1100 Main Street, Suite 2500, Kansas City, Missouri 64105, (816)421-6620, krichards@wbsvlaw.com

Civil Action No. 4:10-cv-00189-ODS

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __JULIA GORMAN__
was received by me on *(date)* __01/31/2012__.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because: Unable to serve- Julia Gorman is no longer employed at Budget Mortgage Company at: 1849 Sawtelle Blvd., #700, los Angeles, CA

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __0.00__ .

My fees are $ __0.00__ for travel and $ __65.00__ for services, for a total of $ __65.00__ .

I declare under penalty of perjury that this information is true.

Date: __02/08/2012__

*Server's signature*

Albert Palomera, Process Server, Los Angeles County #7063
*Printed name and title*

14271 Jeffrey Road, Suite 308
Irvine, CA 92620
(949) 295-8028

*Server's address*

Additional information regarding attempted service, etc:

BAD ADDRESS - Ms. Gorman is no longer employed here per Mike Morrison of Budget Mortgage Company. She departed here about 1 1/2 years ago. They do not have any forwarding address information for Ms. Gorman.

# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## District of California

Case Number: 4:10-CV-00189-ODS

Plaintiff:
**MICHAEL AND SHELLIE GILMOR, et al**

vs.

Defendant:
**PREFERRED CREDIT CORPORATION, et al**

For:
Kip D. Richards, Esq.
Walters, Benders, Strogbehn & Vaughn, P.C.
P.O. BOX 26188
KANSAS CITY, MO 64196

Received by Cal Process Servers on the 31st day of January, 2012 at 9:51 am to be served on **JULIA GORMAN, 1849 SAWTELLE BLVD., SUITE 700, LOS ANGELES, CA 90025**.

I, Albert Palomera, do hereby affirm that on the **2nd day of February, 2012** at **3:00 pm, I**:

**NON-SERVED** the **Subpoena to Testify at a Deposition in a Civil Action; Notice of videotaped Deposition Pursuant to Subpoena in a Civil Action** for the reason that I failed to find **JULIA GORMAN** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
2/2/2012 3:00 pm BAD ADDRESS - Ms. Gorman is no longer employed here per Mike Morrison of Budget Mortgage Company. She departed here about 1 1/2 years ago. They do not have any forwarding address information for Ms. Gorman.

**Service Fee Items:**

| | |
|---|---|
| Routine Process Service | $65.00 |
| Total | $65.00 |

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial district in which the process was served.

_____
**Albert Palomera**
7063

**Cal Process Servers**
14271 Jeffrey Road, #308
Irvine, CA 92620
(949) 295-8028

Our Job Serial Number: RSC-2012000163

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t