# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| Michael and Shellie Gilmor, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:10-cv-00189-ODS |
| Preferred Credit Corporation, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Western District of Missouri ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Kathy Murray, 4 Hutton Centre Dr. #500, Santa Ana, CA 92707

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Esquire Solutions, Suite 400, 535 Anton Blvd., Costa Mesa, CA 92626, 800-755-1880 | Date and Time: 02/16/2012 8:30 am |
|---|---|

The deposition will be recorded by this method: Stenographic and Video by Mike Cooper, Esquire Solutions 535 Anton Blvd., Suite 400, Costa Mesa, CA 92626

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 01/30/2012

*CLERK OF COURT*

OR

_________________________ 
*Signature of Clerk or Deputy Clerk*

*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiffs Michael and Shellie Gilmor, et al. , who issues or requests this subpoena, are:

Kip D. Richards, Walters Bender Strohbehn & Vaughan, P.C., 2500 City Center Square, 1100 Main Street, Suite 2500, Kansas City, Missouri 64105, (816)421-6620, krichards@wbsvlaw.com

Civil Action No. 4:10-cv-00189-ODS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* KATHY MURRAY was received by me on *(date)* 01/31/2012 .

☑ I served the subpoena by delivering a copy to the named individual as follows: KATHY MURRAY on *(date)* 02/01/2012 ; or

☐ I returned the subpoena unexecuted because: .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ 0.00 .

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 02/08/2012

*Server's signature*

Richard Steiber, Process Server, Orange County #1852

*Printed name and title*

14271 Jeffrey Road, Suite 308
Irvine, CA 92620
(949) 295-8028

*Server's address*

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: 4:10-CV-00189-ODS

Plaintiff:
**MICHAEL AND SHELLIE GILMOR, et al**

vs.

Defendant:
**PREFERRED CREDIT CORPORATION, et al**

For:
Kip D. Richards, Esq.
Walters, Benders, Strogbehn & Vaughn, P.C.
P.O. BOX 26188
KANSAS CITY, MO 64196

Received by Cal Process Servers on the 31st day of January, 2012 at 9:51 am to be served on **KATHY MURRAY, 4 HUTTON CENTRE DRIVE, #500, SANTA ANA, CA 92707**.

I, Richard Steiber, do hereby affirm that on the **1st day of February, 2012** at **2:30 pm, I:**

**PERSONALLY** served by delivering a true copy of the **Subpoena to Testify at a Deposition in a Civil Action; Notice of videotaped Deposition Pursuant to Subpoena in a Civil Action** with the date and hour of service endorsed thereon by me, to: **KATHY MURRAY** at the address of: **4 HUTTON CENTRE DRIVE, #500, SANTA ANA, CA 92707**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**

| | |
|---|---|
| Routine Process Service | $65.00 |
| Total | $65.00 |

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial district in which the process was served.

**Richard Steiber**
1852

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2012000164

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t