# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on the 24th day of February, 2012, true and correct copies of:

1.) Plaintiffs' Objections and Answers to EMC Mortgage LLC, f/k/a EMC Mortgage Corporation's First Interrogatories to Plaintiffs; and

2.) Plaintiffs' Objections and Responses to EMC Mortgage LLC, f/k/a EMC Mortgage Corporation's First Requests for Production of Documents to Plaintiffs

were served via U.S. mail, postage pre-paid, to all counsel of record.

Dated: February 27, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.


By: _/s/ Bruce V. Nguyen_
   R. Frederick Walters – Mo. Bar 25069
   J. Michael Vaughan Mo. – Bar 24989
   Kip D. Richards – Mo. Bar 39743
   David M. Skeens – Mo. Bar 35728
   Karen W. Renwick – Mo. Bar 41271
   Garrett M. Hodes – Mo. Bar 50221
   Matthew R. Crimmins – Mo. Bar 53138
   Bruce V. Nguyen – Mo. Bar 52893
   2500 City Center Square
   1100 Main Street
   P.O. Box 26188
   Kansas City, MO 64196
   (816) 421-6620
   (816) 421-4747 (Facsimile)
   **ATTORNEYS FOR PLAINTIFFS**
   **AND CLASS COUNSEL**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of February, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class postage prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


                    /s/ *Bruce V. Nguyen*