THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on the 24th day of February, 2012, true and correct copies of:

1.) Plaintiffs' Objections and Answers to JPMorgan Chase Bank, National Association, as successor by Merger to Chase Home Finance, LLC's First Interrogatories; and

2.) Plaintiffs' Objections and Responses to JPMorgan Chase Bank, National Association, as successor by Merger to Chase Home Finance, LLC's First Requests for Production of Documents

were served via U.S. mail, postage pre-paid, to all counsel of record.

Dated: February 27, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.


By: /s/ Bruce V. Nguyen
    R. Frederick Walters – Mo. Bar 25069
    J. Michael Vaughan Mo. – Bar 24989
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo. Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO 64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    **ATTORNEYS FOR PLAINTIFFS**
    **AND CLASS COUNSEL**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of February, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class postage prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


                                                /s/ *Bruce V. Nguyen*

2
Case 4:10-cv-00189-ODS   Document 473   Filed 02/27/12   Page 2 of 2