**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

MICHAEL AND SHELLIE GILMOR,
 et al.,

       Plaintiffs,     Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
 et al.,

       Defendants.

## <u>CERTIFICATE OF SERVICE</u>

   Plaintiffs hereby certify that on this 2nd day of March, 2012, a true and correct copy of the

following discovery requests were served via electronic mail and U.S. Mail, postage prepaid to:

  1.  Plaintiffs' First Request for Admissions to Defendant Impac Funding Corporation;

  2.  Plaintiffs' First Request for Admissions to Defendant Impac Mortgage Holdings, Inc.;

  3.  Plaintiffs' First Request for Admissions to Defendant IMH Assets Corporation;

  4.  Plaintiffs' First Request for Admissions to Defendant Impac Real Estate Asset Trust Series 2006-SD1; and

  5.  Plaintiffs' First Request for Admissions to Defendant Impac Secured Assets Corporation

Dated: March 2, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
  & VAUGHAN, P.C.

By:   */s/ Bruce V. Nguyen*
      R. Frederick Walters – Mo. Bar 25069
      J. Michael Vaughan Mo. – Bar 24989
      Kip D. Richards – Mo. Bar 39743
      David M. Skeens – Mo.  Bar 35728
      Karen W. Renwick – Mo. Bar 41271
      Garrett M. Hodes – Mo. Bar 50221
      Matthew R. Crimmins – Mo. Bar 53138
      Bruce V. Nguyen – Mo. Bar 52893
      2500 City Center Square
      1100 Main Street
      P.O. Box 26188
      Kansas City, MO  64196
      (816) 421-6620
      (816) 421-4747 (Facsimile)
      **ATTORNEYS FOR PLAINTIFFS**
      **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 2nd day of March, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.  In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

         */s/ Bruce V. Nguyen*