THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs certify that they served the disclosures required by Fed.R.Civ.P. 26(a)(2) by scanning and transmitting by email this 12th day of March, 2012, to the following:

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
molthoff@polsinelli.com
abonuchi@polsinelli.com

**Peter W. Carter, Esq.**
**Paul R. Dieseth, Esq.**
Dorsey & Whitney, L.L.P.
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498
carter.peter@dorsey.com
dieseth.paul@dorsey.com
**Attorneys for Defendants U.S. Bank NA, ND, Empire Funding Home Loan Owner Trust 1998-1, Empire Funding Home Loan Owner Trust 1999-1, Empire Funding Grantor Trust 1998-1, Empire funding Grantor Trust 1999-1, U.S. Bank NA, and Wilmington Trust Company**

H:\Second Mortgage\Gilmor v Preferred\Pleadings\WDMO 10-CV-0189 - Fed Case #5\Pleadings\COS-ExpertDesig.doc
Case 4:10-cv-00189-ODS   Document 478   Filed 03/12/12   Page 1 of 7

**Barry L. Pickens, Esq.**
Spencer, Fane, Britt & Browne, L.L.P.
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
bpickens@spencerfane.com

**R. Bruce Allensworth, Esq.**
Kirkpatrick & Lockhart, L.L.P.
75 State Street
Boston, MA 02109
bruce.allensworth@klgates.com

**Daniel J. Tobin, Esq.**
Ballard Spahr, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, Maryland 20814-3401
TobinDJ@ballardspahr.com
**Attorneys for Defendants Impac Funding Corp.; Impac Mortgage Holdings, Inc.; Impac Secured Assets Corp.; IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corp.; Deutsche Bank National Trust Co. f/k/a Bankers Trust Company of California, N.A.; Litton Loan Servicing, L.P.; Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1); LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1; Impac CMB Trust Series 2003-5, Impac Real Estate Asset Trust Series 2006-SD1, Wingspan Portfolio Advisors, LLC**

**Leslie A. Greathouse, Esq.**
**Nathan A. Orr, Esq.**
**J. Loyd Gattis, III, Esq.**
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Ste 1400
Kansas City, MO 64106-2140
lgreathouse@spencerfane.com
norr@spencerfane.com
lgattis@spencerfane.com
**Attorneys for Defendants Preferred Mortgage Trust 1996-1 and 1996-2; Preferred Credit Trust 1997-1; Deutsche Bank Trust Co. Americas f/k/a Bankers Trust Company, in its Capacity as Trustee of the Preferred Trusts**

**Leslie A. Greathouse, Esq.**
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Ste 1400
Kansas City, MO 64106-2140
lgreathouse@spencerfane.com
**Attorneys for Defendant Real Time Resolutions, Inc.**

**Mark A. Olthoff, Esq.**
**Michael S. Foster, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
molthoff@polsinelli.com
mfoster@polsinelli.com
**Attorneys for Defendant JPMorgan Chase Bank, N.A., as Former Trustee**

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
molthoff@polsinelli.com
abonuchi@polsinelli.com

**Thomas M. Hefferon, Esq.**
**Joseph F. Yenouskas, Esq.**
Goodwin, Procter, L.L.P.
901 New York Ave NW
9th Floor East
Washington, DC 20001
thefferon@goodwinprocter.com
jyenouskas@goodwinprocter.com
**Attorneys for Defendant Countrywide Home Loans, Inc.**

**Randolph G. Willis, Esq.**
**Bradley J. Raple, Esq.**
Rasmussen Willis Dickey & Moore, LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114
rwillis@rwdmlaw.com

**Roy W. Arnold, Esq.**
**Thomas L. Allen, Esq.**
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
rarnold@reedsmith.com
tallen@reedsmith.com
**Attorneys for Defendant Sovereign Bank**

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
molthoff@polsinelli.com
abonuchi@polsinelli.com
**Attorneys for Defendant Ocwen Loan Servicing, L.L.C**.

**Mark A. Olthoff, Esq.**
**Anthony Bonuchi, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
molthoff@polsinelli.com
abonuchi@polsinelli.com

**Harry S. Davis, Esq.**
**Marcy R. Harris, Esq.**
**Marguerite E. Gardiner, Esq.**
Schulte, Roth & Zabel, L.L.P.
919 Third Avenue
New York, NY 10022
harry.davis@srz.com
marcy.harris@srz.com
marguerite.gardiner@srz.com
**Attorneys for Defendants Credit Suisse First Boston Mortgage Securities Corp.**

**Todd W. Ruskamp, Esq.**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
truskamp@shb.com
**Attorneys for Defendant Wendover Financial Services Corp.**

**Daniel L. McClain, Esq.**
**Michele Sutton, Esq.**
Scharnhorst Ast & Kennard, PC
1000 Walnut, Suite 1550
Kansas City, Missouri 64106
dlm@sakfirm.com
mfs@sakfirm.com
**Attorneys for Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC and EMC Mortgage, LLC**

**Mark A. Olthoff, Esq.**
Polsinelli Shughart, P.C.
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
molthoff@polsinelli.com
**Attorneys for BAC Home Loan Servicing, L.P.**

And a copy was mailed via U.S. Mail, first-class postage prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

Dated:  March 12, 2012

>Respectfully submitted,
>
>WALTERS BENDER STROHBEHN
> &  VAUGHAN, P.C.
>
>
>By: */s/ R. Frederick Walters*
>    R. Frederick Walters – Mo. Bar 25069
>    J. Michael Vaughan Mo. – Bar 24989
>    Kip D. Richards – Mo. Bar 39743
>    David M. Skeens – Mo.  Bar 35728
>    Karen W. Renwick – Mo. Bar 41271
>    Garrett M. Hodes – Mo. Bar 50221
>    Matthew R. Crimmins – Mo. Bar 53138
>    Bruce V. Nguyen – Mo. Bar 52893
>    2500 City Center Square
>    1100 Main Street
>    P.O. Box 26188
>    Kansas City, MO  64196
>    (816) 421-6620
>    (816) 421-4747 (Facsimile)
>    fwalters@wbsvlaw.com
>    mvaughan@wbsvlaw.com
>    krichards@wbsvlaw.com
>    dskeens@wbsvlaw.com
>    krenwick@wbsvlaw.com
>    ghodes@wbsvlaw.com
>    mcrimmins@wbsvlaw.com
>    bnguyen@wbsvlaw.com
>
>**ATTORNEYS FOR PLAINTIFFS**
>**AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 12th day of March 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


                                                                                          */s/ R. Frederick Walters*