THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br>Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## UNOPPOSED MOTION FOR LEAVE TO FILE SUGGESTIONS IN EXCESS OF PAGE LIMITS ALLOWED BY LOCAL RULE

Plaintiffs respectfully moves the Court for its Order permitting them to file their Suggestions in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with pages in excess of the page limitations set by Local Rule 7.0(f).

1. Plaintiffs have reached a settlement with Defendants Credit Suisse First Boston Mortgage Securities Corporation, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1, and Deutsche Bank Trust Company Americas, formerly known as Bankers Trust Company, individually and in its capacity as trustee of the above-referenced trusts.

2. In connection with the settlement, Plaintiffs intend on filing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Suggestions in Support thereof.

3. Plaintiffs seek leave to file suggestions not to exceed thirty-five (35) pages. Plaintiffs seek the additional twenty (20) pages (in excess of the 15 pages permitted by Local Rule 7.0(f)) in order to address each of the requirements of Federal Rule 23 and governing case law as they apply to their request to preliminarily approve the class action settlement.

4. The excess pages requested by Plaintiffs are necessary to fully brief the issues involved and will aid the Court in its analysis of the settlement.

5. Plaintiffs' Counsel has communicated this request for excess pages to the counsel for the Settling Defendants, who have indicated that they do not object to the instant request.

6. This motion is made in good faith and will not prejudice any party.

WHEREFORE, Plaintiffs respectfully moves the Court for its Order permitting them to file their Suggestions in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with pages not to exceed total thirty-five (35) pages and for any other relief the Court deems just and proper.

Date: March 27, 2012

        Respectfully submitted,

        WALTERS BENDER STROHBEHN
        & VAUGHAN, P.C.

        By:   */s/ Bruce V. Nguyen*
            R. Frederick Walters - Mo. Bar # 25069
            Kip D. Richards - Mo. Bar 39743
            David M. Skeens -Mo. Bar 35728
            Garrett M. Hodes – Mo. Bar #50221
            Matthew R. Crimmins – Mo. Bar #53138
            Bruce V. Nguyen – Mo. Bar #52893
            2500 City Center Square
            1100 Main Street
            P.O. Box 26188
            Kansas City, MO  64196
            (816) 421-6620
            (816) 421-4747 (Facsimile)

        **ATTORNEYS FOR PLAINTIFFS**
        **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this March 27, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

/s/ *Bruce V. Nguyen*