IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. AND SHELLIE GILMOR,
   ET AL.,

          Plaintiffs,

  vs.

PREFERRED CREDIT CORPORATION,
   ET AL.,

       Defendants.

Case No. 10-0189-CV-W-ODS

**PLAINTIFF'S NOTICE REGARDING EXHIBIT ATTACHMENT**
**EXHIBIT FILED UNDER SEAL**

Exhibit 1-E to *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* has

been filed under seal and is being maintained in this case file in the Clerk's office in paper form

only.

Dated: March 30, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
  & VAUGHAN, P.C.


By: */s/ R. Frederick Walters* _____
     R. Frederick Walters – Mo. Bar 25069
     J. Michael Vaughan Mo. – Bar 24989
     Kip D. Richards – Mo. Bar 39743
     David M. Skeens – Mo. Bar 35728
     Karen W. Renwick – Mo. Bar 41271
     Garrett M. Hodes – Mo. Bar 50221
     Matthew R. Crimmins – Mo. Bar 53138
     Bruce V. Nguyen – Mo. Bar 52893
     2500 City Center Square
     1100 Main Street
     P.O. Box 26188
     Kansas City, MO 64196
     (816) 421-6620
     (816) 421-4747 (Facsimile)
     fwalters@wbsvlaw.com
     mvaughan@wbsvlaw.com
     krichards@wbsvlaw.com
     dskeens@wbsvlaw.com
     krenwick@wbsvlaw.com
     ghodes@wbsvlaw.com
     mcrimmins@wbsvlaw.com
     bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS**
**AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 30th day of March, 2012 I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

*/s/ R. Frederick Walters*