**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

MICHAEL AND SHELLIE GILMOR,
  et al.,

                 Plaintiffs,                 Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                 Defendants.

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION
PURSUANT TO SUBPOENA IN A CIVIL ACTION**

      PLEASE TAKE NOTICE that Plaintiffs in this civil action will take the deposition of Julia Gorman pursuant to Federal Rules of Civil Procedure at the offices of **Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, California 92626,** on Monday, April 23, 2012. The deposition will begin promptly at 9:00 a.m. and shall continue thereafter from day to day until concluded. The deposition will be recorded by stenographic and sound-and-visual means. Mike Cooper of Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, CA, is expected to be the recording technician.

      Dated: April 10, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By:    */s/ Kip D. Richards*
      R. Frederick Walters – Mo. Bar 25069
      J. Michael Vaughan Mo. – Bar 24989
      Kip D. Richards – Mo. Bar 39743
      David M. Skeens – Mo. Bar 35728
      Karen W. Renwick – Mo. Bar 41271
      Garrett M. Hodes – Mo. Bar 50221
      Matthew R. Crimmins – Mo. Bar 53138
      Bruce V. Nguyen – Mo. Bar 52893
      2500 City Center Square
      1100 Main Street
      P.O. Box 26188
      Kansas City, MO 64196
      (816) 421-6620
      (816) 421-4747 (Facsimile)
      fwalters@wbsvlaw.com
      mvaughan@wbsvlaw.com
      krichards@wbsvlaw.com
      dskeens@wbsvlaw.com
      krenwick@wbsvlaw.com
      ghodes@wbsvlaw.com
      mcrimmins@wbsvlaw.com
      bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 10th day of April, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247

                        */s/ Kip D. Richards*