IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILMOR, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:10-cv-189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING AMENDED INVESTOR NOTICE

Defendants Deutsche Bank National Trust Company, individually and in its capacities as trustee of the Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1 (collectively, "the Preferred Trusts"), hereby notifies the Court of the correction of an error in the proposed Investor Notice submitted to the Court as part of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dkt. 481, filed 3/30/2012, at exhibit F. The Preferred Trusts erroneously left some investor classes and CUSIPS out of the draft notice. They have now corrected the mistake and submit to the Court a revised Investor Notice that will be set out to the investors this Friday. Exhibit A hereto is a revised Investor Notice; exhibit B hereto is a redline of the revised investor notice against the version previously submitted to the Court. Plaintiffs' counsels have been advised of the error and have not informed the undersigned counsel of any objection to the revised notice.

WA 3438283.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

s/Leslie A. Greathouse
Leslie A. Greathouse  MO # 48431
lgreathouse@spencerfane.com
J. Loyd Gattis  MO #59699
lgatties@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816-474-3216 (facsimile)

*Attorneys for defendants Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1 and Deutsche Bank Trust Company Americas, in its capacity as its trustee of these trusts and individually*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 12th day of April, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
Defendant United Mortgage C.B., L.L.C.

/s/ Leslie A. Greathouse
*Attorneys for defendants Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, Preferred Credit Trust 1997-1 and Deutsche Bank Trust Company Americas, in its capacity as its trustee of these trusts and individually*