IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF APPEARANCE

The law firm of Polsinelli Shughart PC and its attorneys Mark A. Olthoff, Anthony W. Bonuchi, and Michael S. Foster hereby enter their appearance on behalf of defendant Litton Loan Servicing LP.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF    MO #38572
ANTHONY W. BONUCHI    MO #57838
MICHAEL S. FOSTER    MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
tbonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR DEFENDANT
LITTON LOAN SERVICING LP

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 24th day of April 2012.

                        /s/ Mark A. Olthoff
                        Attorneys for Defendant