IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**PREFERRED CREDIT CORPORATION,** )<br>**et al.,** )<br>)<br>**Defendants.** ) | Case No. 4:10-CV-00189-ODS |

## CORPORATE DISCLOSURE STATEMENT OF
## JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, AS FORMER TRUSTEE

Defendant JP Morgan Chase Bank, National Association, as former trustee, through its attorneys of record, pursuant to Western District of Missouri Local Rule 3.1 and Fed. R. Civ. P. 7.1, hereby discloses that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock: JP Morgan Chase & Co.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF          MO #38572
ANTHONY BONUCHI         MO #57838
MICHAEL S. FOSTER        MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION, AS FORMER
TRUSTEE

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 24th day of April, 2012, to all counsel of record.

      /s/ Mark A. Olthoff
      Attorney for JP Morgan Chase Bank, National Association, as former trustee