IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF RULE 26(A) DISCLOSURES OF DEFENDANT
JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, AS FORMER TRUSTEE**

Defendant JP Morgan Chase Bank, National Association ("JPMC") as former trustee of the 2000-CB2 trust, hereby certifies that it served its Rule 26(a) disclosures this 24th day of April, 2011, upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for Plaintiffs, via United States mail, postage prepaid, with copies delivered to all counsel of record via United States mail, postage prepaid.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF    MO #38572
ANTHONY BONUCHI    MO #57838
MICHAEL S. FOSTER    MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, AS FORMER TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 24th day of April, 2012, to all counsel of record.

      /s/ Mark A. Olthoff
Attorney for J.P. Morgan Chase Bank, National Association, as former trustee