IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Barry Pickens of the law firm of Spencer Fane Britt & Browne LLP and Daniel J. Tobin of Ballard Spahr LLP (collectively "Movants") hereby move the Court for an order allowing them to withdraw as counsel of record for defendant Litton Loan Servicing LP ("Litton"). In support of their Motion, Movants state as follows:

1. Mark A. Olthoff of the law firm Polsinelli Shughart PC has entered his appearance as counsel for Litton in the matter. Since before his entry of appearance on behalf of Litton, Mr. Olthoff has represented Ocwen Loan Servicing, LLC ("Ocwen") in this matter.

2. Litton has been acquired by Ocwen. Ocwen wishes to consolidate its representation under a single counsel.

WHEREFORE, undersigned counsel for Litton hereby move the Court for an order permitting them to withdraw as counsel of record for Litton in this matter.

*(Signatures on next page)*

Respectfully submitted,

April 25, 2012

/s/ Barry L. Pickens
Barry L. Pickens, Esq.         MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216


/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299

*Attorneys for Defendant Litton Loan Servicing LP*


## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.


/s/ Barry L. Pickens