IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corporation, IMH Assets Corporation, and Impac Real Estate Asset Trust Series 2006-SD1 hereby clarify the information set out in the Certificate of Service filed on April 17, 2012 (Doc. No. 494). When drafted, that certificate showed April 16, 2012 as the date of service for Defendants' discovery responses because Defendants then intended to serve those responses on that date. Later, it became necessary for Defendants to serve their responses the next day, April 17. However, the undersigned inadvertantly failed to update the service date of those discovery responses to April 17 when he filed the certificate herein on April 17.

Defendants further certify, through counsel, that on this 25th day of April, 2012 true and correct copies of the below-listed amended discovery responses were served via first-class mail, postage prepaid, upon counsel of record set forth on the service list below.

**Documents served:**

- Amended Responses of Defendant Impac Funding Corporation to Plaintiffs' First Request for Admissions

- Amended Responses of Defendant Impac Mortgage Holdings, Inc. to Plaintiffs' First Request for Admissions

- Amended Responses of Defendant Impac Secured Assets Corporation to Plaintiffs' First Request for Admissions
- Amended Responses of Defendant IMH Assets Corporation to Plaintiffs' First Request for Admissions
- Amended Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' First Request for Admissions.

**Service List:**

R. Frederick Walters, Esq.
David M. Skeens, Esq.
Garrett M. Hodes, Esq.
J. Michael Vaughan, Esq.
Kip D. Richards. Esq.
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart, P.C.
120 West 12th Street
1700 Twelve Wyandotte Plaza
Kansas City, MO 64105-1929

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney, L.L.P.
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Leslie A. Greathouse, Esq.
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Irvin V. Belzer, Esq.
Craig S. O'Dear, Esq.
Catesby A. Major, Esq.
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Michael G. Biggers, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
Goodwin, Procter, L.L.P.
901 New York Ave., NW
9th Floor
Washington, DC 20001

Randolph G. Willis, Esq.
Bradley J. Raple, Esq.
Rasmussen Willis Dickey & Moore, LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

Roy W. Arnold, Esq.
Thomas L. Allen, Esq.
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

Barry F. MacEntee
Terese A. Drew, Esq.
John A. Mazzei, Esq.
Hinshaw & Culbertson, L.L.P.
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101-1843

| | |
|---|---|
| Thomas F. Ging, Esq.<br>Barry F. MacEntee, Esq.<br>Hinshaw & Culbertson<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601-1081<br><br>Harry S. Davis, Esq.<br>Marcy R. Harris, Esq.<br>Marguerite E. Gardiner, Esq.<br>Schulte, Roth & Zabel, L.L.P.<br>919 Third Avenue<br>New York, NY 10022 | Todd W. Ruskamp, Esq.<br>Shook, Hardy & Bacon, L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613<br><br>Richard L. Martin, Esq.<br>Thomas J. Fritzlen, Jr., Esq.<br>Martin, Leigh, Laws & Fritzlen, PC<br>1044 Main Street<br>400 Peck Plaza<br>Kansas City, MO 64105-2135 |

                                                    Respectfully submitted,

April 25, 2012                                      /s/ Barry L. Pickens

                                                  Barry L. Pickens, Esq.         MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216

Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299

*Attorneys for Defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corporation, IMH Assets Corporation, and Impac Real Estate Asset Trust Series 2006-SD1*

3

## **CERTIFICATE OF SERVICE**

       This is to certify that on this 25th day of April, 2012, the foregoing Certificate of Service was duly served by the electronic filing system of the United States District Court for the Western District of Missouri on all registered users of the Court's ECP system in this case.

                                          /s/ Barry L. Pickens
                                          Barry L. Pickens