# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **PREFERRED CREDIT CORPORATION,** ) <br> **et al.,** ) <br> ) <br> **Defendants.** ) | Case No. 4:10-CV-00189-ODS |

## CERTIFICATE OF SERVICE

Defendant Litton Loan Servicing, L.P. hereby certifies that it served its First Requests for Admission, First Request for Production of Documents, and First Set of Interrogatories this 26th day of April, 2011, upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for Plaintiffs, via hand delivery, with copies delivered to all counsel of record via United States mail, postage prepaid.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF MO #38572
ANTHONY BONUCHI MO #57838
MICHAEL S. FOSTER MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR LITTON LOAN SERVICING, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 26th day of April, 2012, to all counsel of record.

/s/ Mark A. Olthoff
Attorney for Litton Loan Servicing, L.P.