IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PREFERRED CREDIT CORPORATION, )<br>et al., )<br>)<br>Defendants. ) | Case No. 4:10-CV-00189-ODS |

## CERTIFICATE OF SERVICE

Defendants Countrywide Home Loans, Inc. and BAC Home Loan Servicing, L.P. hereby certify that they served their First Requests for Admission this 26th day of April, 2011, upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for Plaintiffs, via hand delivery, with copies delivered to all counsel of record via United States mail, postage prepaid.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF              MO #38572
ANTHONY BONUCHI             MO #57838
MICHAEL S. FOSTER            MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR COUNTRYWIDE HOME
LOANS, INC. AND BAC HOME LOAN
SERVICING, L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 26th day of April, 2012, to all counsel of record.

/s/ Mark A. Olthoff
Attorney for Countrywide Home Loans, Inc. and
BAC Home Loan Servicing, L.P.