IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) |
| Defendants. | ) |

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Pending is the parties' Joint Motion for Extension of Time. The motion (Doc. # 508) is granted, but the Court deems it appropriate to remind the parties of the constraints that limit the possibilities for future extensions.

Trial in this matter is set for November 26, 2012, and as stated in the past the Court is unwilling to change this date. It is the undersigned's practice to rule on dispositive motions before the pretrial conference, so the deadline for filing dispositive motions cannot be changed without moving the date for the pretrial conference and, accordingly, the trial – so the date for filing dispositive motions cannot be changed. This is significant because the parties' latest request for an extension encroaches on the time they will have to file dispositive motions. The Court will grant the parties' request, but with the understanding that no other deadlines are going to be changed.

Defendants' shall designate expert witnesses on or before May 7, 2012. All pretrial discovery will be completed, and all discovery disputes presented to the Court, on or before June 15, 2012.
IT IS SO ORDERED.

DATE: April 30, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT