# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 4:10-cv-00189-ODS |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| Defendants. | ) |

## MOTION TO DECERTIFY CLASS

Defendants Impac Mortgage Holdings, Inc, Impac Funding Corporation, Impac Secured Assets Corporation, IMH Assets Corporation, Impac Real Estate Asset Trust Series 2006-SD1, Deutsche Bank National Trust Company, Bank of America, N.A., Wells Fargo Bank, N.A., and Wingspan Portfolio Advisors, LLC ("Moving Defendants"), respectfully move for an order decertifying the plaintiff class as to each of them. In support of this motion the Moving Defendants respectfully refer the Court to their Suggestions in Support, which are being filed contemporaneously with this Motion.

Respectfully submitted,

May 1, 2012  /s/ Barry L. Pickens

Barry L. Pickens, Esq. (MO #43379)
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
bpickens@spencerfane.com

/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299
tobindj@ballardspahr.com

*Attorneys for Defendants Impac Mortgage Holdings, Inc.; Impac Funding Corporation; Impac Secured Assets Corporation; IMH Assets Corporation; Impac Real Estate Asset Trust Series 2006-SD1; Deutsche Bank National Trust Company, in its capacity as indenture trustee for the 2006-SD1 Trust and as former indenture trustee for the following trusts, all of which have terminated: Impac Secured Assets CMN Trust Series 1998-1, Impac CMB Trust Series 1999-2, Impac CMB Trust Series 2000-2, Impac CMB Trust Series 2001-4, Impac CMB Trust Series 2002-1, and Impac CMB Trust Series 2003-5; Bank of America, National Association, as successor by merger to LaSalle National Bank, in its capacity as former indenture trustee of terminated trust Impac CMB Trust Series 1999-1; Wells Fargo Bank, N.A., in its capacity as former indenture trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1; and Wingspan Portfolio Advisors, LLC*

Of Counsel:

Gary C. Tepper, Esq.
BALLARD SPAHR LLP
1909 K Street, N.W., 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
tepperg@ballardspahr.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Barry L. Pickens

3
Case 4:10-cv-00189-ODS   Document 517   Filed 05/01/12   Page 3 of 3