IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF RULE 26(A)(2) DISCLOSURES OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND BAC HOME LOANS SERVICING, L.P.

Defendants Countrywide Home Loans, Inc. ("Countrywide") and BAC Home Loans Servicing, L.P. ("BAC") hereby certify that they served their Rule 26(a)(2) disclosures this 7th day of May, 2012, upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for Plaintiffs, via United States mail, postage prepaid, with copies delivered to all counsel of record via United States mail, postage prepaid.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF          MO #38572
ANTHONY BONUCHI          MO #57838
MICHAEL S. FOSTER        MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR COUNTRYWIDE HOME
LOANS, INC. AND BAC HOME LOANS
SERVICING, L.P.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 7th day of May, 2012, to all counsel of record.

                          /s/ Mark A. Olthoff
                          Attorney for Countrywide Home Loans, Inc. and
                          BAC Home Loans Servicing, L.P.