# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 4:10-CV-00189-ODS |
| | ) |
| **PREFERRED CREDIT CORPORATION,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DEPOSITION OF DEBRA MOONEY

Defendant Impac Funding Corporation, by and through its attorneys, hereby gives notice that it will take the deposition upon oral examination of Plaintiff Debra Mooney on May 21, 2012, at 9:00 a.m., at the offices of Spencer Fane Britt & Browne, LLP, 1 North Brentwood Boulevard, Suite 1000, St. Louis, MO 63105-3925. The deposition is being taken for purposes of discovery and for use as evidence at trial. The deposition will be transcribed by a certified court reporter, and will continue from day to day until completed.

Respectfully submitted,

/s/ Barry L. Pickens
Barry L. Pickens, Esq. (MO #43379)
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
bpickens@spencerfane.com

Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted pro hac vice)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200

Attorneys for Defendant Impac Funding
Corporation, et al.

## CERTIFICATE OF SERVICE

     I hereby certify that on May 14, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

                         /s/ Barry L. Pickens