THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on the 11th day of May, 2012, true and correct copies of the following discovery requests were hand-delivered, scanned and emailed and mailed via First-Class U.S. Mail, postage prepaid, upon all counsel of record:

1. Plaintiffs' Fourth Request for Production of Documents to Litton Loan servicing, L.P.;
2. Plaintiffs Fourth Request for Production of Documents to Wendover Financial Services Corp.;
3. Plaintiffs; Second Request for Production of Documents to Defendant JPMorgan Chase Bank, N.A., as Successor by merger to Chase Home Finance, LLC;
4. Plaintiffs' Third Request for Production of Documents to EMC Mortgage, LLC;
5. Plaintiffs' Fourth Request for Production of Documents to BAC Home Loan Servicing, L.P.;
6. Plaintiffs' First Set of Interrogatories to Defendant J.P.Morgan Chase Bank, N.A., as Former Trustee;
7. Plaintiffs' First Request for Production of Documents to Defendant J.P.Morgan Chase Bank, N.A., as Former Trustee;
8. Plaintiffs' First Request for Admissions to Defendant Deutsche Bank National Trust Company;
9. Plaintiffs' First Request for Admissions to Defendant JPMorgan Chase Bank. N.A. as Former Trustee;
10. Plaintiffs' First Request for Admissions to Defendant United Mortgage C.B., L.L.C.;
11. Plaintiffs' Second Request for Admissions to Defendant IMH Assets Corp.;
12. Plaintiffs' Second Request for Admissions to Defendant IMH Real Estate Asset trust Series 2006-SD1;

13. Plaintiffs' Second Request for Admissions to Defendant Impac Funding Corp.;
14. Plaintiffs' Second Request for Admissions to Defendant Impac Mortgage Holdings; and
15. Plaintiffs Second Request for Admissions to Impac Secured Assets Corp.

Dated: May 15, 2011                     Respectfully submitted,

                                       WALTERS BENDER STROHBEHN
                                          & VAUGHAN, P.C.

                                      By:   */s/ Garrett M. Hodes*
                                          R. Frederick Walters – Mo. Bar 25069
                                          Kip D. Richards – Mo. Bar 39743
                                          David M. Skeens – Mo. Bar 35728
                                          Karen W. Renwick – Mo. Bar 41271
                                          J. Michael Vaughan Mo. – Bar 24989
                                          Garrett M. Hodes – Mo. Bar 50221
                                          Matthew R. Crimmins – Mo. Bar 53138
                                          Bruce V. Nguyen – Mo. Bar 52893
                                          2500 City Center Square
                                          1100 Main Street
                                          P.O. Box 26188
                                          Kansas City, MO 64196
                                          (816) 421-6620
                                          (816) 421-4747 (Facsimile)
                                          fwalters@wbsvlaw.com
                                          krichards@wbsvlaw.com
                                          dskeens@wbsvlaw.com
                                          krenwick@wbsvlaw.com
                                          mvaughan@wbsvlaw.com
                                          ghodes@wbsvlaw.com
                                          mcrimmins@wbsvlaw.com
                                          bnguyen@wbsvlaw.com


                                          **ATTORNEYS FOR PLAINTIFFS**
                                          **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 15th day of May, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


        */s/ Garrett M. Hodes*