THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>        Defendants. | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on the 16th day of May, 2012, true and correct copies of the following discovery requests were scanned and emailed and mailed via First-Class U.S. Mail, postage prepaid, upon all counsel of record:

1. Plaintiffs' Fourth Request for Production of Documents to Defendant United Mortgage C.B., L.L.C.;

Dated: May 16, 2011                    Respectfully submitted,

                                        WALTERS BENDER STROHBEHN
                                         &VAUGHAN, P.C.

                                        By:   */s/ Garrett M. Hodes*
                                            R. Frederick Walters – Mo. Bar 25069
                                            Kip D. Richards – Mo. Bar 39743
                                            David M. Skeens – Mo.  Bar 35728
                                            Karen W. Renwick – Mo. Bar 41271
                                            J. Michael Vaughan Mo. – Bar 24989
                                            Garrett M. Hodes – Mo. Bar 50221
                                            Matthew R. Crimmins – Mo. Bar 53138
                                            Bruce V. Nguyen – Mo. Bar 52893
                                            2500 City Center Square
                                            1100 Main Street
                                            P.O. Box 26188
                                            Kansas City, MO  64196
                                            (816) 421-6620
                                            (816) 421-4747 (Facsimile)
                                            fwalters@wbsvlaw.com
                                            krichards@wbsvlaw.com
                                            dskeens@wbsvlaw.com
                                            krenwick@wbsvlaw.com
                                            mvaughan@wbsvlaw.com
                                            ghodes@wbsvlaw.com
                                            mcrimmins@wbsvlaw.com
                                            bnguyen@wbsvlaw.com

                                        **ATTORNEYS FOR PLAINTIFFS**
                                        **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 16th day of May, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

                                                                                         */s/ Garrett M. Hodes*