# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER (1) DENYING JOINT MOTION FOR STAY AND (2) SUSPENDING CERTAIN DEADLINES

Plaintiffs and Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC ("Moving Defendant") indicate they have resolved their dispute subject to documentation and Court approval. Their request for a stay (Doc. # 531) is denied, but all deadlines involving the Moving Defendant are suspended. This action is functionally the same as that sought by the parties, but is preferred by the Court due to differences in how these actions are handled internally.

This action does not apply to or affect any other defendant.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: May 21, 2012     UNITED STATES DISTRICT COURT