THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
et al.,

              Plaintiffs,

vs.

PREFERRED CREDIT CORPORATION,
et al.,

              Defendants.

Case No. 4:10-cv-00189-ODS

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on the 1st day of June, 2012, true and correct copies of:

1. Plaintiffs' Objections and Answers to Defendant Litton Loan Servicing, L.P.'s First Set of Interrogatories;

2. Plaintiffs' Objections and Responses to Defendant Litton Loan Servicing, L.P.'s First Request for Production of Documents;

3. Plaintiffs' Objections and Answers to Defendant Litton Loan Servicing, L.P.'s First Request for Admissions to Plaintiff;

4. Plaintiffs' Objections and Answers to Defendant JP Morgan Chase Bank, National Association's First Set of Interrogatories;

5. Plaintiffs' Objections and Responses to Defendant JP Morgan Chase Bank National Association's First Request for Production of Documents;

6. Plaintiffs' Objections and Answers to First Requests for Admission to Plaintiffs from JP Morgan Chase Bank, National Association, as Former Trustee;

7. Plaintiffs' Objections and Answers to Countrywide Home Loans, Inc.'s and BAC Home Loan Servicing, L.P.'s First Request for Admission

were scanned and emailed and also served via U.S. mail, postage pre-paid, to all counsel of record.

Dated: June 1, 2012

        Respectfully submitted,

        WALTERS BENDER STROHBEHN
         & VAUGHAN, P.C.


        By: /s/Bruce V. Nguyen
           R. Frederick Walters – Mo. Bar 25069
           Kip D. Richards – Mo. Bar 39743
           David M. Skeens – Mo. Bar 35728
           Karen W. Renwick – Mo. Bar 41271
           J. Michael Vaughan Mo. – Bar 24989
           Garrett M. Hodes – Mo. Bar 50221
           Matthew R. Crimmins – Mo. Bar 53138
           Bruce V. Nguyen – Mo. Bar 52893
           2500 City Center Square
           1100 Main Street
           P.O. Box 26188
           Kansas City, MO 64196
           (816) 421-6620
           (816) 421-4747 (Facsimile)
           fwalters@wbsvlaw.com
           krichards@wbsvlaw.com
           dskeens@wbsvlaw.com
           krenwick@wbsvlaw.com
           mvaughan@wbsvlaw.com
           ghodes@wbsvlaw.com
           mcrimmins@wbsvlaw.com
           bnguyen@wbsvlaw.com


        **ATTORNEYS FOR PLAINTIFFS**
        **AND CLASS COUNSEL**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 1st day of June 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


/s/ *Bruce V. Nguyen*