IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 10-0189-CV-W-ODS<br>) |
| PREFERRED CREDIT CORP., et al., | )<br>) |
| Defendants. | ) |

### ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR EXTENSION OF TIME

On May 1, 2012, certain Defendants filed motions to decertify the class. By consent of the parties, Plaintiffs' response time was extended to June 8, 2012. Plaintiffs now seek an additional extension to July 13. The motion (Doc. # 553) is granted in part; Plaintiffs shall have until June 15, 2012, to respond.

In setting a deadline for the filing of motions to decertify,[1] the Court was mindful of the need to resolve such issues (should they arise) before the deadline for filing dispositive motions. Dispositive motions are now due on August 13. If Plaintiffs' current request is granted, then the issue of decertification may not be fully briefed until the end of July – leaving the Court only two weeks to rule the issue, and leaving insufficient time for either party to factor the Court's ruling into any dispositive motions they may wish to file. Therefore, Plaintiffs' request cannot be granted in full.
IT IS SO ORDERED.

DATE: June 8, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Doc. # 447 contains the Court's last extension of this deadline.