THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>        Defendants. | Case No. 4:10-cv-00189-ODS |

## NOTICE OF DEPOSITION

To: Mark A. Olthoff
   POLSINELLI SHUGHART PC
   1700 Twelve Wyandotte Plaza
   120 West 12th Street
   Kansas City, Missouri 64105-1929

   Attorneys for Defendant JP Morgan Chase Bank, N.A. as Former Trustee

**YOU ARE HEREBY NOTIFIED** that pursuant to Federal Rule of Civil Procedure 30(b)(6), JP Morgan Chase Bank, N.A. as Former Trustee shall designate one or more persons to testify on its behalf with respect to the matters set forth in **Exhibit A**. The deposition will be recorded by stenographic means and will used in the above-entitled cause on the part of Plaintiffs and the Class. The deposition will be taken at **Walters, Bender, Strohbehn & Vaughan, P.C., 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105 on June 27, 2012** at **9:00 a.m.** and shall continue thereafter from day to day until concluded. You are further advised that given the scope of Plaintiffs' claims, the anticipated number of representatives to testify, and

the number of matters upon which examination is requested, the deposition may continue on June 28, 2012.

A list of the matters upon which the representative(s) will be examined is attached as **Exhibit A**.

Dated: June 8, 2012  Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: _/s/ R. Frederick Walters_
  R. Frederick Walters – Mo. Bar 25069
  J. Michael Vaughan Mo. – Bar 24989
  Kip D. Richards – Mo. Bar 39743
  David M. Skeens – Mo.  Bar 35728
  Karen W. Renwick – Mo. Bar 41271
  Garrett M. Hodes – Mo. Bar 50221
  Matthew R. Crimmins – Mo. Bar 53138
  Bruce V. Nguyen – Mo. Bar 52893
  2500 City Center Square
  1100 Main Street
  P.O. Box 26188
  Kansas City, MO  64196
  (816) 421-6620
  (816) 421-4747 (Facsimile)
  **ATTORNEYS FOR PLAINTIFFS**
  **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 8th day of June, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

  /s/ _R. Frederick Walters_

# EXHIBIT A

## DEFINITIONS

1. **JP Morgan Chase Bank, N.A. as Former Trustee, You or Your**. The name "JP Morgan Chase Bank, N.A. as Former Trustee," "You," and "your," shall refer individually and collectively to the Defendant JP Morgan Chase Bank, N.A. as Former Trustee, its officers, directors, employees, attorneys, investigators or other representatives or agents, and to any merged, consolidated or acquired predecessor or successor corporation or entity related to JP Morgan Chase Bank, N.A. as Former Trustee, including The Chase Manhattan Bank, and includes the trusts previously holding the Class Members' Loans, all employers of all persons executing any verification pages on interrogatories propounded by Plaintiffs to JP Morgan Chase Bank, N.A. as Former Trustee, or any persons previously appearing for a deposition in this matter on behalf of JP Morgan Chase Bank, N.A. as Former Trustee.

2. **Class Members' Loans.** The term "Class Members' Loans" means those second mortgage loans secured by an interest in residential real estate in Missouri that was (1) originated by Preferred Credit Corporation (f/k/a Preferred Mortgage Corp.) (a/k/a T.A.R. Preferred Credit) (a/k/a T.A.R. Preferred Mortgage Corporation) and (2) was purchased, received by assignment, otherwise acquired by, or serviced by JP Morgan Chase Bank, N.A. as Former Trustee, and will include those loans that were acquired by or placed into the 2000 CB-2 trust for which You and/or The Chase Manhattan Bank were the former trustee and/or any loans that are identified by you in your answers to Plaintiffs' Interrogatories.

3. **Preferred Credit Corporation.** The term "Preferred Credit Corporation" includes Preferred Credit Corporation, Preferred Mortgage Corp., T.A.R. Preferred Credit, and T.A.R. Preferred Mortgage Corporation.

3

# MATTERS UPON WHICH EXAMINATION IS REQUESTED

*Responses to Plaintiffs' Discovery*

1. JP Morgan Chase Bank, N.A. as Former Trustee's disclosures and responses to Plaintiffs' interrogatories and request for production of documents, including any amended and supplemental responses thereto.

*Your Corporate Structure and Organization*

2. The names and organization of all entities or trusts through which You acquired, serviced or sub-serviced the Class Members' Loans.

3. The corporate organization or structure that includes JP Morgan Chase Bank, N.A. as Former Trustee and any successors thereto.

4. The identity and organization of all departments or operating divisions with responsibility for the service as trustee for trusts holding mortgage loans or the acquisition of mortgage loans, including the Class Members' Loans.

*Record Retention and Authentication*

5. With respect to the documents and records requested by Plaintiffs in this lawsuit: (a) the existence and whereabouts of all requested documents and records; (b) your search for all documents and records; (c) persons with responsibility for the search for responsive documents and records; and (d) and the identity(ies) of all custodians of documents.

6. With respect to the loan files and loan payment histories for the Class Members' Loans: (a) their past and current existence; (b) their past and current whereabouts; (c) your search for the loan files and loan payment histories for the Class Members' Loans; (d) persons with responsibility for the search for the loan files and loan payment histories for the Class Members' Loans; and (e) the identity(ies) of all custodians of the Class Members' loan files and

4

loan payment histories.

7. With respect to all documents and records concerning your relationship and agreements with any of the Defendants in this lawsuit, including Preferred Credit Corporation: (a) their past and current existence; (b) their past and current whereabouts; (c) your search for all documents and records concerning your relationship and agreements with any of the Defendants in this lawsuit, including Preferred Credit Corporation; (d) persons with responsibility for the search for all documents and records concerning your relationship and agreements with Preferred Credit Corporation; and (e) the identity(ies) of all custodians of all documents and records concerning your relationship and agreements with any of the Defendants in this lawsuit, including Preferred Credit Corporation.

8. Your record retention requirements, record keeping system(s) and document/information-retention policies including, without limitation, the method(s) by which You kept or maintained the documents and electronic data generated in connection with Your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' Loans or any loans originated by Preferred Credit Corporation.

*State Licensure*

9. Your license in Missouri, or any license exemption in the State of Missouri, which permits You to originate, acquire, service and/or sub-service mortgage loans as trustee or otherwise.

*Agreements with the Defendants and/or the Originating Lender*

10. Your relationship with Preferred Credit Corporation, including the nature of all agreements, amendments to agreements, or commitments to purchase or acquire, with respect to

5

the origination, purchase, acquisition and/or sale of mortgage loans. The inquiry will include, but not be limited to, Your knowledge of (and any original and/or continued efforts to determine) Preferred Credit Corporation's residential second mortgage lending operations and practices in general, the type and amount of loan fees and closing costs that Preferred Credit Corporation would assess and/or was assessing for those loans, the projected and/or actual amount of revenue that Preferred Credit Corporation sought to receive and/or realize per loan and its source, any documents supplied by or obtained from Preferred Credit Corporation in regard to the above matters, and the whereabouts of such documents, if any.

11. Your relationship with any entity from whom you acquired loans originated by Preferred Credit Corporation, including the nature of all agreements, amendments to agreements, or commitments to purchase or acquire, with respect to the origination, purchase, acquisition and/or sale of mortgage loans.

12. Your periodic or annual reviews of your relationship with Preferred Credit Corporation.

13. Your periodic or annual reviews of your relationship with any entity from whom you acquired loans originated by Preferred Credit Corporation.

14. The termination of any trusts holding the Class Members' Loans.

15. All agreements related to the your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' Loans or any loans originated by Preferred Credit Corporation.

16. Any other agreement, and any amendments thereto, through which You serviced, sub-serviced or purchased, received by assignment, served as trustee, or otherwise acquired loans originated by Preferred Credit Corporation.

17. Your relationship with the defendants in this lawsuit, including Preferred Credit Corporation, including the nature of all agreements, amendments to agreements, or commitments to purchase, with respect to the service as trustee, or servicing, sub-servicing, origination, acquisition, purchase and/or sale of mortgage loans.

*Loan Investors*

18. The identities of the Investors on the Class Members' Loans.

19. All services performed by you for or for the benefit of the Investors on the Class Members' Loans.

*Loan Acquisition and Purchase*

20. Your acquisition or purchase of the Class Members' Loans. The inquiry will include, but not be limited to, the manner in which the purchase price for the loans You purchased was paid (e.g., the identities of the payees and payors, the accounts from and to which the money was withdrawn, sent or deposited, and the timing and terms of payment).

21. The representations, warranties, disclosures, certifications and verifications made by You, or received by You, in conjunction with the securitization of the Class Members' Loans.

22. The process used by You to receive, review, analyze and/or approve for purchase or acquisition the Class Members' Loans. The inquiry will include, but not be limited to, any due diligence and compliance reviews of the loans proposed or performed by You, or by an independent consultant on your behalf, or by another person or consultant that reviewed the loans and shared its findings with You. The nature, extent and purpose of such due diligence and compliance reviews, the procedures to be followed, the identities of the persons and consulting forms who performed the reviews, the findings and conclusions reached, and the documents generated as a result, will be covered. This Matter specifically also includes, but in not limited

7

Case 4:10-cv-00189-ODS   Document 557   Filed 06/08/12   Page 7 of 14

to, any due diligence and compliance reviews undertaken by You or others to determine whether the loans (a) complied with Federal laws; (b) complied with California state laws; (c) complied with Missouri state laws; and/or (d) complied with the laws of any other states.

23. Any agreements with Preferred Credit Corporation and/or any entity from whom you acquired loans originated by Preferred Credit Corporation with respect to the purchase or acquisition of mortgage loans covered by the provisions of the Home Ownership and Equity Protection Act, including 15 U.S.C. §1602(aa) and/or 12 C.F.R. § 226.32.

24. Your policies and procedures for the determination of prices or premiums paid by You in connection with Your purchase or acquisition of loans from Preferred Credit Corporation and/or any entity from whom you acquired loans originated by Preferred Credit Corporation.

25. Your policies and procedures for the transmission of loan files, and any documents within those files, to You and/or to any other entity or third party performing custodial or other services for You, in connection with loans acquired by You, including Class Members' Loans.

26. Your policies and procedures for the receipt and retention of original or authentic legal documents or records from the Class Members' Loan files by You and/or any other entity or third party performing custodial or other services for You.

27. With respect to the final HUD-1A Settlement Statement for each of the Class Members' Loans: (a) their past and current existence; (b) their past and current whereabouts; (c) your search for final HUD-1A Settlement Statement for each of the Class Members' Loans; (d) persons with responsibility for the search for final HUD-1A Settlement Statement for each of the Class Members' Loans; and (e) the identity(ies) of all custodians of the final HUD-1A Settlement Statement for each of the Class Members' Loans.

28. The electronic information and other data generated by You or for You in connection with your acquisition of the Class Members' Loans, including, all electronic operating systems or computers programs used by You in connection with your acquisition or purchase of mortgage loans.

29. The identification of all electronic records maintained by You or for You concerning the Class Members' Loans.

30. The identification and/or use of any policies, guidelines, or procedures, computer programs, internet-based applications that You used or relied upon to review, consider, analyze or approve, accept or reject loans submitted for your purchase or acquisition from Preferred Credit Corporation and/or any entity from whom you acquired loans originated by Preferred Credit Corporation.

*Ownership of Loans and Participation Sales*

31. The identities of any and all entities having any ownership interest in the Class Members' Loans, including the nature and description any ownership interest in the Class Members' Loans.

*Trustee Service, Loan Servicing and Sub-Servicing*

32. Your service as the trustee of the 2000-CB2 Trust.

33. The loan securitizations involving the Class Members' Loans, including any Closing Documents, Prospectuses or Prospectus Supplements related to the Class Members' Loans.

34. The servicing and/or sub-servicing of the Class Members' Loans, including the identities and descriptions of any operations or actions performed with respect to the Class Members' Loans by any "servicer," "master servicer or "subservicer."

9

35. The agreements, and amendments thereto, which relate to or govern your service as trustee with respect to the Class Members' Loans or the servicing or sub-servicing of the Class Members' Loans and the acquisition or transfer of the servicing rights to the Class Members' Loans.

36. The loan payment or loan servicing histories for the Class Members' Loans.

37. The identification of Your policies and procedures, the documents or records which You relied upon, and the computer programs, Internet-based services or other applications that were used by You or that were relied upon by You to satisfy any due diligence or compliance requirement, or to perform such functions for You, in connection with your service as trustee with respect to the Class Members' Loans or Your servicing or sub-servicing of mortgage loans, including the Class Members' Loans.

38. The creation, maintenance and use of electronic records by You in connection with your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans, or the servicing or sub-servicing of the Class Members' loans.

39. Your use and reliance upon any electronic records of loan payments or loan payment or collection histories or summaries which were created, maintained or used by any entity servicing or sub-servicing the Class Members' loans, including the interpretation and authentication of such summaries or reproductions of such electronic records.

40. Access to, use and electronic copies of the electronic data that makes up the loan payment histories with respect to the Class Members' Loans.

41. Definitions, keys, lists of possible reports, or sorts of such data or other information necessary to understand the electronic data maintained by You or any other entity

with respect to the Class Member's Loans, including the interpretation and authentication of such information.

42. The data and documents that were provided to You and/or required by You at the time of or in connection the acquisition of the Class Members' Loans or your service as trustee with respect to the Class Members' Loans.

43. All documents and data concerning the Class members' loans that You reviewed and/or relied upon in connection with or your service as trustee with respect to the Class Members' Loans or your servicing or sub-servicing of the Class members' loans.

*Audits and Loan Repurchases*

44. Any audits of You or your operations performed by You, a third party retained by You, a third party not retained by You, or any state or federal regulator.

*Documents Produced by You*

45. The documents produced by You in this lawsuit.

*Joint Defense Agreements*

46. Your agreements, if any, with any other Defendant or Defendants related to the defense of this lawsuit.

*Third Party Services in Connection with the Servicing or Sub-Servicing of Mortgage Loans*

47. The services performed by any third parties or consultants in connection with your service as trustee with respect to the Class Members' Loans, your acquisition of the Class Members' Loans, or your servicing of the Class Members' Loans or your service as trustee with respect to the Class Members' Loans or any loans originated by Preferred Credit Corporation, including the nature of any independent audits, accountings, reports or due diligence or compliance services that were performed for you or that you reviewed or relied upon in

11

connection with your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' Loans or any loans originated by Preferred Credit Corporation.

*Representations and Warranties*

48. Any representations and/or warranties made by any of the Defendants, or any other entity, including Preferred Credit Corporation, connection with your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' loans.

49. The identification of all of Your policies and procedures, all documents or records which You relied upon, and all computer programs, Internet-based services or other applications that were used by You or that You relied upon in connection with your reliance on the representations and/or warranties made by any of the Defendants, or any other entity, including Preferred Credit Corporation, connection with your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' loans.

50. Your contention, if any, that any of the Defendants, or any other entity, including Preferred Credit Corporation, breached or violated any representation or warranty made to You pursuant to any agreement related to your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' loans.

51. Any claims or demands for indemnity or contribution made by You in connection with or as a result of this lawsuit.

*Compliance and Due Diligence*

52. Your due diligence and compliance review of loans in connection with your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' loans servicing or sub-servicing of loans, including the Class Members' Loans.

53. The policies and procedures used by You or relied upon by You, including your use of any computer programs, Internet-based services or other applications to determine whether the loans in trusts for which you served as trustee, acquired or serviced or sub-serviced complied with any applicable state or federal laws.

54. Your policies and procedures, the documents or records which You relied upon, and all computer programs, Internet-based services or other applications that were used by You or that were relied upon by You to determine whether the originating lender, including Preferred Credit Corporation, charged, contracted for and/or received any closing cost or settlement charge not permitted or authorized by state law, including Missouri law, in connection with the mortgage loans in trusts for which you served as trustee, acquired or serviced or sub-serviced that, including loans originated by Preferred Credit Corporation and the Class Members' Loans.

55. Your policies and procedures, the documents or records which You relied upon, and all computer programs, Internet-based services or other applications that were used by You or that were relied upon by You to determine whether the originating lender, including Preferred Credit Corporation, charged, contracted for and/or received any closing cost or settlement charge not permitted or authorized by Missouri law in connection with the mortgage loans in trusts for which you served as trustee, acquired or serviced or sub-serviced that, including loans originated by Preferred Credit Corporation and the Class Members' Loans.

56. The identification and/or use of any policies, guidelines, or procedures, computer

programs, internet-based applications or charts that You used or relied upon to determine whether the settlement charges and fees charged on the Class Members' Loans complied with Missouri state law or regulation.

57. The identity, use and whereabouts of any charts, matrix or matrices, schedules, summary, publications, resource materials or other documents, including all computer programs, Internet-based services, and electronic applications and mechanism, used by You or relied upon by You or that You consulted in conjunction with your service as trustee with respect to the Class Members' Loans, the acquisition of the Class Members' Loans or your servicing or sub-servicing of the Class Members' Loans or any loans originated by Preferred Credit Corporation. to determine whether the originating lender, including Preferred Credit Corporation, charged, contracted for and/or received any closing cost or settlement charge not permitted or authorized by state law, including Missouri law.

*Other Litigation*

58. Other litigation to which you are a party related to your acquisition, servicing or sub-servicing of mortgage loans.