IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-00189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT LITTON LOAN SERVICING, L.P.'S
### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
### TO SERVE OBJECTIONS AND RESPONSES TO WRITTEN DISCOVERY

Defendant Litton Loan Servicing, L.P. ("Litton"), pursuant to Fed. R. Civ. P. 6(b), hereby moves for additional time in which to serve its responses to plaintiffs' second set of interrogatories, second set of document requests, and fourth set of document requests. In support of its motion, defendant states as follows:

### SUGGESTIONS IN SUPPORT

1. Plaintiffs served written discovery upon Litton on May 10, 2012.

2. Litton's responses to the plaintiffs' fourth set of discovery requests are currently due on June 13, 2012. Litton also is responding to plaintiffs' second set of interrogatories and document requests that had been served on Litton's prior counsel.

3. Litton needs an enlargement of time to serve its written responses. Plaintiffs' discovery is broad in scope, both in terms of its subject matter and time (by its instruction covering ten to fifteen years). Additional investigation is necessary requiring more time to complete the responses. Moreover, due to various absences of personnel during the months of May and June, Litton needs additional time to complete its responses.

4. Litton requests that the Court grant it a fourteen-day enlargement and permit it to serve written responses (answers, responses and/or objections) by June 27, 2012.

5. Litton's counsel has discussed this motion for an enlargement of time with counsel for plaintiffs who have stated they have no objection.

6. This motion for an enlargement of time is made in good faith and not for the purpose of delay.

7. No prior requests for additional time have been made. Litton believes this motion for an enlargement of time will not unfairly prejudice plaintiffs or any other party to this action.

**WHEREFORE**, defendant Litton Loan Servicing, L.P. respectfully requests this Court to enlarge the time within which it may serve its discovery responses to and including June 27, 2012.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF   MO #38572
ANTHONY BONUCHI   MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR LITTON LOAN SERVICING, L.P.

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of June, 2012, to all counsel of record.

                                             /s/ Mark A. Olthoff
                                             Attorney for Litton Loan Servicing, L.P.