IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 10-0189-CV-W-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUGGESTIONS IN OPPOSITION IN EXCESS OF PAGE LIMITS ALLOWED BY LOCAL RULE**

Plaintiffs respectfully move the Court for an Order permitting them to file their Suggestions in Opposition to the IMPAC defendants' *Motion to Decertify Class* of up to forty-five (45) pages in length. In support of this Unopposed Motion, Plaintiffs state as follows:

**SUGGESTIONS IN SUPPORT**

1. Plaintiffs are set to file their Suggestions in Opposition to the IMPAC defendants' *Motion to Decertify Class* by the current deadline of June 15, 2012.

2. In connection with their *Motion to Decertify Class*, the IMPAC defendants consulted with Plaintiffs' counsel and requested consent to file the decertification motion in excess of the page limits set by Local Rule 7.0(f). Plaintiffs' counsel consented to Defendant's request and did not oppose Defendant's motion requesting the excess pages. The Court granted Defendant's unopposed motion for leave to exceed the page limits and Defendant subsequently filed their decertification motion and their suggestions in support thereof, which totaled 25 pages.

3. In addition to the arguments raised in their suggestions, the IMPAC defendants also incorporated by reference the arguments raised in the two separate motions to decertify filed by

defendants Litton Loan Servicing, L.P. and JP Morgan Chase Bank, National Association and by defendants Countrywide Home Loans, Inc. and BAC Home Loans Servicing, L.P. The suggestions in support of the other two decertification motions, although substantially similar to each other, which the IMPAC defendants have incorporated by reference in support of their motion for decertification, totaled 22 and 23 pages, respectively.

4. Plaintiffs submit that good cause exists for this request in that it is necessary for Plaintiffs to exceed the 15-page limit for suggestions in opposition to respond to the IMPAC defendants' decertification motion and the arguments raised therein and the arguments incorporated from the other two pending decertification motions filed by defendants Litton Loan Servicing, L.P. and JP Morgan Chase Bank, National Association and by defendants Countrywide Home Loans, Inc. and BAC Home Loans Servicing, L.P.

5. The excess pages requested by Plaintiffs will not cause any hardship or prejudice to any party.

6. Plaintiffs have conferred with counsel for the IMPAC defendants regarding the requested excess pages and have been informed that Defendants do not oppose the instant request for excess pages.

7. This request has been made in good faith and is necessary for Plaintiffs to complete their suggestions in opposition.

WHEREFORE, Plaintiffs respectfully request the Court to enter an Order permitting them to file their Suggestions in Opposition to the IMPAC defendants' *Motion to Decertify Class* of up to forty-five (45) pages in length and for any other relief the Court deems just and proper.

Dated: June 14, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By: <u>     /s/Bruce V. Nguyen                            </u>
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com


**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 14th day of June 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


    /s/ *Bruce V. Nguyen*