THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## NOTICE OF PARTIAL CLASS SETTLEMENT

Plaintiffs Michael and Shellie Gilmor and the other class representatives, individually and in their capacity as named plaintiffs, hereby notify the Court that they have reached an agreement in principle with the Trustee for the Advanta Mortgage Corporation USA ("AMCUSA") trust to settle the claims that the Class have against Defendant Advanta Mortgage Corporation USA ("AMCUSA") and/or the Trustee for the Advanta Mortgage Corporation USA ("AMCUSA") Trust in regard to the Missouri second mortgage loans at issue in this case. AMCUSA is currently the subject of a chapter 11 bankruptcy pending in the United States Bankruptcy Court for the District of Delaware, Case No. 09-13931

The parties are in now the process of preparing the settlement papers and related documents for presentation to the Court for approval under Fed.R.Civ.P. 23. The parties will keep the court advised as to the progress of the documentation process. Barring unforeseen circumstances, the parties anticipate that they will be able to present a Motion for Preliminary Approval of Proposed Class Action Settlement and certification of a settlement class with respect to this settlement within a reasonable period of time. The subject settlement is limited to the claims against Defendant

Advanta Mortgage Corporation USA ("AMCUSA") and/or the Trustee for the Advanta Mortgage Corporation USA ("AMCUSA") Trust.  The Class Representatives, individually and on behalf the class will continue to prosecute their claims against all other parties.

Dated: June 15, 2012

          Respectfully submitted,

          WALTERS BENDER STROHBEHN
           & VAUGHAN, P.C.


By: */s/ R. Frederick Walters*
   R. Frederick Walters – Mo. Bar 25069
   Kip D. Richards – Mo. Bar 39743
   David M. Skeens – Mo.  Bar 35728
   Karen W. Renwick – Mo. Bar 41271
   J. Michael Vaughan Mo. – Bar 24989
   Garrett M. Hodes – Mo. Bar 50221
   Matthew R. Crimmins – Mo. Bar 53138
   Bruce V. Nguyen – Mo. Bar 52893
   2500 City Center Square
   1100 Main Street
   P.O. Box 26188
   Kansas City, MO  64196
   (816) 421-6620
   (816) 421-4747 (Facsimile)
   fwalters@wbsvlaw.com
   krichards@wbsvlaw.com
   dskeens@wbsvlaw.com
   krenwick@wbsvlaw.com
   mvaughan@wbsvlaw.com
   ghodes@wbsvlaw.com
   mcrimmins@wbsvlaw.com
   bnguyen@wbsvlaw.com


**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 15th day of June 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

*/s/ R. Frederick Walters*