IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. AND SHELLIE GILMOR,
  et al.,

                    Plaintiffs,                         Case No. 10-0189-CV-W-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUGGESTIONS** IN
OPPOSITION **IN EXCESS OF PAGE LIMITS ALLOWED BY LOCAL RULE**

        Plaintiffs respectfully move the Court for an Order permitting them to file their

Suggestions in Opposition to the *Motion to Decertify Class* (Doc #515) filed by Defendants

Countrywide Home Loans, Inc. and BAC Home Loans Servicing, L.P., (hereinafter "Moving

Defendants") of up to thirty (30) pages in length.  In support of this Unopposed Motion,

Plaintiffs state as follows:

**SUGGESTIONS IN SUPPORT**

        1.      Plaintiffs are set to file their Suggestions in Opposition to the Moving

Defendants' *Motion to Decertify Class* by the current deadline of June 15, 2012.

        2.      In connection with their *Motion to Decertify Class*, the Moving Defendants

consulted with Plaintiffs' counsel and requested consent to file the decertification motion in

excess of the page limits set by Local Rule 7.0(f).  Plaintiffs' counsel consented to the Moving

Defendants' request and did not oppose their motion requesting the excess pages. The Court

granted that unopposed motion for leave to exceed the page limits and the Moving Defendants

subsequently filed their decertification motion and their suggestions in support thereof, which totaled 26 pages.

3.      Plaintiffs submit that good cause exists for this request in that it is necessary for Plaintiffs to exceed the 15-page limit for suggestions in opposition to respond to the Moving Defendants' decertification motion and the arguments raised therein.

4.      The excess pages requested by Plaintiffs will not cause any hardship or prejudice to any party.

5.      Plaintiffs have conferred with counsel for the Moving Defendants regarding the requested excess pages and have been informed that they do not oppose the instant request for excess pages.

6.      This request has been made in good faith and is necessary for Plaintiffs to complete their suggestions in opposition.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order permitting them to file their Suggestions in Opposition to the Moving Defendants' *Motion to Decertify Class* of up to thirty (30) pages in length and for any other relief the Court deems just and proper.

Dated:  June 15, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:    */s/Bruce V. Nguyen*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com


**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned hereby certifies that on this the 15th day of June 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


            /s/ *Bruce V. Nguyen*