IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>  Defendants | Case No. 10-0189-CV-W-ODS |

**PLAINTIFFS' NOTICE REGARDING**
**EXHIBIT ATTACHMENT**

Exhibit AC, which is attached to *Plaintiffs' Suggestions in Opposition to Motion of Defendants Litton Loan Servicing, L.P. and JP Morgan Chase Bank, National Association, As Former Trustee to Decertify Class*, is being filed under seal pursuant to the Protective Order entered in this case. The paper copy of the Exhibit AC is being maintained in the case file in the Clerk's office.

Plaintiffs will provide an electronic copy of Exhibit AC all counsel of record via SendThisFile.

Dated: June 15, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By: ___*/s/ Kip D. Richards*_____
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com


**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 15th day of June 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


*/s/ Kip D. Richards*