JAY E. SUDDRETH & ASSOCIATES, INC.
Registered Professional Reporters
10104 West 105th Street, Suite 100
Overland Park, KS  66212-5755
(913) 492-0111

**\*\*CERTIFICATE OF SERVICE\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PREFERRED CREDIT CORPORATION, )<br>et al., )<br>)<br>Defendants. ) | Case No. 4:10-CV-00189-ODS |

\*\*\*\*\*\*
REPORTER'S CERTIFICATE
\*\*\*\*\*\*

I hereby certify that the deposition of WILLIAM RICHARD HUDSON was taken on behalf of Defendant Impac Funding Corporation on May 30, 2012 and is in the custody of:

Ms. Leslie A. Greathouse
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

Custody commencing on June 22, 2012.

The original cost taxed is $275.60; paid by the taking party.

s\ Ellen L. Stock
Reporter #891