**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **MICHAEL P. GILMOR, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 4:10-cv-189-ODS** |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2012 a true and correct copy of the following discovery responses were served via First Class U.S. Mail, postage prepaid on the attorneys of record listed below:

1.  Response of Defendant Impac Real Estate Asset Trust Series 2006-SD1 Company to Plaintiffs' First Request for Admissions

2.  Response of Defendant Deutsche Bank National Trust company in its Capacity as Indenture Trustee for the Impac Real Estate Asset Trust Series 2006-SD1 Company to Plaintiffs' First Request for Admissions

3.  Response of Defendant Deutsche Bank National Trust Company, Individually, to Plaintiffs' First Request for Admissions

4.  Response of Defendant Deutsche Bank National Trust Company in its Capacity as Former Indenture Trustee for Certain Trusts to Plaintiffs' First Request for Admissions

5.  Responses of Defendant Deutsche Bank National Trust Company, Individually, to Plaintiffs' Fifth Request for Production of Documents

6.  Responses of Defendant Deutsche Bank National Trust Company, in its Capacity as Former Indenture Trustee for Certain Trusts to Plaintiffs' Fifth Request for Production of Documents

7.  Responses of Defendant Deutsche Bank National Trust Company, in its Capacity as Indenture Trustee for The Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Fifth Request for Production of Documents

WA 3561094.1

8.      Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Fifth Request for Production of Documents

9.      Responses of Defendant Deutsche Bank National Trust Company, Individually, to Plaintiffs' Sixth Set of Interrogatories

10.     Responses of Defendant Deutsche Bank National Trust Company, in its Capacity as Former Trustee to Certain Trusts, to Plaintiffs' Sixth Set of Interrogatories

11.     Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Sixth Set of Interrogatories

12.     Responses of Defendant Deutsche Bank National Trust Company, in its Capacity as Indenture Trustee for the Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Sixth Set of Interrogatories

13.     Responses of Defendant Deutsche Bank National Trust Company, in its Capacity as Indenture Trustee of the Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Second Request for Admissions

14.     Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Second Request for Admissions

Attorneys of record:


R. Frederick Walters
David M. Skeens
Garret M. Hodes
J. Michael Vaughan
Kip D. Richards
Bruce V. Nguyen
R. Keith Johnston
Eric M. Shimamoto
Karen Wedel Renwick
Matthew Robert Crimmins
Walters, Bender, Strohbehn & Vaughan
2500 City Center Square; 1100 Main
Kansas City, Mo  64105
*Attorneys for Plaintiffs*

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106

Daniel J. Tobin, Esq.
Ballard Spahr LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD  20814

*Attorneys for Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured
Assets Corp., IMH Assets Corp, a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche
Bank National Trust Company, f/k/a Bankers Trust Company of California, NA,, Wells Fargo
Bank, N.A., f/k/a Wells Fargo Bank MN Na (in its capacity as former trustee for terminated trust
Impac Mortgage Pass-Through Certificates 2000-1), LaSalle National Bank in its capacity as
former owner trustee of terminated trust Impac CMB Trust Series 1999-1, Wingspan Portfolio
Advisors, LLC*

Anthony W. Bonuchi
Mark A. Olthoff
Michael S. Foster
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO  64105

Daniel J. Tobin, Esq.
Ballard Spahr LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD  20814

*Attorneys for Litton Loan Servicing LP*

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO  64105

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN  55402

*Attorneys for U.S. Bank National Association N.D., U.S. Bank National Association, Wilmington
Trust Company, Empire Funding Home Loan Owner Trust 1998-1, Countrywide Home Loans,
Inc., Ocwen Loan Servicing, LLC, f/k/a Ocwen Federal Bank, FSB*

WA 3561094.1

Randolph G. Willis
Rasmussen, Willis, Dickey & Moore LLC
9200 Ward Parkway, Suite 400
Kansas City, MO  64114

Anthony S. Newman
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Roy Arnold
Thomas L. Allen
Reed Smith, LLP-PA
Reed Smith Centre
225 Fifth Ave., Suite 1200
Pittsburgh, PA  15222

*Attorneys for Sovereign Bank*

Catesby A. Major
Irvin V. Belzer
Craig S. O'Dear
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO  64105

*Attorneys for Residential Funding Corporation*

Mark A. Olthoff
Michael S. Foster
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO  64105

*Attorneys for JP Morgan Chase Bank, f/k/a The Chase Manhattan Bank*

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO  64105

WA 3561094.1

Paul R. Dieseth
Peter W. Carter
Dorsey & Whitney LLP
50 South 6th St.
Suite 1500
Minneapolis, MN  55402

Harry S. Davis
Marcy Ressler Harris
Marguerite Ellsworth Gardiner
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022

*Attorneys for Credit Suisse First Boston Mortgage Securities Corp.*

Todd W. Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Mo  64108

*Attorneys for Defendant Wendover Financial Services Corporation and Third-Party Defendant Household Realty Corporation*

Barry F. MacEntee
Hinshaw & Culbertson
222 North LaSalle, Suite 300
Chicago, IL  60601

*Attorneys for Corus Bank NA*

Anthony W. Bonuchi
Mark A. Olthoff
Polsinelli Shughart PC
120 West 12th Street
Twelve Wyandotte Plaza
Kansas City, MO  64105

*Attorneys for BAC Home Loan Servicing, L.P., f/k/a Countrywide Home Loan Servicing, L.P.*

5

WA 3561094.1

Leslie A. Greathouse
Nathan A. Orr
J. Loyd Gattis, III
Spencer Fane Britt & Browne LLP
1000 Walnut; Suite 1400
Kansas City, MO 64106-2140

*Attorneys for Preferred Mortgage Trusts 1996-1, 1996-2,1997-1, Preferred Mortgage Asset-Backed Certificates, Series 1996-2, 1997-1, 1996-1, Deutsche Bank Trust Company Americas, f/k/a Bankers Trust Company*

Leslie A. Greathouse
Spencer Fane Britt & Browne LLP
1000 Walnut; Suite 1400
Kansas City, MO 64106-2140

*Attorney for Real Time Resolutions, Inc.*

Daniel L. McClain
Michele F. Sutton
Scharnhorst, Ast & Kennard, PC
1000 Walnut; Suite 1550
Kansas City, MO 64106

*Attorneys for JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC, EMC Mortgage LLC, f/k/a EMC Mortgage Corporation*

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106

*Attorneys for Impac Real Estate Asset Trust Series 2006-SDI, Impac Secured Assets CMN Trusts Series 1998-1, Impac Mortgage Holdings Asset Corporation, Impac CMB Trust Series 1991, 2000-2, 2001-4, 2002-1, 2003-5*

WA 3561094.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


/s/Barry L. Pickens
Barry L. Pickens          MO # 43379
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut; Suite 1400
Kansas City, MO 64106
bpickens@spencerfane.com

*Attorneys for Impac Real Estate Asset Trust Series 2006-SDI, Deutsche Bank National Trust Company*

WA 3561094.1