IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

Case No: 4:10-CV-00189-ODS

## CERTIFICATE OF SERVICE

Defendant Litton Loan Servicing, L.P. ("Litton"), hereby certifies that it served its Responses and Objections to Plaintiffs' Fourth Request for Production of Documents, Responses and Objections to Plaintiffs' Third Request for Production of Documents, and Answers and Objections to Plaintiffs' Second Set of Interrogatories this 27th day of June, 2012, upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for Plaintiffs, via United States mail, postage prepaid, with copies delivered to all counsel of record via United States mail, postage prepaid.

Respectfully submitted,


_Mark A. Olthoff_
MARK A. OLTHOFF           MO #38572
ANTHONY BONUCHI          MO #57838
MICHAEL S. FOSTER         MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri  64105
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR DEFENDANT LITTON
LOAN SERVICING, L.P.

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served via United States mail, postage prepaid, this 27th day of June, 2012, to:

R. Frederick Walters, Esq.
Kip D. Richards, Esq.
David M. Skeens, Esq.
Garrett M. Hodes, Esq.
Walters Bender Strohbehn & Vaughan
2500 City Center Square
1100 Main Street
Kansas City, MO  64105

Attorneys for Plaintiffs

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO  64105

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney LLP
50 South 6th, Suite 1500
Minneapolis, MN  55402-149

Attorneys for Defendants U.S. Bank National Association and U.S. Bank National Association ND

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO  64105

Peter W. Carter, Esq.
Paul R. Dieseth, Esq.
Dorsey & Whitney LLP
50 South 6th, Suite 1500
Minneapolis, MN  55402-149

Attorneys for Defendants Empire Funding Home Loan Owner Trust 1998-1, Wilmington Trust Company as Trustee and U.S. Bank National Association as Trustee
3
3139832.1   Case 4:10-cv-00189-ODS   Document 584   Filed 06/27/12   Page 3 of 5

Barry L. Pickens, Esq.
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane
7th Floor
Bethesda, MD 20814

Attorneys for Defendants Impac Funding Corp., Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., IMH Assets Corp. a/k/a Impac Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, Wells Fargo Bank N.A. f/k/a Wells Fargo Bank, MN, N.A. (in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1), and LaSalle National Bank (in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1), Wingspan

Leslie A. Greathouse, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Attorneys for Defendants Deutsche Bank Trust Company Americas, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1

Randolph G. Willis, Esq.
Rasmussen, Willis, Dickey & Moore, LLC
9200 Ward Parkway, Suite 400
Kansas City, MO 64114

Thomas L. Allen, Esq.
Roy W. Arnold, Esq.
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Attorneys for Sovereign Bank

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Harry S. Davis, Esq.
Marcy Ressler Harris, Esq.
Marguerite Gardiner, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Attorneys for Defendant Credit Suisse First Boston Mortgage Securities Corp.

Mark A. Olthoff, Esq.
Anthony Bonuchi, Esq.
Polsinelli Shughart PC
1700 Twelve Wyandotte Plaza
120 W. 12th St.
Kansas City, MO 64105

Attorneys for Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB

Todd W. Ruskamp, Esq.
Shook, Hardy & Littonon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Attorneys for Wendover Financial Services Corporation

        /s/ Mark A. Olthoff
       Attorney for Litton Loan Servicing, L.P.