IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 10-0189-CV-W-ODS |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUGGESTIONS IN SUPPORT IN EXCESS OF PAGE LIMITS ALLOWED BY LOCAL RULE**

Plaintiffs respectfully move the Court for an Order permitting them to file, with respect to the class action settlement with Defendants Credit Suisse First Boston Mortgage Securities Corporation, Deutsche Bank Trust Company Americas, formerly known as Bankers Trust Company, individually and in its capacities as trustee of the Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1 (collectively, the "Settling Defendants") the following: (1) Suggestions in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and (2) Suggestions in Support of Motion and Application for Award of Attorneys' Fees, Litigation Expenses, and Court Costs, that are up to thirty-five (35) pages and forty (40) pages in length, respectfully.

In support of this Unopposed Motion, Plaintiffs state as follows:

**SUGGESTIONS IN SUPPORT**

1.     Plaintiffs are set to file their Motion for Final Approval of Class Action Settlement, Motion and Application for Award of Attorneys' Fees, Litigation Expenses, and

Court Costs, and Motion and Application for Incentive Award to Named Plaintiffs Kevin and Susan Schaefer, David and Nicole Warkentien, and John and Jeanne Rumans on July 2, 2012, consistent with the Court's Order Preliminarily Approving Class Action Settlement (Doc. 485).

2. Plaintiffs seek leave to file Suggestions in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement that are no more than thirty-five (35) pages and thus in excess of the 15 pages permitted by Local Rule 7.0(f).

3. Plaintiffs also seek leave to file Suggestions in Support of Motion and Application for Award of Attorneys' Fees, Litigation Expenses, and Court Costs that are no more than forty (40) pages and thus also in excess of the 15 pages permitted by Local Rule 7.0(f).

4. There is good cause to grant this Motion. The additional pages requested for the Suggestions in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and in Plaintiffs' Suggestions in Support of Motion and Application for Award of Attorneys' Fees, Litigation Expenses, and Court Costs are necessary in order for Plaintiffs to diligently address each of the requirements of Federal Rule 23 and governing case law as they apply to their request for final approval of the class action settlement with the Settling Defendants, and separately, to their application for award of attorneys' fees, litigation expenses and costs. The Suggestions will facilitate the Court's understanding and analysis of the class action settlement with the Settling Defendants and the reasons why it should be given final approval.

5. Plaintiffs have conferred with counsel for the defendants regarding the requested excess pages and have been informed that they do not oppose the instant request for excess pages.

6. The excess pages requested by Plaintiffs will not cause any hardship or prejudice to any party.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order permitting them to file (1) Suggestions in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement of up to thirty-five (35) pages in length and (2) Suggestions in Support of Motion and Application for Award of Attorneys' Fees, Litigation Expenses, and Court Costs of up to forty (40) pages in length, and for any other relief the Court deems just and proper.

Dated:  June 29, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:   /s/Bruce V. Nguyen
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on this the 29th day of June 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


                                              /s/ *Bruce V. Nguyen*