UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 4:10-cv-00189-ODS<br>) |
| PREFERRED CREDIT CORPORATION, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY SUGGESTIONS
IN EXCESS OF PAGE LIMITATION**

Defendants[1] respectfully move the Court for leave to file Reply Suggestions in Further Support of Motion to Decertify Class in excess of the page limit set forth in Local Rule 7.0(f). In support of this request, which is unopposed, Defendants state as follows:

1. Local Rule 7.0(f) permits a party to file reply suggestions in further support of motions in excess of ten pages with "permission of the Court." Defendants seek leave to file Reply Suggestions in Further Support of Motion to Decertify Class in excess of the ten (10) page limit set forth in Local Rule 7.0(f).

2. Defendants respectfully submit that good cause exists for this request. Plaintiffs' suggestions in opposition are 41 pages in length, not including exhibits. The motion to decertify is critically important to the case, and Defendants request an opportunity to respond fully to Plaintiffs' arguments.

---

[1] The Moving Defendants include Impac Funding Corporation ("IFC") and the other entities listed in counsel's signature block. The moving parties consulted counsel for Plaintiffs, who consented to the relief sought herein.

3. Defendants accordingly request leave to file Reply Suggestions in Further Support of their Motion to Decertify Class that do not exceed 20 pages in length.

4. This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

5. Defendants have contacted counsel for Plaintiffs, who consent to the requested relief.

WHEREFORE, Defendants respectfully request the Court grant them leave to file Reply Suggestions in Further Support of the Motion to Decertify Class of up to 20 pages in length.

June 29, 2012

/s/ Barry L. Pickens
Barry L. Pickens, Esq.　　　　　MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
bpickens@spencerfane.com


/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299
tobindj@ballardspahr.com

*Attorneys for Defendants Impac Mortgage Holdings, Inc.; Impac Funding Corporation; Impac Secured Assets Corporation; IMH Assets Corporation; Impac Real Estate Asset Trust Series 2006-SD1; Deutsche Bank National Trust Company, in its capacity as trustee for the 2006-SD1 Trust and as former trustee for the following trusts, all of which have terminated: Impac Secured Assets CMN Trust Series 1998-1, Impac CMB Trust*

*Series 1999-2, Impac CMB Trust Series 2000-2, Impac CMB Trust Series 2001-4, Impac CMB Trust Series 2002-1, and Impac CMB Trust Series 2003-5; Bank of America, National Association, as successor by merger to LaSalle National Bank, in its capacity as former trustee of terminated trust Impac CMB Trust Series 1999-1; Wells Fargo Bank, N.A., in its capacity as former trustee for terminated trust Impac Mortgage Pass-Through Certificates 2000-1; and Wingspan Portfolio Advisors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Barry L. Pickens

DMEAST #15273353 v1