# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## AMENDED NOTICE TO TAKE CONTINUED VIDEOTAPED DEPOSITION OF IMPAC FUNDING CORPORATION

To: Daniel J. Tobin
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Suite 350
Bethesda, Maryland 20814

Barry L. Pickens
Spencer, Fane, Britt & Browne, LLP
1000 Walnut St., Suite 1400
Kansas City, Missouri 64106

Attorneys for Impac Funding Corporation

**YOU ARE HEREBY NOTIFIED** that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs will take the continued deposition of **Impac Funding Corporation** at Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, CA 92626 (714) 668-0166, on **Monday, July 16, 2012 at 9:00 p.m.,** and shall continue thereafter from day to day, or on such other dates as the parties may agree, until concluded.

The deposition will be recorded by stenographic and sound-and-visual means. Mike Cooper of Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, CA 92626 is expected to be the recording technician.

A list of the matters upon which the representative(s) will continue to be examined is attached as **Exhibit A** to the *Second Amended Notice of Video Deposition* (Doc. 374).

Dated: July 5, 2012

> Respectfully submitted,
>
> WALTERS BENDER STROHBEHN
>  & VAUGHAN, P.C.
>
>
> By: */s/ Kip D. Richards*
>     R. Frederick Walters – Mo. Bar 25069
>     Kip D. Richards – Mo. Bar 39743
>     David M. Skeens – Mo. Bar 35728
>     Karen W. Renwick – Mo. Bar 41271
>     J. Michael Vaughan Mo. – Bar 24989
>     Garrett M. Hodes – Mo. Bar 50221
>     Matthew R. Crimmins – Mo. Bar 53138
>     Bruce V. Nguyen – Mo. Bar 52893
>     2500 City Center Square
>     1100 Main Street
>     P.O. Box 26188
>     Kansas City, MO  64196
>     (816) 421-6620
>     (816) 421-4747 (Facsimile)
>     fwalters@wbsvlaw.com
>     krichards@wbsvlaw.com
>     dskeens@wbsvlaw.com
>     krenwick@wbsvlaw.com
>     mvaughan@wbsvlaw.com
>     ghodes@wbsvlaw.com
>     mcrimmins@wbsvlaw.com
>     bnguyen@wbsvlaw.com
>
> **ATTORNEYS FOR PLAINTIFFS**
> **AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 5th day of July 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


                                          */s/ Kip D. Richards*