THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

**THIRD AMENDED NOTICE OF VIDEOTAPED DEPOSITION**
**PURSUANT TO SUBPOENA IN A CIVIL ACTION**

PLEASE TAKE NOTICE that Plaintiffs in this civil action will take the deposition of Jo Ann Niffenegger pursuant to Federal Rules of Civil Procedure at the offices of **Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, California 92626,** on Tuesday, July 17, 2012. The deposition will begin promptly at 9:00 a.m. and shall continue thereafter from day to day until concluded. The deposition will be recorded by stenographic and sound-and-visual means. Mike Cooper of Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, CA, is expected to be the recording technician.

Dated: July 5, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ Kip D. Richards*
R. Frederick Walters – Mo. Bar 25069
J. Michael Vaughan Mo. – Bar 24989
Kip D. Richards – Mo. Bar 39743
David M. Skeens – Mo. Bar 35728
Karen W. Renwick – Mo. Bar 41271
Garrett M. Hodes – Mo. Bar 50221
Matthew R. Crimmins – Mo. Bar 53138
Bruce V. Nguyen – Mo. Bar 52893
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO  64196
(816) 421-6620
(816) 421-4747 (Facsimile)
fwalters@wbsvlaw.com
mvaughan@wbsvlaw.com
krichards@wbsvlaw.com
dskeens@wbsvlaw.com
krenwick@wbsvlaw.com
ghodes@wbsvlaw.com
mcrimmins@wbsvlaw.com
bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 5th day of July, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.  In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247

/s/ *Kip D. Richards*