# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE OF PRODUCTION OF DOCUMENTS

Defendants Litton Loan Servicing, LP and JP Morgan Chase Bank, National Association ("JPMC") as former trustee hereby certifies that they served their Second Request for Production of Documents to Plaintiffs this 6th day of July, 2012, upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for Plaintiffs, via United States mail, postage prepaid, with copies delivered to all counsel of record via United States mail, postage prepaid.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF          MO #38572
ANTHONY BONUCHI          MO #57838
MICHAEL S. FOSTER        MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR LITTON LOAN
SERVICING, L.P. AND JP MORGAN CHASE
BANK, NATIONAL ASSOCIATION, AS
FORMER TRUSTEE

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 6th day of July, 2012, to all counsel of record.

      /s/ Mark A. Olthoff
      Attorney for Litton Loan Servicing, L.P.,
      J.P. Morgan Chase Bank, National Association,
      as former trustee

3143410.1

3

Case 4:10-cv-00189-ODS   Document 602   Filed 07/06/12   Page 3 of 3