# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
  et al.,

                    Plaintiffs,                     Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                    Defendants.

## <u>AMENDED NOTICE OF DEPOSITION</u>

      PLEASE TAKE NOTICE that Plaintiffs in this civil action will take the deposition of John Woodruff pursuant to Federal Rules of Civil Procedure at the offices of **Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, California 92626,** on Wednesday, July 18, 2012. The deposition will begin promptly at 1:00 p.m**.,** or at the conclusion of John "JB" Shurance's deposition, if earlier, and shall continue thereafter from day to day, or on such other dates as the parties may agree, until concluded.

      Dated: July 9, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By:  */s/ Kip D. Richards*
        R. Frederick Walters – Mo. Bar 25069
        J. Michael Vaughan Mo. – Bar 24989
        Kip D. Richards – Mo. Bar 39743
        David M. Skeens – Mo.  Bar 35728
        Karen W. Renwick – Mo. Bar 41271
        Garrett M. Hodes – Mo. Bar 50221
        Matthew R. Crimmins – Mo. Bar 53138
        Bruce V. Nguyen – Mo. Bar 52893
        2500 City Center Square
        1100 Main Street
        P.O. Box 26188
        Kansas City, MO  64196
        (816) 421-6620
        (816) 421-4747 (Facsimile)
        fwalters@wbsvlaw.com
        mvaughan@wbsvlaw.com
        krichards@wbsvlaw.com
        dskeens@wbsvlaw.com
        krenwick@wbsvlaw.com
        ghodes@wbsvlaw.com
        mcrimmins@wbsvlaw.com
        bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 9th day of July, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.  In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247

        */s/ Kip D. Richards*