THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

## NOTICE OF VIDEOTAPED DEPOSITION
## PURSUANT TO SUBPOENA IN A CIVIL ACTION

PLEASE TAKE NOTICE that Plaintiffs in this civil action will take the deposition of Walter F. Villaume, III, pursuant to Federal Rules of Civil Procedure at the offices of **Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, California 92626,** on Thursday, July 19, 2012. The deposition will begin promptly at 1:00 p.m. and shall continue thereafter from day to day until concluded. The deposition will be recorded by stenographic and sound-and-visual means. Mike Cooper of Esquire Solutions, 535 Anton Boulevard, Suite 400, Costa Mesa, CA, is expected to be the recording technician.

Dated: July 12, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:     */s/ Kip D. Richards*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com


**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 12th day of July 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

/s/ *Kip D. Richards*