THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:10-cv-00189-0DS<br>) |
| PREFERRED CREDIT CORPORATION, et al., | )<br>) |
| Defendants. | ) |

**DECLARATION OF TRUSTEE REGARDING SETTLEMENT**

I, Vaheh Bashikian, declare:

1. I am employed as a Trust Administrator by Defendant Deutsche Bank Trust Company Americas, formerly known as Bankers Trust Company ("DBTCA"). I understand that DBTCA is a defendant in this case in its capacities as trustee of the Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1 (DBTCA, in these capacities, referred to collectively herein as "Trustee"; the three trusts referred to herein as "the Preferred Trusts"). I am the Trust Administrator for the Preferred Trusts.

2. I submit this declaration upon personal knowledge to demonstrate the compliance of the Preferred Trusts with the requirements of the Settlement and Release Agreement.

3. On April 13, 2012, I prepared the investor notices and sent them via Federal Express to the rating agencies on Schedule A hereto and to the registered holders of the following CUSIPS: PR9601001, PR9601002, PR9601003, PR9602101, PR9602102, PR9602103, PR9701101, and PR9701102.

/ / /

/ / /

4. All of the investor notices were returned as undeliverable by Federal Express. There are not updated addresses available for the registered holders.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Executed on July 27, 2012 in Santa Ana, California.

_____
Vaheh Bashikian

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of ___Orange___

On __7/27/12__ before me, __Sammi S. McKoy, a Notary Public__,
(Here insert name and title of the officer)
personally appeared __VAHEH BASHIKIAN__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

SAMMI S. MCKOY
Commission # 1868477
Notary Public - California
Los Angeles County
My Comm. Expires Oct 17, 2013

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

__Declaration of__
(Title or description of attached document)

__Trustee Resettlement__
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

__Preferred Mortgage__
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com