IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. & SHELLIE GILMOR, et al., )
                Plaintiff, ) Case No. 10-0189-CV-W-ODS
   vs. )
                              ) Date: 07/30/2012
                              )
PREFERRED CREDIT CORP., et al., )
                Defendant. )

MINUTE SHEET

HONORABLE ORTRIE D. SMITH presiding at Kansas City, Missouri.
========================================================================
Nature of Proceeding: Partial Settlement Hearing
Time Commenced: 2:30 p.m.                         Time Terminated: 3:15 p.m.
Actual Time: 45 minutes
Contested:           Non-contested: X
Plaintiff by: Frederick Walter and Garrett Hodes   Defendant by: Loyd Gattis & Brian Kohn

                                                               WITNESS
REMARKS: All parties present. Court reviews file. Plaintiff statement. Defendants statement. Court orally approves partial settlement. Court recess 3:15 p.m.

Court Reporter: Cynthia Johnson                         By: Eva Will-Fees CRD