# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF DEPOSITION OF JOSEPH AND AMY BLACK

Defendant Litton Loan Servicing, L.P. by and through its attorneys, hereby gives notice that it will take the deposition upon oral examination of Plaintiffs Joseph and Amy Black on August 10, 2012, at 10:30 a.m., at the offices of Walters, Bender, Strohbehn & Vaughan, P.C., 2500 City Center Square, 1100 Main Street, Kansas City, MO. The deposition is being taken for purposes of discovery and for use as evidence at trial. The deposition will be transcribed by a certified court reporter, and will continue from day to day until completed.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF           MO #38572
ANTHONY BONUCHI           MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

ATTORNEYS FOR LITTON LOAN SERVICING, L.P.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 6th day of August, 2012, to all counsel of record.

      /s/ Mark A. Olthoff
      Attorney for Litton Loan Servicing, L.P.