IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:10-cv-00189-ODS |
| PREFERRED CREDIT CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE**

COMES NOW Leslie A. Greathouse of the law firm Spencer Fane Britt & Browne LLP and enters her appearance on behalf of Defendant Deutsche Bank National Trust Company. Ms. Greathouse and the lawyers of Morgan, Lewis & Bockius LLP listed below (pro hac vice applications to be filed) are appearing as co-counsel for Defendant Deutsche Bank National Trust Company.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Leslie A. Greathouse
Leslie A. Greathouse         MO #48431
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
lgreathouse@spencerfane.com
(816) 474-8100 (Telephone)
(816) 474-3216 (Facsimile)

and

Rollin R Chippey, II
Benjamin P. Smith
Christopher J. Banks
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

*Attorneys for Defendant Deutsche Bank National Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 6th day of August, 2012.

/s/ Leslie A. Greathouse

*Attorney for Defendant Deutsche Bank National Trust Company*