IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Leslie A. Greathouse, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Christopher J. Banks, an attorney admitted to practice in the United States District Court for the Southern District of California, the Northern District of California and the Central District of California and the State of California but not admitted to the Bar of this court, who will be counsel for the Defendant Deutsche Bank National Trust Company in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____  48431
Signature of Movant/Attorney   MO Bar Number

8/6/2012                       1000 Walnut Street; Suite 1400; Kansas City, MO 64106
Date                           Address

816.474.8100
Phone

### Affidavit of Proposed Admittee

I, Christopher Banks, am currently a member in good standing of the bars of the United States District Court for the Southern District of California, the Northern District of California and the Central District of California and the State of California, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):                Case Title(s)
10-0189-CV-W-ODS               Gilmor v. Preferred Credit Corp.

Date                           (Signature of Admittee)
August 6, 2012
State Bar Number   218779
District Court Bar Number N/A
Phone   415.442.1000           Address
E-Mail   cbanks@morganlewis.com   One Market Street, Spear Street Tower
                               San Francisco, CA 94105

Pursuant to WDMO Local Rule 83.5(l) a fee of $100 is required for each case in which the attorney is seeking admittance.