# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Leslie A. Greathouse, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Rollin B. Chippey II, an attorney admitted to practice in the United States District Court for the Southern District of California, the Northern District of California and the Central District of California and the State of California but not admitted to the Bar of this court, who will be counsel for the Defendant Deutsche Bank National Trust Company in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____  
Signature of Movant/Attorney

48431  
MO Bar Number

8/6/2012  
Date

1000 Walnut Street; Suite 1400; Kansas City, MO 64106  
Address

816.474.8100  
Phone

### Affidavit of Proposed Admittee

I, Rollin B. Chippey, II, am currently a member in good standing of the bars of the United States District Court for the Southern District of California, the Northern District of California and the Central District of California and the State of California, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):  
10-0189-CV-W-ODS

Case Title(s):  
Gilmor v. Preferred Credit Corp.

Date  
8/6/12

State Bar Number 107491  
District Court Bar Number N/A  
Phone 415.442.1000  
E-Mail rchippey@morganlewis.com

(Signature of Admittee)

Address  
One Market Street, Spear Street Tower  
San Francisco, CA 94105

Pursuant to WDMO Local Rule 83.5(l) a fee of $100 is required for each case in which the attorney is seeking admittance.