# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-cv-00189-0DS** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

Defendant Deutsche Bank National Trust Company hereby certifies, through counsel, that on this 13th day of August, 2012, true and correct copies of the below-listed discovery responses were served via first class mail, postage prepaid, upon counsel of record set forth on the service list below.

- Second Supplemental Responses of Defendant Deutsche Bank National Trust Company to Plaintiffs' First Set of Interrogatories

- Second Supplemental Responses of Defendant Deutsche Bank National Trust Company to Plaintiffs' Interrogatories

- Second Supplemental Responses of Defendant Deutsche Bank National Trust Company to Plaintiffs' Interrogatories and Requests for Production

- Response of Defendant Deutsche Bank National Trust Company, in its Capacity as Former Indenture Trustee, to Plaintiffs' Sixth Request for Production of Documents

- Response of Defendant Deutsche Bank National Trust Company, in its Individual Capacity, to Plaintiffs' Sixth Request for Production of Documents

- Response of Defendant Deutsche Bank National Trust Company, in its Capacity as Former Indenture Trustee, to Plaintiffs' Sixth Request for Production of Documents

- Document Production Disc

WA 3656957.1

| | |
|---|---|
| R. Frederick Walters<br>Kip D. Richards<br>Walters Bender Strohbehn & Vaughan, PC<br>1100 Main Street<br>Suite 2500<br>Kansas City, MO 64196<br>(816) 421-6620<br>Fax: 816-421-4747<br>**ATTORNEYS FOR PLAINTIFFS** | Irvin Victor Belzer<br>Craig S. O'Dear<br>Catesby Ann Major<br>Bryan Cave, LLP-KCMO<br>1200 Main Street<br>Suite 3500<br>Kansas City, MO 64105<br>(816) 374-3200<br>Fax: (816) 374-3300<br>Email: catesby.major@bryancave.com<br>**Attorneys for Residential Funding Corporation** |
| Todd W. Ruskamp<br>Shook, Hardy & Bacon, LLP-Grand<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816)474-6550<br>Fax: (816)421-5547<br>Email: truskamp@shb.com<br>ATTORNEY TO BE NOTICED<br>**Attorneys for Wendover Financial Services Corporation and Household Realty Corporation** | Daniel L. McClain<br>Michele F. Sutton<br>Scharnhorst, Ast & Kennard, PC<br>1000 Walnut St.<br>Suite 1550<br>Kansas City, MO 64106<br>(816) 268-9411<br>Fax: (816) 268-9409<br>Email: dlm@sakfirm.com<br>**Attorneys for JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC and EMC Mortgage LLC, f/k/a EMC Mortgage Corporation** |
| Peter W. Carter<br>Paul R. Dieseth<br>Dorsey & Whitney LLP<br>50 South 6th<br>Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-2600<br>Fax: 612-340-2807<br>Email: dieseth.paul@dorsey.com<br>**Attorneys for U.S. Bank National Association N.D., U.S. Bank National Association, Wilmington Trust Company, Empire Funding Home Loan Owner Trust 1998-1, Countrywide Home Loans, Inc., Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB** | Mark A. Olthoff<br>Polsinelli Shughart PC - 1700<br>Twelve Wyandotte Plaza<br>120 W. 12th Street<br>Suite 1700<br>Kansas City, MO 64105<br>(816) 374-0538<br>Fax: (816) 817-1862<br>Email: abonuchi@polsinelli.com<br>**Attorneys for Litton Loan Servicing LP, U.S. Bank National Association N.D., U.S. Bank National Association, Wilmington Trust Company, Empire Funding Home Loan Owner Trust 1998-1, JP Morgan Chase Bank f/k/a The Chase Manhattan Bank, Countrywide Home Loans, Inc., Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB, BAC Home Loan Servicing, L.P. f/k/a Countrywide Home Loan Servicing, L.P.** |

WA 3656957.1

| | |
|---|---|
| Barry F. MacEntee<br>Hinshaw & Culbertson-Chicago<br>222 North LaSalle<br>Suite 300<br>Chicago, IL 60601<br>(312) 704-3304<br>Fax: (312) 704-3001<br>Email: bmacentee@hinshawlaw.com<br>**Attorneys for Corus Bank NA** | |
| Randolph G. Willis<br>Rasmussen, Willis, Dickey & Moore, LLC<br>9200 Ward Parkway<br>Suite 400<br>Kansas City, MO 64114<br>(816)960-1611<br>Fax: (816)960-1669<br>Email: rwillis@rwdmlaw.com<br><br>and<br><br>Thomas L. Allen<br>Roy Arnold<br>Reed Smith, LLP-PA<br>Reed Smith Centre<br>225 Fifth Ave., Ste. 1200<br>Pittsburgh, PA 15222<br>(412) 288-3131<br>Fax: (412)288-3063<br>Email: rarnold@reedsmith.com<br>**Attorneys for Sovereign Bank** | Daniel J. Tobin<br>Ballard Spahr, LLP<br>4800 Montgomery Lane<br>Suite 700<br>Bethesda, MD 20814<br>301-664-6200<br>Email: tobindj@ballardspahr.com<br><br>and<br><br>Barry L Pickens<br>Spencer Fane Britt & Browne<br>1000 Walnut Street<br>Suite 1400<br>Kansas City, MO 64106-2140<br>(816) 474-8100<br>Fax: (816)474-3216<br>**Attorneys for IMPAC Funding Corporation, IMPAC Mortgage Holdings, Inc., IMPAC Secured Assets Corp., IMH Assets Corp a/k/a Impact Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f//k/a Bankers Trust Company of California N A, Wells Fargo Bank N.A. f//k/a Wells Fargo Bank MN NA (in its capacity as fromer trustee for terminated trust Impac Mortgate Pass-Through Certificates 2000-1), Lasalle National Bank in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1, Wingspan Porfolio Advisors, LLC, Impac Real Estate Asset Trust Series 2006-SD1** |

WA 3656957.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP
/s/ Leslie A. Greathouse
Leslie A. Greathouse   MO #48431
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
lgreathouse@spencerfane.com
(816) 474-8100 (Telephone)
(816) 474-3216 (Facsimile)

and


Rollin R Chippey, II
Benjamin P. Smith
Christopher J. Banks
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)
Attorneys for Defendant Deutsche Bank
National Trust Corporation

4

WA 3656957.1