# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs in this civil action will pursuant to the parties' agreement take the deposition of David Lykken pursuant to Federal Rules of Civil Procedure at the offices of **Spencer Fane Britt & Browne LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2140 on August 24, 2012.**

The deposition will begin at 9:00 a.m. and shall continue thereafter from day to day until concluded. The deposition will be recorded by stenographic means.

A list of the documents and tangible things that that Mr. Lykken is requested to produce at the deposition is attached.

Dated: August 14, 2012

1

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:    */s/ Kip D. Richards*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com


**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 14th day of August 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

                          */s/ Kip D. Richards*

## **DOCUMENTS TO PRODUCE**

1. All communications with any party or counsel to this lawsuit that:

    a. Relate to the services you have been retained to provide in this case and the amount of compensation charged for those services;

    b. Identify facts or data that the parties' counsel provided to you and that you considered in forming your opinions in this matter;

    c. Identify assumptions that the parties' counsel provided to you and that you relied on in forming your opinions in this matter.