IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:10-cv-00189-0DS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendant Impac Real Estate Asset Trust Series 2006-SD1 ("Impac 2006-SD1") hereby certifies, through counsel, that on the 13th day of August, 2012, true and correct copies of Defendant Impac 2006-SD1's following discovery responses were served via first class mail, postage prepaid, upon counsel of record set forth on the service list below.

1. Supplemental Responses to Plaintiffs' First Set of Interrogatories to Impac Real Estate Asset Trust Series 2006-SD1;

2. Supplemental Responses to Plaintiffs' First Request for Production of Documents to Impac Real Estate Asset Trust Series 2006-SD1;

3. Supplemental Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Second Set of Interrogatories; and

4. Supplemental Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Second Request for Production of Documents.

| | |
|---|---|
| R. Frederick Walters<br>Kip D. Richards<br>Walters Bender Strohbehn & Vaughan, PC<br>1100 Main Street<br>Suite 2500<br>Kansas City, MO 64196<br>(816) 421-6620<br>Fax: 816-421-4747<br>**ATTORNEYS FOR PLAINTIFFS** | Irvin Victor Belzer<br>Craig S. O'Dear<br>Catesby Ann Major<br>Bryan Cave, LLP-KCMO<br>1200 Main Street<br>Suite 3500<br>Kansas City, MO 64105<br>(816) 374-3200<br>Fax: (816) 374-3300<br>Email: catesby.major@bryancave.com<br>**Attorneys for Residential Funding Corporation** |
| Todd W. Ruskamp<br>Shook, Hardy & Bacon, LLP-Grand<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816)474-6550<br>Fax: (816)421-5547<br>Email: truskamp@shb.com<br>ATTORNEY TO BE NOTICED<br>**Attorneys for Wendover Financial Services Corporation and Household Realty Corporation** | Daniel L. McClain<br>Michele F. Sutton<br>Scharnhorst, Ast & Kennard, PC<br>1000 Walnut St.<br>Suite 1550<br>Kansas City, MO 64106<br>(816) 268-9411<br>Fax: (816) 268-9409<br>Email: dlm@sakfirm.com<br>**Attorneys for JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC and EMC Mortgage LLC, f/k/a EMC Mortgage Corporation** |
| Peter W. Carter<br>Paul R. Dieseth<br>Dorsey & Whitney LLP<br>50 South 6th<br>Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-2600<br>Fax: 612-340-2807<br>Email: dieseth.paul@dorsey.com<br>**Attorneys for U.S. Bank National Association N.D., U.S. Bank National Association, Wilmington Trust Company, Empire Funding Home Loan Owner Trust 1998-1, Countrywide Home Loans, Inc., Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB** | Mark A. Olthoff<br>Polsinelli Shughart PC - 1700<br>Twelve Wyandotte Plaza<br>120 W. 12th Street<br>Suite 1700<br>Kansas City, MO 64105<br>(816) 374-0538<br>Fax: (816) 817-1862<br>Email: abonuchi@polsinelli.com<br>**Attorneys for Litton Loan Servicing LP, U.S. Bank National Association N.D., U.S. Bank National Association, Wilmington Trust Company, Empire Funding Home Loan Owner Trust 1998-1, JP Morgan Chase Bank f/k/a The Chase Manhattan Bank, Countrywide Home Loans, Inc., Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank, FSB, BAC Home Loan Servicing, L.P. f/k/a Countrywide Home Loan Servicing, L.P.** |

| | |
|---|---|
| Barry F. MacEntee<br>Hinshaw & Culbertson-Chicago<br>222 North LaSalle<br>Suite 300<br>Chicago, IL 60601<br>(312) 704-3304<br>Fax: (312) 704-3001<br>Email: bmacentee@hinshawlaw.com<br>**Attorneys for Corus Bank NA** | |
| Randolph G. Willis<br>Rasmussen, Willis, Dickey & Moore, LLC<br>9200 Ward Parkway<br>Suite 400<br>Kansas City, MO 64114<br>(816)960-1611<br>Fax: (816)960-1669<br>Email: rwillis@rwdmlaw.com<br><br>and<br><br>Thomas L. Allen<br>Roy Arnold<br>Reed Smith, LLP-PA<br>Reed Smith Centre<br>225 Fifth Ave., Ste. 1200<br>Pittsburgh, PA 15222<br>(412) 288-3131<br>Fax: (412)288-3063<br>Email: rarnold@reedsmith.com<br>**Attorneys for Sovereign Bank** | Daniel J. Tobin<br>Ballard Spahr, LLP<br>4800 Montgomery Lane<br>Suite 700<br>Bethesda, MD 20814<br>301-664-6200<br>Email: tobindj@ballardspahr.com<br><br>and<br><br>Barry L Pickens<br>Spencer Fane Britt & Browne<br>1000 Walnut Street<br>Suite 1400<br>Kansas City, MO 64106-2140<br>(816) 474-8100<br>Fax: (816)474-3216<br>**Attorneys for IMPAC Funding Corporation, IMPAC Mortgage Holdings, Inc., IMPAC Secured Assets Corp., IMH Assets Corp a/k/a Impact Mortgage Holdings Asset Corporation, Deutsche Bank National Trust Company f//k/a Bankers Trust Company of California N A, Wells Fargo Bank N.A. f//k/a Wells Fargo Bank MN NA (in its capacity as fromer trustee for terminated trust Impac Mortgate Pass-Through Certificates 2000-1), Lasalle National Bank in its capacity as former owner trustee of terminated trust Impac CMB Trust Series 1999-1, Wingspan Porfolio Advisors, LLC, Impac Real Estate Asset Trust Series 2006-SD1** |

Respectfully submitted,

/s/ Barry L. Pickens
Barry L. Pickens, Esq.    MO #43379
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  (816) 474-8100
Facsimile:  (816) 474-3216

and

Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone:  (301) 664-6200
Facsimile:  (301) 664-6299


*Attorneys for Defendant lmpac Real Estate Asset Trust Series 2006-SD1*