IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:10-cv-00189-0DS ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

Defendant Impac Real Estate Asset Trust Series 2006-SD1 ("Impac 2006-SD1") hereby certifies, through counsel, that on the 14th day of August, 2012, true and correct copies of Defendant Impac 2006-SD1's following discovery responses were served via hand delivery, upon counsel for plaintiffs.

1. Supplemental Responses to Plaintiffs' First Set of Interrogatories to Impac Real Estate Asset Trust Series 2006-SD1;

2. Supplemental Responses to Plaintiffs' First Request for Production of Documents to Impac Real Estate Asset Trust Series 2006-SD1;

3. Supplemental Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Second Set of Interrogatories; and

4. Supplemental Responses of Defendant Impac Real Estate Asset Trust Series 2006-SD1 to Plaintiffs' Second Request for Production of Documents.

| | |
|---|---|
| R. Frederick Walters<br>Kip D. Richards<br>Walters Bender Strohbehn & Vaughan, PC<br>1100 Main Street<br>Suite 2500<br>Kansas City, MO 64196<br>(816) 421-6620<br>Fax: 816-421-4747<br>**ATTORNEYS FOR PLAINTIFFS** | |

Respectfully submitted,

/s/ Barry L. Pickens
Barry L. Pickens, Esq.    MO #43379
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  (816) 474-8100
Facsimile:  (816) 474-3216

and

Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone:  (301) 664-6200
Facsimile:  (301) 664-6299


*Attorneys for Defendant lmpac Real Estate
Asset Trust Series 2006-SD1*