IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:10-cv-00189-0DS |
| | ) |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendant Deutsche Bank National Trust Company hereby certifies, through counsel, that on this 14th day of August, 2012, true and correct copies of the below-listed discovery responses were served via hand delivery, upon plaintiffs' counsel below.

- Second Supplemental Responses of Defendant Deutsche Bank National Trust Company to Plaintiffs' First Set of Interrogatories

- Second Supplemental Responses of Defendant Deutsche Bank National Trust Company to Plaintiffs' Interrogatories

- Second Supplemental Responses of Defendant Deutsche Bank National Trust Company to Plaintiffs' Interrogatories and Requests for Production

- Response of Defendant Deutsche Bank National Trust Company, in its Capacity as Former Indenture Trustee, to Plaintiffs' Sixth Request for Production of Documents

- Response of Defendant Deutsche Bank National Trust Company, in its Individual Capacity, to Plaintiffs' Sixth Request for Production of Documents

- Response of Defendant Deutsche Bank National Trust Company, in its Capacity as Former Indenture Trustee, to Plaintiffs' Sixth Request for Production of Documents

- Document Production Disc

WA 3658967.1

| | |
|---|---|
| R. Frederick Walters<br>Kip D. Richards<br>Walters Bender Strohbehn & Vaughan, PC<br>1100 Main Street<br>Suite 2500<br>Kansas City, MO 64196<br>(816) 421-6620<br>Fax: 816-421-4747<br>**ATTORNEYS FOR PLAINTIFFS** | |

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP
/s/ Leslie A. Greathouse
Leslie A. Greathouse    MO #48431
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
lgreathouse@spencerfane.com
(816) 474-8100 (Telephone)
(816) 474-3216 (Facsimile)

and

Rollin R Chippey, II
Benjamin P. Smith
Christopher J. Banks
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)
Attorneys for Defendant Deutsche Bank
National Trust Company