# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-CV-00189-ODS** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

Defendant Wilmington Trust Company, as former Owner Trustee for the following former trusts  (the "Impac Trusts"), all of which are terminated, IMPAC Secured Assets CMN Trust Series 1998-1, IMPAC CMB Trust Series 1999-1, IMPAC CMB Trust Series 1999-2, IMPAC CMB Trust Series 2000-1, IMPAC CMB Trust Series 2000-2, IMPAC CMB Trust Series 2001-4, IMPAC CMB Trust Series 2002-1, and IMPAC CMB Trust Series 2003-5 ("Wilmington"), hereby certifies, through counsel, that on this 20th day of August, 2012, true and correct copies of Defendant Wilmington's Supplemental Rule 26(a)(1) Disclosures, Wilmington's Supplemental Interrogatory Answers and Wilmington's Supplemental Answers to Interrogatories 45-55 and Requests 45-47 were served upon: R. Frederick Walters, Esq., Kip D. Richards, Esq., David M. Skeens, Esq., and Garrett M. Hodes, Esq., Walters Bender Strohbehn & Vaughan, 2500 City Center Square, 1100 Main Street, Kansas City, Missouri 64105, attorneys for Plaintiffs, via United States mail, postage prepaid, with copies delivered to all counsel of record via United States mail, postage prepaid.

3160046

Respectfully submitted,


/s/ Mark. A. Olthoff
MARK A. OLTHOFF         MO #38572
ANTHONY BONUCHI     MO #57838
MICHAEL S. FOSTER     MO #61205
POLSINELLI SHUGHART, PC
Twelve Wyandotte Plaza
120 West 12th Street, Suite 1700
Kansas City, Missouri  64105-1929
Telephone: 816) 421-3355
Facsimile: (816) 374-0509
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

PETER W. CARTER       MN #0227985
PAUL DIESETH          MN #0166881
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (952) 516-5664

ATTORNEYS FOR DEFENDANT
WILMINGTON TRUST COMPANY, AS
FORMER OWNER TRUSTEE FOR THE
FOLLOWING FORMER TRUSTS (THE "IMPAC
TRUSTS"), IMPAC SECURED ASSETS CMN
TRUST SERIES 1998-1, IMPAC CMB TRUST
SERIES 1999-1, IMPAC CMB TRUST SERIES
1999-2, IMPAC CMB TRUST SERIES 2000-1,
IMPAC CMB TRUST SERIES 2000-2, IMPAC
CMB TRUST SERIES 2001-4, IMPAC CMB
TRUST SERIES 2002-1, and IMPAC CMB
TRUST SERIES 2003-5

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 20th day of August, 2012, to all counsel of record.

/s/ Mark A. Olthoff

ATTORNEY FOR DEFENDANT WILMINGTON TRUST COMPANY, AS FORMER OWNER TRUSTEE FOR THE FOLLOWING FORMER TRUSTS (THE "IMPAC TRUSTS"), IMPAC SECURED ASSETS CMN TRUST SERIES 1998-1, IMPAC CMB TRUST SERIES 1999-1, IMPAC CMB TRUST SERIES 1999-2, IMPAC CMB TRUST SERIES 2000-1, IMPAC CMB TRUST SERIES 2000-2, IMPAC CMB TRUST SERIES 2001-4, IMPAC CMB TRUST SERIES 2002-1, and IMPAC CMB TRUST SERIES 2003-5

3