**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-CV-00189-ODS** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT LITTON LOAN SERVICING LP'S SUPPLEMENTAL**
**CERTIFICATE OF CORPORATE INTERESTS**

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 7.1, Defendant Litton Loan Servicing LP ("Litton") hereby discloses and certifies that, as of September 1, 2011, Litton is a limited partnership whose general partner is Ocwen Capital Management, LLC and whose limited partner is Ocwen Loan Servicing, LLC. The ultimate corporate parent of the limited partnership is Ocwen Financial Corporation, a publicly traded company. Litton does not have any subsidiaries.

3157532

Respectfully submitted,


/s/ Mark A. Olthoff
MARK A. OLTHOFF                    MO #38572
ANTHONY BONUCHI                    MO #57838
MICHAEL S. FOSTER                  MO #61205
POLSINELLI SHUGHART PC
120 W. 12th Street, Suite 1700
Kansas City, Missouri  64105-1929
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR DEFENDANT LITTON
LOAN SERVICING, LP


## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 20th day of August, 2012, to all counsel of record.


/s/ Mark A. Olthoff
Attorney for Litton Loan Servicing LP