IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-00189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S SUGGESTIONS IN RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Defendant Deutsche Bank National Trust Company ("DBNTC"), through counsel, informs the Court that it has resolved any dispute it had with Plaintiffs over the motion for extension of time to complete discovery ("Motion"). The Rule of Civil Procedure 30(b)(6) deposition of DBNTC will not take place on August 23, 2012, but will instead occur by agreement on September 20, 2012. DBNTC therefore agrees that the extension requested in the Motion is appropriate.

Respectfully submitted,

August 22, 2012

/s/ Leslie A. Greathouse
Leslie A. Greathouse            MO #48431
lgreathouse@spencerfane.com
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Telephone:  (816) 474-8100
Facsimile:   (816) 474-3216

and

WA 3674255.1

Rollin R Chippey, II
Benjamin P. Smith
Christopher J. Banks
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

*Attorneys for Defendant Deutsche Bank National Trust Company*

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Leslie A. Greathouse