UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:10-cv-00189-ODS<br>) |
| PREFERRED CREDIT CORPORATION, et al., | )<br>)<br>) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW David Wells of Thompson Coburn LLP and hereby enters his appearance on behalf of Defendant Wells Fargo Bank, N.A., in the above-captioned matter.

Dated this 22nd day of August, 2012.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ David Wells
David Wells, #19759
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6118
(314) 552-7118 (Fax)
dwells@thompsoncoburn.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

5589733

## CERTIFICATE OF SERVICE

       I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record this 22nd day of August, 2012.

                                                        /s/ David Wells