# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:10-cv-00189-ODS ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Maria G. Zschoche of Thompson Coburn LLP and hereby enters her appearance on behalf of Defendant Wells Fargo Bank, N.A., in the above-captioned matter.

Dated this 22nd day of August, 2012.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ Maria G. Zschoche
Maria G. Zschoche, # 56635
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (Fax)
mzschoche@thompsoncoburn.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

5589738

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record this 22nd day of August, 2012.

/s/ Maria G. Zschoche