# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILMOR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-189-ODS |
| ) | |
| PREFERRED CREDIT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO FILE DEUTSCHE BANK NATIONAL TRUST COMPANY'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT

Defendant Deutsche Bank National Trust Company ("DBNTC") respectfully moves the Court for an Order permitting it to file a brief in excess of the 15-page limit in support of its motion for summary judgment due Monday, August 27, 2012. DBNTC seeks leave to file a brief of no more than 35 pages—not including facts. In support of this request, DBNTC states as follows:

1. Local Rule 7.0(f) limits suggestions in support to 15 pages exclusive of facts presented pursuant to Local Rule 56.

2. This is a complex class-action lawsuit and DBNTC has at least eleven grounds upon which to move for summary judgment. This means DBNTC's brief will include a modest average of 3.2 pages of argument per topic.

3. The requested extension of page length is submitted in good faith, is not for the purpose of delay or harassment, and will not prejudice any party in this suit.

4. Undersigned counsel has conferred with opposing counsel with regard to this motion and they have no objection.

WHEREFORE, DBNTC respectfully requests the Court to enter an Order permitting it to file a reply brief of no more than 30 pages in support of its motion for summary judgment.

August 23, 2012

>Respectfully submitted,
>
>/s/ Leslie A. Greathouse
>Leslie A. Greathouse         MO #48431
>  lgreathouse@spencerfane.com
>SPENCER FANE BRITT & BROWNE LLP
>1000 Walnut Street, Suite 1400
>Kansas City, Missouri 64106-2140
>(816) 474-8100
>(816) 474-3216 (facsimile)
>
>and
>
>Rollin R Chippey, II
>Benjamin P. Smith
>Christopher J. Banks
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105
>(415) 442-1000 (Telephone)
>(415) 442-1001 (Facsimile)
>
>Attorneys for Defendant Deutsche Bank National Trust Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

>/s/ Leslie A. Greathouse
>Attorneys for Defendant