THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

UNOPPOSED MOTION TO FILE SUGGESTIONS IN EXCESS OF 15 PAGES
IN SUPPORT OF PLAINTIFFS' THREE SEPARATE
MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs respectfully move the Court for an Order permitting them to file Suggestions in Support of three separate motions for summary judgment, each in excess of the page limitations provided for by Local Rule 7.0(f). In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs are currently in the process of preparing three separate motions for summary judgment against the various defendants remaining in this case, along with separate suggestions in support thereof.

2. Given the complexity of the issues and the arguments to be raised by Plaintiffs in each of the three separate motions, Plaintiffs will need more than the 15 pages, exclusive of the facts presented in accordance with Local Rule 56.1, permitted by Local Rule 7.0(f) to adequately brief the issues in each of the three separate suggestions in support of those motions.

3. Accordingly, for each of the three separate motions for summary judgment that they intend to file, Plaintiffs respectfully request that the Court permit them to file suggestions

that do not exceed thirty-five (35) pages in length, exclusive of the facts presented in accordance with Local Rule 56.1.

4. This motion for excess pages is made in good faith and not for any dilatory purpose. Plaintiffs sincerely believe that the requested number of pages is needed to adequately brief the issues in Plaintiffs' three motions for summary judgment.

5. Plaintiffs have contacted counsel for the respective defendants remaining in this case regarding the excess pages requested. Counsel for the defendants have indicated that the defendants do not oppose this motion and request for excess pages.

6. This motion for excess pages will not prejudice any defendant, moving or non-moving.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order permitting them to file suggestions in support of their three separate motions for summary judgment, each of which not to exceed thirty-five (35) pages in length, exclusive of the facts, and for any other relief the Court deems just and proper.

Dated: August 23, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:  /s/ Bruce V. Nguyen
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 23rd day of August 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.  In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

            /s/ Bruce V. Nguyen

3