UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 4:10-cv-00189-ODS ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION OF THE IMPAC DEFENDANTS' FOR LEAVE
TO FILE SUGGESTIONS IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION**

Defendants Impac Mortgage Holdings, Inc., Impac Funding Corporation, Impac Secured Assets Corporation, and IMH Assets Corporation (collectively "Impac Defendants"), through counsel, respectfully move this Court for leave to file suggestions in support of their motion for summary judgment in excess of the page limit set forth in Local Rule 7.0(f). In support of this request, which is unopposed, the Impac Defendants state as follows:

1. Local Rule 7.0(f) permits a party to file suggestions in support of motions in excess of 15 pages with "permission of the Court." Pursuant to this Rule, the Impac Defendants seek leave to file suggestions in support of their motion, not to exceed 30 pages, exclusive of factual presentation.

2. The Impac Defendants submit that good cause exists for this request. This case raises several complex issues, and substantial discovery has occurred since this case was filed.

3. This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

4. The Impac Defendants have contacted counsel for Plaintiffs, who do not oppose the requested relief.

WHEREFORE, the Impac Defendants respectfully request the Court grant them leave to file suggestions in support of their motion for summary judgment of not more than 30 pages.

Respectfully submitted,

August 24, 2012

/s/ Barry L. Pickens
Barry L. Pickens, Esq. (MO #43379)
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
bpickens@spencerfane.com

/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299
tobindj@ballardspahr.com

*Attorneys for Defendants Impac Mortgage Holdings, Inc.; Impac Funding Corporation; Impac Secured Assets Corporation; and IMH Assets Corporation*

Of Counsel:

Gary C. Tepper, Esq.
BALLARD SPAHR LLP
1909 K Street, N.W., 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
tepperg@ballardspahr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Barry L. Pickens

DMEAST #15563454 v1