UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 4:10-cv-00189-ODS ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUGGESTIONS IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION**

Defendants Bank of America, N.A., as successor by merger to LaSalle National Bank in its capacity as former trustee for Impac CMB Trust Series 1999-1 ("LaSalle"), and Wells Fargo Bank, N.A., f/k/a Wells Fargo Bank, MN, N.A., f/k/a Norwest Bank Minnesota, N.A., in its capacity as former trustee for Impac CMB Trust Series 2000-1 ("Wells Fargo"), through counsel, respectfully move this Court for leave to file suggestions in support of their motion for summary judgment in excess of the page limit set forth in Local Rule 7.0(f). In support of this request, which is unopposed, LaSalle and Wells Fargo state as follows:

1. Local Rule 7.0(f) permits a party to file suggestions in support of motions in excess of 15 pages with "permission of the Court." Pursuant to this Rule, LaSalle and Wells Fargo seek leave to file suggestions in support of their motion, not to exceed 30 pages, exclusive of factual presentation.

2. LaSalle and Wells Fargo submit that good cause exists for this request. This case raises several complex issues, and substantial discovery has occurred since this case was filed. LaSalle and Wells Fargo intend to streamline their presentation by minimizing duplication with

other motions being filed, but nevertheless wish to present several grounds for summary judgment for consideration by the Court.

    3.     This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

    4.     LaSalle and Wells Fargo have contacted counsel for Plaintiffs, who do not oppose the requested relief.

WHEREFORE, LaSalle and Wells Fargo respectfully request the Court grant them leave to file suggestions in support of their motion for summary judgment of not more than 30 pages.

Respectfully submitted,

August 24, 2012

/s/ Barry L. Pickens
Barry L. Pickens, Esq. (MO #43379)
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
bpickens@spencerfane.com

/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299
tobindj@ballardspahr.com

*Attorneys for Defendants Bank of America, N.A., as successor by merger to LaSalle National Bank, in its capacity as former indenture trustee of terminated trust Impac CMB Trust Series 1999-1; and Wells Fargo Bank, N.A., in its capacity as former indenture trustee for terminated trust Impac CMB Trust Series 2000-1*

Of Counsel:

Gary C. Tepper, Esq.
BALLARD SPAHR LLP
1909 K Street, N.W., 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
tepperg@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

                                             /s/ Barry L. Pickens

DMEAST #15563461 v1