THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE SUGGESTIONS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**

The undersigned parties respectfully move the Court for an extension of time to October 12, 2012 in which to file their suggestions in opposition to the following motions for summary judgment:

(1) Plaintiffs' Motion for Partial Summary Judgment (Doc.'s 703, 704);

(2) Defendant Wendover Financial Services Corporation's Motion for Summary Judgment (Doc. No.'s 666 and 667);

(3) Motion for Summary Judgment of Defendant JPMorgan Chase Bank, National Association, as Former Trustee (Doc. No.'s 675 and 676);

(4) Defendant Litton Loan Servicing, LP's Motion for Summary Judgment (Doc. No.'s 677 and 678);

(5) Motion for Summary Judgment of Defendant Wilmington Trust Company (Doc. No.'s 679 and 680);

(6) Motion for Summary Judgment of Defendants LaSalle National Bank and Wells Fargo Bank, N.A. (Doc. No.'s 686 and 688).

In support of this motion, the parties jointly state as follows:

1. On August 27, 2012, Plaintiffs and various defendants filed the above summary judgment motions with suggestions in support. (Doc. No.'s 666 and 667; 675 and 676; 677 and 678; 679 and 680; 686 and 688, and 703 and 704). The motions and the suggestions for each motion are extensive.

2. The parties' respective suggestions in opposition to the above motions are due on or before September 20, 2012.

3. The undersigned parties each need additional time to prepare their suggestions in opposition given the size and number of the motions for summary judgment. In addition, the undersigned parties believe that additional time will allow them to continue exploring the possibility of one or more settlements, which would moot the need for filing any suggestions in response.

4. The undersigned parties have discussed the nature and extent of the pending motions and agree that the requested extension is appropriate.

5. This request is made in good faith, is not for purposes of delay, and will not unfairly prejudice any party. Further, the request will not adversely affect any deadlines in this case.

WHEREFORE, the undersigned parties respectfully request the Court to enter an Order granting an extension of time to October 12, 2012 in which to file their suggestions in opposition to the following motions for summary judgment:

(1) Plaintiffs' Motion for Partial; Summary Judgment (Doc. No.'s 703, 704);

(2) Defendant Wendover Financial Services Corporation's Motion for Summary Judgment (Doc. No.'s 666 and 667);

(3) Motion for Summary Judgment of Defendant JPMorgan Chase Bank, National Association, as Former Trustee (Doc. No.'s 675 and 676);

(4) Defendant Litton Loan Servicing, LP's Motion for Summary Judgment (Doc. No.'s 677 and 678);

(5) Motion for Summary Judgment of Defendant Wilmington Trust Company (Doc. No.'s 679 and 680);

(6) Motion for Summary Judgment of Defendants LaSalle National Bank (Doc. No.'s 686 and 688);

and to grant such other relief as the Court deems just and proper.

Dated: September 18, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.

By:    */s/ Kip D. Richards*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


SHOOK, HARDY & BACON L.L.P.

By:  /s/  *Todd W. Ruskamp*
    Todd W. Ruskamp, #38625
    2555 Grand Blvd.
    Kansas City, MO  64108-2613
    Telephone:  816.474.6550
    Facsimile:  816.421.5547
    truskamp@shb.com

**ATTORNEYS FOR WENDOVER FINANCIAL
SERVICES CORPORATION**

/s/ Mark A. Olthoff
MARK A. OLTHOFF            MO #38572
ANTHONY BONUCHI            MO #57838
MICHAEL S. FOSTER          MO #61205
POLSINELLI SHUGHART PC
120 W. 12th Street, Suite 1700
Kansas City, Missouri 64105-1929
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

**ATTORNEYS FOR DEFENDANT LITTON LOAN SERVICING, L.P.**

/s/ Mark A. Olthoff
MARK A. OLTHOFF            MO #38572
ANTHONY BONUCHI            MO #57838
MICHAEL FOSTER             MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

**ATTORNEYS FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS FORMER TRUSTEE**

/s/ Mark A. Olthoff
MARK A. OLTHOFF            MO #38572
ANTHONY BONUCHI            MO #57838
MICHAEL S. FOSTER          MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

5

PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th Street
Suite 1500
Minneapolis, Minnesota 55402-1498
(612) 340-2600
(612) 340-2868 (FAX)

**ATTORNEYS FOR WILMINGTON TRUST COMPANY**

/s/ Barry L. Pickens
BARRY L. PICKENS          MO #43379
SPENCER FANE BRITT & BROWNE
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 (FAX)
bpickens@spencerfane.com


DANIEL J. TOBIN
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, Maryland 20814
(301) 664-6200
(301) 664-6299 (FAX)
tobindj@ballardspahr.com

**ATTORNEYS FOR DEFENDANTS BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE NATIONAL BANK, IN ITS CAPACITY AS FORMER INDENTURE TRUSTEE OF TERMINATED TRUST IMPAC CMB TRUST SERIES 1991-1**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 18th day of September 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


/s/ *Kip D. Richards*