IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 10-0189-CV-W-ODS<br>) |
| PREFERRED CREDIT CORP., et al., | )<br>) |
| Defendants. | ) |

ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME

The pretrial conference in this case is set for November 1, 2012, and the jury trial is set for November 26, 2012. Many parties have dispositive and <u>Daubert</u> motions pending, with responses to those motions due on September 20, 2012. The parties seek to extend the deadline for responding to October 12, 2012. The motion (Doc. # 708) is denied.

As the Court has explained on prior occasions, its practice is to rule on dispositive and <u>Daubert</u> motions before the pretrial conference. Moreover, the Court has indicated that the pretrial conference and trial setting will not be changed. The requested extension will not leave sufficient time for the parties to file Reply Suggestions and for the Court to consider the motions before the pretrial conference. Therefore, the extension cannot be granted.

IT IS SO ORDERED.

DATE: September 19, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT