# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## JOINT MOTION FOR STAY OF CLAIMS AS AGAINST DEFENDANT WELLS FARGO BANK, N.A.

Plaintiffs and Defendant Wells Fargo Bank, N.A., f/k/a Wells Fargo Bank, MN, N.A., f/k/a Norwest Bank Minnesota, N.A. ("Wells Fargo") jointly move the Court to stay all motions and proceedings in connection with Plaintiffs' claims against Wells Fargo. In support of this motion, Plaintiffs and Wells Fargo state as follows:

1. The above captioned case is a class action lawsuit involving claims by Missouri homeowners for violations of Missouri's Second Mortgage Loans Act §§ 408.231 RSMo, *et seq.*

2. Plaintiffs and Wells Fargo have reached an agreement that, if approved, will settle and resolve the claims of those class members who obtained the loans for which Plaintiffs seek to hold Wells Fargo liable as against Wells Fargo, but not as against any other Defendant(s) also alleged to be liable on such loans. Plaintiffs and Wells Fargo need time to memorialize the settlement in writing and to implement the process through which the settlement can be finalized and submitted to the Court for approval.

3. Given the settlement, the continued prosecution of the claims against Wells Fargo is unnecessary and will detract from the settling parties' ability to implement their settlement.

H:\Second Mortgage\Gilmor v Preferred\Pleadings\WDMO 10-CV-0189 - Fed Case #5\Pleadings\2012-09-19 MOT-STAY-WF Settlement.doc

Case 4:10-cv-00189-ODS   Document 711   Filed 09/19/12   Page 1 of 4

Accordingly, Plaintiffs and Wells Fargo respectfully request this Court to grant a stay with respect to all motions and other proceedings related to Plaintiffs' claims against Wells Fargo, including without limitation Wells Fargo's Motion for Summary Judgment (Doc.'s 686, 688), and Plaintiffs' Motion for Partial Summary Judgment, *but solely as to Wells Fargo* (Doc.'s 703, 704), and Wells Fargo's Motions to Exclude Testimony of Dr. Kurt V. Krueger (Doc.'s 668, 670, 687, and 689).

4. No other claims, motions, discovery or other case activity should be stayed against any other Defendant.

5. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiffs and Defendant Wells Fargo Bank, N.A. respectfully request that the Court enter an Order staying all motions and proceedings relating to Plaintiffs' claims against Wells Fargo as stated above.

Date: September 19, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ Kip D. Richards*
R. Frederick Walters – Mo. Bar 25069
Kip D. Richards – Mo. Bar 39743
David M. Skeens – Mo. Bar 35728
Karen W. Renwick – Mo. Bar 41271
J. Michael Vaughan Mo. – Bar 24989
Garrett M. Hodes – Mo. Bar 50221
Matthew R. Crimmins – Mo. Bar 53138
Bruce V. Nguyen – Mo. Bar 52893
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)
fwalters@wbsvlaw.com

>
> krichards@wbsvlaw.com
> dskeens@wbsvlaw.com
> krenwick@wbsvlaw.com
> mvaughan@wbsvlaw.com
> ghodes@wbsvlaw.com
> mcrimmins@wbsvlaw.com
> bnguyen@wbsvlaw.com
>
> **ATTORNEYS FOR PLAINTIFFS AND CLASS COUNSEL**
>
> THOMPSON COBURN LLP
>
> By  */s/ W. David Wells*
>   W. David Wells – Mo. Bar 19759
>   Maria G. Zschoche – Mo. Bar 56635
>   Brian A. Lamping – Mo. Bar 61054
>   One US Bank Plaza
>   St. Louis, MO  63101
>   (314) 552-6118
>   (314) 552-7118 (Facsimile)
>   dwells@thompsoncoburn.com
>   mzschoche@thompsoncoburn.com
>   blamping@thompsoncoburn.com
>
> **ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 19th day of September 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

/s/ *Kip D. Richards*