# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 10-0189-CV-W-ODS |
| PREFERRED CREDIT CORPORATION, et al., | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANT WILMINGTON TRUST COMPANY'S
## RESPONSE TO MOTION FOR EXTENSION OF TIME

1. In its September 19, 2012, Order (Doc. No. 709), this Court denied the parties' joint motion to extend until October 12, 2012, the deadline for filing responses to various motions.

2. Plaintiffs and LaSalle National Bank have now requested an extension of this deadline to September 24, 2012. (Doc. No. 712.)

3. Wilmington Trust Company ("Wilmington") is prepared to file its opposition to Plaintiffs' Motion for Partial Summary Judgment (Doc Nos. 703, 704) on September 20, 2012, as currently required, and thus does not join this motion. However, if this Court were to grant the moving parties' motion for an extension of the deadline to September 24, 2012, Wilmington respectfully requests that this Court also permit Wilmington to file its opposition to Plaintiffs' Motion for Partial Summary Judgment on September 24, 2012, so that the briefing on the dispositive motions may proceed concurrently with one another.

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF             MO #38572
ANTHONY BONUCHI            MO #57838
POLSINELLI SHUGHART, PC
Twelve Wyandotte Plaza
120 West 12th Street
Suite 1700
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com


PETER CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th Street
Suite 1500
Minneapolis, Minnesota 55402-1498
(612) 340-2600
(612) 340-2868 (FAX)

ATTORNEYS FOR WILMINGTON TRUST
COMPANY

2

3172353.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 19th day of September, 2012, to all counsel of record.

                                  /s/ Mark A. Olthoff