UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 04:10-CV-00189-ODS |
| | ) | |
| PREFERRED CREDIT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF WILMINGTON TRUST COMPANY FOR LEAVE TO FILE SUGGESTIONS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION

Defendant Wilmington Trust Company ("Wilmington") respectfully moves this Court for leave to file its Suggestions in Opposition to Plaintiffs' Motion for Partial Summary Judgment in excess of the page limit set forth in Local Rule 7.0(f). In support of this request, Wilmington states as follows:

1. Local Rule 7.0(f) permits a party to file suggestions in support of or in opposition to motions in excess of fifteen (15) pages with "permission of the Court." Pursuant to that Rule, Wilmington seeks leave to file its Suggestions in Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Motion") in excess of the fifteen (15) page limit contained in Local Rule 7.0(f).

2. Wilmington submits that good cause exists for this request. This case is complex, 12 years old and substantial discovery has occurred since this case was filed. Plaintiffs' Suggestions in Support are nearly twenty-five pages (exclusive of the facts presented).

Plaintiffs' suggestions assert numerous grounds to hold Wilmington liable to which Wilmington must respond at some length.

3. Wilmington accordingly requests leave to file its Suggestions in Opposition to Plaintiffs' Motion for Partial Summary Judgment that do not exceed twenty (20) pages in length (exclusive of its responses to plaintiffs' facts and any additional facts to be presented). In order to be concise and not repeat arguments, Wilmington intends to incorporate by reference its dispositive motion rather than burden the Court with the same statements. While Wilmington is still in the process of preparing its Suggestions, its brief may be shorter than the twenty (20) pages which it is requesting.

4. This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

WHEREFORE, Wilmington respectfully requests the Court grant them leave to file its Suggestions in Opposition to Plaintiffs' Motion for Partial Summary Judgment of up to twenty (20) pages in length (exclusive of facts).

Respectfully submitted,

/s/ Mark A. Olthoff
MARK A. OLTHOFF        MO #38572
ANTHONY BONUCHI        MO #57838
MICHAEL S. FOSTER      MO #61205
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th Street
Suite 1500
Minneapolis, Minnesota  55402-1498
(612) 340-2600
(612) 340-2868 (FAX)

ATTORNEYS FOR WILMINGTON TRUST
COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 20th day of September 2012, to all counsel of record.

      /s/ Mark A. Olthoff
      Attorney for Wilmington Trust Company