IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. and SHELLIE GILMOR, )
et al., )
 )
       Plaintiffs, )
 )
vs. ) Case No. 10-0189-CV-W-ODS
 )
PREFERRED CREDIT CORP., et al., )
 )
       Defendants. )

ORDER (1) DENYING MOTIONS TO STAY, (2) SUSPENDING CERTAIN DEADLINES, AND (3) SETTING DEADLINE FOR FILING MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS

1. The motions to stay proceedings (Doc. # 710, Doc. # 711, and Doc. # 719) are denied. Instead, the Court suspends all deadlines related to the following defendants:

- Impac Funding Corporation
- Impac Secured Assets Corporation
- IMH Assets Corporation
- Wingspan Portfolio Advisors LLC
- Wells Fargo Bank, N.A.
- Deutsche Bank National Trust Company
- IMPAC Secured Assets CMN Trust Series 1998-1
- IMPAC CMB Trust Series 1999-2
- IMPAC CMB Trust Series 2000-2
- IMPAC CMB Trust Series 2001-4
- IMPAC CMB Trust Series 2002-1
- IMPAC CMB Trust Series 2003-5
- IMPAC Real Estate Asset Trust Series 2006-SD1

2. Additional parties are separately identified on the Docket Sheet that may be encompassed by the parties' settlement. The stay extends to the following additional

parties that appear related to the above parties (but that were not specified in the parties' motions) *if* the parties intend to settle claims involving them as well.

- IMPAC Mortgage Holdings Asset Corporation
- IMPAC CMB Trust Series 1999-1
- IMPAC CMB Trust Series 2000-1

3. *All* Motions for Preliminary Approval of Settlements – for those addressed in this Order and those addressed previously (such as JPMorgan Chase Bank, Chase Home Finance, and others) shall be filed on or before November 1, 2012.

IT IS SO ORDERED.

DATE: September 25, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT