# EXHIBIT 1



# VITA
# Kurt V. Krueger, Ph.D.
January 8, 2012

## Employed Position

Senior Economist at John Ward Economics. (1990 →)

## Professional Positions

Managing Editor — *Journal of Forensic Economics* (2009 →)
President Elect — National Association of Forensic Economics (2012)

## Mailing Addresses

| | |
|---|---|
| Business Address | 8340 Mission RD, STE 235, Prairie Village, KS 66206 |
| Business Telephone | (913) 381-9420 |
| Business Fax | (913) 648-5740 |
| Email | Krueger@JohnWardEconomics.com |
| Home Address | 6215 W 156 TERR, Overland Park, KS 66223 |
| Home Telephone | (913) 710-5197 |

## Education

| | |
|---|---|
| Ph.D. Economics | University of Missouri-Kansas City, 2003 |
| M.A. Economics | University of Kansas, 1986 |
| B.S. Economics | University of Kansas, 1984<br>Graduated with Honors<br>Boynton Outstanding Senior in Economics Award<br>Boynton Junior and Senior Scholarship in Economics |

## Teaching and Research Experience

| | |
|---|---|
| Adjunct Professor | Rockhurst University, Heltzberg School of Management, 2004 (Law and Economics). |
| Lecturer | Graduate School of Business, University of Missouri-Kansas City, 1990 (International Finance). |
| Research Assistant | Institute of Public Policy and Business Research, University of Kansas, 1984-1988. |
| Teaching Assistant | Department of Economics, University of Kansas, 1985-1987. |

## Past Employed Positions

Research Associate     Spectrum Economics, Overland Park, KS, 1988-1990

## Organization Membership

American Academy of Economic and Financial Experts
American Economic Association
Midwest Economics Association
Missouri Valley Economic Association
National Association of Forensic Economics
Society of Labor Economists

## Past Professional Service

Vice President, Southern Region — National Association of Forensic Economics (elected term 2004 through 2006)
Associate Editor — *Litigation Economics Review* (2000 to 2004)
Board of Editors — *Journal of Forensic Economics* (2000)
Associate Editor — *Journal of Forensic Economics* (1993-2000; 2002-2008)
Referee: *Journal of Forensic Economics* (since 1992)

## Peer Reviewed Journal Publications

"Personal Consumption and Single Persons" *Journal of Forensic Economics*, August 2011, Vol. 22, No. 2, pp. 143-163.

"The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors," with Gary R. Skoog and James E. Ciecka. *Journal of Forensic Economics*, August 2011, Vol. 22, No. 2, pp. 165-229.

"The Income-Based Human Capital Valuation Methods in Public Health Economics Used by Forensic Economics," with Scott D. Grosse. *Journal of Forensic Economics*, Volume 22, Number 1 (June 2011).

"Two Definitional Issues with the Patton-Nelson Personal Consumption Tables: A Reply," *Journal of Forensic Economics*, Volume 21, Number 1 (December 2009).

"Economic Productivity by Age and Sex: 2007 Estimates for the United States," with Scott D Grosse and Mercy Mvundura. *Medical Care* - Health Care Costs Supplement, Volume 47, Number 7 Supplement 1 (July 2009).

"Two Definitional Issues with the Patton-Nelson Personal Consumption Tables: A Comment," *Journal of Forensic Economics*, Volume 20, Number 3 (April 2009).

"The Present Value of Lost Financial Support due to Wrongful Death," with Gary Albrecht. *Journal of Legal Economics*, Volume 15, Number 1 (2008).

"Personal Consumption by Husbands and Wives" *Journal of Forensic Economics*, Volume 20, Number 1 (2008).

"A Review of the Economic Foundations of Earnings and Discounting Theories Used in Forensic Economics," with Gary R. Albrecht. *The Earnings Analyst*, Volume IX (2007).

"Worklife in a Markov Model with Full-Time and Part-Time Activity," with Gary Skoog and Jim Ciecka. *Journal of Forensic Economics*, Volume 19, Number 1 (2006).

"Tort Remedy in the Law Versus Economic Restitution for Personal Injury and Wrongful Death" with Patrick Fitzgerald. *The Earnings Analyst*, Volume VIII (2006).

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: the State of Kansas," with John O. Ward. *Journal of Forensic Economics*, Volume 18, Number 2-3 (2005).

"Tables of Inter-year Labor Force Status of the U.S. Population (1998-2004) Usable in Operating the Markov Model of Worklife Expectancy" *Journal of Forensic Economics*, Volume 17, Number 3 (2004).

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: the State of Missouri," with John O. Ward. *Journal of Forensic Economics*, Volume 16, Number 1 (2003).

"The Cost of Carry and Pre-Judgment Interest" with Susan Escher. *Litigation Economics Review*, Volume 6, No. 1 (2003).

"Introduction to the Whole-time Concept" with John O. Ward and Gary R. Albrecht. *Journal of Forensic Economics*, Volume 14, Number 1 (2001).

"Average Change in Wages: the ECI Advantage" *Litigation Economics Digest*, Volume 4, Number 2, Winter 1999.

"Healthy Life Expectancy" *Litigation Economics Digest*, Volume 4, Number 1, Spring 1999.

"It's About Time: the Forensic Economic Evaluation" with Gary R. Albrecht and John O. Ward, *Journal of Forensic Economics*, Volume 11, Number 3, Fall 1998.

"Role of Productivity and Prices in Forecasting Wage Rates" with Gary R. Albrecht, *Journal of Forensic Economics*, Volume 5, Number 3, Fall 1992.

## Books and Book Chapters

"The United States Approach to Computing Economic Damages Due to Personal Injury and Wrongful Death," with Gary R. Albrecht, in *Personal Injury and Wrongful Death Damages Calculations A Trans-Atlantic Dialogue*, Robert J. Thornton and John O. Ward, Editors, Bingley, UK: Emerald Group Publishing Limited, October 2009.

"Household Service Losses" with John D. Hancock, in *The Plaintiff and Defense Attorneys' Guide to Understanding Economic Damages*, Michael Brookshire, Frank Slesnick, and John Ward, Editors, Tucson: Lawyers and Judges Publishing Company, 2007.

"Healthy Life Expectancy" reprinted in *Economic Foundations of Injury and Death Damages*, Roger T. Kaufman, James D. Rodgers, and Gerald D. Martin Editors. Northampton, Massachusetts: Edward Elgar Publishing Company, 2006.

"Average Change in Wages: the ECI Advantage" reprinted in *Economic Foundations of Injury and Death Damages*, Roger T. Kaufman, James D. Rodgers, and Gerald D. Martin Editors. Northampton, Massachusetts: Edward Elgar Publishing Company, 2006.

"Building an Expert Damages Team," reprinted in *Measuring Loss in Catastrophic Injury Cases*, Kevin Marshall and Thomas R. Ireland and John O. Ward Editors, Tucson: Lawyers and Judges Publishing Company, 2006.

"Economic Valuation of Life: A Cumulative Approach" with John O. Ward and Gary R. Albrecht, in *A Hedonics Primer for Economists and Attorneys*, 2nd. Ed., Thomas R. Ireland and John O. Ward Editors, Tucson: Lawyers and Judges Publishing Company, 1996.

*Establishing Damages in Catastrophic Injury Litigation*, with John O. Ward. Lawyers and Judges Publishing Company, Tucson, Arizona, 1994.

**Editor-reviewed Publications**

"Calculating Labor Force Participation Tables using CPS Microdata", *Litigation Economics Review*, Volume 5, No. 2, Winter 2001.

"Calculating the Present Value of Expected Future Medical Damages" *Litigation Economics Review*, Volume 5, No. 1, Spring 2001.

**Other Publications**

*Full-time Earnings in the United States*, Expectancy Data, Shawnee Mission, KS (2000, 2002, 2004, 2005; 2006; 2007. 2008).

*Labor in Missouri*, with John O. Ward and Michael S. Billinger, Center for Economic Information, University of Missouri-Kansas City (2000).

*Healthy Life Expectancy*, Expectancy Data, Shawnee Mission, KS (1999, 2000, 2000, 2001, 2003, 2004, 2005, 2006).

*The Dollar Value of a Day*, with John O. Ward. Expectancy Data, Shawnee Mission, KS (1998, 1999, 2000, 2001, 2005, 2006, 2007, 2008, 2009).

"Kansas Exports and Economic Development" with Gary R. Albrecht and Shirley K. Sicilian, *Kansas Business Review*, Fall 1985.

## Conference Organizer Selected Papers Presented at Professional Meetings

"Transitions Into and Out of Disability" with Gary R. Skoog – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Chicago, IL January 2012.

"Years of Labor Force and Non-market Work under the Traditional Markov Model" with Frank Slesnick– Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Chicago, IL January 2012.

"The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Errors" with Gary R. Skoog and James E. Ciecka – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Denver, CO January 2011.

"Personal Consumption and Single Persons" – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Denver, CO January 2011.

"Worklife Tables Updated to Reflect the Last Decade's Data" with Gary R. Skoog and James E. Ciecka – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Atlanta, GA January 2010.

"Macro and Micro Valuation of the Economic Impacts of Disease, Injury, or Death" with Scott E. Grosse – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Atlanta, GA January 2010.

"The Valuation of Earning Capacity: An Update Concerning Measurement" with Frank Slesnick and Stephen Horner – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. San Francisco, CA January 2009.

"New Tabulations of the Markov Worklife Expectancy Model" – American Academy of Economic and Financial Experts 19th Annual Meetings. Las Vegas, NV, March 2007.

"Personal Consumption of Household Services" – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Chicago, IL January 2007.

"Scheduled Economic Damages and Tort Reform in the United States" with John O. Ward and Gary R. Albrecht – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Chicago, IL January 2007.

"Coming to Grips with Varying Jurisdictional Legal Remedies for Tort Victims: What About Economic Justice?" with Patrick Fitzgerald – National Association of Forensic Economics session at 81st Annual Western Economic Association International Conference, San Diego, June 30, 2006.

"Full and Part-Time Worklife Expectancy" with Gary Skoog and Jim Ciecka – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Boston, MA, January 2006.

"Personal Expenses in Husband and Wife Families" – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Boston, MA, January 2006.

"Markov Increment Decrement Worklife Tables in Forensic Economics: a Change of View" – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. San Diego, CA, January 2004.

"Transition Probabilities from the Current Population Survey" – American Academy of Economic and Financial Experts 14th Annual Meetings. Las Vegas, NV, April 2002.

"Eunomic Damage Analysis" – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Atlanta, GA, January 2002.

"The Cost of Carry and Pre-Judgment Interest" with Susan Escher – Allied Social Science Meetings: National Association of Forensic Economics National Meetings. New Orleans, LA, January 2001.

"Worklife Estimates in Personal Injury and Wrongful Death" – Allied Social Science Meetings: National Association of Forensic Economics National Meetings. Boston, MA, January 2000.

"Using the Ibbotson Pay-per-View Database in Commercial Damages Litigation" with Susan Escher and Michael Kelsay – Business Damages Forum session at 74th Annual Western Economic Association International Conference, Seattle, July 1999.

"Employment Cost Index: Methods and Data" – National Association of Forensic Economics session at 74th Annual Western Economic Association International Conference, San Diego, July 1999.

"Estimating Economic Damages as a Result of Diminished Productivity in Work and Non-Work Time" with John O. Ward and Gary R. Albrecht. – Session at 72nd Annual Western Economic Association International Conference, San Diego, July 1997.

"The Fallacy of Fairness & the Plight of Prediction in Discounting Future Dollars" with John O. Ward – Allied Social Science Meetings: National Association of Forensic Economics National Meetings. San Francisco, CA, January 1996.

"What is Measured when Calculating Earnings Capacity and Expected Earnings?" with John O. Ward – Allied Social Science Meetings: National Association of Forensic Economics National Meetings. Anaheim, CA, January 1993.

"Income Taxes and Economic Loss Calculations" with Gary R. Albrecht – 66th Annual Western Economic Association International Conference, Seattle, WA: June 1991.

"Forecasting Productivity and Wages" with Gary R. Albrecht – 65th Annual Western Economic Association International Conference, San Diego, CA: July 1990.

**Other Papers Presented at Professional Meetings**

"Personal Consumption by Husbands and Wives." 43rd Annual Missouri Valley Economic Association Meeting, Kansas City, October 25, 2007.

"Scripting the Defense Forensic Economist's Testimony," 76th Annual Meeting of the Southern Economic Association, Charleston, SC: November 18, 2006.

"Tort Remedy in the Law Versus Economic Restitution for Personal Injury and Wrongful Death," with Patrick Fitzgerald – 75th Annual Meeting of the Southern Economic Association, San Diego, Ca: November 19, 2005.

"PV-Life: A Method of Calculating the Present Value of Life Care Costs" – 75th Annual Meeting of the Southern Economic Association, Washington, DC: November 19, 2005.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: the State of Kansas," with John O. Ward. Missouri Valley Economic Association, Kansas City, October, 2005.

"Worklife at Home and in the Labor Force" – 2005 Meeting of the Eastern Economic Association, New York, NY: March 5, 2005.

"Healthy Life Expectancy" – 2005 Meeting of the Eastern Economic Association, New York, NY: March 5, 2005.

"Personal Expenses in Husband and Wife Families" – 74th Annual Meeting of the Southern Economic Association, New Orleans, LA: November 21, 2004.

"A Primer on Earnings Growth and Discounting" with Gary R. Albrecht – 74th Annual Meeting of the Southern Economic Association, New Orleans, LA: November 21, 2004.

"Personal Injury and Wrongful Death in the State of Missouri" with John O. Ward – Missouri Valley Economic Association, Kansas City, February, 2004.

"Disclosure and Forensic Economic Testimony" Paper Chairman – 68th Annual Western Economic Association International Conference, Lake Tahoe, NV: June 1993.

**Professional Panels**

Discussant – "Personal Consumption and Human Capital Wealth" – Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Atlanta, GA January 2010.

Discussant – "Forensic Economics in the Missouri Valley" – Missouri Valley Economic Association, Kansas City, October, 2009.

Discussant – "Different Methods Used to Derive Hedonic Damages in Litigation" – National Association of Forensic Economics sponsored session at the Allied Social Science Meetings. San Francisco, CA, January 2009.

Discussant – "Forensic Economics Under Missouri's New Tort Reform Law" – Missouri Valley Economic Association, Kansas City, October, 2005.

Chair – "The American Time Use Survey and Forensic Economics" – National Association of Forensic Economics sponsored session at the Allied Social Science Meetings. Philadelphia, PA, January 2005.

Discussant – "Statistical Examination of the 9/11 Victim Compensations Fund Awards: Calculated vs. Actual Economic Awards" – National Association of Forensic Economics sponsored session at the Allied Social Science Meetings. Philadelphia, PA, January 2005.

Instructor – "Workshop on Calculating Work Probabilities Using the Markov Increment-Decrement Worklife Expectancy Model" – 74th Annual Meeting of the Southern Economic Association, New Orleans, LA: November 21, 2004.

Chair – "Analysis of Presumed Economic Loss under the September 11th Victim Compensation Fund" – National Association of Forensic Economics sponsored session at the Allied Social Science Meetings: National Association of Forensic Economics National Meetings. Atlanta, GA, January 2002.

Chair and Instructor – "Calculating Future Expected Medical Damages" – NAFE Continuing Education. Western Economic Association Annual Meetings, San Francisco, July 2001.

Chair and Instructor – "Calculating Future Expected Medical Damages" – NAFE Continuing Education. Missouri Valley Economic Association Annual Meetings. Kansas City, MO, February 2001.

Discussant – "Policy Issues in Public Economics" – National Tax Association sponsored session at the Allied Social Science Meetings: National Association of Forensic Economics National Meetings. Boston, MA, January 2000.

Co-chair and Presenter – NAFE Continuing Education – Mock Trial, Effective Testimony – Allied Social Science Meetings: National Association of Forensic Economics National Meetings. Boston, MA, January 2000.

Presenter – "The Utility of the National Compensation Survey in Forensic Economics" – Session at Allied Social Science Meetings: National Association of Forensic Economics National Meetings. New York, NY: January 1999.

Discussant – "Railroad Worklife Expectancy Tables" – Session at Western Economic Association Annual Meetings. Lake Tahoe, NV, June 1998.

Presenter – "Forensic Economic Data Acquisition" – Session at Southwestern Economic Association Annual Meetings. New Orleans, LA, March 1997.

Presenter – "Forensic Economic Data Acquisition" – Session at Midwest Economic Association Annual Meetings. Kansas City, MO, March 1997.

Moderator – "Issues in Forensic Economics" – Session at Allied Social Science Meetings: National Association of Forensic Economics National Meetings. New Orleans, LA, January 1997.

Discussant – "Issues in Forensic Economics" – Session at 69th Annual Western Economic Association International Conference, Vancouver, British Columbia, June 1994.

Discussant – "Problems in Forensic Economics" – Session at 1994 Midwest Economics Association Meetings, Chicago, March 1994.

Moderator – "Issues in Forensic Economics" – Session at 68th Annual Western Economic Association International Conference, Lake Tahoe, June 1993.

Discussant – "Some Forensic Dimensions of Rehabilitation Economics" – Session at 67th Annual Western Economic Association International Conference, San Francisco, July 1992.

Discussant – "Law and Economics" – Session at 66th Annual Western Economic Association International Conference, Seattle, June 1991.

### Other

2001 Past Presidents' Award for Outstanding Service to the Association, National Association of Forensic Economics