IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) |
| Defendants. | ) |

## ORDER (1) SUSPENDING DEADLINES AS TO LASALLE NATIONAL BANK, (2) SETTING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL AND (3) DIRECTING PARTIES TO FILE STATUS REPORT

1. The Motion to Stay (Doc. # 750) is denied, but all deadlines related to Lasalle Bank are suspended.

2. The parties shall file their motion for preliminary settlement approval on or before November 1, 2012.

3. The motion to stay regarding LaSalle National Bank advises the Court that the anticipated settlement obviates the need for the Court to consider, *inter alia,* motion 686. The Court is confused because the parties previously advised motion 686 did not have to be addressed. See Doc. # 711. The Court presently believes the only summary judgment motions that are not affected by anticipated settlements (and thus need to be ruled before the pretrial conference) are:

   | | |
   |---|---|
   | Doc. # 666 | Wendover Financial Services |
   | Doc. # 675 | JP Morgan Chase Bank |
   | Doc. # 677 | Litton Loan Servicing LP |
   | Doc. # 679 | Wilmington Trust Company |
   | Doc. # 703 | [to the extent it relates to any of the four defendants listed above] |

The parties shall file a Status Report on or before October 15, 2012, either confirming or correcting the Court's understanding.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: October 11, 2012   UNITED STATES DISTRICT COURT