## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-cv-00189-ODS** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| ***et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

PLEASE TAKE NOTICE that on October 1, 2012, the law firm of Scharnhorst Ast &

Kennard, P.C. moved to a new location.  The new contact information is as follows:

> SCHARNHORST AST & KENNARD, P.C.
> 1100 Walnut, Suite 1950
> Kansas City, MO 64106
> P: (816) 268-9400
> F: (816) 268-9409

> Respectfully submitted,


> /s/ Daniel L. McClain
> Daniel L. McClain, Esq.         MO #43441
> Christine N. Hall, Esq.         MO #61914
> SCHARNHORST AST & KENNARD, PC
> 1100 Walnut, Suite 1950
> Kansas City, Missouri 64106
> Telephone: (816) 268-9411
> Facsimile:  (816) 268-9409
> Email: dlm@sakfirm.com
>            cnh@sakfirm.com

> *Attorneys for Defendant JPMorgan Chase Bank,*
> *National Association as successor by merger to*
> *Chase Home Finance, LLC.*

{00139311.DOCX}                    1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) to all counsel of record.


/s/ Daniel L. McClain
*An Attorney for Defendant*