THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

### JOINT MOTION FOR STAY OF CLAIMS AS AGAINST DEFENDANTS COUNTRYWIDE HOME LOANS, INC AND BAC HOME LOANS SERVICING, L.P.

Plaintiffs and Defendants Countrywide Home Loans, Inc. ("Countrywide") and BAC Home Loans Servicing, L.P. ("BAC") jointly move the Court to stay all motions and proceedings in connection with Plaintiffs' claims against Countrywide and BAC. In support of this motion, Plaintiffs and Countrywide and BAC state as follows:

1. The above captioned case is a class action lawsuit involving claims by Missouri homeowners for violations of Missouri's Second Mortgage Loans Act §§ 408.231 RSMo, *et seq.*

2. Plaintiffs and Countrywide and BAC have reached an agreement that, if approved, will settle and resolve the claims of those class members who obtained the loans for which Plaintiffs seek to hold Countrywide and BAC liable as against Countrywide and BAC, but not as against any other Defendant(s) also alleged to be liable on such loans. Plaintiffs and Countrywide and BAC need time to memorialize the settlement in writing and to implement the process through which the settlement can be finalized and submitted to the Court for approval.

H:\Second Mortgage\Gilmor v Preferred\Pleadings\WDMO 10-CV-0189 - Fed Case #5\Pleadings\2012-10-15 MOT-STAY-CHL-BAC Settlement.docx

Case 4:10-cv-00189-ODS   Document 754   Filed 10/15/12   Page 1 of 5

3. Given the settlement, the continued prosecution of the claims against Countrywide and BAC is unnecessary and will detract from the settling parties' ability to implement their settlement. Accordingly, Plaintiffs and Countrywide and BAC respectfully request this Court to grant a stay with respect to all motions and other proceedings related to Plaintiffs' claims against Countrywide and BAC.

4. No other claims, motions, discovery or other case activity should be stayed against any other Defendant.

5. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiffs and Defendants Countrywide and BAC respectfully request that the Court enter an Order staying all motions and proceedings relating to Plaintiffs' claims against Countrywide and BAC as stated above.

Date: October 15, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ Kip D. Richards*
R. Frederick Walters – Mo. Bar 25069
Kip D. Richards – Mo. Bar 39743
David M. Skeens – Mo. Bar 35728
Karen W. Renwick – Mo. Bar 41271
J. Michael Vaughan Mo. – Bar 24989
Garrett M. Hodes – Mo. Bar 50221
Matthew R. Crimmins – Mo. Bar 53138
Bruce V. Nguyen – Mo. Bar 52893
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)
fwalters@wbsvlaw.com
krichards@wbsvlaw.com
dskeens@wbsvlaw.com
krenwick@wbsvlaw.com
mvaughan@wbsvlaw.com
ghodes@wbsvlaw.com
mcrimmins@wbsvlaw.com
bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

3

By: */s/ Mark A. Olthoff*
MARK A. OLTHOFF – MO #38572
ANTHONY BONUCHI – MO #57838
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
molthoff@polsinelli.com
abonuchi@polsinelli.com

**Thomas M. Hefferon, Esq.**
**Joseph F. Yenouskas, Esq.**
Goodwin, Procter, L.L.P.
901 New York Ave NW
9th Floor East
Washington, DC 20001
thefferon@goodwinprocter.com
jyenouskas@goodwinprocter.com

**ATTORNEYS FOR DEFENDANT**
**COUNTRYWIDE HOME LOANS, INC.**


By: */s/ Mark A. Olthoff*
MARK A. OLTHOFF – MO #38572
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
molthoff@polsinelli.com

**ATTORNEYS FOR BAC HOME LOAN**
**SERVICING, L.P.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 15th day of October 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

/s/ *Kip D. Richards*