# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-CV-00189-ODS** |
| | ) | |
| **PREFERRED CREDIT CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Doc. 751), the undersigned parties jointly report as follows:

1.      Doc 686 was a jointly filed motion.  At the time Doc. 711 was filed, Plaintiffs had only settled with one of the movants of Doc. 686, viz., Defendant Wells Fargo Bank, N.A.  The claims against (and motion by) the second movant of Doc. 686, LaSalle National Bank, remained pending.  Plaintiffs and LaSalle National Bank have also recently reached a settlement.  (Doc. 750)

2.      The following settlements have been reached with the following Defendants to date: (a) U.S. Bank National Association in its individual and trustee capacities, U.S. Bank National Association ND, Empire Funding Home Loan Owner Trust 1998-1, Empire Funding Grantor Trust 1998-1, Empire Funding Home Loan Owner Trust 1999-1 and Empire Funding Grantor Trust 1999-1, and Wilmington Trust Company in its individual and trustee capacities

with respect to the Empire Trusts (Doc. 324)[1]; (b) Residential Funding Company, LLC and JPMorgan Chase Bank, N.A., in its capacity as former trustee (Doc. 351); (c) Sovereign Bank (Doc. 435); (d) JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance, LLC (Doc. 531); (e) EMC Mortgage, LLC (Doc. 548); (f) Advanta Mortgage Corporation of USA (Doc. 569); (g) Defendants Credit Suisse First Boston Mortgage Securities Corporation, Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, individually and as trustee of the Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1, Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2, and Preferred Credit Trust 1997-1 (Docs. 591, 592, 616); (h) Countrywide Home Loans, Inc. and BAC Home Loans Servicing, L.P. (Docs. 612, 754); (i) Impac Mortgage Holdings, Inc., Impac Funding Corporation, Impac Secured Assets Corporation, IMH Assets Corporation and Wingspan Portfolio Advisors, LLC (Doc. 710); (j) Wells Fargo Bank, N.A. (Doc. 711); (k) Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A, individually and in its capacities as indenture trustee of Impac Secured Assets CMN Trust Series 1998-1, Impac CMB Trust Series 1999-2, Impac CMB Trust Series 2000-2, Impac CMB Trust Series 2001-4, Impac CMB Trust Series 2002-1, and Impac CMB Trust Series 2003-5, and Impac Real Estate Asset Trust Series 2006-SD1 (Doc. 719)[2]; (l) Bank of America, N.A., as successor by merger to LaSalle National Bank in its capacity as former trustee for Impac CMB Trust Series 1999-1 (Doc. 750); and (m) JPMorgan Chase Bank, National Association as Former Trustee and Litton Loan Servicing, L.P. (Doc. 752).

---

[1] This settlement also effectively settles all claims against defendant Real Time Resolutions, Inc. and Ocwen Loan Servicing, L.P. pursuant to the settlement with the U.S. Bank Defendants and Wilmington Trust Company (Doc. 324).

[2] This settlement also includes a release of the following trust defendants: Impac Secured Assets CMN Trust Series 1998-1, Impac CMB Trust Series 1999-2, Impac CMB Trust Series 2000-2, Impac CMB Trust Series 2001-4, Impac CMB Trust Series 2002-1, and Impac CMB Trust Series 2003-5, and Impac Real Estate Asset Trust Series 2006-SD1.

3.      Consequently, the only summary judgment motions currently before the Court are these:

      a.      Doc. 666, 667 (Defendant Wendover Financial Services' *Motion for Summary Judgment*).

      b.      Doc. 679, 680 (Defendant Wilmington Trust Company's *Motion for Summary Judgment*); and

      c.      Doc. 703, 704 (*Plaintiffs' Motion for Partial Summary Judgment*, but now limited via the prior settlements to the claims against Defendants Wilmington Trust Company and Wendover Financial Services).

4.      In addition, the following Defendants' motions to exclude expert testimony under *Daubert* remain pending:

      a.      Wilmington Trust Company (Docs. 681 and 755, and incorporating Docs. 668, 669 and 702); and

      b.      Wendover Financial Services (Doc. 695).

5.      Plaintiffs' claims against Wilmington Trust Company and Wendover Financial Services remain pending.  In addition, Plaintiffs' claims against Defendants Preferred Credit Corporation and United Mortgage C.B., LLC, remain pending.  Plaintiffs' intend to seek a judgment by default against Preferred Credit Corporation and will proceed against United Mortgage C.B., LLC.

Date: October 15, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.


By:    /s/ Kip D. Richards
     R. Frederick Walters – Mo. Bar 25069
     Kip D. Richards – Mo. Bar 39743
     David M. Skeens – Mo.  Bar 35728
     Karen W. Renwick – Mo. Bar 41271
     J. Michael Vaughan Mo. – Bar 24989
     Garrett M. Hodes – Mo. Bar 50221
     Matthew R. Crimmins – Mo. Bar 53138
     Bruce V. Nguyen – Mo. Bar 52893
     2500 City Center Square
     1100 Main Street
     P.O. Box 26188
     Kansas City, MO 64196
     (816) 421-6620
     (816) 421-4747 (Facsimile)
     fwalters@wbsvlaw.com
     krichards@wbsvlaw.com
     dskeens@wbsvlaw.com
     krenwick@wbsvlaw.com
     mvaughan@wbsvlaw.com
     ghodes@wbsvlaw.com
     mcrimmins@wbsvlaw.com
     bnguyen@wbsvlaw.com

     **ATTORNEYS FOR PLAINTIFFS
     AND CLASS COUNSEL**


By:    /s/ Todd W. Ruskamp
     Todd W. Ruskamp – MO #38625
     SHOOK HARDY & BACON, L.L.P.
     2555 Grand Blvd.
     Kansas City, MO 64108-2613
     Telephone: 816.474.6550
     Facsimile: 816.421.5547
     truskamp@shb.com


     **ATTORNEY FOR DEFENDANT
     WENDOVER FINANCIAL
     SERVICES CORPORATION**

By:   */s/ Mark A. Olthoff*
    MARK A. OLTHOFF    MO #38572
    ANTHONY BONUCHI    MO #57838
    POLSINELLI SHUGHART PC
    1700 Twelve Wyandotte Plaza
    120 West 12th Street
    Kansas City, Missouri 64105-1929
    (816) 421-3355
    (816) 374-0509 (FAX)
    molthoff@polsinelli.com
    abonuchi@polsinelli.com


    PETER W. CARTER
    PAUL R. DIESETH
    DORSEY & WHITNEY LLP
    50 South 6th
    Suite 1500
    Minneapolis, Minnesota 55402

    **ATTORNEYS FOR DEFENDANTS U.S.
    BANK NATIONAL ASSOCIATION, U.S.
    BANK NATIONAL ASSOCIATION ND,
    EMPIRE FUNDING HOME LOAN
    OWNER TRUST 1998-1, EMPIRE
    FUNDING HOME LOAN OWNER TRUST
    1999-1, EMPIRE FUNDING GRANTOR
    TRUST 1998-1, EMPIRE FUNDING
    GRANTOR TRUST 1999-1, AND
    WILMINGTON TRUST COMPANY**


By:   */s/ Barry L. Pickens*
    BARRY L. PICKENS MO #43379
    SPENCER FANE BRITT & BROWNE
    1000 Walnut Street, Suite 1400
    Kansas City, Missouri  64106-2140
    (816) 474-8100
    (816) 474-3216 (FAX)
    bpickens@spencerfane.com

By: /s/ Daniel J. Tobin

DANIEL J. TOBIN (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, Maryland  20814
(301) 664-6200
(301) 664-6299 (FAX)
tobindj@ballardspahr.com

**ATTORNEYS FOR DEFENDANTS
WINGSPAN PORTFOLIO ADVISORS
LLC, IMPAC MORTGAGE HOLDINGS,
INC., IMPAC FUNDING CORPORATION,
IMPAC SECURED ASSETS
CORPORATION, IMH ASSETS
CORPORATION, AND BANK OF
AMERICA, N.A., AS SUCCESSOR BY
MERGER TO LASALLE NATIONAL
BANK, IN ITS CAPACITY AS FORMER
INDENTURE TRUSTEE OF
TERMINATED TRUST IMPAC CMB
TRUST SERIES 1999-1**

By: /s/ Leslie A. Greathouse

Leslie A. Greathouse        MO #48431
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
lgreathouse@spencerfane.com
(816) 474-8100 (Telephone)
(816) 474-3216 (Facsimile)

and

Rollin R Chippey, II
Benjamin P. Smith
Christopher J. Banks
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

**ATTORNEYS FOR DEFENDANT
DEUTSCHE BANK NATIONAL TRUST
COMPANY,**

By   */s/ Maria G. Zschoche*
    W. David Wells – Mo. Bar 19759
    Maria G. Zschoche – Mo. Bar 56635
    Brian A. Lamping – Mo. Bar 61054
    THOMPSON COBURN LLP
    One US Bank Plaza
    St. Louis, MO  63101
    (314) 552-6118
    (314) 552-7118 (Facsimile)
    dwells@thompsoncoburn.com
    mzschoche@thompsoncoburn.com
    blamping@thompsoncoburn.com

**ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, N.A.**


By:   */s/ Leslie A. Greathouse*
    Leslie A. Greathouse        MO #48431
    SPENCER FANE BRITT & BROWNE LLP
    1000 Walnut Street, Suite 1400
    Kansas City, MO  64106
    lgreathouse@spencerfane.com
    (816) 474-8100 (Telephone)
    (816) 474-3216 (Facsimile)

**ATTORNEYS FOR REAL TIME
RESOLUTIONS, INC.**

By:    */s/ Mark A. Olthoff*

    MARK A. OLTHOFF – MO #38572
    ANTHONY BONUCHI – MO #57838
    MICHAEL FOSTER – MO #61205
    POLSINELLI SHUGHART PC
    1700 Twelve Wyandotte Plaza
    120 West 12th Street
    Kansas City, Missouri 64105-1929
    Telephone: (816) 421-3355
    Facsimile: (816) 374-0509
    molthoff@polsinelli.com
    abonuchi@polsinelli.com
    mfoster@polsinelli.com

**ATTORNEYS FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS FORMER TRUSTEE, LITTON LOAN SERVICING, L.P. AND OCWEN LOAN SERVICING, L.P.**


By:    */s/ Mark A. Olthoff*

    MARK A. OLTHOFF – MO #38572
    ANTHONY BONUCHI – MO #57838
    POLSINELLI SHUGHART PC
    1700 Twelve Wyandotte Plaza
    120 West 12th Street
    Kansas City, Missouri 64105-1929
    Telephone: (816) 421-3355
    Facsimile: (816) 374-0509
    molthoff@polsinelli.com
    abonuchi@polsinelli.com

    Thomas M. Hefferon, Esq.
    Joseph F. Yenouskas, Esq.
    Goodwin, Procter, L.L.P.
    901 New York Ave NW
    9th Floor East
    Washington, DC  20001
    thefferon@goodwinprocter.com
    jyenouskas@goodwinprocter.com

**ATTORNEYS FOR DEFENDANT COUNTRYWIDE HOME LOANS, INC.**

By:    */s/ Mark A. Olthoff*
     MARK A. OLTHOFF – MO #38572
     POLSINELLI SHUGHART PC
     1700 Twelve Wyandotte Plaza
     120 West 12th Street
     Kansas City, Missouri 64105-1929
     Telephone: (816) 421-3355
     Facsimile: (816) 374-0509
     molthoff@polsinelli.com

     **ATTORNEYS FOR BAC HOME LOAN
     SERVICING, L.P.**


By:    */s/ Daniel L. McClain*
     Daniel L. McClain, Esq. – MO #43441
     Christine N. Hall, Esq. – MO #61914
     SCHARNHORST AST & KENNARD, PC
     1100 Walnut, Suite 1950
     Kansas City, Missouri 64106
     Telephone:  816-268-9411
     Facsimile:  816-268-9409
     dlm@sakfirm.com
     cnh@sakfirm.com

     ATTORNEYS FOR DEFENDANTS
     JPMORGAN CHASE BANK, NATIONAL
     ASSOCIATION AS SUCCESSOR BY
     MERGER TO CHASE HOME FINANCE,
     LLC AND EMC MORTGAGE, LLC