THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## JOINT MOTION FOR STAY OF CLAIMS AS AGAINST DEFENDANT WENDOVER FINANCIAL SERVICES CORPORATION

Plaintiffs and Defendant Wendover Financial Services Corporation ("Wendover") jointly move the Court to stay all motions and proceedings in connection with Plaintiffs' claims against Wendover. In support of this motion, Plaintiffs and Wendover state as follows:

1. The above captioned case is a class action lawsuit involving claims by Missouri homeowners for violations of Missouri's Second Mortgage Loans Act §§ 408.231 RSMo, *et seq.*

2. Plaintiffs and Wendover have reached an agreement that, if approved, will settle and resolve the claims of those class members who obtained the loans for which Plaintiffs seek to hold Wendover liable as against Wendover, but not as against any other Defendant(s) also alleged to be liable on such loans. Plaintiffs and Wendover need time to memorialize the settlement in writing and to implement the process through which the settlement can be finalized and submitted to the Court for approval.

3. Given the settlement, the continued prosecution of the claims against Wendover is unnecessary and will detract from the settling parties' ability to implement their settlement. Accordingly, Plaintiffs and Wendover respectfully request this Court to grant a stay with respect

H:\Second Mortgage\Gilmor v Preferred\Pleadings\WDMO 10-CV-0189 - Fed Case #5\Pleadings\2012-10-18 MOT-STAY-Wendover.doc

Case 4:10-cv-00189-ODS   Document 776   Filed 10/18/12   Page 1 of 4

to all motions and other proceedings related to Plaintiffs' claims against Wendover, including without limitation Wendover's Motion for Summary Judgment (Doc.'s 666, 667), and Plaintiffs' Motion for Partial Summary Judgment, ***but solely as to Wendover*** (Doc.'s 703, 704), and Wendover's Motion to Exclude Testimony of Dr. Kurt V. Krueger (Doc. 695).

4. No other claims, motions, discovery or other case activity should be stayed against any other Defendant.

5. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiffs and Defendant Wendover respectfully request that the Court enter an Order staying all motions and proceedings relating to Plaintiffs' claims against Wendover as stated above.

Date: October 18, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ Kip D. Richards*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo. Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO 64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com

ghodes@wbsvlaw.com
mcrimmins@wbsvlaw.com
bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

SHOOK, HARDY & BACON L.L.P.

By: */s/ Todd W. Ruskamp*
Todd W. Ruskamp, #38625
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

**ATTORNEY FOR DEFENDANT
WENDOVER FINANCIAL SERVICES
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 18th day of October 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

/s/ *Kip D. Richards*