THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | Case No. 4:10-cv-00189-ODS |
| Plaintiffs, | |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## NOTICE REGARDING EXHIBIT ATTACHMENT
## EXHIBITS A, B AND C FILED UNDER SEAL

Exhibits A, B and C to Defendant Wilmington Trust Company's Omnibus Motion in Limine are being filed under seal pursuant to the Protective Order entered in this case, and have been filed on CD and are being maintained in this case file in the Clerk's office. Copies of these exhibits will be provided to Plaintiffs' counsel.

Dated: October 18, 2012.

                                                       Respectfully submitted,

                                                       */s/ Mark A. Olthoff*
                                                       MARK A. OLTHOFF         MO #38572
                                                       ANTHONY BONUCHI      MO #57838
                                                       MICHAEL S. FOSTER      MO #61205
                                                       POLSINELLI SHUGHART PC
                                                       1700 Twelve Wyandotte Plaza
                                                       120 West 12th Street
                                                       Kansas City, Missouri 64105-1929
                                                       (816) 421-3355; (816) 374-0509 (FAX)
                                                       molthoff@polsinelli.com
                                                       abonuchi@polsinelli.com

                                                       PETER CARTER
                                                       PAUL R. DIESETH
                                                       DORSEY & WHITNEY LLP
                                                       50 South Sixth Street, Suite 1500
                                                       Minneapolis, MN 55402-1498
                                                       (612) 340-2600; (612) 340-2868 (FAX)

                                                       ATTORNEYS FOR DEFENDANT
                                                       WILMINGTON TRUST COMPANY

3183653.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 18th day of October, 2012, to all counsel of record.

                                                  */s/ Mark A. Olthoff*
                                                  Attorney for Defendant Wilmington Trust Company