UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel, with the consent of Mr. Eric M. Shimamoto, moves the Court for its Order allowing Eric M. Shimamoto to withdraw as counsel for Plaintiffs. Mr. Shimamoto is no longer associated with the firm of Walters Bender Strohbehn & Vaughan, P.C. The undersigned and R. Frederick Walters, David M. Skeens, Karen W. Renwick, J. Michael Vaughan, Garrett M. Hodes, Matthew R. Crimmins and Bruce V. Nguyen, of Walters Bender Strohbehn & Vaughan, P.C., will remain as counsel for Plaintiffs in this case. The undersigned counsel requests that Mr. Shimamoto also be removed from the ECF e-mail notice list for this case.

**WHEREFORE**, the undersigned counsel requests that the Court permit Eric M. Shimamoto to withdraw as counsel for Plaintiffs in this case.

Dated: October 19, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:     */s/ Kip D. Richards*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com


**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 19th day of October 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


/s/ *Kip D. Richards*