THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

**JOINT MOTION FOR STAY OF CLAIMS AS AGAINST
DEFENDANT WILMINGTON TRUST COMPANY**

Plaintiffs and Defendant Wilmington Trust Company ("Wilmington") jointly move the Court to stay all motions and proceedings in connection with Plaintiffs' claims against Wilmington. In support of this motion, Plaintiffs and Wilmington state as follows:

1. The above captioned case is a class action lawsuit involving claims by Missouri homeowners for violations of Missouri's Second Mortgage Loans Act §§ 408.231 RSMo, *et seq.*

2. Plaintiffs and Wilmington have reached an agreement that, if approved, will settle and resolve the claims of those class members who obtained the loans for which Plaintiffs seek to hold Wilmington liable as against Wilmington, but not as against any other Defendant(s) also alleged to be liable on such loans. Plaintiffs and Wilmington need time to memorialize the settlement in writing and to implement the process through which the settlement can be finalized and submitted to the Court for approval.

3. Given the settlement, the continued prosecution of the claims against Wilmington is unnecessary and will detract from the settling parties' ability to implement their settlement. Accordingly, Plaintiffs and Wilmington respectfully request this Court to grant a stay with

respect to all motions and other proceedings related to Plaintiffs' claims against Wilmington, including without limitation Wilmington's Motion for Summary Judgment (Doc.'s 679, 680), Plaintiffs' Motion for Partial Summary Judgment, *but solely as to Wilmington* (Doc.'s 703, 704), Wilmington's Motion to Exclude Testimony of Dr. Kurt V. Krueger (Doc. 681), Plaintiffs' various Motions in Limine (Doc.'s 758-764, 766-773, and Wilmington's Omnibus Motion in Limine (Doc. 777).

4. No other claims, motions, discovery or other case activity should be stayed against any other Defendant.

5. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiffs and Defendant Wilmington respectfully request that the Court enter an Order staying all motions and proceedings relating to Plaintiffs' claims against Wilmington as stated above.

Date: October 24, 2012

2

Case 4:10-cv-00189-ODS   Document 783   Filed 10/24/12   Page 2 of 4

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ R. Frederick Walters*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo. Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO 64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

    **ATTORNEYS FOR PLAINTIFFS**
    **AND CLASS COUNSEL**


By: */s/ Mark A. Olthoff*
    MARK A. OLTHOFF    MO #38572
    ANTHONY BONUCHI    MO #57838
    POLSINELLI SHUGHART PC
    1700 Twelve Wyandotte Plaza
    120 West 12th Street
    Kansas City, Missouri 64105-1929
    (816) 421-3355
    (816) 374-0509 (FAX)
    molthoff@polsinelli.com
    abonuchi@polsinelli.com

PETER W. CARTER
PAUL R. DIESETH
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota 55402

**ATTORNEYS FOR DEFENDANT
WILMINGTON TRUST COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 24th day of October 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

　　　　　　　　　　　　　　　　　　　　　/s/ *R. Frederick Walters*