IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN MISSOURI

MICHAEL P. AND SHELLIE GILMOR,
  et al.,

        Plaintiffs,

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

        Defendants.

Case No. 10-0189-CV-W-ODS

### ORDER GRANTING MOTION FOR FINAL JUDGMENT DISMISSING SOVEREIGN BANK, N.A. WITH PREJUDICE

Upon consideration of Plaintiffs' Unopposed Motion For An Order And Judgment Approving The Voluntarily Dismissal Of Sovereign Bank, N.A. With Prejudice (Doc. # 781), and for good cause shown, it is hereby **ORDERED, ADJUDGED, AND, DECREED** that:

1. All claims and causes of actions pending against Defendant Sovereign Bank, N.A. in this action are dismissed with prejudice, with each party to bear its own costs; and

2. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay the entry of final judgment, and accordingly, the judgment of dismissal of Sovereign Bank, N.A. shall be final and appealable.

IT IS SO ORDERED.

DATE: October 25, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT