IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) |
| Defendants. | ) |

ORDER (1) DENYING MOTIONS TO STAY, (2) SUSPENDING CERTAIN DEADLINES, (3) SETTING DEADLINE FOR FILING MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS, AND (4) CANCELING PRETRIAL CONFERENCE

1. The pretrial conference set for November 1, 2012, is canceled.

2. All deadlines, other than deadlines for filing motions for preliminary approval of settlements, are suspended.

3. The motions to stay proceedings (Doc. # 776 and Doc. # 783) are denied. Instead, the Court suspends all deadlines related to the following defendants:

- Wendover Financial Services
- Wilmington Trust Company

Motions for Preliminary Approval of Settlements related to these two defendants shall be filed on or before December 14, 2012.

4. Plaintiffs shall submit a proposal for resolving claims against all non-settling defendants on or before December 28, 2012.

IT IS SO ORDERED.

DATE: October 29. 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT