UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL P. GILMOR AND <br> SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PREFERRED CREDIT <br> CORPORATION et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:10-cv-00189-ODS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ENTRY OF APPEARANCE AND
## SUBSTITUTION OF COUNSEL

COMES NOW Daniel L. McClain and the law firm of SCHARNHORST AST & KENNARD, P.C. and enter their appearance in the above-captioned case for Defendant Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, National Association, individually and in its capacities as indenture trustee of the Impac Secured Assets CMN Trust Series 1998-1, Impac CMB Trust Series 1999-2, Impac CMB Trust Series 2000-2, Impac CMB Trust Series 2001-4, Impac CMB Trust Series 2002-1, Impac CMB Trust Series 2003-5, and Impac Real Estate Asset Trust Series 2006-SD1.

For purposes of Local Rule 83.5(o), the undersigned counsel and firm, by this Entry of Appearance, are substitute counsel for Leslie A. Greathouse and the law firm of Spencer Fane Britt & Browne, LLP, who filed a Motion to Withdraw from representing the above-referenced defendant on October 29, 2012 (Dkt. No. 787).

{00139627.DOC}

Respectfully submitted,

/s/ Daniel L. McClain
Daniel L. McClain, Esq.    MO #43441
SCHARNHORST AST & KENNARD, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Telephone: (816) 268-9411
Facsimile: (816) 268-9409
Email: dlm@sakfirm.com
*Attorney for Defendants Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, National Association, individually and in its capacities as indenture trustee of the Impac Secured Assets CMN Trust Series 1998-1, Impac CMB Trust Series 1999-2, Impac CMB Trust Series 2000-2, Impac CMB Trust Series 2001-4, Impac CMB Trust Series 2002-1, Impac CMB Trust Series 2003-5, and Impac Real Estate Asset Trust Series 2006-SD1.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court to all counsel of record.

/s/ Daniel L. McClain
*Attorney for Defendant*