UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PREFERRED CREDIT CORPORATION, )<br>et al., )<br>Defendants. ) | Case No. 4:10-cv-00189-ODS |

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1715

COMES NOW JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance, LLC ("JPMCB/CHF"), by and through counsel, and hereby certifies that on November 20, 2012, JPMCB/CHF served notice of the proposed class action settlement between Plaintiffs and JPMCB/CHF, with all required supporting materials, upon the U.S. Office of the Comptroller of the Currency and appropriate officials of each state in which a proposed settlement class member resides pursuant to 28 U.S.C. § 1715 via first-class U.S. Mail, postage prepaid.

Respectfully submitted,

/s/ Daniel L. McClain
Daniel L. McClain, Esq.   MO #43441
Christine N. Hall, Esq.   MO #61914
SCHARNHORST AST & KENNARD, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Telephone: (816) 268-9411
Facsimile: (816) 268-9409
Email: dlm@sakfirm.com
         cnh@sakfirm.com
*Attorneys for Defendant JPMorgan Chase Bank, National Association as successor by merger to Chase Home Finance, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was electronically filed on this 20th day of November, 2012, with the Clerk of the Court via the CM/ECF system, which automatically transmits a Notice of Electronic Filing to all counsel of record.

/s/Daniel L. McClain

An Attorney for Defendants