# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
  et al.,

                         Plaintiffs,                         Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                         Defendants.

## ORDER GRANTING MOTION TO DISMISS
## DEFENDANT EMC MORTGAGE LLC F/K/A EMC MORTGAGE CORPORATION

Upon consideration of Plaintiffs' Unopposed Motion For An Order Voluntarily Dismissing Defendant, EMC Mortgage LLC f/k/a EMC Mortgage Corporation ("EMC"), and for good cause shown, it is hereby **ORDERED, ADJUDGED, AND, DECREED** that the motion (Doc. # 822) is granted.

In granting this motion, the Court notes the parties' representation that only two class members have claims against EMC, and those two individuals have reached individual settlements with EMC. The Court thus decertifies the class solely as it applies to EMC and there is no need for a hearing under Rule 23 and, in accordance with the parties' settlements, dismisses all claims against EMC.

IT IS SO ORDERED.

                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, SENIOR JUDGE
DATE: November 27, 2012                 UNITED STATES DISTRICT COURT