# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

|  |  |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 4:10-cv-00189-ODS |
| PREFERRED CREDIT CORPORATION, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1715

Defendants Impac Mortgage Holdings, Inc., Impac Funding Corporation, Impac Secured Assets Corporation, IMH Assets Corporation, and Wingspan Portfolio Advisors, LLC (collectively "Impac Defendants"), through counsel admitted *pro hac vice* in this matter, hereby certify that on November 13, 2012, the Impac Defendants served notice of the proposed class action settlement between Plaintiffs and the Impac Defendants, together with all required accompanying documents, upon the Attorney General of the United States in his capacity as the "appropriate federal official" for purposes of receipt of notice pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"). Further, on November 14, 2012, the Impac Defendants served notice of the proposed class action settlement upon the appropriate state officials for states in which the Impac Defendants understand proposed settlement class members to currently reside. Each notice served upon the appropriate state officials was materially identical to the notice served upon the Attorney General and, pursuant to CAFA, included all of the required accompanying documents.

Respectfully submitted,

November 27, 2012

/s/ Daniel J. Tobin
Daniel J. Tobin, Esq. (admitted *pro hac vice*)
BALLARD SPAHR LLP
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
Telephone: (301) 664-6200
Facsimile: (301) 664-6299
tobindj@ballardspahr.com

*Attorneys for Defendants Impac Mortgage Holdings, Inc., Impac Funding Corporation, Impac Secured Assets Corporation, IMH Assets Corporation, and Wingspan Portfolio Advisors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, the foregoing was filed using the Court's CM/ECF system, which will notify all registered parties of the filing.

/s/ Daniel J. Tobin

DMEAST #15990297 v1