UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:10-cv-00189-ODS ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

## SETTLING DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO ALLOW FOR FILING OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENT

COME NOW Defendants Wells Fargo Bank, N.A.; Litton Loan Servicing, L.P.; and, JPMorgan Chase Bank, N.A., as Former Trustee; (collectively, "Settling Defendants") and respectively request an additional four days, up to and including December 7, 2012, within which to finalize their respective settlement agreements with Plaintiffs, and for Plaintiffs to file Motions for Preliminary Approval of Class Action Settlement. In support of their Motion, the Settling Defendants state:

1. Settling Defendants and Plaintiffs achieved agreements to settle the claims against them in this matter. The settlement agreements, if approved, will settle and resolve the claims of those class members who obtained loans for which Plaintiffs seek to hold the Settling Defendants liable.

2. In light of these settlements, the Court suspended all deadlines relating to Settling Defendants and ordered that Motions for Preliminary Approval of Settlements be filed on or

5645689

before November 1, 2012. *See, e.g.,* Dkt. E. 729; 757.[1] The Court recently extended that deadline for the Settling Defendants to December 3, 2012. *See* Dkt. E. 819.

3. Settling Defendants and Plaintiffs have diligently been working to memorialize their settlement and implement the process through which the settlement can be finalized and submitted to the Court for approval. However, in large part because Hurricane Sandy closed offices and disrupted operations, hampering Settling Defendants' ability to review and execute draft settlement documents, Settling Defendants require a short period of additional time to review and execute the proposed agreements. In addition, Plaintiffs' counsel and certain defense counsel have been involved in finalizing other large class settlements. As a result, a short amount of additional time is needed.

4. For these reasons, Plaintiffs and Settling Defendants have agreed to file their respective Motions for Preliminary Approval of Settlement and any associated documents on or before December 7, 2012.

5. Plaintiffs' counsel (Fred Walters, Esq.) was consulted concerning the contents of this Motion and indicated Plaintiffs do not oppose the relief requested herein.

6. WHEREFORE, the Settling Defendants respectfully request an additional four days, up to and including December 7, 2012 for the filing of any Motions for Preliminary Approval of Class Action Settlements.

---

[1] As of the time of this filing, all major claims have been settled in this lawsuit. In light of these settlements, the Court cancelled the pretrial conference originally set for November 1, 2012. *See* Order dated October 29, 2012. Dkt. E. 788. Additionally, the Court also recently allowed settling defendants Wendover Financial Services and Wilmington Trust Company until December 14, 2012 to file any Motions for Preliminary Approval. *See* Dkt. E. 788.

Respectfully submitted,

THOMPSON COBURN LLP


/s/ David Wells
W. David Wells
Maria G. Zschoche
Brian A. Lamping
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101-1611
(314) 552-6000
(314) 552-7000 (FAX)
dwells@thompsoncoburn.com
mzschoche@thompsoncoburn.com
blamping@thompsoncoburn.com

*Attorneys for Defendants Wells Fargo Bank, N.A.,*


/s/ Mark A. Olthoff
| MARK A. OLTHOFF | MO #38572 |
| ANTHONY BONUCHI | MO #57838 |
| MICHAEL FOSTER | MO #61205 |

POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

*Attorneys for Defendants Litton Loan Servicing, LP
and JPMorgan Chase Bank, National Association,
as Former Trustee*

5645689                                     - 3 -

Case 4:10-cv-00189-ODS   Document 827   Filed 12/03/12   Page 3 of 4

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the above and foregoing was electronically filed on this 3rd day of December, 2012, with the Clerk of the Court via the CM/ECF system, which automatically transmits a Notice of Electronic Filing to all counsel of record.

                David Wells

                An Attorney for Defendants