UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:10-cv-00189-ODS |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

## SETTLING DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO ALLOW FOR FILING OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENT

COME NOW Defendants Litton Loan Servicing, L.P. and JPMorgan Chase Bank, N.A., as Former Trustee (collectively, "Settling Defendants") and respectively request an additional one week, up to and including December 14, 2012, within which to finalize their respective settlement agreements with the Settling Plaintiffs, and for Plaintiffs to file Motions to dismiss. In support of their Motion, the Settling Defendants state:

1. Settling Defendants and Settling Plaintiffs achieved agreements to settle the claims against them in this matter. The settlement agreements, if approved, will settle and resolve the claims of those class members who obtained loans for which Plaintiffs seek to hold the Settling Defendants liable.

2. In light of these settlements, the Court suspended all deadlines relating to Settling Defendants and ordered that Motions for Preliminary Approval of Settlements be filed on or

before November 1, 2012.  *See, e.g.,* Dkt. E. 729; 757.[1]  The Court recently extended that deadline for the Settling Defendants to December 7, 2012.  *See* Dkt. E. 831.

3. Settling Defendants and Plaintiffs have diligently been working to memorialize their settlement and implement the process through which the settlement can be finalized and submitted to the Court for approval.  However, Settling Defendants require a short period of additional time to review and execute the proposed agreements.  In addition, Plaintiffs' counsel and certain defense counsel have been involved in finalizing other large class settlements.  As a result, and in part due to schedules in light of the Thanksgiving holiday, additional time is needed.

4. For these reasons, Plaintiffs and Settling Defendants have agreed to file their respective Motions for Preliminary Approval of Settlement and any associated documents on or before December 14, 2012.

5. Plaintiffs' counsel (Fred Walters, Esq.) was consulted concerning the contents of this Motion and indicated Plaintiffs do not oppose the relief requested herein.

6. WHEREFORE, the Settling Defendants respectfully request an additional week, up to and including December 14, 2012 for the filing of any Motions for Preliminary Approval of Class Action Settlements.

---

[1] As of the time of this filing, all major claims have been settled in this lawsuit.  In light of these settlements, the Court cancelled the pretrial conference originally set for November 1, 2012.  *See* Order dated October 29, 2012. Dkt. E. 788.  Additionally, the Court also recently allowed settling defendants Wendover Financial Services and Wilmington Trust Company until December 14, 2012 to file any Motions for Preliminary Approval.  *See* Dkt. E. 788.

Respectfully submitted,

/s/ Mark A. Olthoff
---
| MARK A. OLTHOFF | MO #38572 |
| ANTHONY BONUCHI | MO #57838 |
| MICHAEL FOSTER | MO #61205 |

POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

*Attorneys for Defendants Litton Loan Servicing, LP and JPMorgan Chase Bank, National Association, as Former Trustee*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the above and foregoing was electronically filed on this _____ day of December, 2012, with the Clerk of the Court via the CM/ECF system, which automatically transmits a Notice of Electronic Filing to all counsel of record.

            /s/ Mark A. Olthoff
            Attorney for Defendants