THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>Defendants. | Case No. 4:10-cv-00189-ODS |

ORDER GRANTING MOTION FOR FINAL JUDGMENT DISMISSING
DEFENDANT WELLS FARGO BANK, N.A., F/K/A WELLS FARGO BANK, MN, N.A.,
F/K/A NORWEST BANK MINNESOTA, N.A., INDIVIDUALLY AND IN ITS
CAPACITY AS TRUSTEE OF THE IMPAC CMB TRUST SERIES 2000-1 AND IMPAC
CMB TRUST SERIES 2005-3

Pending is Plaintiffs' Unopposed Motion For An Order Voluntarily Dismissing Defendant Wells Fargo Bank, N.A., f/k/a Wells Fargo Bank, MN, N.A., f/k/a Norwest Bank Minnesota, N.A., individually and in its capacity as trustee of the Impac CMB Trust Series 2000-1 and Impac CMB Trust Series 2005-3 ("Wells Fargo"). Before the case was removed to federal court, a state court certified a class of plaintiffs. However, there are only six class members with claims against Wells Fargo, and it is represented that those six class members have settled their individual classes. Accordingly, the motion (Doc. # 836) is granted, and it is hereby ordered as follows:

1. The class is decertified as to claims against Wells Fargo.

2. All claims and causes of actions pending against Defendant Wells Fargo Bank, N.A., f/k/a Wells Fargo Bank, MN, N.A., f/k/a Norwest Bank Minnesota, N.A., individually and in its

capacity as trustee of the Impac CMB Trust Series 2000-1 and Impac CMB Trust Series 2005-3 in this action are dismissed with prejudice, with each party to bear its own costs; and

      3. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay the entry of final judgment, and accordingly, this order of dismissal of Wells Fargo Bank, N.A., f/k/a Wells Fargo Bank, MN, N.A., f/k/a Norwest Bank Minnesota, N.A., individually and in its capacity as trustee of the Impac CMB Trust Series 2000-1 and Impac CMB Trust Series 2005-3 shall be final and appealable.

IT IS SO ORDERED.

DATE: December 11, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT