IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, ET AL., <br><br> Defendants. | Case No. 10-0189-CV-W-ODS |

### PLAINTIFF'S NOTICE REGARDING EXHIBIT ATTACHMENT
### <u>EXHIBITS FILED UNDER SEAL</u>

**Schedule A** and **Exhibit D** to the *Settlement and Release Agreement*, **Exhibit 1** to *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement,* are being filed under seal pursuant to the protective order entered in this case and are being maintained in this case file in the Clerk's office in paper form only.

Plaintiffs will provide electronic copies of Schedule A and Exhibit D to all counsel.

Dated: December 14, 2012

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By: */s/ R. Frederick Walters*
 R. Frederick Walters – Mo. Bar 25069
 J. Michael Vaughan Mo. – Bar 24989
 Kip D. Richards – Mo. Bar 39743
 David M. Skeens – Mo.  Bar 35728
 Karen W. Renwick – Mo. Bar 41271
 Garrett M. Hodes – Mo. Bar 50221
 Matthew R. Crimmins – Mo. Bar 53138
 Bruce V. Nguyen – Mo. Bar 52893
 2500 City Center Square
 1100 Main Street
 P.O. Box 26188
 Kansas City, MO  64196
 (816) 421-6620
 (816) 421-4747 (Facsimile)
 fwalters@wbsvlaw.com
 mvaughan@wbsvlaw.com
 krichards@wbsvlaw.com
 dskeens@wbsvlaw.com
 krenwick@wbsvlaw.com
 ghodes@wbsvlaw.com
 mcrimmins@wbsvlaw.com
 bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 14th day of December, 2012, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

/s/ *R. Frederick Walters*