# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
  et al.,

                        Plaintiffs,                          Case No. 4:10-cv-00189-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                        Defendants.

## ORDER GRANTING MOTION TO DISMISS
## DEFENDANT LITTON LOAN SERVICING, L.P.

Upon consideration of Plaintiffs' Unopposed Motion For An Order Voluntarily Dismissing Defendant, Litton Loan Servicing, L.P. ("Litton), and for good cause shown, it is hereby **ORDERED, ADJUDGED, AND, DECREED** that the motion (Doc. # 846) is granted.

All claims and causes of actions pending against Defendant, Litton Loan Servicing, L.P., in this action are dismissed with prejudice, with each party to bear its own costs.   Pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay the entry of final judgment, and accordingly, the judgment of dismissal of Litton Loan Servicing, L.P. shall be final and appealable.

In granting this motion, the Court notes the parties' representation that only eight individuals have claims against Litton, and those eight individuals have reached individual settlements with Litton.  The Court thus decertifies the class solely as it applies to Litton and there is no need for a hearing under Rule 23.


        IT IS SO ORDERED.

                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, SENIOR JUDGE
DATE:  December 19, 2012               UNITED STATES DISTRICT COURT