# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
    et al.,

                Plaintiffs,

vs.

PREFERRED CREDIT CORPORATION,
    et al.,

                Defendants.

Case No. 4:10-cv-00189-ODS

## SETTLING DEFENDANT WILMINGTON TRUST COMPANY'S MOTION FOR ADDITIONAL TIME TO ALLOW FOR FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

COMES NOW Wilmington Trust Company ("Settling Defendant"), by and through counsel, and respectively requests an additional fourteen days, up to and including January 11, 2013, to finalize the settlement agreement with Plaintiffs and for Plaintiffs to file a Motion for Preliminary Approval of Class Action Settlement. In support of its Motion, Settling Defendant states:

1.      Plaintiffs and Settling Defendant achieved agreement to settle the claims in this matter. The settlement agreement, if approved, will settle and resolve the claims of those class members who obtained loans for which Plaintiffs seek to hold Settling Defendant liable.

2.      In light of this settlement, the Court suspended all deadlines relating to Settling Defendant and ordered that a Motion for Preliminary Approval of Settlement be filed on or before December 14, 2012. (Doc. #788).

3209444.1

3.     On December 17, 2012, the Court granted the Settling Defendant's Motion for additional time for Plaintiffs' to file their Motion for Preliminary Approval of Settlement, extending the date for filing of this motion to December 28, 2012.  (Doc. #844).

4.     Plaintiffs and Settling Defendant have diligently been working to memorialize their settlement and implement the process through which the settlement can be finalized and submitted to the Court for approval.  However, Plaintiffs' counsel has been involved in finalizing other large class settlements in this action and other similar litigation venued in Missouri Federal and State Courts.  In addition, conflicts posed by the holidays have made and will make it difficult for both Plaintiffs' counsel and defense counsel to complete their review and finalization of the settlement documents and the related Motion for Preliminary Approval of Settlement prior to January 11, 2013.

5.     For these reasons, Settling Defendant respectfully requests an extension of time for Plaintiffs to file their Motion for Preliminary Approval of Settlement and any associated documents to January 11, 2013.

6.     Plaintiffs' counsel was consulted concerning the contents of this Motion and indicated Plaintiffs do not oppose the relief requested herein.

WHEREFORE, Settling Defendant respectfully requests an additional fourteen days, up to and including January 11, 2013 for the filing of any Motion for Preliminary Approval of Class Action Settlement regarding Defendant Wilmington Trust Company.

2

Dated:  December 28, 2012

Respectfully submitted,


/s/ Mark A. Olthoff
MARK A. OLTHOFF            MO #38572
ANTHONY BONUCHI          MO #57838
POLSINELLI SHUGHART, PC
Twelve Wyandotte Plaza
120 West 12th Street
Suite 1700
Kansas City, Missouri  64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com

PETER W. CARTER (Admitted pro hac
vice)
PAUL R. DIESETH (Admitted pro hac
vice)
DORSEY & WHITNEY LLP
50 South 6th Street
Suite 1500
Minneapolis, Minnesota  55402-1498
(612) 340-2600
(612) 340-2868 (FAX)

ATTORNEYS FOR WILMINGTON
TRUST COMPANY

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 28th day of December, 2012, to all counsel of record.

/s/ Mark A. Olthoff

4