IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 10-0189-CV-W-ODS<br>) |
| PREFERRED CREDIT CORP., et al., | )<br>) |
| Defendants. | ) |

## ORDER APPROVING DEADLINE FOR FILING MOTIONS TO RESOLVE CLAIMS AGAINST NONSETTLING DEFENDANTS

The Court has reviewed Plaintiff's December 28, 2012, Status Report regarding nonsettling defendants. The Court approves of Plaintiff's plan to file motions addressing their claims against Preferred Credit Corporation and United Mortgage C.B., LLC, on or before February 5, 2013.

IT IS SO ORDERED.

DATE: December 31, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT