THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

### ORDER GRANTING MOTION FOR FINAL JUDGMENT DISMISSING DEFENDANT JPMORGAN CHASE BANK, NA, AS TRUSTEE, INDIVIDUALLY AND/OR AS THE SUCCESSOR TO THE CHASE MANHATTAN BANK

Upon consideration of Plaintiffs' Unopposed Motion For An Order Voluntarily Dismissing Defendant, JPMorgan Chase Bank, NA, as trustee, individually and/or as the successor to The Chase Manhattan Bank (Doc. # 856), and for good cause shown, it is hereby **ORDERED, ADJUDGED, AND, DECREED** that:

1. All claims and causes of actions of the eleven (11) Individual JPMCB Settling Class Members borrowers, pending against Defendant, JPMorgan Chase Bank, NA, individually and/or as the successor to The Chase Manhattan Bank, in this action are dismissed with prejudice, with each party to bear its own costs; and

2. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay the entry of final judgment as aforesaid, and accordingly, the judgment of dismissal of JPMorgan Chase Bank, NA, as trustee, individually and/or as the successor to The Chase Manhattan Bank is final and appealable.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

DATE: January 7, 2013