IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:10-CV-00189-ODS ) |
| PREFERRED CREDIT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1715

JPMorgan Chase Bank, N.A., in its capacity as former trustee for the C-BASS 2000 CB2 and DLJ ABS 2000-6 trusts, by and through counsel, hereby certifies that it served notice of settlements of the above-captioned class action obtained between Plaintiffs and JPMorgan Chase Bank as trustee, with all required supporting documents, upon the U.S. Office of the Comptroller of the Currency, the Office of the Attorney General of the United States, and appropriate officials of each state in which a proposed settlement class member resides pursuant to 28 U.S.C. § 1715 via first-class U.S. Mail, postage prepaid.

Respectfully submitted,

/s/ Mark A. Olthoff
| | |
|---|---|
| MARK A. OLTHOFF | MO #38572 |
| ANTHONY BONUCHI | MO #57838 |
| MICHAEL S. FOSTER | MO #61205 |

POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 15th day of January, 2013, to all counsel of record.

/s/ Mark A. Olthoff
Attorney for JPMorgan Chase Bank, N.A.