UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PREFERRED CREDIT CORPORATION, et al.,<br><br>    Defendants. | Case No. 10-0189-CV-W-ODS |

## PLAINTIFFS' NOTICE REGARDING EXHIBIT ATTACHMENT

**Exhibit 3**, which is an attachment to *Named Plaintiffs' And Settling Defendants' Joint Motion For An Order And Final Judgment Dismissing With Prejudice (1) The Released Claims, Which Are Defined In The Agreement To Include Claims Concerning, Relating To, Or Arising Out Of The Trust Loans, That Are Pending In This Action Against The Released Persons And (2) As Parties, The Trust Parties Set Forth On Exhibit 1 And U.S. Bank National Association In Its Individual Capacity Since All Claims Asserted In This Action Against The Trust Parties Set Forth On Exhibit 1 and U.S. Bank National Association In Its Individual Capacity Are Released Claims* is being filed under seal pursuant to the protective order entered in this case and is being maintained in this case file in the Clerk's office in paper form only.

Plaintiffs will produce an electronic copy of **Exhibit 3** to all counsel of record via electronic mail.

Dated: January 21, 2013

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.

By: */s/ R. Frederick Walters*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
 AND CLASS COUNSEL**

/s/ Peter W. Carter
PETER W. CARTER, *pro hac vice*
PAUL R. DIESETH, *pro hac vice*
DORSEY & WHITNEY LLP
50 South 6th
Suite 1500
Minneapolis, Minnesota 55402-149

MARK A. OLTHOFF
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929

**ATTORNEYS FOR DEFENDANTS, THE TRUST PARTIES SET FORTH ON EXHIBIT 1**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 21st day of January 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.

/s/ R. Frederick Walters