# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL P. AND SHELLIE GILMOR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00189-ODS |
| ) | |
| **PREFERRED CREDIT CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1715

Countrywide Home Loans, Inc., BAC Home Loans Servicing, L.P. and Bank of America, N.A., as successor by merger to LaSalle National Bank in its capacity as former trustee for Impac CMB Trust Series 1999-1 (collectively "Settling Defendants"), by and through counsel, hereby certify that they timely served notice of the proposed class action settlements between Plaintiffs and Settling Defendants, with all required supporting documents, upon the U.S. Office of the Comptroller of the Currency, the Office of the Attorney General of the United States, and appropriate officials of each state in which a proposed settlement class member resides pursuant to 28 U.S.C. § 1715 via first-class U.S. Mail, postage prepaid.

Respectfully submitted,

/s/ Mark A. Olthoff
| | |
|---|---|
| MARK A. OLTHOFF | MO #38572 |
| ANTHONY BONUCHI | MO #57838 |
| MICHAEL S. FOSTER | MO #61205 |

POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)
molthoff@polsinelli.com
abonuchi@polsinelli.com
mfoster@polsinelli.com

ATTORNEYS FOR COUNTRYWIDE HOME LOANS, INC. AND BAC HOME LOANS SERVICING, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 24th day of January, 2013 to all counsel of record.

/s/ Mark A. Olthoff
Attorney for Countrywide Home Loans, Inc. and
BAC Home Loans Servicing, L.P.