THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUGGESTIONS
IN EXCESS OF PAGE LIMITS ALLOWED BY LOCAL RULE**

Plaintiffs respectfully move the Court for its Order permitting them to file separate Suggestions in Support of six (6) separate Motions for Final Approval of Class Action Settlements with certain Defendants that are in excess of the page limitations set by Local Rule 7.0(f).

In support of this Motion, Plaintiffs state:

1. Plaintiffs have reached separate class action settlements with the following Defendants, each of which were given preliminary approval by the Court:

 (a) Advanta Mortgage Corporation USA (Doc. 804);

 (b) Countrywide Home Loans, Inc. and BAC Home Loans Servicing, L.P. (Doc. 805);

 (c) Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., individually and in its capacities as indenture trustee of the Impac Secured Assets CMN Trust Series 1998-1, Impac CMB Trust Series 1999-2, Impac CMB Trust Series 2000-2, Impac

CMB Trust Series 2001-4, Impac CMB Trust Series 2002-1, Impac CMB Trust Series 2003-5, and Impac Real Estate Asset Trust Series 2006-SD1 (Doc. 828);

(d) Impac Mortgage Holdings, Inc., IMH Assets Corporation, Impac Funding Corporation, Impac Secured Assets Corporation, Wingspan Portfolio Advisors, LLC (Doc. 803);

(e) JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance, LLC (Doc. 815); and

(f) Bank of America, N.A., as successor by merger to LaSalle National Bank in its capacity as former trustee for Impac CMB Trust Series 1999-1 (Doc. 802).

2. In connection with each of these settlements, and pursuant to the terms of the separate Settlement Agreements, Plaintiffs are filing separate Motions for Final Approval of Class Action Settlement and Suggestions in Support thereof.

3. Plaintiffs seek leave to file Suggestions not to exceed thirty-five (35) pages in support of their Motions for Final Approval of each of the settlements. Plaintiffs seek the additional twenty (20) pages (in excess of the 15 pages permitted by Local Rule 7.0(f)) in order to explain each of the class action settlements and address each of the requirements of Federal Rule 23 and governing case law as they apply to their request to finally approve each of the class action settlements.

4. The excess pages requested by Plaintiffs are necessary to fully describe the terms of each of the settlements and to brief the issues involved with the final approval of each settlement. Plaintiffs suggest that their briefing will aid the Court in its analysis of each settlement.

5. Plaintiffs' Counsel has communicated this request for excess pages to the counsel for each of the Settling Defendants identified above and all of them have indicated that they do not object to the instant request.

6. This motion is made in good faith and will not prejudice any party.

WHEREFORE, Plaintiffs respectfully move the Court for its Order permitting them to file their separate Suggestions in Support of six (6) separate Motions for Final Approval of Class Action Settlement with certain Defendants (as noted above) that are in in excess of the page limitations set by Local Rule 7.0(f), and for any other relief the Court deems just and proper.

Date: February 14, 2013

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ R. Frederick Walters*
   R. Frederick Walters – Mo. Bar 25069
   Kip D. Richards – Mo. Bar 39743
   David M. Skeens – Mo. Bar 35728
   Karen W. Renwick – Mo. Bar 41271
   J. Michael Vaughan Mo. – Bar 24989
   Garrett M. Hodes – Mo. Bar 50221
   Matthew R. Crimmins – Mo. Bar 53138
   Bruce V. Nguyen – Mo. Bar 52893
   2500 City Center Square
   1100 Main Street
   P.O. Box 26188
   Kansas City, MO 64196
   (816) 421-6620
   (816) 421-4747 (Facsimile)
   fwalters@wbsvlaw.com
   krichards@wbsvlaw.com
   dskeens@wbsvlaw.com
   krenwick@wbsvlaw.com
   mvaughan@wbsvlaw.com
   ghodes@wbsvlaw.com
   mcrimmins@wbsvlaw.com
   bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 14th day of February, 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:


Arthur E. Kechijian, Manager
United Mortgage C.B., LLC
P.O. Box 471827
Charlotte, NC 28247
**Defendant United Mortgage C.B., L.L.C**.


                                                 */s/ R. Frederick Walters*