IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. and SHELLIE GILMOR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 10-0189-CV-W-ODS ) |
| PREFERRED CREDIT CORP., et al., | ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO DISMISS UNITED MORTGAGE CB, LLC WITHOUT PREJUDICE

Pending is Plaintiff's Motion to Dismiss United Mortgage CB, LLC ("UMCB") without prejudice. The Court notes that while UMCB has filed an Answer, its counsel has previously been permitted to withdraw and it remains unrepresented. Moreover, the only class members with claims against UMCB are Michael and Shirley Graves, and as the only class members affected by the decision they support the request. Finally, the Court discerns no prejudice to UMCB if the motion is granted. For these reasons, the motion (Doc. # 876) is granted, and UMCB is dismissed without prejudice. Each party shall bear his, her, or its costs as related to the claims against UMCB.
IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: February 15, 2013    UNITED STATES DISTRICT COURT