IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 10-0189-CV-W-ODS |

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT PREFERRED CREDIT CORPORATION**

Plaintiffs Michael P. and Shellie Gilmor, Michael E. and Lois A. Harris, Leo E. Parvin, Jr., Ted and Raye Ann Varns, Mark and Thomasina Shipman, William and Marion Jones, Bruce and Mary James, Kevin and Susan Schaefer, David and Nicole Warkentien, John and Jeanne Rumans, Patricia Ann Worthy, Derrick and Alethia Rockett, William and Carole Hudson, James and Kathleen Woodward, Jeffrey Weathersby, and Debra Mooney, Joseph and Amy Black, individually and on behalf of the certified Class of consumer-borrowers (collectively, "Plaintiffs"), respectfully move the Court for the following: (1) an Order entering a default against Defendant Preferred Credit Corporation (f/k/a T.A.R. Preferred Mortgage Corporation) pursuant to Rule 55(a), Fed.R.Civ.P.; and (2) a judgment by default in favor of the Class and against Preferred Credit pursuant to Rule 55(b)(2), Fed.R.Civ.P., for damages in an amount to be determined by the Court based on documentary evidence. This motion is made on the grounds that, despite being duly served with process in this action, Preferred Credit has failed to appear and plead or defend against Plaintiffs' claims, as is more fully set forth in the Suggestions contemporaneously filed in support of this motion.

Dated: February 15, 2013

                          Respectfully submitted,

                          WALTERS BENDER STROHBEHN
                           & VAUGHAN, P.C.

                          By: */s/ Kip D. Richards*
                            R. Frederick Walters – Mo. Bar 25069
                            Kip D. Richards – Mo. Bar 39743
                            David M. Skeens – Mo. Bar 35728
                            Karen W. Renwick – Mo. Bar 41271
                            J. Michael Vaughan Mo. – Bar 24989
                            Garrett M. Hodes – Mo. Bar 50221
                            Matthew R. Crimmins – Mo. Bar 53138
                            Bruce V. Nguyen – Mo. Bar 52893
                            2500 City Center Square
                            1100 Main Street
                            P.O. Box 26188
                            Kansas City, MO 64196
                            (816) 421-6620
                            (816) 421-4747 (Facsimile)
                            fwalters@wbsvlaw.com
                            krichards@wbsvlaw.com
                            dskeens@wbsvlaw.com
                            krenwick@wbsvlaw.com
                            mvaughan@wbsvlaw.com
                            ghodes@wbsvlaw.com
                            mcrimmins@wbsvlaw.com
                            bnguyen@wbsvlaw.com

                          **ATTORNEYS FOR PLAINTIFFS**
                          **AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on this the 15th day of February, 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants. In addition, a copy was served by U.S. mail, First-Class Postage Prepaid, to:

Preferred Credit Corporation
(official name of record)
650 N. Rose Drive PMB 623
Placentia, CA 92670

                                                                                */s/ Kip D. Richards*