IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

MICHAEL P. GILMOR, et al.,

        Plaintiffs,

   v.                          Case No. 10-0189-CV-W-ODS

PREFERRED CREDIT CORPORATION,
Et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
**AS TO PREFERRED CREDIT CORPORATION**

___    Jury Verdict.   This action came before the Court for a trial by jury.

X    Decision by Court.   This action came to trial or hearing before the Court.

       The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Ortrie D. Smith on March 19, 2013, final judgment is entered by Default against Defendant Preferred Credit Corporation (f/k/a T.A.R. Preferred Mortgage Corporation) pursuant to Rule 55(b), Fed.R.Civ.P. in accordance with the Order entered on this date.

Date: March 19, 2013                      ANN THOMPSON
                                                     Clerk of Court

                                                     s/ RENEA KANIES
                                                     By: Renea Kanies, Courtroom Deputy