UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, et al., <br><br> Defendants. | Case No. 4:10-cv-00189-ODS |

**CLASS COUNSEL'S REPORT OF DISTRIBUTIONS TO CLASS MEMBERS WHO HAD PREFERRED TRUST LOANS PER PARAGRAPH 4(F) OF THE SETTLEMENT AGREEMENT**

Class Counsel hereby reports per paragraph 4 (f) of the Preferred Trusts Settlement Agreement as follows:

1. Class Counsel hereby certifies and confirms with respect to the Preferred Trusts Settlement fund payment received from Credit Suisse First Boston Mortgage Securities Corporation ("CSFBMSC"), Deutsche Bank Trust Company Americas ("DBTCA"), formerly known as Bankers Trust Company, individually and in its capacities as trustee of the Preferred Mortgage Trust 1996-1, Preferred Mortgage Trust 1996-2 and Preferred Credit Trust 1997-1 (the "Trusts"), each by and through DBTCA as trustee (collectively, DBTCA and the Trusts are referred to as the "Preferred Trusts"), that the entirety of the Preferred Trusts Settlement Class Member payments have been distributed to Class Members who received Preferred Trust Loans pursuant to the Schedule approved by the Order Finally Approving Class Action Settlement and Certifying a Class for Settlement Purposes (Doc. 616). Class Counsel also certifies that all such distribution checks have been cashed.

Dated: March 25, 2013	Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By:     /s/ *R. Frederick Walters*
R. Frederick Walters – Mo. Bar 25069
Kip D. Richards – Mo. Bar 39743
David M. Skeens – Mo.  Bar 35728
Karen W. Renwick – Mo. Bar 41271
J. Michael Vaughan Mo. – Bar 24989
Garrett M. Hodes – Mo. Bar 50221
Matthew R. Crimmins – Mo. Bar 53138
Bruce V. Nguyen – Mo. Bar 52893
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO  64196
(816) 421-6620
(816) 421-4747 (Facsimile)
fwalters@wbsvlaw.com
krichards@wbsvlaw.com
dskeens@wbsvlaw.com
krenwick@wbsvlaw.com
mvaughan@wbsvlaw.com
ghodes@wbsvlaw.com
mcrimmins@wbsvlaw.com
bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 25th day of March 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants

     /s/ *R. Frederick Walters*