IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. AND SHELLIE GILMOR,
  et al.,

                        Plaintiffs,                    Case No. 10-0189-CV-W-ODS

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

                        Defendants.

## ORDER GRANTING LEAVE TO CERTIFY AND REGISTER JUDGMENT

The Court takes up Plaintiffs' Motion for Leave to Certify and Register Judgment Pursuant to 28 U.S.C. § 1963, which seeks permission to register a certified copy of the March 19, 2013, judgment entered against Preferred Credit Corporation (f/k/a T.A.R. Preferred Mortgage Corporation) ("PCC") with the United States District Courts for the Eastern District of California, the Central District of California, the Southern District of New York, and the Middle District of Florida. The motion (Doc. # 939) is granted.

In granting the motion, the Court finds good cause to permit the judgment to be registered notwithstanding the fact that PCC's time to appeal has not passed. The most critical factor in the Court's finding is PCC's failure to participate in this case despite being served December 2000. Additional delay is not warranted.

IT IS SO ORDERED.

                                                      /s/ Ortrie D. Smith
                                                      ORTRIE D. SMITH, SENIOR JUDGE
DATE: April 2, 2013                                   UNITED STATES DISTRICT COURT