THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL AND SHELLIE GILMOR,
  et al.,

        Plaintiffs,

vs.

PREFERRED CREDIT CORPORATION,
  et al.,

        Defendants.

Case No. 4:10-cv-00189-ODS

**UNOPPOSED MOTION FOR LEAVE TO FILE SUGGESTIONS
IN EXCESS OF PAGE LIMITS ALLOWED BY LOCAL RULE**

Plaintiffs respectfully move the Court for its Order permitting them to file separate Suggestions in Support of Motion for Final Approval of Class Action Settlement with Wendover Financial Services Corporation and Suggestions in Support of Motion and Applications for Award of Attorneys' Fees, Litigation Expenses and Court Costs that are in excess of the page limitations set by Local Rule 7.0(f).

In support of this Motion, Plaintiffs state:

1. Plaintiffs have reached a class action settlement with Wendover Financial Services Corporation that has been given preliminary approval by the Court. (Doc. 845, 848 (Amended Order)).

2. In connection with the settlement, Plaintiffs are filing a Motion for Final Approval of Class Action Settlement and Suggestions in Support thereof and a separate Motion and Applications for Award of Attorneys' Fees, Litigation Expenses and Court Costs and Suggestions in Support thereof.

3. Consistent with the prior class settlements in this action, Plaintiffs seek leave to file Suggestions not to exceed thirty-five (35) pages in support of their Motion for Final Approval of the settlement and Suggestions not to exceed forty (40) pages in support of their Motion and Applications for Award of Attorneys' Fees, Litigation Expenses and Court Costs. Plaintiffs seek the additional pages (in excess of the 15 pages permitted by Local Rule 7.0(f)) in order to explain the class action settlement and to address each of the requirements of Federal Rule 23 and governing case law as they apply to their request to finally approve the class action settlement and as they apply to their application for award of attorneys' fees, litigation expenses and court costs.

4. The excess pages requested by Plaintiffs are necessary to fully describe the terms of the settlement and to brief the issues involved with the final approval of each settlement and the award of attorneys' fees and expenses in connection with a class action settlement. Plaintiffs suggest that their briefing will aid the Court in its analysis of each settlement.

5. Plaintiffs' Counsel has communicated this request for excess pages to counsel for the Settling Defendant (Mr. Todd Ruskamp) and he has indicated that the Settling Defendant will not object to the instant request.

6. This motion is made in good faith and will not prejudice any party.

WHEREFORE, Plaintiffs respectfully move the Court for its Order permitting them to file their Suggestions in Support of their Motion for Final Approval of Class Action Settlement and their separate Suggestions Motion and Applications for Award of Attorneys' Fees, Litigation Expenses and Court Costs with Wendover Financial Services Corporation that are in in excess of the page limitations set by Local Rule 7.0(f), and for any other relief the Court deems just and proper.

Date: April 11, 2013                    Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: */s/ R. Frederick Walters*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 11th day of April, 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants

/s/ R. Frederick Walters

4

Case 4:10-cv-00189-ODS   Document 941   Filed 04/11/13   Page 4 of 4