IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL P. AND SHELLIE GILMOR, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED CREDIT CORPORATION, ET AL., <br><br> Defendants. | Case No. 10-0189-CV-W-ODS |

## PLAINTIFF'S NOTICE REGARDING EXHIBIT ATTACHMENT
## EXHIBITS FILED UNDER SEAL

**Schedule A** and **Exhibit D** to the Settlement and Release Agreement, **Exhibit 1** to *Plaintiffs' Motion for Final Approval of Class Action Settlement,* are being filed under seal pursuant to the protective order entered in this case and are being maintained in this case file in the Clerk's office in paper form only.

Plaintiffs will provide electronic copies of Schedule A and Exhibit D to all counsel.

Dated: April 18, 2013

Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.


By: */s/ R. Frederick Walters*
    R. Frederick Walters – Mo. Bar 25069
    J. Michael Vaughan Mo. – Bar 24989
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    mvaughan@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**


**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this the 18th day of April, 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.


    /s/ *R. Frederick Walters*

2
Case 4:10-cv-00189-ODS   Document 943-2   Filed 04/18/13   Page 2 of 2