THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## MOTION AND APPLICATION FOR AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND COURT COSTS

Pursuant to Rules 23(h) and 54(d)(2) and applicable law, and in accordance with the terms of the parties' Settlement Agreement, Named Plaintiffs Michael P. Gilmor, Shellie Gilmor, Michael Harris, Lois A. Harris, William Hudson, Debra Mooney, Derrick Rockett, Alethia Rockett, James Woodward and Kathleen Woodward (collectively "Named Plaintiffs"), individually and on behalf of the Wendover Settlement Class, and the undersigned, Walters, Bender, Strohbehn & Vaughan, P.C., as counsel for the Settlement Class (collectively, "Plaintiffs' Counsel"), jointly move the Court for an Order awarding Plaintiffs' Counsel attorneys' fees, litigation expenses and court costs to be paid as follows: (a) $37,811.16 as an award of attorneys' fees to be paid from the Net Settlement Fund created by the efforts of Plaintiffs' Counsel in connection with the Litigation, and (b) $13,975.19 for the unreimbursed expenses and costs that Plaintiffs' Counsel incurred and advanced in connection with the Litigation. This Motion is further supported by the Suggestions in Support filed concurrently with the Motion.

Dated: April 18, 2013

Respectfully submitted,

WALTERS BENDER STROHBEHN
 & VAUGHAN, P.C.

By: _ /s/ R. Frederick Walters_
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo. Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO 64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this the 18th day of April 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.

    _/s/ R. Frederick Walters_