# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AND SHELLIE GILMOR, et al., | |
| Plaintiffs, | Case No. 4:10-cv-00189-ODS |
| vs. | |
| PREFERRED CREDIT CORPORATION, et al., | |
| Defendants. | |

## MOTION AND APPLICATION FOR
## INCENTIVE AWARD TO NAMED PLAINTIFFS

Pursuant to Rule 23(e), in accordance with the terms of the Settlement Agreement with the Settling Defendant, Wendover Financial Services Corporation ("Wendover"), Named Plaintiffs Michael P. Gilmor, Shellie Gilmor, Michael Harris, Lois A. Harris, William Hudson, Debra Mooney, Derrick Rockett, Alethia Rockett, James Woodward and Kathleen Woodward (collectively "Named Plaintiffs") respectfully move the Court for an Order awarding them a total of $2,000.00 as an incentive award. The proposed incentive award is to be paid from the "Settlement Fund" (as defined in the Settlement Agreement) and in accordance with Schedule B to the Settlement Agreement for their commitment, work and service as Named Plaintiffs and representatives of the Settlement Class.

Plaintiffs have contemporaneously filed their *Suggestions in Support of Motion and Application for Incentive Award to Named Plaintiffs*.

Dated: April 18, 2013      Respectfully submitted,

WALTERS BENDER STROHBEHN
 &  VAUGHAN, P.C.

By:   */s/ R. Frederick Walters*
    R. Frederick Walters – Mo. Bar 25069
    Kip D. Richards – Mo. Bar 39743
    David M. Skeens – Mo.  Bar 35728
    Karen W. Renwick – Mo. Bar 41271
    J. Michael Vaughan Mo. – Bar 24989
    Garrett M. Hodes – Mo. Bar 50221
    Matthew R. Crimmins – Mo. Bar 53138
    Bruce V. Nguyen – Mo. Bar 52893
    2500 City Center Square
    1100 Main Street
    P.O. Box 26188
    Kansas City, MO  64196
    (816) 421-6620
    (816) 421-4747 (Facsimile)
    fwalters@wbsvlaw.com
    krichards@wbsvlaw.com
    dskeens@wbsvlaw.com
    krenwick@wbsvlaw.com
    mvaughan@wbsvlaw.com
    ghodes@wbsvlaw.com
    mcrimmins@wbsvlaw.com
    bnguyen@wbsvlaw.com

**ATTORNEYS FOR PLAINTIFFS
AND CLASS COUNSEL**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 18th day of April, 2013, I electronically filed the above and foregoing document with the Clerk of Court of the Western District of Missouri using the Court's ECF system, which will send notification of said filing to all counsel of record who are ECF participants.


    */s/ R. Frederick Walters*