IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL P. GILMOR, et al.,  )
                            )
    Plaintiffs,              )
                            )
v.                          )   Case No. 10-00189-CV-W-ODS
                            )
WENDOVER FINANCIAL SERVICES CORP.,  )
                            )   May 3, 2013
    Defendant.               )
                            )
                            )

MINUTE SHEET

HONORABLE ORTRIE D. SMITH presiding at Kansas City, Missouri.
======================================================================
Nature of Proceeding: Settlement Approval Fairness Hearings
Time: 9:33 a.m. – 9:44 a.m.
Plaintiff by:   Kip Richards
Defendant Wendover by:   Todd Ruskamp

Comments:

Settlement approval hearing held.    Statements presented regarding the settlement.   The Court finds the settlement and attorney fees and expenses to be fair and reasonable. The Court approved the settlement, attorney fees and expenses and incentive award.

Reporter: Reggie McBride              By: Renea Kanies, Courtroom Deputy